TENDERED FOR FILING

OCT 24 2017

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Renata Singleton, Marc Mitchell,
Individually and on behalf of all others similarly situated,
Plaintiffs,
v.
Leon Cannizzaro, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
David Pipes, etc.
in their individual capacities;
Defendants.

Case No. 2:17-cv-10721-JTM-JVM

Complaint-Class Action with
Jury Demand



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 24 2017
WP
WILLIAM W. BLEVINS
CLERK

Motion for Leave to File/Docket this Letter/Informative Pleading with Judge Jane Triche Milazzo

My intentions in filing this pleading are honorable. I want you to make an informed decision in the interest of justice.

This package contains evidence of criminal wrongdoing on the part of Orleans Parish District Attorney Leon Cannizzaro and his staff. It also contains documented and factual evidence of Orleans Parish District Attorney Leon Cannizzaro and his staff violating my Constitutional Rights. This document attacks the credibility of Orleans Parish District Attorney Leon Cannizzaro and his staff.

Leon Cannizzaro is a chameleon. He is no different than Las Vegas mass murderer Stephen Paddock. Cannizzaro does not know the difference between right and wrong. He has no understanding of the Constitution. He is a Sunarcissist of epic proportion.

I hope this evidence helps the plaintiffs to prevail.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Fee
Process
X Dktd
CtRmDep
Doc. No.

Christenson
Box 9063
Miramar Beach, FL.
32550

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
For Domestic and International Use
TRACKED INSURED
Label 107R, May 2014



Expected Delivery Day: 10/23/2017
USPS TRACKING NUMBER
9505 5134 4387 7293 1880 55

Judge Milazzo
Section H
Federal Court
500 Poydras St.
New Orleans, LA
70130


1006
70130


U.S. POSTAGE PAID
MIRAMAR BEACH, FL
32550
OCT 20 17
AMOUNT
$7.10
R2305K135379-13