UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; and SILENCE IS VIOLENCE,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; and JOHN DOE, in their individual capacities,<br><br>      *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Civil Rule 7.8, Leon Cannizzaro (in his individual capacity); David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; and Laura Rodrigue (collectively, the "Individual Defendants"), through undersigned counsel, respectfully request a 21-day extension of the time in which to file a response to the Plaintiffs' Complaint. *See* Doc. No. 1. The Individual Defendants' responsive pleadings are currently due on November 9, 2017. Undersigned counsel certifies that there has been no previous extension of the time to plead, and that the opposing parties have not filed into the record any objection to an extension of time.

Respectfully submitted,

 /s/ Matthew J. Paul
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Leon Cannizzaro (in his individual capacity); David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; and Laura Rodrigue*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of November, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system, as well as by U.S. Mail for any non-CM/ECF participant.

     /s/ Matthew J. Paul