UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON ET AL | * | CIVIL ACTION NO. |
| | * | CV-17-10721 |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| LEON A. CANNIZZARO, JR., ET AL | * | MAGISTRATE MEERVELD |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF LEON A. CANNIZZARO, in his Official Capacity**

NOW INTO COURT, through undersigned counsel, comes Leon A. Cannizzaro, Jr., in his Official Capacity sought to be made defendant herein, and files this *ex parte* motion for extension of time to file responsive pleadings in the captioned matter. Responsive Pleadings are Due on November 9, 2017. Defendant requests an additional 21 days to file responsive pleadings, or until and through November 30, 2017.

The District Attorney certifies that this is his first request for an extension of time to answer and the opposing party has been contacted and has no objection to the extension.

WHEREFORE, Leon A. Cannizzaro, in his Official Capacity prays that this Honorable Court grant his motion for extension of time to file responsive pleadings in this matter.

Respectfully submitted:

BY:    /s/ *THOMAS J. BARBERA*
THE BARBERA LAW FIRM
THOMAS J. BARBERA (Bar# 18719)
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone: (504) 581-7070
Telefax: (504) 581-7083
**Attorney for Leon Cannizzaro**

## CERTIFICATE OF SERVICE

I hereby certify that on 7TH day of November, 2017, the above and foregoing has been served on all counsel of record by electronic filing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case.

/s/ *THOMAS J. BARBERA*