UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Renata Singleton, Marc Mitchell,
Individually and on behalf of all others similarly situated,
Plaintiffs,
v.
Leon Cannizzaro, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
David Pipes, etc.
in their individual capacities;
Defendants.

Case No. 2:17-cv-10721-JTM-JVM

Complaint-Class Action with
Jury Demand



Notice of Appeal
November 3rd, 2017

The attached evidence (copies) of my Motion to Intervene (filed with the District Court for the District of Columbia) and my Amended Motion to Accept Record Excerpts As Is and Without Change (filed with the 5th Circuit) are critical to my appeal and to the saving of Mankind from himself. The corruption has to stop and the Constitution needs to be strictly adhered too. Leon Cannizzaro flagrantly violates the Constitution on a daily basis. There is no accountability and the conclusion is the Genocide of Mankind.

Surely you can see the condition of the country. You read the same news as I do. Think about how many things are done in secret. Our government could not even release the JFK files on time after a 50-year notice.

What about the people you love? The Constitution was supposed to protect them. If there was justice Cannizzaro would be tried for Genocide and Crimes Against Humanity for what he did to your family and all Americans.

The cover up goes all the way to the top of our government and no one will stand up and fight them. Read the Declaration of Independence again.

I will continue the good fight for you and your family.

Here is one question for you, your children and grandchildren. Does this year's flu vaccine have: a. live viruses, b. dead viruses, c. both dead and live virus, or d. no viruses?

They call me crazy but at least I am not letting Donald Trump vaccinate my grandchildren like you are?

Trump is the one that is taking their lives.



"On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.) Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?"


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

