UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>LAZONIA BAHAM,<br>MARC MITCHELL,<br>JANE DOE,<br>FAYONA BAILEY,<br>TIFFANY LACROIX, and<br>SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br><br>JUDGE: JANE TRICHE MILAZZO<br><br><br>MAGISTRATE: JANIS VAN MEERVELD |

**ORDER**

Considering Plaintiff Jane Doe's Motion for Leave to Proceed by Pseudonym,

**IT IS HEREBY ORDERED**, that the motion is **GRANTED**. Plaintiff Jane Doe is permitted to proceed anonymously by pseudonym in the above-captioned litigation.

New Orleans, Louisiana, this 29th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

1