UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## *EX PARTE* MOTION TO REMOVE FILING FROM DOCKET

Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney), through undersigned counsel, respectfully moves to remove or strike an erroneously filed document from the Court's docket. On November 30, 2017, a Motion to Dismiss was filed on behalf of Mr. Cannizzaro. Doc. No. 28. That filing erroneously included an incomplete draft in progress that was not intended for filing. Because the filing includes counsel's unfinished draft, Mr. Cannizzaro respectfully requests that it be stricken from the public docket.

Respectfully submitted,

 /s/ THOMAS J. BARERA
THOMAS J. BARBERA (18719)
1010 Common Street, Suite 3000
New Orleans, LA 70112
*Counsel for Leon Cannizzaro (in his OFFICIAL capacity);*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system, as well as by U.S. Mail for any non-CM/ECF participant.

      */s/ THOMAS J. BARBERA*