# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; and SILENCE IS VIOLENCE,<br><br>  *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; and JOHN DOE, in their individual capacities,<br><br>  *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## **MOTION TO DISMISS OF ORLEANS PARISH DISTRICTATTORNEY OFFICE**

NOW INTO COURT, through undersigned counsel comes Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney ("OPDA") and seeks an order of this Court dismissing the claims against OPDA filed by Renata Singleton; Marc Mitchell; Lazonia Baham; Jane Doe; Tiffany LaCroix; Fayona Bailey; and Silence Is Violence ("SIV") (collectively, the "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Complaint, Doc. No. 1.

                                            _/s/ THOMAS J. BARERA_
                                            THOMAS J. BARBERA (18719)
                                            1010 Common Street, Suite 3000
                                            New Orleans, LA 70112
                                            *Counsel for Leon Cannizzaro (in his OFFICIAL capacity);*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system, as well as by U.S. Mail for any non-CM/ECF participant.

                                                       _/s/ THOMAS J. BARBERA_