CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "F"   Judge: THE HONORABLE ROBIN PITTMAN
Minute Clerk: MARLENA COWART
Court Reporter: TAMMY JOSEPH
Assist. D.A.: TIFFANY TUCKER
ARTHUR MITCHELL

Date: FRIDAY, March 20, 2015
Case Number: 522-558
State of Louisiana
    versus
VERNON W CROSSLEY JR        Violation: RS 14 35
                                       RS 14 56(B)(2)

THE DEFENDANT, VERNON W CROSSLEY JR, APPEARED WITH COUNSEL, STANISLAV MOROZ, FOR TRIAL.

ON ORAL MOTION BY THE STATE, THE COURT GRANTED A CONTINUANCE.

THE WITNESS/VICTIM WAS NOT PROPERLY SERVED.
THE SERVICE STATED: LEFT IN DOOR.

THE COURT NOTED THE DEFENSE'S OBJECTION.

**TRIAL IN THIS MATTER IS SET FOR 04/24/15.**

SEND NOTICES.
SEND NOTICE TO DEFENSE COUNSEL.
SEND AN INSTANTER TO RENATA SINGLETON AT 7510 FARWOOD DRIVE, NEW ORLEANS, LA 70126.

THE DEFENDANT WAS NOTIFIED IN COURT.

MARLENA COWART, Minute Clerk

CASE PROCESS

SET FOR  TRIAL
        4/24/15  9:00
        DATE     TIME
NOTIFY DEPT  DNOC

JAIL_____ BOND_____
ATTY_____ SRTY_____
STATE_____ DEF_____
DOCKETED ☒ 3/20
ISSUED ☐_____
CK/CHRG ☐_____
CALENDAR ☐_____

EXHIBIT 2