# SUBPOENA – DISTRICT ATTORNEY'S OFFICE
Pursuant to Louisiana Code of Criminal Procedure Article 66

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

TO: ███████████████

**YOU ARE HEREBY COMMANDED TO APPEAR** before the Orleans Parish District Attorney at 619 South White St. New Orleans, Louisiana, **ON THURSDAY SEPTEMBER 15th AT 09:00 A.M.**, for questioning in such matters as may be required of you.

Under penalty of law, failure to appear could result in a fine or capias. Upon arrival, you are to report to Assistant District Attorney Iain Dover.

ARTHUR MORRELL, CLERK
BY ORDER OF THE COURT
2700 Tulane Avenue
New Orleans, Louisiana 70119

Honorable Darryl Derbigny
Section "J"

---

### RETURN ON PERSONAL SERVICE

THIS IS TO CERTIFY, that on _____, 20__, I received the process of Court of which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving same in the hands of _____ the person to whom the process is directed.

Legal Process Server

---

### RETURN ON DOMICILIARY SERVICE

THIS IS TO CERTIFY, that on _____, 20 _, I received the process of Court of which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Legal Process Server

*BRING THIS NOTICE WITH YOU

EXHIBIT 3