*in re:* ▇

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

FILED:_____     DEPUTY CLERK:_____

## MOTION AND ORDER FOR ISSUANCE OF A SUBPOENA, PURSUANT TO LOUISIANA CODE OF CRIMINAL PROCEDURE ARTICLE 66

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully moves this Honorable Court to order the Clerk of Court for Criminal District Court to issue a subpoena ordering victim ▇ to appear at the District Attorney's Office for questioning at the time and place of the District Attorney's choosing, as outlined in Code of Criminal Procedure Article 66.

▇ is the listed victim of three (3) counts of molestation of a juvenile. Efforts to speak to ▇ have been unsuccessful. Pursuant to Louisiana Revised Statute 46:1844C(1), the State is obligated to "prior to trial…make reasonable efforts to interview the victim or designated family member to determine the facts of the case and whether the victim or the family is requesting restitution". Short of the issuance of a subpoena to appear before the District Attorney, the State will be unable to fulfill its legal obligations.

WHEREFORE the State requests that this Honorable Court issue a subpoena for ▇ to appear before the District Attorney for questioning, at a time and place of the District Attorney's choosing.

_____
IAIN DOVER
ASSISTANT DISTRICT ATTORNEY

EXHIBIT 4

## ORDER

### CONSIDERING THE ABOVE AND FOREGOING MOTION; IT IS ORDERED

that a subpoena be issued ordering ▮ to appear before the District Attorney for questioning, at a time and place of the District Attorney's choosing.

; ON THIS the 9th / 14th day of September 2016

_____
THE HONORABLE JUDGE DARRYL DERBIGNY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the State's Motion and Order for Issuance of a Subpoena Pursuant to Louisiana Code of Criminal Procedure Article 66, has been served upon counsel for ▮ on this the 14th day of September, 2016.

_____
ASSISTANT DISTRICT ATTORNEY