| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| Issac Jones | CASE NO. 517-255 A |

### MOTION AND ORDER FOR MATERIAL WITNESS BOND

NOW INTO COURT, through the undersigned Assistant District Attorney for the Parish of Orleans, comes the State of Louisiana, who respectfully requests that an Order be issued placing under bond one, **Lazonia Baham,** (black female 9/4/68) residing at 3520 Audubon Street. New Orleans, Louisiana 70119 as a material witness in the above captioned case. This order is requested for the following reasons:

I.

The testimony of **Lazonia Baham** is essential to the prosecution of the above entitled case.

II.

Lazonia Baham was notified by Orleans Parish District Attorney's Office Investigator Mike Kitchens that she was an essential witness in the above stated case and would be needed to testify. Ms. Baham refused to meet with ADA Jason Napoli and cut off all communication with the District Attorney's Office. Despite multiple visits to her home, Ms. Baham refuses to speak with Investigator Kitchens and has refused to return multiple phone calls. The actions of Ms. Baham indicate that she is intentionally avoiding service and will not come to court on her own accord.

III.

**Lazonia Baham** has given statements to the New Orleans Police Department implicating the defendant, **Issac Jones**, in the above numbered case.

IV.

The State recommends that Ms. Baham be held without bond to ensure the appearance of the witness on the scheduled date of trial.

EXHIBIT 6

WHEREFORE, the State of Louisiana prays that an alias capias be issued in accordance with Louisiana Revised Statute 15:257, commanding the arrest of **Lazonia Baham** as a material witness in this case, and that Ms. Daniels be held without bond.

Respectfully submitted,

_____
Assistant District Attorney

## O R D E R

IT IS HEREBY ORDERED BY THE COURT, that a capias be issued for the arrest of Lazonia Baham **(black female 9/4/68)** residing at 3520 Audubon Street. New Orleans, Louisiana 70119 as a material witness and that Ms. Daniels be held without bail.

NEW ORLEANS, LOUISIANA, this the 13 day of October, 20 15.

_____
Judge
Criminal District Court
Parish of Orleans

2015 OCT 14 A 10:50