UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>         v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | **CIVIL ACTION NO. 2:17-cv-10721**<br><br>**JUDGE: JANE TRICHE MILAZZO**<br><br>**MAGISTRATE: JANIS VAN MEERVELD** |

**ORDER**

Considering Plaintiff John Roe's Motion for Leave to Proceed by Pseudonym (Doc. 55) and the lack of opposition to that Motion;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff John Roe is permitted to proceed anonymously by pseudonym in the above-captioned litigation.

Signed in New Orleans, Louisiana, this 2nd day of March, 2018

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA