UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>GRAYMOND MARTIN,<br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAGISTRATE: JANIS VAN MEERVELD |

**<u>ORDER</u>**

Considering the Unopposed Motion to Exceed Page Limit filed by Plaintiffs;

IT IS HEREBY ORDERED that the motion is GRANTED.

1

IT IS FURTHER ORDERED that Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana, this __5th__ day of April, 2018.

                                                      HON. JANE TRICHE MILAZZO
                                                     UNITED STATES DISTRICT COURT
                                                     EASTERN DISTRICT OF LOUISIANA