UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RENATA SINGLETON ET AL.**           **CIVIL ACTION**

**VERSUS**                             **NO: 17-10721**

**LEON CANNIZZARO ET AL.**             **SECTION: "H"(1)**

## ORDER

Before the Court is Plaintiffs' Request for Oral Argument (Doc. 68) on Defendants' Motion to Dismiss (Doc. 63). Plaintiffs filed their Opposition to Defendants' Motion on April 5, 2018 and their Request for Oral Argument on April 9, 2018. Local Rule 78.1 requires a non-moving party seeking oral argument to file a written request contemporaneously with that party's memorandum of opposition. Plaintiffs' request is therefore tardy. This Court, however, finds that oral argument would be beneficial. Accordingly;

**IT IS ORDERED** that oral argument on Defendants' Motion to Dismiss is SET to take place on May 9, 2018 at 9:30 a.m. Each side shall have fourteen minutes in which to argue.

New Orleans, Louisiana this 10th day of April, 2018.

_____

**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**