MINUTE ENTRY
MILAZZO, J.
MAY 9, 2018

JS-10: 00:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON ET AL | CIVIL ACTION |
| VERSUS | NO. 17-10721 |
| LEON A CANNIZZARO, JR ET AL | SECTION "H" |

**MOTION HEARING**

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: CATHY PEPPER
LAW CLERK: ANDREW COX

APPEARANCES:   BRUCE HAMILTON, ALEC KARAKATSANIS, ANNA ARCENEAUX, KATHERINE CHAMBLEE-RYAN, SOMIL TRIVEDI, FOR PLAINTIFFS
RICHARD STANLEY, THOMAS BARBERA, MATTHEW PAUL, ROBERT FREEMAN, JR., W. RALEY ALFORD, III, FOR DEFENDANTS

Court begins at 9:30 am.
Counsel appear for the record.
Defendants' Motion to Dismiss (Doc. 63) is argued and taken under submission.

Court adjourned at 10:25 a.m.