UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>          *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>          *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## **SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS**

The Defendants respectfully submit the following memorandum in support of their motion to dismiss, Doc. No. 63, to call the Court's attention to relevant authority that has not previously been addressed. During oral argument on May 9, 2018, the Court inquired about the procedures after a witness is arrested on a material-witness warrant, and specifically whether prosecutors determine when such a witness is brought to court after being arrested. Rule 15.0(12) of the Rules for the Orleans Parish Criminal District Court provides:

> If a material witness warrant of arrest is issued pursuant to La. R.S. 15:257, the court shall require the moving party to file the material witness motion and the capias/warrant with the Clerk of Court.

1

The Clerk of Court will designate these pleadings as a fourth class case with a new case number.

This material witness case shall be transferred to follow the predicate case where the presence of the material witness is required.

The material witness case must be nolle prosequied/dismissed and the capias recalled with a minute entry reflecting same once the need for the material witness expires.

Rule 15.0(9) also includes provisions governing arrests pursuant to a capias in general (including arrests of material witnesses):

> Whenever a capias has been executed, **the clerk shall place the individual on the docket and jail list of the appropriate Section** the next work day following the execution of the capias. If that particular Section of Court is not in session on that day, the individual is to be placed on the jail list of the Section next in rotation according to the following schedule: A to B, B to C, C to D, D to E, E to F, F to G, G to H, H to I, I to J, J to K, K to L, L to A. The Magistrate Section is not included in the rotation schedule.[1]

(Emphasis added). Thus, consistent with the Defendants' representations to the Court, the rules of the criminal court confirm that it is the court—not prosecutors—that determines when arrested material witnesses are brought to court. The Plaintiffs' general allegations to the contrary, *see* Complaint at ¶ 148, Doc. No. 52, need not be accepted as true because they are unsupported by specific factual allegations describing the actions purportedly taken by the Defendants, and because they are contrary to the procedures set forth in the criminal court's own rules.

---

[1] The Rules for the Orleans Parish Criminal District Court are available in full at https://www.lasc.org/rules/dist.ct/CRDCAppendices.PDF. Notably, the provisions governing arrested criminal defendants are set forth in a separate section (Rule 3.2) and are completely separate from the provisions governing arrests pursuant to a capias (including material witnesses).

Respectfully submitted,

| | |
|---|---|
| /s/ Robert L. Freeman, Jr. | /s/ Matthew J. Paul |
| Thomas J. Barbera, 18719 | Richard C. Stanley, 8487 |
| LAW OFFICE OF THOMAS J. BARBERA | W. Raley Alford, III, 27354 |
| 1010 Common Street, Suite 3000 | Matthew J. Paul, 37004 |
| New Orleans, Louisiana 70119 | STANLEY, REUTER, ROSS, THORNTON |
| Telephone: (504) 931-0662 | & ALFORD, LLC |
| Facsimile: (504) 581-7083 | 909 Poydras Street, Suite 2500 |
| | New Orleans, Louisiana 70112 |
| Robert L. Freeman, Jr., 21596 | Telephone: (504) 523-1580 |
| OFFICE OF THE DISTRICT ATTORNEY, PARISH OF ORLEANS | Facsimile: (504) 524-0069 |
| 619 South White Street | *Counsel for Leon Cannizzaro (in his individual capacity); Graymond Martin; David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; Laura Rodrigue; and Sarah Dawkins* |
| New Orleans, Louisiana 70119 | |
| Telephone: (504) 822-2414, ext. 2877 | |
| Facsimile: (504) 827-6393 | |
| | |
| *Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system, as well as by U.S. Mail for any non-CM/ECF participant.

/s/ Matthew J. Paul

3