UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE,<br><br>        *Plaintiffs*,<br><br>            v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>GRAYMOND MARTIN,<br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>        *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br>Section H<br>JUDGE: JANE TRICHE MILAZZO<br><br>Division 1<br>MAGISTRATE: JANIS VAN MEERVELD |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARIANA KOVEL**

Pursuant to Local Rule 83.2.5, Plaintiffs request that this Court allow Mariana Kovel of the Trone Center for Justice and Equality at the American Civil Liberties Union Foundation (ACLU) to be admitted *pro hac vice* as counsel of record for Plaintiffs in this matter. The

Declaration and Certificate of Good Standing filed herewith satisfy the requirements of Local Rule 83.2.5 for *pro hac vice* admission.

Respectfully submitted this 17th day of August 2018,

| | |
|---|---|
| | /s/ Bruce Hamilton |
| | Bruce Hamilton |
| Anna Arceneaux | La. Bar No. 33170 |
| Admitted *pro hac vice* | ACLU Foundation of Louisiana |
| American Civil Liberties Union Foundation | P.O. Box 56157 |
| 201 West Main Street, Suite 402 | New Orleans, LA 70156 |
| Durham, NC 27701 | Tel. (504) 522-0628 |
| Tel. (919) 682-5159 | bhamilton@laaclu.org |
| aarceneaux@aclu.org | |
| | |
| Somil Trivedi | Katherine Chamblee-Ryan* |
| Admitted *pro hac vice* | Alec Karakatsanis |
| American Civil Liberties Union Foundation | Admitted *pro hac vice* |
| 915 15th St., NW | Civil Rights Corps |
| Washington, DC 20005 | 910 17th Street NW |
| Tel. (202) 715-0802 | Washington, D.C. 20006 |
| strivedi@aclu.org | Tel. (202) 656-5198 |
| | katie@civilrightscorps.org |
| | alec@civilrightscorps.org |

COUNSEL FOR PLAINTIFFS

*Not licensed in the District of Columbia, practice subject to D.C. App. R. 49(c)(8), with supervision by Alec Karakatsanis, a member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2018, a copy of the foregoing document was filed electronically through the Court's CM/ECF filing system, and that service will be provided through the CM/ECF system.

/s/Bruce Hamilton
Bruce Hamilton