# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE,<br><br>　　*Plaintiffs*,<br><br>　　　　v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>GRAYMOND MARTIN,<br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>　　*Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAGISTRATE: JANIS VAN MEERVELD |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL BLUME

Pursuant to Local Rule 83.2.5, Plaintiffs request that this Court allow Michael Blume of Venable LLP to be admitted *pro hac vice* as counsel of record for Plaintiffs in this matter. The Declaration and Certificate of Good Standing filed herewith satisfy the requirements of Local Rule 83.2.5 for *pro hac vice* admission.

Respectfully submitted this 19th day of February 2019,

| | |
|---|---|
| | /s/ Bruce Hamilton |
| | Bruce Hamilton |
| Anna Arceneaux | La. Bar No. 33170 |
| Admitted *pro hac vice* | ACLU Foundation of Louisiana |
| American Civil Liberties Union Foundation | P.O. Box 56157 |
| 201 West Main Street, Suite 402 | New Orleans, LA 70156 |
| Tel. (919) 682-5159 | Tel. (504) 522-0628 |
| aarceneaux@aclu.org | bhamilton@laaclu.org |
| | |
| Somil Trivedi | Katherine Chamblee-Ryan* |
| Admitted *pro hac vice* | Alec Karakatsanis |
| American Civil Liberties Union Foundation | Admitted *pro hac vice* |
| 915 15th St., NW | Civil Rights Corps |
| Washington, DC 20005 | 910 17th Street NW |
| Tel. (202) 715-0802 | Washington, D.C. 20006 |
| strivedi@aclu.org | Tel. (202) 656-5198 |
| | katie@civilrightscorps.org |
| Mariana Kovel | alec@civilrightscorps.org |
| Admitted *pro hac vice* | |
| American Civil Liberties Union Foundation | |
| 125 Broad Street | |
| New York, NY | |
| Tel. (646) 905-8870 | |
| mkovel@aclu.org | |

COUNSEL FOR PLAINTIFFS

*Not licensed in the District of Columbia,
practice subject to D.C. App. R. 49(c)(8),
with supervision by Alec Karakatsanis, a
member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2019, a copy of the foregoing document was filed electronically through the Court's CM/ECF filing system, and that service will be provided through the CM/ECF system.

/s/Bruce Hamilton
Bruce Hamilton