UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>FAYONA BAILEY,<br>TIFFANY LACROIX, and<br>SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | **CIVIL ACTION NO. 2:17-CV-10721**<br><br>**JUDGE: JANE TRICHE MILAZZO**<br><br>**MAGISTRATE: JANIS VAN MEERVELD** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN DOWNER AND OLEVIA BOYKIN**

Pursuant to Local Rule 83.2.5, Plaintiffs request that this Court allow Ryan Downer and Olevia Boykin of Civil Rights Corps to be admitted *pro hac vice* as counsel of record for Plaintiffs in this matter. The Declarations and Certificates of Good Standing filed herewith satisfy the requirements of Local Rule 83.2.5 for *pro hac vice* admission.

1

Respectfully submitted this 11th day of March, 2019,

| | |
|---|---|
| | /s/ Bruce Hamilton |
| | Bruce Hamilton |
| | La. Bar No. 33170 |
| Somil Trivedi | ACLU Foundation of Louisiana |
| Admitted *pro hac vice* | P.O. Box 56157 |
| American Civil Liberties Union Foundation | New Orleans, LA 70156 |
| 915 15th St. NW | Tel. (504) 522-0628 |
| Washington, D.C. 20005 | bhamilton@laaclu.org |
| Tel. (202) 715-0802 | |
| strivedi@aclu.org | |
| | Katherine Chamblee-Ryan |
| Mariana Kovel | Alec Karakatsanis |
| Admitted *pro hac vice* | Admitted *pro hac vice* |
| American Civil Liberties Union Foundation | Civil Rights Corps |
| 125 Broad Street | 910 17th Street NW, Second Floor |
| New York, NY 10004 | Washington, D.C. 20006 |
| Tel. (646) 905-8870 | Tel. (202) 656-5198 |
| mkovel@aclu.org | katie@civilrightscorps.org |
| | alec@civilrightscorps.org |
| Michael Blume | |
| Admitted *pro hac vice* | Anna Arcenaux |
| Venable LLP | Admitted *pro hac vice* |
| 1270 Avenue of the Americas, 24th Floor | American Civil Liberties Union Foundation |
| New York, NY 10020 | 201 West Main Street, Suite 402 |
| Tel. (212) 218-2100 | Durham, NC 27701 |
| Msblume@venable.com | Tel. (919) 682-5159 |
| | aarcenaux@aclu.org |

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2019, a copy of the foregoing document was filed electronically through the Court's CM/ECF filing system, and that service will be provided through the CM/ECF system.

Dated: March 11, 2019

/s/Bruce Hamilton
Bruce Hamilton
