UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>LAZONIA BAHAM,<br>MARC MITCHELL,<br>JANE DOE,<br>FAYONA BAILEY,<br>TIFFANY LACROIX, and<br>SILENCE IS VIOLENCE,<br><br>   *Plaintiffs*,<br><br>         v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE, and<br>JOHN DOE,<br>in their individual capacities;<br><br>   *Defendants*. | **CIVIL ACTION NO. 2:17-CV-10721**<br><br>**JUDGE: JANE TRICHE MILAZZO**<br><br>**MAGISTRATE: JANIS VAN MEERVELD** |

**DECLARATION OF OLEVIA BOYKIN IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

I, Olevia Boykin, declare:

   1.   I am an attorney with Civil Rights Corps in Washington, D.C., and one of Plaintiffs' counsel in this action.

   2.   I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

1

3. I am a member in good standing of the Texas state bar. A certificate of my good standing with the Texas Bar is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I consent to electronic service of all documents through the Court's Electronic Filing System. I will register and obtain credentials for the Court's ECF system.

6. Bruce Hamilton of the ACLU Foundation of Louisiana will serve as local counsel in this action.

7. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: March 11, 2019

/s/ Olevia Boykin  
Olevia Boykin*  
Attorney  
Civil Rights Corps

* Not licensed in the District of Columbia, practice subject to D.C. App. R. 49(c)(8), with supervision by Alec Karakatsanis, a member of the D.C. Bar