UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENATA SINGLETON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-10721** |
| **LEON CANNIZZARO ET AL.** | **SECTION "H"** |

### ORDER

Considering Defendants' Motion to Confirm a Stay of Proceedings (Doc. 121);

**IT IS ORDERED** that Defendants shall file into the record a brief specifying exactly which aspects of this Court's February 28, 2019 Order and Reasons that Defendants are appealing to the Fifth Circuit. Defendants shall file the brief no later than May 3, 2019, and it shall be no more than five (5) pages in length.

New Orleans, Louisiana this 29th day of April, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1