UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>          v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAGISTRATE: JANIS VAN MEERVELD |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE A THIRD AMENDED COMPLAINT

Plaintiffs, by and through undersigned counsel, respectfully submit this Memorandum of Law in support of Plaintiffs' Motion to File a Third Amended Complaint, which Defendants oppose.

1

For the reasons previously articulated in their Motion for a Rule 62.1 Indicative Ruling (Doc. 141), Plaintiffs seek to file an amended complaint in order to withdraw the individual damages claims against Defendants Cannizzaro, Martin, and Pipes ("Supervisory Defendants") based on failure to supervise and failure to intervene ("FTS and FTI claims"). Plaintiffs previously requested that this Court treat their Motion for a Rule 62.1 Indicative Ruling as a motion to amend, but this Court denied that request as procedurally improper. *See* Docs. 141, 147. Through this motion, Plaintiffs seek the same relief.[1]

Rule 15 provides that leave to amend should be given "freely." Fed. R. Civ. P. 15(a)(2). There is no reason that this default guidance should not apply here. The relief sought narrows the issues in this case, does not expand or materially alter the scope of discovery, and results in no prejudice to Defendants. Moreover, this Court has noted that it "sees no reason why Plaintiffs will not ultimately be allowed to voluntarily dismiss certain claims against Defendants." Doc. 147 at 10. And, as the Court also noted, "it does not appear" that Defendants "oppose [this] request—nor would it make sense to do so." *Id*.

Although this Court previously explained that it "lacks the power to alter the claims that Plaintiffs ultimately want to dismiss" because of the pending appeal, *id*., this Court also ruled in its August 2, 2019 Scheduling Order that the parties must move to amend the pleadings by September 6, 2019. Plaintiffs acknowledge the Court's lack of jurisdiction but file this motion now to satisfy the September 6 deadline. Plaintiffs note that the Court may issue an indicative ruling pursuant to Rule 62.1 and request that the Court do so should it find it lacks jurisdiction.

---

[1] This Court previously dismissed some Counts in its order on Defendants' Motion to Dismiss. *See* Doc. 116. Plaintiffs include those claims in the Third Amended Complaint in order to preserve them for appeal.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant Plaintiffs the right under Rule 15 to amend the complaint to withdraw the claims at issue.

Respectfully submitted this 6th day of September, 2019,

/s/Olevia Boykin
Katherine Chamblee-Ryan
Ryan C. Downer
Olevia Boykin*
Admitted *pro hac vice*
Civil Rights Corps
910 17th Street NW
Washington, D.C. 20006
Tel. (202) 656-5198
ryan@civilrightscorps.org
katie@civilrightscorps.org
olevia@civilrightscorps.org

Somil Trivedi
Admitted *pro hac vice*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802
strivedi@aclu.org

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
New Orleans, LA 70156
Tel. (504) 522-0628
bhamilton@laaclu.org

Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870

Michael Blume
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020
Tel: (212) 370-5500

* Admitted to practice solely in Texas. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c), with supervision by Alec Karakatsanis, a member of the D.C. Bar.

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

/s/ Olevia Boykin
Olevia Boykin