MINUTE ENTRY
MILAZZO, J.
November 7, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENATA SINGLETON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-10721** |
| **LEON CANNIZZARO ET AL.** | **SECTION: "H"** |

### MINUTE ENTRY

    On November 7, 2019, the Court held a preliminary status conference. Bruce Hamilton, Mariana Kovel, and Ryan Downer participated on behalf of Plaintiffs. Thomas Barbera, Robert Freeman, Jr., Raley Alford, and Matthew Paul participated on behalf of Defendants. The parties discussed preliminary issues in the case.



(JS-10:22)