UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>          *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>          *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON PLAINTIFFS' REQUESTS FOR INJUNCTIVE RELIEF**

Defendants Leon Cannizzaro (in his individual capacity); Graymond Martin; David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; Laura Rodrigue; and Sarah Dawkins (the "Individual Defendants"), through undersigned counsel, respectfully request entry of partial summary judgment under Federal Rule of Civil Procedure 56, dismissing all requests for injunctive relief asserted against them by

1

Plaintiffs Renata Singleton, Marc Mitchell, Lazonia Baham, Jane Doe, Tiffany LaCroix, Fayona Bailey, and John Roe (the "Individual Plaintiffs") and Silence Is Violence for lack of standing.[1]

As explained further in the accompanying memorandum, all of the criminal cases in which the Individual Plaintiffs were victims or witnesses have now resolved. Similarly, there is no reason to believe that Silence Is Violence faces an imminent threat of injury by any specific Individual Defendant. Because they cannot show any continuing harm as a result of alleged past wrongdoing or any real and immediate threat of future harm at the hands of the Individual Defendants, the Plaintiffs lack standing to seek injunctive relief against the Individual Defendants.

Respectfully submitted,

/s/ Matthew J. Paul
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

*Counsel for Leon Cannizzaro (in his individual capacity); Graymond Martin; David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; Laura Rodrigue; and Sarah Dawkins*

---

[1] This motion does not address claims asserted against Mr. Cannizzaro in his official capacity (*i.e.*, against the Orleans Parish District Attorney's Office ("OPDA")).