UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**STATEMENT OF UNCONTESTED FACTS IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PLAINTIFFS' REQUESTS FOR INJUNCTIVE RELIEF**

    Defendants Leon Cannizzaro (in his individual capacity); Graymond Martin; David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; Laura Rodrigue; and Sarah Dawkins (the "Individual Defendants"), through undersigned counsel, respectfully submit this statement of uncontested facts in support of their motion seeking partial judgment dismissing all requests for injunctive relief against them for lack of standing.

1

1. The criminal case in which Renata Singleton was a witness, *State v. Vernon Crossley*, terminated in June 2015 when Mr. Crossley pleaded guilty and was sentenced. *See* Exhibit 1, June 4, 2014 minute entry in Case No. 522-558; *see also* Doc. No. 52 at ¶ 224.

2. The criminal case in which Marc Mitchell was a witness, *State v. Gerard Gray*, terminated in June 2016 when Mr. Gray was convicted and sentenced. *See* Exhibit 2, Excerpt of Docket Master for Case No. 521-734; *see also* Doc. No. 52 at ¶¶ 255–256.

3. The criminal case in which Lazonia Baham was a witness, *State v. Isaac Jones*, terminated in March 2018 when Mr. Jones pleaded guilty and was sentenced. *See* Exhibit 3, Docket Master for Case No. 536-436.

4. The criminal case in which Jane Doe was a witness, *State v. Matthew Totaro*, terminated in December 2018 when Mr. Totaro pleaded guilty and was sentenced. *See* Exhibit 4, Excerpt of Docket Master for Case No. 523-930.

5. The criminal case in which Fayona Bailey was a witness, *State v. Cardell Hayes*, terminated as to all but one count in April 2017, when Mr. Hayes was convicted and sentenced. The remaining count was dismissed in July 2017. *See* Exhibit 5, Excerpt of Docket Master for Case No. 528-975; *see also* Doc No. 52 at ¶ 325.

6. The criminal case in which Tiffany LaCroix was a witness, *State v. Janero McBride*, terminated in June 2017 after Mr. McBride was convicted and sentenced. *See* Exhibit 7, Excerpt of Docket Master for Case No. 526-096; *see also* Doc No. 52 at ¶ 325.

7. The criminal case in which John Roe was a witness, *State v. Michael Young*, terminated in August 2019 after Mr. Young pleaded guilty and was sentenced. *See* Exhibit 7, Excerpt of Docket Master for Case No. 529-219.

8. Matthew Hamilton is not currently employed by the Orleans Parish District Attorney's Office. His last date of employment was October 20, 2017. *See* Declaration of Graymond Martin at ¶ 10.

9. Laura Rodrigue is not currently employed by the Orleans Parish District Attorney's Office. Her last date of employment was August 2, 2018. *See* Declaration of Graymond Martin at ¶ 11.

10. Iain Dover is not currently employed by the Orleans Parish District Attorney's Office. His last date of employment was June 7, 2019. *See* Declaration of Graymond Martin at ¶ 12.

11. Tiffany Tucker is not currently employed by the Orleans Parish District Attorney's Office. Her last date of employment was June 14, 2019. *See* Declaration of Graymond Martin at ¶ 13.

12. Inga Petrovich is not currently employed by the Orleans Parish District Attorney's Office. Her last date of employment was November 8, 2019. *See* Declaration of Graymond Martin at ¶ 14.

Respectfully submitted,

 /s/ Matthew J. Paul
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
 & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Leon Cannizzaro (in his individual capacity); Graymond Martin; David Pipes; Iain Dover; Jason Napoli; Arthur Mitchell; Tiffany Tucker; Michael Trummel; Matthew Hamilton; Inga Petrovich; Laura Rodrigue; and Sarah Dawkins*

4