UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, MARC MITCHELL, LAZONIA BAHAM, JANE DOE, TIFFANY LACROIX, FAYONA BAILEY, JOHN ROE, and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity;<br><br>GRAYMOND MARTIN<br>DAVID PIPES,<br>IAIN DOVER,<br>JASON NAPOLI,<br>ARTHUR MITCHELL,<br>TIFFANY TUCKER,<br>MICHAEL TRUMMEL,<br>MATTHEW HAMILTON,<br>INGA PETROVICH,<br>LAURA RODRIGUE,<br>SARAH DAWKINS, and<br>JOHN DOE,<br>in their individual capacities;<br><br>    *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAGISTRATE: JANIS VAN MEERVELD |

**PLAINTIFFS' MOTION TO QUASH INDIVIDUAL DEFENDANTS' SUBPOENA TO
DR. RONALD MCLENDON, JR.**

    Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs move to quash a subpoena issued by Individual Defendants Leon Cannizzaro, Graymond Martin, David Pipes, Iain Dover, Jason Napoli, Arthur Mitchell, Tiffany Tucker, Michael Trummel, Matthew Hamilton, Inga Petrovich, Laura Rodrigue, and Sarah Dawkins to Dr. Ronald McLendon, Jr. ("the Medical

Subpoena" attached to this motion), Plaintiff Renata Singleton's primary care physician. As explained in the accompanying memorandum, the Medical Subpoena should be quashed, or at least substantially limited, because it seeks information that is not within the scope of discovery in this matter, is overbroad, and creates undue burden on the recipient. Fed. R. Civ. P. 26(b)(2)(C)(iii), 45(d)(3).

Respectfully submitted this 20th of November, 2019,

Somil Trivedi
Admitted *pro hac vice*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802
strivedi@aclu.org

Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870

/s/Olevia Boykin
Olevia Boykin
Ryan Downer
Katherine Chamblee-Ryan
Tara Mikkilineni
Admitted *pro hac vice*
Civil Rights Corps
1601 Connecticut Ave. NW, Ste. 800
Washington, D.C. 20009
Tel. (202) 656-5198
ryan@civilrightscorps.org
katie@civilrightscorps.org
olevia@civilrightscorps.org
tara@civilrightscorps.org

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
New Orleans, LA 70156
Tel. (504) 522-0628
bhamilton@laaclu.org

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

/s/Olevia Boykin