UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## **ORDER**

Considering the Unopposed Motion to Dismiss Constitutional Damages Claims Against Supervisory Defendants Based on Qualified Immunity filed by Leon Cannizzaro (in his individual capacity), Graymond Martin, and David Pipes (Doc. 178);

**IT IS ORDERED** that the motion is **GRANTED**.

2

**IT IS FURTHER ORDERED** that the Plaintiffs' claims seeking damages against Leon Cannizzaro (in his individual capacity), Graymond Martin, and David Pipes under Count VI (failure to supervise, train, or discipline) and Count VII (failure to intervene) of the Second Amended Complaint (Doc. No. 52) are barred by qualified immunity and are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motion to File a Third Amended Complaint (Doc. No. 156) is **DENIED AS MOOT**.

New Orleans, Louisiana, this __31st__ day of December, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE