**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RENATA SINGLETON; MARC
MITCHELL; LAZONIA BAHAM; JANE
DOE; TIFFANY LACROIX; FAYONA
BAILEY; JOHN ROE; and SILENCE IS
VIOLENCE,
      *Plaintiffs*,
   v.

LEON CANNIZZARO, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
GRAYMOND MARTIN; DAVID PIPES;
IAIN DOVER; JASON NAPOLI; ARTHUR
MITCHELL; TIFFANY TUCKER;
MICHAEL TRUMMEL; MATTHEW
HAMILTON; INGA PETROVICH; LAURA
RODRIGUE; SARAH DAWKINS; and
JOHN DOE, in their individual capacities,
      *Defendants*.

Civil Action No. 17-10721

Section H
Judge Jane Triche Milazzo

Division 1
Magistrate Judge Janis van Meerveld

**NOTICE OF SUBMISSION**

PLEASE BE ADVISED that the Plaintiffs in this action respectfully move this Court for a

Protective Order to be entered in this case. Attached to this motion is a Memorandum of Law in

Support, a Proposed Protective Order, and the Declaration of Mariana Kovel with attachments

thereto. Defendants are hereby noticed that the motion shall be submitted before the Honorable

Jane Triche Milazzo, Section "H", United States District Court for the Eastern District of

Louisiana, on **January 29, 2020 at 9:30 a.m**.

Filed January 14, 2020

        (additional counsel on next page)

*/s/ Mariana Kovel*
Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
 mkovel@aclu.org

Somil Trivedi
Admitted *pro hac vice*
American Civil Liberties Union Foundation
915 15<sup></sup>th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Katherine Chamblee-Ryan
Tara Mikkilineni
Ryan C. Downer
Olevia Boykin*
Admitted *pro hac vice*
Civil Rights Corps
910 17th Street NW
Washington, D.C. 20006
Tel. (202) 656-5198

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
New Orleans, LA 70156
Tel. (504) 522-0628

COUNSEL FOR PLAINTIFFS

\* Admitted to practice solely in Texas. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c), with supervision by Alec Karakatsanis, a member of the D.C. Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2020, a copy of the Plaintiffs' Motion for a

Protective Order, along with attached Declaration with exhibits and a Proposed Order, was filed

electronically with the Clerk of the Court using the CM/ECF system, and that service will be

provided through the CM/ECF system.

 /s/ Mariana Kovel
Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org