UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## DECLARATION OF MARIANA KOVEL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

1.  My name is Mariana Kovel and I am an attorney for the Plaintiffs in this matter.

2.  I submit this Declaration in support of Plaintiffs' Motion for a Protective Order, pursuant to Fed. R. Civ. Pro. 26(c)(1).

3.  In attempting to stipulate to a joint Protective Order, I conferred with my counterpart, attorney for Individual Defendants Matthew Paul, on multiple occasions, both by telephone and email. While all Parties agreed that a standing protective order is necessary in this case, ultimately, we could not agree on several terms of the order. Plaintiffs' Proposed Order attached to this Motion is substantively the same as the version that was last exchanged between

1

the parties. However, its paragraphs have been reordered and edited for clarity and several terms have been re-written. Plaintiffs will provide Defendants with a redlined version of the Proposed Order in a separate communication.

4. Attached to this Declaration as Exhibit A is a true and accurate copy of an article, dated May 17, 2017, entitled "Prosecuted by her legal counterpart: 'It destroyed my life in so many ways," that appears on the website of the newspaper The Guardian at: https://www.theguardian.com/us-news/2017/may/01/prosecuted-law-new-orleans.

5. Attached to this Declaration as Exhibit B is a true and accurate copy of a court transcript from a hearing in *State of Louisiana v. Taryn Blume*, Docket No. 522-905, held in Orleans Parish Criminal District Court, dated April 12, 2016.

6. Attached to this Declaration as Exhibit C is a true and accurate copy of a court order and decision from *State of Louisiana v. Taryn Blume*, signed by Judge Tracey Flemings-Davillier of Orleans Parish Criminal District Court Section "B," dated April 29, 2016.

7. Attached to this Declaration as Exhibit D is a true and accurate copy of a court order and decision from *State of Louisiana v. Taryn Blume*, Docket No. 2016-K-0462, from the Court of Appeal, Fourth Circuit, signed by Judge Terri F. Love, dated May 6, 2016.

8. I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

January 14, 2020

*/s/ Mariana Kovel*
Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org