UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>*Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## MOTION FOR A PROTECTIVE ORDER

Plaintiffs Renata Singleton, Marc Mitchell, Lazonia Baham, Jane Doe, Tiffany Lacroix, Fayona Bailey, John Roe, and Silence is Violence hereby move this Court to issue a Protective Order in this case pursuant to Federal Rule of Civil Procedure 26(c). Attached to this motion is a Memorandum of Law in Support, a Proposed Protective Order, the Declaration of Mariana Kovel with attachments thereto, and a Notice of Submission. The Proposed Order would govern the parties' exchange and use of confidential documents and information. The Parties would be able to mark documents as "Confidential" subject to the Receiving Party's ability to challenge such designation. The Proposed Order also contains a Non-Disclosure provision regarding the identity of Plaintiff Jane Doe.

1

While all parties agree that there is ample good cause for a general protective order in this case, after conferring, the Plaintiffs and Defendants are unable to agree to the terms of such an order. Plaintiffs request that the Court grant and enter their Proposed Order, attached to this motion.

Respectfully submitted this 17th day of January, 2020,

*/s/ Mariana Kovel*
Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Somil Trivedi
Admitted *pro hac vice*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Katherine Chamblee-Ryan
Tara Mikkilineni
Ryan C. Downer
Olevia Boykin*
Admitted *pro hac vice*
Civil Rights Corps
910 17th Street NW
Washington, D.C. 20006
Tel. (202) 656-5198

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
New Orleans, LA 70156
Tel. (504) 522-0628

COUNSEL FOR PLAINTIFFS

* Admitted to practice solely in Texas. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c), with supervision by Alec Karakatsanis, a member of the D.C. Bar.