## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE, | Civil Action No. 17-10721 |
| | Section H |
| *Plaintiffs*, | Judge Jane Triche Milazzo |
| | |
| v. | Division 1 |
| | Magistrate Judge Janis van Meerveld |
| LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities, | |
| | |
| *Defendants*. | |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
### IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Plaintiffs Renata Singleton, Marc Mitchell, Lazonia Baham, Jane Doe, Tiffany Lacroix, Fayona Bailey, John Roe, and Silence is Violence hereby move this Court to grant leave to file the attached reply memorandum of law in support of Plaintiffs' Motion for a Protective Order, Doc. No. 183, in order to respond to the arguments and proposed protective order submitted by Defendants in their Opposition, Doc. No. 186. The submission date for Plaintiffs' Motion is February 5, 2020. *See* Doc No. 184.

Respectfully submitted this 3rd day of February, 2020,

*/s/ Mariana Kovel*
Mariana Kovel
Admitted *pro hac vice*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Somil Trivedi
Admitted *pro hac vice*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Katherine Chamblee-Ryan
Tara Mikkilineni
Ryan C. Downer
Olevia Boykin*
Admitted *pro hac vice*
Civil Rights Corps
910 17th Street NW
Washington, D.C. 20006
Tel. (202) 656-5198

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
New Orleans, LA 70156
Tel. (504) 522-0628

COUNSEL FOR PLAINTIFFS

* Admitted to practice solely in Texas. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c), with supervision by Alec Karakatsanis, a member of the D.C.  Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2020, a copy of the Plaintiffs' Motion for Leave to File a Reply Brief, along with an attached proposed Reply Brief, was filed electronically with the Clerk of the Court using the CM/ECF system, and that service upon all counsel to all Defendants will be provided through the CM/ECF system.

 /s/ Mariana Kovel
Mariana Kovel
Admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org