UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, <br> MARC MITCHELL, <br> LAZONIA BAHAM, <br> JANE DOE, <br> TIFFANY LACROIX, <br> FAYONA BAILEY, <br> JOHN ROE, and <br> SILENCE IS VIOLENCE, <br><br>     *Plaintiffs*, <br><br> v. <br><br> LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; <br><br> GRAYMOND MARTIN, <br> DAVID PIPES, <br> IAIN DOVER, <br> JASON NAPOLI, <br> ARTHUR MITCHELL, <br> TIFFANY TUCKER, <br> MICHAEL TRUMMEL, <br> MATTHEW HAMILTON, <br> INGA PETROVICH, <br> LAURA RODRIGUE, <br> SARAH DAWKINS, and <br> JOHN DOE, <br> in their individual capacities; <br><br>     *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721 <br><br> JUDGE: JANE TRICHE MILAZZO <br><br> MAGISTRATE: JANIS VAN MEERVELD |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GERALD SACHS**

Pursuant to Local Rule 83.2.5, Plaintiffs request that this Court allow Gerald Sachs of Venable LLP to be admitted *pro hac vice* as counsel of record for Plaintiffs in this matter. The Declaration and Certificate of Good Standing filed herewith satisfy the requirements of Local Rule 83.2.5 for *pro hac vice* admission.

Respectfully submitted this 7th day of February 2020,

|  |  |
|---|---|
| Mariana Kovel<br>Admitted *pro hac vice*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY<br>Tel. (646) 905-8870<br>mkovel@aclu.org<br><br>Somil Trivedi<br>Admitted *pro hac vice*<br>American Civil Liberties Union Foundation<br>915 15th St., NW<br>Tel. (202) 715-0802<br>Washington, D.C. 20006<br>strivedi@aclu.org<br><br>Michael Blume<br>Venable LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, NY 10004<br>Tel: (212) 370-5500 | /s/ Bruce Hamilton<br>Bruce Hamilton<br>La. Bar No. 33170<br>ACLU Foundation of Louisiana<br>P.O. Box 56157<br>New Orleans, LA 70156<br>Tel. (504) 522-0628<br>bhamilton@laaclu.org<br><br>Katherine Chamblee-Ryan<br>Tara Mikkilineni<br>Ryan Downer<br>Olevia Boykin*<br>Admitted *pro hac vice*<br>Civil Rights Corps<br>1601 Connecticut Ave. NW Ste 800<br>Washington DC 20009<br>Tel. (202) 894-6120<br>katie@civilrightscorps.org<br>tara@civilrightscorps.org<br>ryan@civilrightscorps.org<br>olevia@civilrightscorps.org |

COUNSEL FOR PLAINTIFFS

*Admitted to practice only in Texas. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(8), with supervision by Alec Karakatsanis, a member of the D.C. Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2020, a copy of the foregoing document was filed electronically through the Court's CM/ECF filing system, and that service will be provided through the CM/ECF system.

/s/Bruce Hamilton
Bruce Hamilton