UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, <br> MARC MITCHELL, <br> LAZONIA BAHAM, <br> JANE DOE, <br> TIFFANY LACROIX, <br> FAYONA BAILEY, <br> JOHN ROE, and <br> SILENCE IS VIOLENCE, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; <br><br> GRAYMOND MARTIN, <br> DAVID PIPES, <br> IAIN DOVER, <br> JASON NAPOLI, <br> ARTHUR MITCHELL, <br> TIFFANY TUCKER, <br> MICHAEL TRUMMEL, <br> MATTHEW HAMILTON, <br> INGA PETROVICH, <br> LAURA RODRIGUE, <br> SARAH DAWKINS, and <br> JOHN DOE, <br> in their individual capacities; <br><br> *Defendants*. | CIVIL ACTION NO. 2:17-cv-10721 <br><br> JUDGE: JANE TRICHE MILAZZO <br><br> MAGISTRATE: JANIS VAN MEERVELD |

**DECLARATION OF GERALD S. SACHS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gerald Sachs, declare:

    1.    I am an attorney with Venable LLP in Washington, DC, and one of Plaintiffs' counsel in this action.

    2.    I am not a member of the Louisiana bar. I am not eligible for admission to the bar

of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Maryland, District of Columbia and Georgia state bars. A certificate of my good standing with the State of Maryland, District of Columbia and State of Georgia is filed herewith. I am admitted to practice before the United States Supreme Court, and the United States District Courts for the District of Columbia and the Northern District of Georgia.

4. No disciplinary proceedings or criminal charges have been instituted against me.

5. I consent to electronic service of all documents through the Court's Electronic Filing System. I will register and obtain credentials for the Court's ECF system.

6. Bruce Hamilton of the ACLU Foundation of Louisiana is serving as local counsel in this action.

7. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: February 7th, 2020    /s/ Gerald S. Sachs
Gerald S. Sachs
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001