UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## **ORDER**

Considering the Unopposed Motion to Confirm Dismissal of Claims Against Individual Defendants, filed by Leon Cannizzaro (in his individual capacity); Tiffany Tucker; Michael Trummel; Matthew Hamilton; and Sarah Dawkins (Doc. 225);

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, as a result of this Court's prior rulings in this case, there are no remaining claims pending against Leon Cannizzaro (in his individual capacity), Tiffany Tucker, Michael Trummel, Matthew Hamilton, or Sarah Dawkins. Therefore, those defendants are no longer active parties to this case.

New Orleans, Louisiana, this __22nd__ day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE