MINUTE ENTRY
VAN MEERVELD
August 21, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 17-10721 |
| VERSUS | * * | SECTION: "H" (1) |
| LEON CANNIZZARO, ET AL., *Defendants* | * * * * | JUDGE JANE TRICHE MILAZZO MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held via video conference on Thursday, August 20, 2020.

PRESENT FOR:

*Plaintiffs*:   Alicia Sharon, Bruce Hamilton, Tara Mikkilineni, Gerald Sachs, Olevia Boykin, Molly Kovel, Marc Mitchell, Katie Chamblee-Ryan, Somil Trivedi, Allison Gottfried, Savannah Baker, Jane Doe, Cole Lautermilch

*Defendants*:   Leon Cannizzaro, Robbie Freeman, Graymond Martin, Raley Alford, Matthew Paul, John Alford, Inga Petrovich

*Also present:*   Richard Robinson

The case did not settle, but significant progress was made. The following next steps and deadlines were set:

1. All seven individual plaintiffs (not Silence is Violence) are to be contacted and the possibility of settlement discussed no later than close of business, Tuesday, August 25.

2. For any plaintiffs not accepting the settlements offered, an appointment is to be made with the undersigned Magistrate Judge for a telephone or Zoom call to occur on Wednesday or Thursday, August 26 or 27. Available blocks of time will be circulated to plaintiffs' counsel in the near future. Requests for a specific date/time are to be submitted to efile-vanmeerveld@laed.uscourts.gov.

3. **If not previously announced, no later than close of business Friday, August 28, a decision will be made by each plaintiff as to whether they accept the settlement. All plaintiffs must agree for the settlement to be binding on defendants. Plaintiffs are to alert the court and defense counsel by email.**

4. Should individual plaintiffs not unanimously agree to the settlements, depositions will continue as discussed below. Should they unanimously agree, the deposition calendar is suspended.

5. Plaintiffs' depositions scheduled for the week of August 24 are continued. The first deposition to occur will be on or after August 31.

6. Depositions of the five plaintiffs previously scheduled for the week of August 24 must be completed by September 11.

7. To this end, no later than close of business on Friday, August 28, plaintiffs must circulate alternative dates to defense counsel for plaintiffs' depositions to occur between August 31 and September 11.

8. The status conference set for Thursday, August 27, will be reset. Once the deposition schedule is determined, the parties are to contact the court for a new date.

                                                              Janis van Meerveld
                                               United States Magistrate Judge

MJSTAR: 10:30