UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL. | * | CIVIL ACTION NO. 17-10721 |
| | * | |
| VERSUS | * | SECTION: "H"(1) |
| | * | |
| LEON A. CANNIZARO, JR., ET AL. | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER RESETTING STATUS CONFERNECE

**IT IS ORDERED** that the status conference set for September 15, 2020, is hereby RESET for **Friday, September 18, 2020, at 8:30 a.m.**, via VIDEO CONFERENCE before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties.

The purpose of the conference is to discuss plaintiffs' request for additional depositions. By **close of business on Wednesday, September 16, 2020,** defendants shall submit a written response to plaintiffs' proposal to plaintiffs with a copy to the chambers of the undersigned at efile-vanmeerveld@laed.uscourts.gov. The parties shall confer on September 17, 2020, to attempt to amicably resolve their dispute.

New Orleans, Louisiana, this 15th day of September, 2020.

_____
Janis van Meerveld
United States Magistrate Judge