MINUTE ENTRY
MILAZZO, J.
November 18, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENATA SINGLETON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-10721** |
| **LEON CANNIZZARO ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On November 18, 2020, the Court held a video status conference. Bruce Hamilton, Laura Arandes, Mariana Kovel, Katherine Chamblee-Ryan, Ryan Downer, Tara Mikkilineni, and Gerald Sachs participated on behalf of Plaintiffs. Matthew Paul, Robert Freeman, Jr., W. Raley Alford, and John Alford participated on behalf of Defendants. The parties discussed the status of the case. Accordingly;

**IT IS ORDERED** that a follow-up status conference is **SET** for February 11, 2021 at 11:00 a.m. by Zoom Video. The case manager will send the Zoom link prior to the conference date.

(JS-10:20)