UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## **UNOPPOSED MOTION FOR EXTENSION OF DEADLINES**

The Defendants, through undersigned counsel, respectfully request an extension of the current deadlines to complete discovery and to file witness and exhibit lists. Counsel for the Plaintiffs have represented that they do not oppose the relief requested in this motion.

Under the current scheduling order, witness and exhibit lists must be filed by December 9, 2020, and discovery must be completed by January 9, 2021. *See* Doc. No. 256. However, two weeks ago, on November 9, 2020, the Plaintiffs supplemented their initial disclosures to add approximately 38 new witnesses who are "likely to have discoverable information that Plaintiffs may use to support their claims." Additionally, the Defendants are currently awaiting production of large amounts of documents and information that the Magistrate Judge has ordered Silence Is

1

Violence to produce. *See* Doc. No. 280. The Plaintiffs recently requested, and the Defendants agreed to, a two-week extension of the production deadline. Because this substantial discovery will not be produced until mid-December, the existing discovery deadline would not allow the Defendants adequate time for review and for scheduling and conducting depositions of witnesses relevant to Silence Is Violence's claims. Accordingly, the Defendants request that the discovery deadline be continued until February 19, 2021. The Defendants also request a similar extension of the deadline for witness and exhibit lists, until January 13, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert L. Freeman, Jr.<br>Robert L. Freeman, Jr., 21596<br>Donna R. Andrieu, 26441<br>OFFICE OF THE DISTRICT ATTORNEY,<br>PARISH OF ORLEANS<br>619 South White Street<br>New Orleans, Louisiana 70119<br>Telephone:  (504) 822-2414, ext. 2877<br>Facsimile:  (504) 827-6393<br><br>John S. Alford, 31594<br>622 Baronne Street<br>New Orleans, Louisiana 70113<br>Telephone:  (504) 605-3810<br><br>*Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)* | /s/ Matthew J. Paul<br>Richard C. Stanley, 8487<br>W. Raley Alford, III, 27354<br>Matthew J. Paul, 37004<br>Patrick M. Bollman, 38674<br>STANLEY, REUTER, ROSS, THORNTON<br>  & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112<br>Telephone: (504) 523-1580<br>Facsimile:  (504) 524-0069<br><br>*Counsel for Graymond Martin, David Pipes, Jason Napoli, Arthur Mitchell, and Laura Rodrigue* |