UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**LIST OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RENATA SINGLETON'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS, AND PLAINTIFF'S COUNTER-STATEMENT OF UNDISPUTED FACTS**

| Exhibit Number | Description | Bates / Dkt. |
|---|---|---|
| 1 | Declaration of Renata Singleton (Dec. 14, 2020) | n/a |
| 2 | Transcript of Deposition of Renata Singleton (Sept. 3, 2020) | n/a |
| 3 | Motion and Order for Material Witness Bond for R. Singleton (Apr. 24, 2015) | OPDA18397-99 |
| 4 | Transcript of Deposition of Tiffany Dover, nee Tucker (Sept. 28, 2020) | n/a |
| 5 | Transcript of Deposition of Arthur Mitchell (Sept. 21, 2020) | n/a |

1

| | | |
|---|---|---|
| 6 | Transcript of Deposition of David Pipes (Rough) (Dec. 4, 2020) | n/a |
| 7 | Composite exhibit of fake subpoena types used by OPDA | Plaintiffs-12396, OPDA10249, OPDA00322, OPDA00029, OPDA00113, OPDA00003, OPDA00062, OPDA00320, OPDA00075, OPDA086024, Plaintiffs-04121 |
| 8 | Collection of fake OPDA subpoenas (produced Dec. 9, 2020) | OPDA086024, OPDA086014, OPDA086016, OPDA086018, OPDA086034, OPDA086094 |
| 9 | Transcript of Rule 30(b)(6) Deposition of OPDA (Deponent David Pipes) (Oct. 19, 2020) | n/a |
| 10 | Fake Subpoena Template Email (May 13, 2014) | OPDA039340-43 |
| 11 | Collection of 191 fake OPDA subpoenas based on May 13, 2014 email template | |
| 12 | Fake subpoenas submitted in Arthur Mitchell's cases | OPDA00126, OPDA00125, OPDA00215, OPDA00205, OPDA00148, OPDA00216, OPDA00230, OPDA00233, OPDA00314 |
| 13 | Fake Subpoena to Jasmine Dansey | OPDA00230 |
| 14 | Declaration of Jasmine Dansey (Dec. 15, 2020) | n/a |

| 15 | Docket Master for *State v. Vernell Nelson* | OPDA0085337-38 |
|---|---|---|
| 16 | Fake subpoenas served by Corey Porter | OPDA00126, OPDA00124, OPDA00130, OPDA00180, OPDA00132, OPDA00190, OPDA00149, OPDA00191, OPDA00151, OPDA00127, OPDA00203, OPDA00184, OPDA00199, OPDA00198, OPDA00247, OPDA00248, |
| 17 | OPDA Responses to Tiffany LaCroix's Second Set of Interrogatories (Dec. 11, 2020) | n/a |
| 18 | Fake Subpoena to Keith McGuire | INDEF00780 |
| 19 | Email from J. O'Hern to G. Martin re: DA Subpoena (Apr. 21, 2017) | OPDA086344-45 |
| 20 | Memorandum from G. Martin to OPDA Attorneys re: Witnesses with Notice to Appear Template (Apr. 26, 2017) | OPDA00653-54 |
| 21 | Email from G. Martin to S. Walker re: Email to all Assistant District Attorneys (Apr. 26, 2017) | OPDA039344-45 |
| 22 | Memorandum from G. Martin re: Revised Witness Contact Policy (Apr. 28, 2017) | OPDA00624 |
| 23 | New Orleans Police Department Incident Report (Nov. 2, 2014) | INDEF01520-24 |
| 24 | Criminal Appearance Bond (Dec. 12, 2014) | INDEF01706 |
| 25 | Letter from K. Avery to R. Singleton (Nov. 7, 2014) | INDEF01508 |

| 26 | Email from A. Jackson to B. Thornton and T. Tucker (Dec. 11, 2014) | OPDA068915 |
|---|---|---|
| 27 | CourtNotify records for R. Singleton | OPDA18942-47 |
| 28 | Text message between Arthur Mitchell and Corey Porter | OPDA087669 |
| 29 | Text messages between Corey Porter and Orleans Parish Police Department Officers | OPDA087596-98 |
| 30 | OPDA's Responses to Renata Singleton's Third Set of Interrogatories (Dec. 11, 2020) | n/a |
| 31 | *State v. Singleton* Status Hearing Transcript (Jun. 3, 2015) | OPDA017928-37 |
| 32 | Docket Master for *State v. Vernon Crossley* | OPDA18390-94 |
| 33 | Declaration of Kenyatta Phillips (Dec. 14, 2020) | n/a |
| 34 | Mitchell Responses to Pls.' First Requests for Admissions (Aug. 17, 2020) | n/a |

Dated:  December 15, 2020                              Respectfully Submitted,


                                                       *s/* Tara Mikkilineni

Katherine Chamblee-Ryan (*pro hac vice*)              Mariana Kovel (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)                     American Civil Liberties Union Foundation
Ryan C. Downer (*pro hac vice*)                       125 Broad Street, 18th Floor
Laura Gaztambide Arandes (*pro hac vice*)             New York, NY 10004
Jeffrey Stein (*pro hac vice*)                        Tel: (646) 905-8870
Civil Rights Corps                                    mkovel@aclu.org
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

| | |
|---|---|
| Somil Trivedi (*pro hac vice*) <br> American Civil Liberties Union Foundation <br> 915 15th Street NW <br> Washington, DC 20005 <br> Tel: (202) 715-0802 | Bruce Hamilton <br> La. Bar No. 33170 <br> ACLU Foundation of Louisiana <br> 1340 Poydras St., Suite 2160 <br> New Orleans, LA 70156 <br> Tel: (504) 522-0628 |
| Gerald S. Sachs (*pro hac vice*) <br> Venable LLP DC <br> 600 Massachusetts Ave. NW <br> Washington, DC 20001 <br> Tel: (202) 344-4269 | Sarah S. Brooks (*pro hac vice*) <br> Venable LLP <br> 2049 Century Park East, Suite 2300 <br> Los Angeles, CA 90067 <br> Tel: (310) 229-0408 |
| Allison B. Gotfried (*pro hac vice*) <br> Venable LLP <br> 1270 Avenue of the Americas <br> 24th Floor <br> New York, NY 10020 <br> Tel: (212) 370-6227 | Michael S. Blume (*pro hac vice*) <br> Venable LLP <br> 1270 Avenue of the Americas <br> 24th Floor <br> New York, NY 10020 <br> Tel: (212) 370-5500 |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I certify that on December 15, 2020, I electronically filed the foregoing List of Exhibits using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

                                          *s/ Tara Mikkilineni*