# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## DECLARATION OF RENATA SINGLETON

    Pursuant to 28 U.S.C. § 1746, I, Renata Singleton, make the following declaration based on my personal knowledge:

1. After the incident involving my ex-boyfriend Vernon Crossley, that ended in his arrest, I was called repeatedly by Amy Jackson, who was a victim advocate at the District Attorney's Office about Vernon's court case. I told Ms. Jackson that one of the reasons I didn't want to pursue the case was because I had ended my relationship with Vernon, and I was worried about missing time at work, and with my kids, to pursue a court case against him.

2. As I testified in my deposition, I came home one day and found a document on my living room floor, that I guessed had been left in my door. I understood this to be

1

some kind of document related to Mr. Crossley's criminal court case. I did not respond to the document because I understood it had not been served on me properly. It was not until years later, that I learned that this document was actually a fake subpoena used by the DA's office.

3. In late May, the police came to my house and served a subpoena on my son. He signed for it. I fully intended to comply with this subpoena on the date that was listed on it.

4. When I went to the DA's office the next day with my friend, Ms. Phillips, it was to tell the prosecutors that I intended to comply with the subpoena, and that there was no reason to arrest me because I was planning on going to court.

5. I am still suffering from what the DA's office did to me. I learned that they had sent me a document that was fake, and that they used that document to tell the court that I should be arrested. I learned that they had sent these fake subpoenas to hundreds of people in New Orleans. They lied to me, they accused me of hiding from them when I wasn't, they locked me up, and no one was held accountable. You can still see the record of my arrest online, but no one at the DA's office got punished for lying. I just can't trust the police or prosecutors or the system anymore.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of December, 2020.

*Renata Singleton*
—E53EF3515265428...
Renata Singleton

2