# EXHIBIT 3



| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| --- | --- |
| VERSUS | PARISH OF ORLEANS |
| VERNON CROSSLEY | CASE NO. 522-558 "F" |

## MOTION AND ORDER FOR MATERIAL WITNESS BOND

NOW INTO COURT, through the undersigned Assistant District Attorney for the Parish of Orleans, comes the State of Louisiana, who respectfully requests that an Order be issued placing under bond one, **RENATA SINGLETON** (hereinafter referred to as "**SINGLETON**"), D.O.B. ▮1980, **7510 Farwood Dr., New Orleans, LA 70126**, as a material witness in the above captioned case. This order is requested for the following reasons:

### I.

The testimony of **SINGLETON** is essential to the prosecution of the above entitled case. She is the victim of the charge of simple battery and criminal damage to property amounting less than $500.

### II.

The State has reason to fear **SINGLETON** will not appear in Court pursuant to a subpoena as she has failed to appear pursuant to an appointment with the undersigned, and she has failed to appear in court at every other trial setting that she was issued a subpoena for.

### III.

**SINGLETON** received improper domiciliary service, as a subpoena was left in the door of the residence of **SINGLETON** on March 6, 2015. **SINGLETON** did not appear for trial when it was set on March 20, 2015.

### IV.

The undersigned has made attempts to contact **SINSGLETON** since March 2015. The undersigned attempted to contact **SINGLETON** numerous times at the phone number provided by **SINGLETON**, to no avail.

### V.

The Sheriff's Office has made numerous attempts to serve **SINGLETON** at her primary address with no success. They have been to her residence three times and have left subpoenas in her door due to no one accepting service at the residence on her behalf. (See attached Court Notify Notes).

### VI.

On April 20, 2015 the undersigned contacted Orleans Parish District Attorney's Office Victim-Witness Advocate Amy Jackson, to determine if Jackson possessed alternative phone numbers for **SINGLETON**. The undersigned was informed that **SINGLETON** had never been cooperative with Victim-Witness Advocate Jackson, but did provide the undersigned with an alternative phone number for **SINGLETON**. The undersigned attempted to contact **SINGLETON** at the alternative phone number, to no avail.

### VII.

 

Orleans Parish District Attorney Investigator Corey Porter has made numerous attempts to locate **SINGLETON** since April 20, 2015. On that day, the undersigned, accompanied by Investigator Porter, traveled to the last known address for **SINGLETON** in an attempt to serve **SINGLETON** with a subpoena and conduct an interview, to no avail.

On April 20, 2015, the undersigned, accompanied with Investigator Porter, traveled to a residence associated with the sister of **SINGLETON**, in an attempt to serve **SINGLETON** with a subpoena and conduct an interview, to no avail.

### VIII.

On April 21, 2015 Investigator Porter traveled to the Astor Crowne Plaza, the last known employer of **SINGLETON**. Investigator Porter learned that **SINGLETON** had ceased her employment with the Astor Crowne Plaza approximately one month prior.

On April 21, 2015 Investigator Porter traveled to the last known residence **SINGLETON** in an attempt to serve **SINGLETON** with a subpoena and conduct an interview. Investigator Porter observed a Toyota Camry, associated with **SINGLETON**, parked in the driveway of the residence. Investigator Porter knocked on the door of the residence and waited for a response from someone present inside of the residence, to no avail. Investigator Porter left two subpoenas at the residence for **SINGLETON** to appear at the District Attorney's Office on April 24, 2015.

### IX.

On April 23, 2015, the undersigned attempted to contact **SINGLETON** at the last known phone numbers of **SINGLETON**, to no avail.

### X.

**SINGLETON** failed to appear at trial scheduled in Section F on April 24, 2015, even after the numerous subpoenas that she received at her primary residence. The conduct of **SINGLETON** is a reasonable basis for the undersigned to attest that **RENATA SINGLETON** will not honor her subpoena and appear at the next trial setting scheduled for this matter.

### XI.

The State recommends that bail be set in the amount of One Hundred Thousand Dollard ($100,000.00) to insure the appearance of the witness on the scheduled date of trial.

**WHEREFORE**, the State of Louisiana prays that a capias be issued in accordance with Louisiana Revised Statute 15:257, commanding the arrest of **SINGLETON** as a material witness in this case, and alternatively, that bail be fixed in the amount of One Hundred Thousand Dollars ($100,000.00).

Respectfully submitted,

Assistant District Attorney

## O R D E R

IT IS HEREBY ORDERED BY THE COURT, that a capias be issued for the arrest of RENATA SINGLETON (black female, DOB: ▇/1980), residing at, 7510 Farwood Dr., New Orleans, LA 70126, as a material witness and that bail be fixed in the amount of $ _100,000.00_

NEW ORLEANS, LOUISIANA, this the 24th day of _April_, 20_15_.

_Robi Pittman_
Judge
Criminal District Court
Parish of Orleans