EXHIBIT 7



# LEON A. CANNIZZARO, JR.

## District Attorney for the Parish of Orleans ~ State of Louisiana

JANUARY 14TH, 2013

Orleans Parish District Attorneys case file number:

$503\text{-}430B$

Greetings,

To; SIDNEY FRAZIER

Address; ██████████████████████

The Orleans Parish District Attorneys Office has before it the above captioned matter.
The Defendant (Accused) is charged with _____.
It has come to our attention that you have cretin and relevant information necessary to the prosecution in this case.

Your presence is required in this office to discuss the certain and relevant information.

You are to appear in the District Attorneys' office on JANUARY 22nd 2013 at 9:00AM.

The office is located at **619 South White Street** in New Orleans, La.

Should you have any questions contact; JASON NAPOLI, ADA

619 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA 70119-7348
(504) 822-2414

Plaintiffs-12396

# OFFICE OF THE DISTRICT ATTORNEY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

**TO:** Detective Gregory Johnson                    St. v. Jones

    **YOU ARE HEREBY NOTIFIED** to appear before the District Attorney at the Magistrate Court in the Parish of Orleans on **May 22,2013 AT 3:00 P.M.,** to testify to the truth according to your knowledge in such matters as may be required of you.

    Upon arriving at Magistrate Court, you will report to **A.D.A. Craig Famularo.**

Craig Famularo
**Assistant District Attorney**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DELIVERED BY:E-Mail _____ ON:__5/17_/2013 at _3:00_P.M.

# OFFICE OF THE DISTRICT ATTORNEY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

**TO:**    Detective

    **YOU ARE HEREBY NOTIFIED** to appear before the District Attorney in the for the Parish of Orleans on _, 2013 AT 3:00 P.M.,** to testify to the truth according to your knowledge in such matters as may be required of you.

    Upon arriving , you will report to **A.D.A. Craig Famularo.**

**Assistant District Attorney**

CERTIFIED DA OFFICE COPY

OPDA10249



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _____

at _____

to Assistant District Attorney:

_____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*
the person to whom the process is directed.

_____ *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____ *Server of Process*

**CERTIFIED DA OFFICE COPY**

OPDA00322



CASE No. 496-305, D
Item No. A-8859-10

### OFFICE OF THE DISTRICT ATTORNEY

## Criminal District Court for the Parish of Orleans

To:    CRYSTAL ~~SMITH~~
       *Smith*

Greetings:

YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the _21st___ day of __January_____ in the year of our Lord, 2014, at _01_:00 _P_.M., to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to **Latasha Atkins or Inga Petrovich.**

**LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY**

*Crystal Smith*                          Assistant District Attorney

---

RETURN THIS PORTION TO ADA

Case No. 496-305, D
Item No. A-8859-10

### OFFICE OF THE DISTRICT ATTORNEY

## Criminal District Court for the Parish of Orleans

To:    CRYSTAL ~~SMITH~~
       *Smith*

Greetings:

YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the _21st___ day of __January_____ in the year of our Lord, 2014, at _01_:00 _P_.M., to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to **Latasha Atkins or Inga Petrovich.**

**LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY**

Assistant District Attorney

*Served by Jim O'Hern 1:15 PM 01/17/2014*



OPDA00029



Office of the Orleans Parish District Attorney

Leon A. Cannizzaro, Jr.
DISTRICT ATTORNEY

January 15, 2014

TO:   Mr. Michael Barras
      ████████████████
      New Orleans, LA ████

GREETINGS: YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the Municipal  Court for the Parish of Orleans on the **28th day of JANUARY** in the year of our Lord, **2014** at **8:30 a.m.**., to testify to the truth according to your knowledge in such matters as may be required of you in <u>STATE V. KEITH MORGAN</u> Case # 1155421 "A".

On arriving at the MUNICIPAL COURT HOUSE, 727 S. Broad Street, New Orleans, you willreport to **Section "A"**, Judge Paul Sens, presiding.

### *YOU MUST BRING THIS NOTICE WITH YOU*

**\*Please note**: cellular phones, children, tank tops and shorts are <u>not</u> allowed in the court-room.

If you have any questions or concerns, please do not hesitate to call me at (504) 571-2863.

Donata T. Boutte', Assistant District Attorney

OPDA00113

# OFFICE OF THE DISTRICT ATTORNEY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

**TO:** Bernard Baker                St. v. Shelley Davis

YOU ARE HEREBY NOTIFIED to appear before the District Attorney at the 619 S. White Street, New Orleans, La in the Parish of Orleans on <u>February 19, 2014</u> AT 2:00 P.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving at the District Attorney's Office, you will report to A.D.A. Robert F. Moore.

Robert F. Moore
Assistant District Attorney

------------------------------------------------

DELIVERED BY: Hand ~~Jom Riggs~~   ON: 02 /18/2014 at 4:20 PM

*to Janice Bridie (live in friend)*

# OFFICE OF THE DISTRICT ATTORNEY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

**TO:**   Bernard Baker

YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the for the Parish of Orleans on <u>February 19, 2014</u> AT 2:00 P.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving at the District Attorney's Office, you will report to A.D.A. Robert F. Moore.

