# EXHIBIT 8



# SUBPOENA

### Criminal District Court for the Parish of Orleans

To: _____

YOU ARE HEREBY NOTIFIED to appear before the CHILDREN's ADVOCACY CENTER for the Parish of Orleans, 1101 Calhoun Street, New Orleans, LA 70118 on the 15th of February, in the year of our lord, 2015, at 12:00 P.M.

                         LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY

                        ___Payal Patel_____
                        **Assistant District Attorney**

OPDA086024



# SUBPOENA

**Criminal District Court for the Parish of Orleans**

**To: <u>Detective Nigel Baddoo</u>**

**YOU ARE HEREBY NOTIFIED to appear before the Grand Jury 619 South White Street, On Thursday July 23, 2015, 9:00 am to 1:00 p.m. to testify in the case of State of Louisiana v. Gerald Page, Aggravated Rape.**

                        **LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**

                        ___Payal Patel_____
                        **Assistant District Attorney**

OPDA086014



## SUBPOENA

**Criminal District Court for the Parish of Orleans**

To: Sgt. Omar Garcia

YOU ARE HEREBY NOTIFIED to appear before Orleans Parish District

Attorney's office on August 12, 2015 at 9:30 am

                                    **LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**

                                    ___Payal Patel_____
                                    **Assistant District Attorney**



# SUBPOENA

### Criminal District Court for the Parish of Orleans

To: Detective Jessica Williams

YOU ARE HEREBY NOTIFIED to appear before Orleans Parish District Attorney's office on August 12, 2015 at 9:30 am

                                        **LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**

                                        ___Payal Patel_____
                                        **Assistant District Attorney**



# SUBPOENA

**Criminal District Court for the Parish of Orleans**

To: Michael Flores,

YOU ARE HEREBY NOTIFIED to appear before Orleans Parish District Attorney's Office for the Parish of Orleans, 619 South White Street on the 16th of December, in the year of our lord, 2015, at 09:00 A.M.

                **LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**

                ___Payal Patel_____
                **Assistant District Attorney**



# SUBPOENA

### Criminal District Court for the Parish of Orleans

**To:**  Sgt. Omar Garcia
Detecitve Tyra Pruitt
Detective Michael Flores
Detective Matthew White
Detective Anya Coleman

**YOU ARE HEREBY NOTIFIED** to appear before the District Attorney's Office, for the Parish of Orleans, **619 South White Street** on the 20th of April, 2016 at 12:30pm.

                              **LEON A. CANNIZARO, J.R., DISTRICT ATTORNEY**

                              ___Payal Patel_____
                              **Assistant District Attorney**

OPDA086094