# EXHIBIT 10

# OPDA Subpoena Template for Your Use

**Debbie Barra** <dbarra@orleansda.com> <dbarra@orleansda.com>
Tue 5/13/2014 10:27 AM

**To:** Rhonda Goode_Douglas <Rgoodedouglas@orleansda.com>; Armando Asaro <aasaro@orleansda.com>; Alicia bennette <abennette@orleansda.com>; Audrey Blackwood <ablackwood@orleansda.com>; Alex Calenda <acalenda@orleansda.com>; Autumn Cheramie <acheramie@orleansda.com>; Andrew Decoste <adecoste@orleansda.com>; Ashleye Dunbar <adunbar@orleansda.com>; Andre Gaudin <agaudin@orleansda.com>; Angad Ghai <aghai@orleansda.com>; Alfreda Gordon <agordon@orleansda.com>; Andrea Iovino <aiovino@orleansda.com>; Amy Jackson <ajackson@orleansda.com>; Andrew Joyner <ajoyner@orleansda.com>; Anne Kiefer <akiefer@orleansda.com>; Abigail MacDonald <amacdonald@orleansda.com>; Andree Mattix <amattix@orleansda.com>; Alison Morgado <amorgado@orleansda.com>; Avis Morton <amorton@orleansda.com>; Ambrosia Mote <amote@orleansda.com>; Andrew Pickett <apickett@orleansda.com>; Brian Ebarb <bcebarb@orleansda.com>; Bobby Freeman <bfreeman@orleansda.com>; Beverly Hines <bhines@orleansda.com>; Bill Carragan <billcarragan@orleansda.com>; Betina James <bjames@orleansda.com>; Brian Lapeyrolerie <blapeyrolerie@orleansda.com>; Blake Peters <bpeters@orleansda.com>; Brittany Reed <breed@orleansda.com>; Bonycle Thornton <bthornton@orleansda.com>; Brittany Weber <bweber@orleansda.com>; Caroline Barkerding <c.bark@orleansda.com>; Cathy Gleason <c.gleason@orleansda.com>; Cobyon Bazley <cbazley@orleansda.com>; Christopher Bowman <cbowman@orleansda.com>; Cindi Cavalier-Burns <cburns@orleansda.com>; Carolyn Dandridge <cdandridge@orleansda.com>; Clithia Dibble (C.J.) <cdibble@orleansda.com>; Casey Dieck <cdieck@orleansda.com>; Candice Djilo <cdjilo@orleansda.com>; Craig Famularo <cfamularo@orleansda.com>; Christine Fiudo <cfiudo@orleansda.com>; Camellia Green <cgreen@orleansda.com>; Cherie Huffman <chuffman@orleansda.com>; Carol Johnson <cjohnson@orleansda.com>; Cheryl Legaux <clegaux@orleansda.com>; Crystal McCullum <cmccullum@orleansda.com>; Corey Moll <cmoll@orleansda.com>; Christopher Bowman <communications@orleansda.com>; Carole Taylor <ctaylor@orleansda.com>; Cherrilynne Thomas <cwthomas@orleansda.com>; Leon Cannizzaro <dacannizzaro@orleansda.com>; Debbie Barra <dbarra@orleansda.com>; David Benelli <dbenelli@orleansda.com>; Donata Boutte <dboutte@orleansda.com>; Darren Brazley <dbrazley@orleansda.com>; Denise Cannizzaro <dcannizzaro@orleansda.com>; DeJonique Carter <dcarter@orleansda.com>; Donald Cassels <dcassels@orleansda.com>; Denise Favorite <dfavorite@orleansda.com>; Don Hancock <dhancock@orleansda.com>; Donald Harris <dharris@orleansda.com>; Debra Henry <dhenry@orleansda.com>; Dianne Johnson <djohnson@orleansda.com>; Debra Lebeauf <dlebeauf@orleansda.com>; Donna Andrieu <donna.andrieu@orleansda.com>; David Pipes <dpipes@orleansda.com>; Dianne Puig <dpuig@orleansda.com>; David Roberts <droberts@orleansda.com>; Denise Thornton <dthornton@orleansda.com>; Daisha Washington <dwashington@orleansda.com>; Elizabeth Garren <egarren@orleansda.com>; Elizabeth Kilian <ekilian@orleansda.com>; Erica Lotz <elotz@orleansda.com>; Edward McAuliffe <emcauliffe@orleansda.com>; Erin Murphy <emurphy@orleansda.com>; Fran Bridges <fbridges@orleansda.com>; Finnan Connick <fconnick@orleansda.com>; Frank Denton <fdenton@orleansda.com>; Fred Herman <fherman@orleansda.com>; Glen Burmaster <gburmaster@orleansda.com>; Gary Dewey <gdewey@orleansda.com>; Garold Fayard <gfayard@orleansda.com>; Glenn Green <ggreen@orleansda.com>; George S. Hesni <ghesni@orleansda.com>; Gloria Holmes <gholmes@orleansda.com>; Gordon Kuehl <gkuehl@orleansda.com>; Graymond Martin <graymar@orleansda.com>; Heather M. Holland <hmholland@orleansda.com>; Iain Dover <idover@orleansda.com>; Iris Johnson <ijohnson@orleansda.com>; Inga Petrovich <ipetrovich@orleansda.com>; Irena Zajickova <izajickova@orleansda.com>; Bryant Clark <jbryantclark@orleansda.com>; Jack Cardarella <jcardarella@orleansda.com>; Jennifer Comarda <jcomarda@orleansda.com>; Jay Main <jmain@orleansda.com>; Jason Napoli <jnapoli@orleansda.com>; Jonathan Parker <jparker@orleansda.com>; Jessica Patton <jpatton@orleansda.com>; John Rohr <jrohr@orleansda.com>; Karen Avery <kavery@orleansda.com>; Kathleen Murphy <kcmurphy@orleansda.com>; Kyle Daly <kdaly@orleansda.com>; Kenneth Davis <kdavis@orleansda.com>; Karen Duffy <kduffy@orleansda.com>; Kevin Guillory <kguillory@orleansda.com>; Kelly Hebron <khebron@orleansda.com>; Karen Lansden <klansden@orleansda.com>; Kathryn LeSage <klesage@orleansda.com>; Kathy Murphy <kmurphy@orleansda.com>; La-Tasha Atkins <latkins@orleansda.com>; L'Toya Brumfield <lbrumfield@orleansda.com>; Lyndia B. Sholes <lbsholes@orleansda.com>; Laura Cannizzaro <lcannizzaro@orleansda.com>; Lynell Desdunes <ldesdunes@orleansda.com>; Leon A. Cannizzaro Jr. <leon.cannizzaro@orleansda.com>; Lauren Favret <lfavret@orleansda.com>; Lorie Forte <lforte@orleansda.com>; Loretta M. Brown <lmbrown@orleansda.com>; Mel