Assistant District Attorney

OPDA00003

OPDA00062

Item No. C-23598-14                                          State v. Johnson & Woods

## OFFICE OF THE DISTRICT ATTORNEY

# Criminal District Court for the Parish of Orleans

To:   Shemeka Brown, ▮▮▮▮▮▮▮ New Orleans, LA ▮▮▮

Greetings:
    YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the **15th** day of ~~January~~ in the year of our Lord, **2014**, at **9:00 A.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to **Autumn Cheramie (827-6004).**

                                   LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY

                                   _____
                                        Assistant District Attorney

-------------------------------------------------------------------------------

**RETURN THIS PORTION TO ADA**

Item No. C-23598-14                                          State v. Johnson & Woods

## OFFICE OF THE DISTRICT ATTORNEY

# Criminal District Court for the Parish of Orleans

To:   Shemeka Brown, ▮▮▮▮▮▮▮ New Orleans, LA ▮▮▮

Greetings:
    YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the **15th** day of **January** in the year of our Lord, **2014**, at **9:00 A.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to **Autumn Cheramie (827-6004).**

NICOLE BROWN
MOTHER
4-10-14
12:28 PM

                                   LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY

                                   _____
                                        Assistant District Attorney

7

**OFFICE OF THE DISTRICT ATTORNEY**

# CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

TO:   Detective <u>Melanie Dillon</u>

GREETINGS: YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the Criminal District Court for the Parish of Orleans on the <u>10</u> day of <u>June</u> in the year of our Lord, 2014, at <u>10:00 A.M.</u>, to testify to the truth according to your knowledge in such matters as may be required of you in <u>STATE v. Gregory Johnson</u>, M 545167

On arriving at Criminal District Court, you will report to Criminal District Court , Magistrate Court .

Leon Cannizzaro, JR. DISTRICT ATTORNEY

_**Craig Famularo**_ Assistant District Attorney

**\*YOU MUST BRING THIS NOTICE WITH YOU\***



OPDA00320

## OFFICE OF THE DISTRICT ATTORNEY

# Criminal District Court for the Parish of Orleans

To:     Rhonda Smith

         New Orleans, La ████

Greetings:

    YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the Criminal District Court for the Parish of Orleans, on **Wednesday, January 14, 2015 at 10:00 AM**, to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St.** you will report to **Erica Lotz (504-571-2900).**

    **LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY**

_Cynthia Smith_ _____ Assistant District Attorney

State v. Sharnekia Simmons, Case No. 1165875 "D"

OPDA00075



**SUBPOENA**

**Criminal District Court for the Parish of Orleans**

To: _____

**YOU ARE HEREBY NOTIFIED to appear before the CHILDREN's ADVOCACY**

**CENTER for the Parish of Orleans, 1101 Calhoun Street, New Orleans, LA**

**70118 on the 15th of February, in the year of our lord, 2015, at 12:00 P.M.**


**LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**


___Payal Patel_____
**Assistant District Attorney**

OPDA086024

The State of Louisiana                                    Criminal Court of Orleans Parish Louisiana

Case: 523972  Section: F                                          Document #: 4176394-156670

Subpoena
The State of Louisiana vs JOHNQUELL BIBBINS

To:  KEITH MCGUIRE

█████████████████

NEW ORLEANS LA 70121

You are hereby commanded to appear in the Orleans Parish District Attorney's Office on Friday, March 03, 2017 at
9:00A in Section F at Orleans Parish Criminal District Court 2700 Tulane Avenue New Orleans.

To testify the truth according to your knowledge in the above entitled case. And you are not to fail under penalty of
a fine of two hundred, fifty dollars.

BRING THIS SUBPOENA WITH YOU TO COURT.

No beepers, no cell phones, no electronic equipment. Proper attire required By Order of the Court

Orleans Parish Criminal Sheriff's Office
Subpoena & Capias Division
2800 Gravier St.
New Orleans, LA 70119

KEITH MCGUIRE
UNKNWN UNKNOWN
NEW ORLEANS LA UNKNOWN

The State of Louisiana vs JOHNQUELL BIBBINS   C: 523972   S: F   AD: 3/6/2017   ID: 12/5/2016

Signed _Keith Mc Guire_                    *DC4176394-156670*
KEITH MCGUIRE     UNKNWN UNKNOWN     NEW ORLEANS LA UNKNOWN   Document #: 4176394-156670

__Personal Service            __Domiciliary Service         __Service Other              __Subject Moved
*NS01*                    *NS02*                    *NS03*                    *NS05*

__Bad Address              __Incomplete Address          __Unknown at Address         __Mail
*NS06*                    *NS07*                    *NS08*                    *NS09*

Comments: _____

Printed Date: 2/22/17      Served Date: 2-24-17   12:25ᵖᴹ       By: Keith Hoffman  Employee No: 36940

11

Plaintiffs-04121