Ryan <lmryan@orleansda.com>; Linda Nguyen <lnguyen@orleansda.com>; Lauren Robertson <lrobertson@orleansda.com>; Louis Russo <lrusso@orleansda.com>; Lido Schaubhut <lschaubhut@orleansda.com>; Lynn Schiffman <lschiffman@orleansda.com>; Lisa Schneider <lschneider@orleansda.com>; Lindsay Truhe <ltruhe@orleansda.com>; M. J. Audibert <maudibert@orleansda.com>; Molyssa Robinson Barnes <mbarnes@orleansda.com>; Mark Burton <mburton@orleansda.com>; Mike Danon <mdanon@orleansda.com>; Michael Dewey <mdewey@orleansda.com>; Michelle Dupre <mdupre@orleansda.com>; Myra Gary <mgary@orleansda.com>; Marla Gianini <mgianini@orleansda.com>; Mary Glass <mglass@orleansda.com>; Michael Heier <mheier@orleansda.com>; Michael Henn <mhenn@orleansda.com>; Michael Jurina <mjurina@orleansda.com>; Matthew Kirkham <mkirkham@orleansda.com>; Mike Kitchens <mkitchens@orleansda.com>; Margaret Parker <mparker@orleansda.com>; Morgan Preston <mpreston@orleansda.com>; Michael Redmann <mredmann@orleansda.com>; Mason Spong <mspong@orleansda.com>; Mason Spong Jr <mspongjr@orleansda.com>; Michael Stamps <mstamps@orleansda.com>; Mandy Stearns <mstearns@orleansda.com>; Nickey Chaney <nchaney@orleansda.com>; Nick Geraci <ngeraci@orleansda.com>; Natasha L. Jack <njack@orleansda.com>; Nelle Noble <nnoble@orleansda.com>; Nikisha Roberts <nroberts@orleansda.com>; Napoleon Williams <nwilliams@orleansda.com>; Odelean Ball <oball@orleansda.com>; Pamela Butler <pbutler@orleansda.com>; Paige Cline <pcline@orleansda.com>; Phil Costa <pcosta@orleansda.com>; Pamela Hartman <phartman@orleansda.com>; Payal Patel <ppatel@orleansda.com>; Ralph Brandt <rbrandt@orleansda.com>; Russell Cortazzo <rcortazzo@orleansda.com>; Robert Ferrier <rferrier@orleansda.com>; Raynieca Johnson <rjohnson@orleansda.com>; Ronald McKeever <rmckeever@orleansda.com>; Robert Moore <rmoore@orleansda.com>; Reed Poole <rpoole@orleansda.com>; Ronnie Puigh <rpuigh@orleansda.com>; Rich Spinelli <rspinelli@orleansda.com>; Robert Waterwall <rwaterwall@orleansda.com>; Skip Cade <scade@orleansda.com>; Sidney H. Cates V <scates@orleansda.com>; Sarah Dawkins <sdawkins@orleansda.com>; Sharon Dupree <sdupree@orleansda.com>; Shelbi Gatlin <sgatlin@orleansda.com>; Sara Merlo <smerlo@orleansda.com>; Sharif Nadir <snadir@orleansda.com>; Sloan Richard <srichard@orleansda.com>; Sequetha Simmons <ssimmons@orleansda.com>; Suzanne Taylor <staylor@orleansda.com>; Sandy Gavin <stgavin@orleansda.com>; Scott Vincent <svincent@orleansda.com>; Shanda Williams <swilliams@orleansda.com>; Taylor Anthony <tanthony@orleansda.com>; Troy Banks <tbanks@orleansda.com>; Taryn Carter <tcarter@orleansda.com>; Trinette Cockerham <tcockerham@orleansda.com>; Tammy Crumpton <tcrumpton@orleansda.com>; Tiphani Dansby <tdansby@orleansda.com>; Troy Dumas <tdumas@orleansda.com>; Tanya Evans <tevans@orleansda.com>; Tuyl Fletchinger <tfletchinger@orleansda.com>; Taylor Gray <tgray@orleansda.com>; Troylyn Jefferson <tjefferson@orleansda.com>; Tangela Johnson <tjohnson@orleansda.com>; Todd Juluke <tjuluke@orleansda.com>; Tandra McMurray <tmcmurray@orleansda.com>; Tanja Nicholas <tnicholas@orleansda.com>; Trishawn Payne-Palmer <tpaynepalmer@orleansda.com>; Tommy Ripp <tripp@orleansda.com>; Tony Tran <ttran@orleansda.com>; Tenisha Stevens <ttstevens@orleansda.com>; Tiffany Tucker <ttucker@orleansda.com>; Tammy Warren <twarren@orleansda.com>; Verna Archie <varchie@orleansda.com>; Vickie Barley <vbarley@orleansda.com>; Vickie Landry <vlandry@orleansda.com>; Val Solino <vsolino@orleansda.com>; Warren Fitzgerald <wfitzgerald@orleansda.com>; William M. Hagood II <whagood@orleansda.com>; William Macke <wmacke@orleansda.com>; Wayne Rumore <wrumore@orleansda.com>

📎 1 attachments (495 KB)

CourtSubpoena.pdf;

TO ALL OPDA STAFF:

Please see the attached/revised DA Subpoena to be used from this date forward. Please disregard any older forms of subpoenas. **Do not use any of the older subpoenas**. As per the First Assistant D.A. Graymond Martin, please save the attached in a folder on your computer. Thank you.

ORLEANS PARISH DISTRICT ATTORNEY NOTICE: This electronic mail transmission is for the use

of the named individual or entity to which it is directed and may contain information that is privileged and/or confidential and/or part of an attorney work product. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it and notify the sender of the error by replying via e-mail or by calling the Orleans Parish District Attorney's Office at 504-822-2414 so that our address record can be corrected. Communications to and from this e-mail address may be subject to provisions of the State of Louisiana Public Records Act. Thank you.

Debbie E.(Barra)Ford
Executive Assistant to the
First Assistant District Attorney
Orleans Parish District Attorney's Office
619 South White Street
New Orleans, LA 70119
(504) 571-2901 office
(504) 234-1653 cell

OPDA39342



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _____

at _____

to Assistant District Attorney:

_____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name), the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name), a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

4

OPDA39343