# EXHIBIT 11



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _____

at _____

to Assistant District Attorney:

_____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose-hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00322



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: _____

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _____

at _____

to Assistant District Attorney:

_____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00202



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Gerald Smith

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on October 27, 2013

at 8:30 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504)571-2862

at 619 South White Street

In the case of:

State of LA vs. Christopher Jorden

Item # J-07185-12

Case # 514-255

Charge(s): 14:(27)30.1

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00219



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Roy Brumfield

▬▬▬▬▬

Harvey, Louisiana

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **5/14/14**

at **9 am**

to Assistant District Attorney:

Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Myles Dolliole

Item # D-15138-14

Case # M544-702

Charge(s): Aggravated Battery by Shooting

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00316



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

## Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Charla Griffin

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Thursday, May 15, 2014__
at __3:30 PM__

to Assistant District Attorney:
__Irena Zajickova__
phone #: __(504) 827-6323__
at 619 South White Street
please call me if you have questions!

In the case of:

State of LA vs. __Rickey Jackson__

Item # __G-05660-13__

Case # __517-422K__

Charge(s): __Aggravated Battery__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on __13 May 2014   335pm__

I received the process of Court of which this is a duplicate.

__DROP SERVICE__

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00243



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

---

To: Michael Miller, w/m, DOB ▓▓ /91
▓▓
New Orleans, LA ▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/21/14

at 9 am

to Assistant District Attorney:
Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Blake Authement

Item # D-27579-14

Case # M544739

Charge(s): 14:37.4; 14:37.2

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
5-19-14

I received the process of Court of which this is a duplicate.

*Ronald Pujol*
_____
Recipient of Service

THIS IS TO CERTIFY that on
5-19-14

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

X *Cloyd Porter*
_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Ronald Pujol*
_____
Server of Process

---

**CERTIFIED DA OFFICE COPY**

OPDA00181



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: CODY COX ▇▇ -9(
▇▇▇▇

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on JUNE 12, 2014

at GRAND JURY

to Assistant District Attorney:

MARY C. GLASS

phone #: 504-234-8210

at 619 South White Street

In the case of:

State of LA vs. AARON JOHNSON

Item # D-10383-14

Case # 544878

Charge(s): 14:64.3

Instructions:

> Contact the above named Assistant District Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

ATTICUS HANRAHAN
*Recipient of Service*

THIS IS TO CERTIFY that on 6-11-14

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

ATTICUS HANRAHAN
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____  1:??:17 PM
*Server of Process*

OPDA00159

**CONFIDENTIAL**



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Connie Combre

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday, June 24, 2014

at 9:00 am

to Assistant District Attorney:
Sarah Dawkins

phone #: (504)827-6303

at 619 South White Street

In the case of:

State of LA vs. James Brundy

Item # F-30288-10

Case # 517-563

Charge(s): aggravated battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

---

**Witnesses**

☐ LEXIS / NEXUS for: _____ (Relationship: _____)

☑ Locate: Connie Combre (Relationship: Former NOPD officer)

☐ Serve: _____ (Relationship: _____)

**OTHER**

Pamela, the above officer arrested ∆ in his prior arrest for DV abuse. I faxed a request to Personnel for her contact info (she retired in Jan) but no response yet. Can you get her info so we can talk to her & serve her particular? Thanks, G

CERTIFIED DA OFFICE COPY

OPDA080127



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:
Brian Guyton

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  10/20/14

at  9:00 am

to Assistant District Attorney:
Inga Petrovich

phone #: 957-8036

at 619 South White Street

In the case of:

State of LA vs. Dante Veals

Item # C-24788-14

Case #

Charge(s): 14.30.1

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00129



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Mr. Don Echols

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Monday, June 30**

at **4:00 PM**

to Assistant District Attorney:

Irena Zajickova

phone #: (514) 485-8597

at 619 South White Street

In the case of:

State of LA vs. Michael Statum

Item # J-39242-13

Case # 518-650

Charge(s): second-degree battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

June 27, 2014

I received the process of Court of which this is a duplicate.

*Don S. Echols*

*Recipient of Service*

THIS IS TO CERTIFY that on

June 27, 2014    1030 Am

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Don Echols

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

□ Witnesses

(Relationship:                    )

OPDA00232



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Don Echols

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on July 3, 2014

at 11:00 AM

to Assistant District Attorney:

Irena Zajickova

phone #: (574) 485-8597

at 619 South White Street

In the case of:

State of LA vs. Michael Statum

Item # J-39242-13

Case # 518-650 "K"

Charge(s): second-degree battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on July 1, 2014

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on July 1, 2014  1:00 pm  TYRIONNE AUGUSTUS

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left

SEC K            Server of Process

OPDA00231



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Dr. Mathieu Deschutter
███████████
███████ New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday, July 8, 2014

at 10:30 am

to Assistant District Attorney:

Robert Freeman

phone #: ███████████

at 619 South White Street

In the case of:

State of LA vs. ███████████

Item # _____

Case # ███████████

Charge(s): Rape ███████████

DOB 10-17-04, Record 900202111-2E

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00220



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: **Josh Horn**

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _July 16, 2014_

at _8:30 am_

to Assistant District Attorney:

**Laura Rodrigue**

phone #: _236-0389_

at 619 South White Street

In the case of:

State of LA vs. **Karnell Dowl**

Item # _____

Case # _511-379_

Charge(s): _14:30.1_

_____

Instructions:

**Contact the above named Assistant District
Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District
Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
_July 10, 2014_
I received the process of Court of which this is a duplicate.
_July 10, 2014_
_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient
_Josh Horn_
_(please write Recipient's name),_
the person to whom the process is directed.

_Server of Process_

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
_Server of Process_

OPDA00206





# SUBPOENA

### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Charles Bingham, b/m,
DOB███-1965
New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  Friday, 7-25-14

at  10 am

to Assistant District Attorney:

Louis P. Russo

phone #:  504-606-6598

at 619 South White Street

In the case of:

State of LA vs.  Freddie Johnson

Item #  F-27455-14

Case #  M545-832

Charge(s):  14:(27)30 Attempted Murder

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

7-22-14

I received the process of Court of which this is a duplicate.

*X Chme Bingham*

*Recipient of Service*

THIS IS TO CERTIFY that on

7-22-14    12:30 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

CHARLES BINGHAM

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



14



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

## Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Terrance Watson, b/m,
DOB: ███ 1981
██████████
New Orleans, LA ███

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Friday, 7-25-14**

at **10 am**

to Assistant District Attorney:
Louis P. Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Freddie Johnson

Item # F-27455-14

Case # M545-832

Charge(s): 14:(27)30 Attempted Murder

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00300




# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.



### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Terrance Watson, b/m,
DOB: ███ 1981
New Orleans, LA ███

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Friday, 7-25-14

at 10 am

to Assistant District Attorney:
Louis P. Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Freddie Johnson

Item # F-27455-14

Case # M545-832

Charge(s): 14:(27)30 Attempted Murder

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00301






# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Charles Bingham, b/m,
DOB ████-1965
New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Friday, 7-25-14**

at **10 am**

to Assistant District Attorney:
**Louis P. Russo**

phone #: **504-606-6598**

**at 619 South White Street**

In the case of:

State of LA vs. **Freddie Johnson**

Item # **F-27455-14**

Case # **M545-832**

Charge(s): **14:(27)30 Attempted Murder**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00302



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Mr. Charles Bingham, b/m,
DOB███████-1965
New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Friday, 7-25-14**

at **10 am**

to Assistant District Attorney:

**Louis P. Russo**

phone #: **504-606-6598**

**at 619 South White Street**

In the case of:

State of LA vs. **Freddie Johnson**

Item # **F-27455-14**

Case # **M545-832**

Charge(s): **14:(27)30 Attempted Murder**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

_____

I received the process of Court of which this is a duplicate.

_____
_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

the person to whom the process is directed.

_____
_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

_____

I received the process of Court of which this is a duplicate.

_____
_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00302

 



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Mr. Charles Bingham, b/m,
DOB: ████ 1965
New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _Friday, 7-25-14_

at _10 am_

to Assistant District Attorney:

_Louis P. Russo_

phone #: _504-606-6598_

**at 619 South White Street**

In the case of:

State of LA vs. _Freddie Johnson_

Item # _F-27455-14_

Case # _M545-832_

Charge(s): _14:(27)30 Attempted Murder_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00303



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Trooper Justin Rice

████████████████

Baton Rouge, LA ████   ⊞

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Tuesday, AUGUST 5, 2014**

at **9:00 am**

to Assistant District Attorney:
**Robert Freeman, Jr.**

phone #: **504-234-1641**

at **619 South White Street**

In the case of:

State of LA vs. **Nytilex Jones**

Item # **G-37565-13**

Case # **517-806, Section C**

Charge(s): **14: 30.1 - 2nd Degree Murder**

Instructions: *Justin — many thanks & See you on 05/05/14 in section C.*

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00213



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ROBERT FIELDS, DOB ███ /57

NOLA ████████

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on FRIDAY, AUGUST 22, 2014

at ___ 10 A.M.

to Assistant District Attorney:
MARY C. GLASS

phone #: 504-234-8210

at 619 South White Street

In the case of:

State of LA vs. KEVIN DESMOND

Item # G-26008-14

Case # M546600

Charge(s): 14:34 AGGRAVATED BATTE

**Instructions:**
Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

x _Robert Fields_ _____
_Recipient of Service_

THIS IS TO CERTIFY that on

8-14-14

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

ROBERT FIELDS
_(please write recipient's name),_
the person to whom the process is directed

_N.J. Snell_ _____
_Server of Process_

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00245



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: _____

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _____

at _____

to Assistant District Attorney: _____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on 9/3/14 @ 4:02 PM

I received the process of Court of which this is a duplicate.

Melind Pierce   mother *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Paula Butter *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00137



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: _____

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _____

at _____ AM

to Assistant District Attorney:

_____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
**Recipient of Service**

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
**Server of Process**

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
**Recipient of Service**

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
**Server of Process**

CERTIFIED DA OFFICE COPY

OPDA00138



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: *Lavarvo Anderson*

██ ██ ██   ██ ██

*New Orleans, LA* ██ █.

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on *September 10, 2014*

at *9:00 a.m.*

to Assistant District Attorney:

*John R. Poole, Jr.*

phone #: *827-6340*

at 619 South White Street

In the case of:

State of LA vs. *Joseph Lambert*

Item # *A-22661-14*

Case # *519-880 "E"*

Charge(s): *14:37.4, 14:94(F)*
*14:64.3*

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

the person to whom the process is directed.

_____

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on *August 28, 2014*

I received the process of Court of which this is a duplicate.

*Teri Smith (roommates)*

*Recipient of Service*

THIS IS TO CERTIFY that on *August 28, 2014*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*Teri Smith (roommates)*

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Tom Rupp*

*Server of Process*

OPDA00139



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: *Teri Smith*

███ ███████████

*New Orleans, LA* ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on *September 10, 2014*

at *9:00 a.m.*

to Assistant District Attorney:

*John P. Pook, Jr.*

phone #: *827-6340*

at 619 South White Street

In the case of:

State of LA vs. *Joseph Lambert*

Item # *A-22661-14*

Case # *519-880 "E"*

Charge(s): *14:37.4, 14:94(F)*
*14:64.3*

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*August 28, 2014*

I received the Process of Court of which this is a duplicate.

*D. Deary Smith*

*Recipient of Service*

THIS IS TO CERTIFY that on

*August 28, 2014*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*Teri Smith*

*(please write Recipient's name).*

the person to whom the process is directed.

*Thomas Rupp*

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

X_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving in the hands of the aforesigned Recipient

_____

*(please write Recipient's name).*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

---

OPDA00140



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Connie Combre

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 9/19/14

at 8:30 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504) 717-7287

at 619 South White Street

In the case of:

State of LA vs. James Pmundy

Item # H-05975-13

Case # 517-563J'

Charge(s): Agg batt

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

9/10 @ 1:56 PM     Paula Butt
LEFT AT RESIDENCE           *Server of Process*

CERTIFIED DA OFFICE COPY

26

OPDA080134



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

## Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Mr. Bruce Harris, B/M, DOB:
▉▉▉▉ /50
NOLA ▉▉▉▉▉

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 10/7/14

at 9:45 am

to Assistant District Attorney:
Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Travis White

Item # G-22366-13

Case # M547269

Charge(s): 14:34; 14:94
Aggravated Battery/ Illegal Discharge

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
_____ *Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
the person to whom the process is directed.

_____
_____ *Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

▉▉▉▉▉▉▉▉▉▉

I received the process of Court of which this is a duplicate.

Victor Cusher
_____ *Recipient of Service*

THIS IS TO CERTIFY that on
10/6/14       12:40 pm

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Victor Cusher   *Victor Cusher*
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_____ *Server of Process*



OPDA00172



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:

Brian Guyton

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on 10/23/2014

at 2:00 pm

to Assistant District Attorney:

Inga Petrovich

phone #: 827-0302

at 619 South White Street

In the case of:

State of LA vs. Dante Veals

Item # C-29788-14

Case # _____

Charge(s): 14:30.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on 19 June 14

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient Joyce Burke Grandmother

*(please write Recipient's name),*

the person to whom the process is directed.

X Joyce Burke

Wayne Landry

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00128



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Roy Broomfield

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Monday, October 27, 2014**

at **9:00**

to Assistant District Attorney:

**Sarah Dawkins**

phone #: **5048276303**

at **619 South White Street**

In the case of:

State of LA vs. **Myles Dolliole**

Item # **D-15138-14**

Case # **520-312**

Charge(s): **14:34 Aggravated battery**
**14:95.1 Felon in poss of a firearm**

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00317

*CEU 908-0513*



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

---

To: Amy Paletta

▮▮▮▮▮▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 1/14/15

at 8:00 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504) 827-10832

at 619 South White Street

In the case of:

State of LA vs. Alton Green

Item # E-24919-12

Case # 512-581 '6'

Charge(s): 95.1

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on 1-12-15

I received the process of Court of which this is a duplicate.

X AMY PALETTA ▮▮▮
*Recipient of Service*

THIS IS TO CERTIFY that on 1-12-15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient X DIANA L. PALETTA mother

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

---

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

---

CERTIFIED DA OFFICE COPY

OPDA00244



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Lance Lookabaugh

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Tuesday, Jan 26, 2015**

at **9:00 am**

to Assistant District Attorney:
**Sarah Dawkins**

phone #: **(504)717-7287**

at **619 South White Street**

In the case of:

State of LA vs. **Terelle Lewis**

Item # **J-12523-15**

Case # **527-487**

Charge(s): **14:34.1**

---

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

**CERTIFIED DA OFFICE COPY**

OPDA00144

527-487

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED**
**FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

527 - 487

To: Stephanie Lookabaugh

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on **Tuesday, Jan 26, 2015**

at **9:00 am**

to Assistant District Attorney:
**Sarah Dawkins**

phone #: **(504)717-7287**

at **619 South White Street**

In the case of:

State of LA vs. **Terelle Lewis**

Item # **J-12523-15**

Case # **527-487**

Charge(s): **14:34.1**

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00145



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: BETTY JACKSON

DOB/ /1967

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on FRIDAY, MARCH 6th 2015

at 3:00pm

to Assistant District Attorney:
PAYAL PATEL

phone #: 5042342429

at 619 South White Street

In the case of:

State of LA vs. ROLANDO MARTINEZ

Item # A-33749-15

Case #

Charge(s): Attempted Forcible Rape

Instructions:

**Contact the above named Assistant District
Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District
Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
3-6-15

I received the process of Court of which this is a duplicate.

x *Betty Jackson*

*Recipient of Service*

THIS IS TO CERTIFY that on
3-6-15   9:50 Pm

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*Betty Jackson*

(please write Recipient's name),

the person to whom the process is directed.

*Inv. Ronald Singh*

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00214



# SUBPOENA

### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Danielle Smith, b/f, dob: ███ /91

NOLA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on March 27, 2015

at 10 am

to Assistant District Attorney:

Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Bernette Darby

Item # B0335415

Case # M549858

Charge(s): 14:64.3; 14:66

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00318



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Antoine Thomas

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on April 6, 2015

at 1:00 PM

to Assistant District Attorney:

Brittany Reed

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brandon Daggs

Item # F-41017-13

Case # 517-559

Charge(s): Second Degree Murder

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _April 6, 2015_

I received the process of Court of which this is a duplicate.

X _Refused_

*Recipient of Service*

THIS IS TO CERTIFY that on _April 6, 2015_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Leedell Thomas Jr_

*(please write Recipient's name),* X _Refused_

the person to whom the process is directed.

_Investigator Wm Sm, OPDA_

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00208



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Elli'sria Ellison

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on April 7, 2015

at 9:00 AM

to Assistant District Attorney:
Brittany Reed

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brandon Daggs

Item # F-41017-13

Case # 517-559

Charge(s): Second Degree Murder

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _April 6 2015_
I received the process of Court of which this is a duplicate.

x _Elli'sria Ellison_
_____
Recipient of Service

THIS IS TO CERTIFY that on _April 6 2005_
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x _____
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____
I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

OPDA00209



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Antoine Thomas

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on April 7, 2015

at 9:00 AM

to Assistant District Attorney:
Brittany Reed

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brandon Daggs

Item # F-41017-13

Case # 517-559

Charge(s): Second Degree Murder

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _April 1, 2015_

I received the process of Court of which this is a duplicate.

X _Refused_

_Recipient of Service_

THIS IS TO CERTIFY that on _April 1, 2015_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Lee Joel Thomas for_

(please write Recipient's name), X _Refused_

the person to whom the process is directed.

_Investigation Don Howard OPDA_

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00207



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Lyntrell Mays

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on April 7, 2015

at 9:00 AM

to Assistant District Attorney:

Brittany Reed

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brandon Daggs

Item # F-41017-13

Case # 517-559

Charge(s): Second Degree Murder

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _APRIL 7, 2015_

I received the process of Court of which this is a duplicate.

_X Kizzie williams_                     _Recipient of Service_
                              _for Lyntrell Mays_

THIS IS TO CERTIFY that on _April 7, 2015_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Kizzie williams_

*(please write Recipient's name),*

the person to whom the process is directed.

_____
                              *Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
                              *Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
                              *Server of Process*

OPDA00210

CERTIFIED DA OFFICE COPY

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**



To: Obaiuli Ilogu
▉▉▉▉▉▉▉▉
New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on May 11, 2015

at 9:00 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504) 571-2862

at 619 South White Street

In the case of:

State of LA vs. Deshawn Anderson

Item # D-25330-14

Case # 520-788

Charge(s): First degree robbery

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.
Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

March 29, 2015

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on 3/29/15

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Obaiuli Ilogu

(please write Recipient's name),

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

OPDA00257



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: DR. ANGELA N. TRAYLOR
███████████
NEW ORLEANS, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/15/2015

at 9 a.m.

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. George Wells

Item # F-07836-13

Case # 517-340 "F"

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
JUNE 12, 2015          3:20 PM

I received the process of Court of which this is a duplicate.

*Amy Thomas*

*Recipient of Service*

THIS IS TO CERTIFY that on
JUNE 12, 2015          3:20 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*Mitchell - Legal/Workers Comp Special*

*(please write Recipient's name),*

the person to whom the process is directed.

*C.J. Porter          C.J. Porter*

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00126

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Todd Bergeron

___ /'69

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on June 24, 2015

at 9:00am

to Assistant District Attorney:
Jeff Hall

phone #: 504.822.2414

at 619 South White Street

in the case of:

State of LA vs. Irven Larsen

Item # B-28321-14

Case # 520-889

Charge(s): Theft

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
April 28, 2015

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
Frank B

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

TODD BERGERON

(please write Recipient's name),

the person to whom the process is directed.

Frank B

_Server of Process_

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00256



In such matters as may be required of you

on 7/30/2015, Section "E"

at 9:00 AM

to Assistant District Attorney:

Jeff Hall

phone #: (504) 377-7760

at 619 South White Street

In the case of:

State of LA vs. Martin et. al.

Item # ______

Case # 525-054

Charge(s): insurance Fraud

______

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

THIS IS TO CERTIFY that on ______

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

______

*(please write Recipient's name)*,

the person to whom the process is directed.

______

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on ______

I received the process of Court of which this is a duplicate.

______

*Recipient of Service*

THIS IS TO CERTIFY that on ______

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

______

*(please write Recipient's name)*,

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

______

*Server of Process*

TRANSMISSION VERIFICATION REPORT

TIME : 07/20/2015 15:03
NAME : ORLEANS PARISH DA
FAX : 5048275394
TEL : 5048275394
SER.# : BROK8J870189

| | |
|---|---|
| DATE,TIME | 07/20 15:03 |
| FAX NO./NAME | 95045688639 |
| DURATION | 00:00:16 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

CERTIFIED DA OFFICE COPY

# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

## Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Ruth Purcell, LSP

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 7/30/2015, Section "E"

at 9:00 AM

to Assistant District Attorney:

Jeff Hull

phone #: (504) 377-7760

at 619 South White Street

In the case of:

State of LA vs. Martin et. al.

Item # _____

Case # 525-054

Charge(s): Insurance Fraud

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

43

OPDA00136



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: DR. ANGELA N. TRAYLOR

▮▮▮ METAIRIE, LA ▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 8/4/2015

at 9 a.m.

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. GEORGE WELLS

Item # F-07836-13

Case # 517-340 "F"

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on JULY 28, 2015   4:25 pm

I received the process of Court of which this is a duplicate.

Amy Thomas, MA legal specialist
*Recipient of Service*

THIS IS TO CERTIFY that on JULY 28, 2015

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00125



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Roy Brumfield

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 8/25/15

at 8:30 am

to Assistant District Attorney:

Sarah Dawkins

phone #: 504-571-2862

at 619 South White Street

In the case of:

State of LA vs. Myles Dolliole

Item # D-15138-14

Case # 520-312J

Charge(s): 14:34, 14:95.1

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

08/24/15

I received the process of Court of which this is a duplicate.

_Roy Brumfield_
*Recipient of Service*

THIS IS TO CERTIFY that on

8/24/15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_Pamela Butler_
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

45

OPDA00218



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Jeffrey Foster

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on   August 31, 2015

at   10:00 am

to Assistant District Attorney:

Autumn Cheramie

phone #:   827-6004

at 619 South White Street

In the case of:

State of LA vs.   Kyron London

Item #   G-39496-15

Case #   M52-507

Charge(s):   14:64.3, 14:95, 14:34

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_August 27 2015_

I received the process at Court of which this is a duplicate.

_K J Jeffrey Foster_

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_Server of Process_

**CERTIFIED DA OFFICE COPY**

OPDA00193



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Jawanna Parker

New Orleans, LA ▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on August 31, 2015

at 10:00 AM

to Assistant District Attorney:
Zachary Popovich

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Toriano Gillam

Item # J-29196-15

Case # 518262

Charge(s): R.S. 14:37.4

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
August 28, 2015

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on
August 28, 2015

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
Jawanna Parker

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B_____* *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00259



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Ms. Kellie Diggs
███████████████
New Orleans, LA ██████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on September 2, 2015

at 10 a.m.

to Assistant District Attorney:
Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Calvin Blanks

Item # D-21251-15

Case # M551-855

Charge(s): Aggravated Assault/FRM

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name)*,

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name)*,

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00305



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Mr. Anthony Jones

████████████████

New Orleans, LA ████████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **September 2, 2015**

at **10 a.m.**

to Assistant District Attorney:

**Louis Russo**

phone #: **504-606-6598**

at **619 South White Street**

In the case of:

State of LA vs. **Calvin Blanks**

Item # **D-21251-15**

Case # **M551-855**

Charge(s): **Aggravated Assault/FRM**

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00306



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Cynthia Ramsdell, BF, DOB
▬/1967

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Friday, September 4, 2015**

at **3:00pm**

to Assistant District Attorney:
**Payal Patel**

phone #: **504-234-2429**

at **619 South White Street**

In the case of:

State of LA vs. **Van White**

Item # **D-01639-15**

Case # **M552184**

Charge(s): **14:(27)42.1/14:37/14:35**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
**SEPTEMBER 3, 2015**
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
**TOREY CAREY**
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00179



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _____ 9/8/15 _____

at _____ 10:00 – 12:12p _____

to Assistant District Attorney:
_____ Donald Cassels _____

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. Alfred Porter

Item # D-28854-13

Case # 517-362

Charge(s): 108.B, 34.2

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on 9/8/15

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Jonathan Hirdes
(please write Recipient's name),

the person to whom the process is directed

Morgan Presson
_____ Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process

CERTIFIED DA OFFICE COPY

OPDA00211



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: MR. RANH NENEZ
c/o RONALD RAKOSKY

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___9/10/2015___

at ___9:30 AM___

to Assistant District Attorney:

___DAVID PIPES___

phone #: ___504-234-8912___

at 619 South White Street, Grand Jury Room

In the case of:

State of LA vs. _DARREN SHARPER ET AL_

Item # ___I-31494-13___

Case # ___522819 I___

Charge(s): ___R/S 14:42___

Clerk of Court: ___E P Andrews___

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

52

Plaintiffs-18905



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: *SERGIO NUNEZ*
*c/o RONALD RAKOSKY*

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___*9/10/2015*___

at ___*9:30 AM*___

to Assistant District Attorney:

___*DAVID PIPES*___

phone #: ___*504-234-8912*___

at 619 South White Street, Grand Jury Room

In the case of:

State of LA vs. *DARREN SHARPER ET AL*

Item # ___*I-31494-13*___

Case # ___*522819 I*___

Charge(s): ___*R/s 14:42*___

Clerk of Court: ___*Exp Dardns*___

Instructions:

> Contact the above named Assistant District Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

Plaintiffs-18904



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: KATHLEEN HENRY

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __9-15-15__

at __8:30 AM__

to Assistant District Attorney:

__MIKE TRUMMEL__

phone #: __504-822-2414__

at 619 South White Street

In the case of:

State of LA vs. __HUGHLY/NEN__

Item # __A-14988-15__

Case # __549080__

Charge(s): __14:62.3__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on __9-10-15__

I received the process of Court of which this is a duplicate.

_____ SJC

_____
*Recipient of Service*

THIS IS TO CERTIFY that on __9-10-15__

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient

__KATHLEEN HENRY__

(please write Recipient's name),

the person to whom the process is directed.

_____ JOSEPH LOERWG
*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

**CERTIFIED DA OFFICE COPY**

OPDA00134



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Jawanna Parker

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on September 17, 2015

at 10:00 AM

to Assistant District Attorney:
Zachary Popovich

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Toriano Gillam

Item # J-29196-15

Case # 518262

Charge(s): R.S. 14:37.4

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
August 31, 2015
I received the process of Court of which this is a duplicate.

*Jawanna Parker*

*Recipient of Service*

THIS IS TO CERTIFY that on
August 31, 2015

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Jawanna Parker

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B.*

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00260



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Ola James

███ ██████ ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on September 30, 2015

at 8:30 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Alvin James

Item # J-27688-13

Case # 518-444J

Charge(s): 14:78.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
THURSDAY  9-17-15
I received the process of Court of which this is a duplicate.

*Ola Mae James*
*Recipient of Service*

THIS IS TO CERTIFY that on
THURSDAY, 9-17-15
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

OLA JAMES
(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00124



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Ofc. Ryan McDossie
Gretna Police Dept.

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on October 8th, 2015

at 9:30 AM

to Assistant District Attorney:

Jeff Hall

phone #: (504) 377-7760

at 619 South White Street

In the case of:

State of LA vs. Hester et. al.

Item # B-16877-14

Case # 519-755

Charge(s): _____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on ____10/06/2015____

I received the process of Court of which this is a duplicate.

____Lon Schausnut____
_Recipient of Service_

THIS IS TO CERTIFY that on ____10/06/2015____

I made due Personal/Service thereof by leaving same in the hands of the aforesigned Recipient

_____ P-118
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_Server of Process_

**CERTIFIED DA OFFICE COPY**

OPDA00141



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

---

To: K-9 Officer Steven Verrett
Gretna Police Dept.

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on October 8th, 2015

at 9:30 AM

to Assistant District Attorney:

Jeff Hell

phone #: (504) 377-7760

at 619 South White Street

In the case of:

State of LA vs. Hester et. al.

Item # B-16879-14

Case # 519-755

Charge(s): _____

_____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

10/06/2015

I received the process of Court of which this is a duplicate.

Lido Schausnut

*Recipient of Service*

THIS IS TO CERTIFY that on

10/06/2015

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

58

OPDA00142



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Det. Ashton Gibbs
Gretna Police Dept.

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __October 8th 2015__

at __9:30 AM__

to Assistant District Attorney:

__Jeff Hall__

phone #: __(504) 377-7760__

at 619 South White Street

In the case of:

State of LA vs. __Hester et. al.__

Item # __B-16877-14__

Case # __519-755__

Charge(s): _____

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
__10/06/2015__

I received the process of Court of which this is a duplicate.

__Lidi Schausly__
_Recipient of Service_

THIS IS TO CERTIFY that on
__10/06/2015__

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_Server of Process_

**CERTIFIED DA OFFICE COPY**

OPDA00143



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: KATHLEEN HENRY

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 10-13-15

at 8:30 AM

to Assistant District Attorney:

MIKE TRUMMEL

phone #: 504 822-2414

at 619 South White Street

In the case of:

State of LA vs. HUGH LYNCH

Item # A-14988-15

Case # 549080

Charge(s): 14:62.3

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

9-10-15

I received the process of Court of which this is a duplicate.

Kathleen Henry

_Recipient of Service_

THIS IS TO CERTIFY that on

9-10-15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

KATHLEEN HENRY

_(please write Recipient's name),_

the person to whom the process is directed.

John P. Sims   JOSEPH LOUYNO

_Server of Process_

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00133



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Fe Medina

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on November 2, 2015

at 8:30am

to Assistant District Attorney:
William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Antonio Gamez-Arguldo

Item # I-39745-13

Case # 521-430 J

Charge(s): Second-Degree Battery

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
TUESDAY 10·27·15    6:30pm
I received the process of Court of which this is a duplicate.

Je Medina
_____ *Recipient of Service*

THIS IS TO CERTIFY that on
TUESDAY 10·27·15    6:30pm
I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Je Medina                      Fe Medina
*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

RETURN OF DOMICILIARY SERVI  Jury Trial: 11/2
                              Antonio Gamez
THIS IS TO CERTIFY that on    Arguedo
I received the process of Court of which thi   521-430
_____ *Recipient of Service*

Touro Infirmary Hospital
1401 Foucher Street
New Orleans LA 70115
- Her work schedule      ne In the hands of
  evenings starting at 7pm
- Risk Management
  (504) 897-8387          it the domicile of the
  she is out for today    sued, who was absent
Leigh Howard              the person in whose

_____ *Server of Process*



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Alma Arauz

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _November 2, 2015_

at _11:00am_

to Assistant District Attorney:

William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Antonio Gamez-Arguido

Item # I-39745-13

Case # 521-430

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

X _Alma Arauz_

(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands he said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00131



# SUBPOENÁ

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: EMAD "MIKE" AHHAD

METAIRIE, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, November 9, 2015

at 9:00a.m.

to Assistant District Attorney:
Joseph D. Zanetti

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Joe Allen

Item # G-37406-15

Case # 526-051 I

Charge(s): Poss. of Cocaine

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

WEDNESDAY 10·21·15    2:20 PM

I received the process of Court of which this is a duplicate.

Emad Ahmad

*Recipient of Service*

THIS IS TO CERTIFY that on

WEDNESDAY 10·21·15    2:20 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Emad Ahmad    Emad AHMAD

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00132



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:
Nadezda
Voronkove

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _September 22, 2015_

at _9:30 am_

to Assistant District Attorney:

phone #: _822-2414_

at 619 South White Street

In the case of:

State of LA vs. _Bobby Autin_

Item # _____

Case # _523-275 "A"_

Charge(s): _34.1_

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _9/21/15_

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _9/21/15_

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_Nadezda Voronkove_

(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00187



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Newman _____/1977

███████████████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  Tuesday October 6, 2015

at  9:30 am

to Assistant District Attorney:
Payal Patel

phone #:  504-234-2429

at 619 South White Street

In the case of:

State of LA vs. Darnell Bullock

Item #  H-37878-15

Case # _____

Charge(s):  Attempted Forcible Rape

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
_10-2-15_

I received the process of Court of which this is a duplicate.

X _Gra hyth_
                                    Recipient of Service

THIS IS TO CERTIFY that on
_10-2-15_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Gregory  Newman_

(please write Recipient's name),

the person to whom the process is directed.

_Ronald Parish_
                                    Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
                                    Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
                                    Server of Process

CERTIFIED DA OFFICE COPY

OPDA00197



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Laron Brown

You Are Hereby Notified pursuant to LSA-CCRP art 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on October 15, 2015

at 10:30 am

to Assistant District Attorney:
Autumn Cheramie

phone #: 827-6004

at 619 South White Street

In the case of:

State of LA vs. Alan McCoy

Item # I-15293-15

Case #

Charge(s): 14:(27)30.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

OCT 8 2015

I received the process of Court of which this is a duplicate.

*Charles Williams*
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*
the person to whom the process is directed.

Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Server of Process

CERTIFIED DA OFFICE COPY

OPDA00155



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Rosalind Brown

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on October 28, 2015

at 8:30 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-571-2862

at 619 South White Street

In the case of:

State of LA vs. Frederick Anderson

Item # J-27692-14

Case # 522-734

Charge(s): 14:62.2

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

10/23/15

I received the process of Court of which this is a duplicate.

_Rosalind Smith Brown_
*Recipient of Service*

THIS IS TO CERTIFY that on

10/23/15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Rosalind Brown_
*(please write Recipient's name),*

the person to whom the process is directed.

_____ SGT - NOPD   10-23-15
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

**CERTIFIED DA OFFICE COPY**

OPDA00194



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Deandrea Lagarde

You Are Hereby Notified pursuant to LSA-CCRP at . 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __November 2, 2015__

at __8:30am__

to Assistant District Attorney:
__William Dieters__

phone #: __(504) 827-6334__

at 619 South White Street

In the case of:

State of LA vs. __Dillon Percy__

Item # __A-34501-15__

Case # __524-175__

Charge(s): __Agg. Batt.; Dom. Abuse Batt.; Dom. Batt. involving Strangulation__

Instructions:
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

TUESDAY 10-27-15   7:05 PM

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

TUESDAY 10-27-15   7:05 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

De'Andrea Lagarde

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00180



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on November 5, 2015

at 8:30am

to Assistant District Attorney:

William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of ▓

State of LA v ▓▓▓▓▓

Item # ▓▓▓▓▓

Case ▓▓▓▓▓

Charge(s): Poss. of Marijuana 4th; (3x) Cont. to the Delinquency of Minors

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.
Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on ▓▓▓▓▓

I received the process of Court of which this is a duplicate.

_____
_____ *Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name).*

the person to whom the process is directed.

_____ *Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

*page 221 of 39(  LMR*

OPDA00178

# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.



Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: JUNNA BROWN

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 11/6/2015

at 9 am

to Assistant District Attorney:

Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. SEVERIN, ET AL

Item # L-16980-14

Case # 523514

Charge(s): Illegal Possession of Stolen Things

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

11-5-15

I received the process of Court of which this is a duplicate.

X _Junna Brown_

*Recipient of Service*

THIS IS TO CERTIFY that on

11-5-15 AT 10:50 A.m.

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

JUNNA Brown

*(please write Recipient's name),*

the person to whom the process is directed.

_____ G. Frayman

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00215



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tammy R chard

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on October 9, 2015 ~~November~~

at 10:30 am

to Assistant District Attorney:

Autumn Cheramie

phone #: 827-6004

at 619 South White Street

In the case of:

State of LA vs. Charles Kennell

Item # I-19439-15

Case #

Charge(s): 14:64.3

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_November ___ 2015_

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _November 4, 2015_

I received the process of Court of which this is a duplicate.

_Richard Marcel_
_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
Server of Process

**CERTIFIED DA OFFICE COPY**

OPDA00170



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED**
**FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:

*ChRistine White*

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _11-9-15_

at _1:30 p.m._

_619 S. White st._

to Assistant District Attorney:

_Kevin Guillory_

phone #: _504-228-5792_

at 619 South White Street

In the case of:

State of LA vs. _Nathaniel Johnson_

item # _F-22549-11_

Case # _508-997-E_

Charge(s): _R.S.14:30_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _11-6-15_

I received the process of Court of which this is a duplicate.

_[signature]_ _Christine White_ _Recipient of Service_

THIS IS TO CERTIFY that on _11-6-15_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Christine White_

*(please write Recipient's name),*

the person to whom the process is directed.

INVESTIGATOR M. J. AUDIBERT

_Server of Process_

---

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on    X _11-6-15_

I received the process of Court of which this is a duplicate.

_[signature]_ X _Christine White_ _Recipient of Service_

THIS IS TO CERTIFY that on _11-6-15_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Christine White_

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

INVESTIGATOR M.J. AUDIBERT

_Server of Process_

---

CERTIFIED DA OFFICE COPY

OPDA00123



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: MS. REGENA PAYTON

████████

NEW ORLEANS, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 11/18/2015

at 9 am

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

in the case of:

State of LA vs. KEVIN PAYTON

Item # H-02040-15

Case # ~~525-889~~ 525-899 "C"

Charge(s): Unauthorized Use of a Motor Vehicle

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

11-17-15

I received the process of Court of which this is a duplicate.

X _Regena S. Payton_                     *Recipient of Service*

THIS IS TO CERTIFY that on

11-17-15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

REGENA PAYTON

*(please write Recipient's name),*

the person to whom the process is directed.

G. Edwards _____                      *Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____                  *Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____                  *Server of Process*

OPDA00205



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: ▓▓▓▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on DECEMBER 15, 2015

at 3:30pm

to Assistant District Attorney:
PAYAL PATEL

phone #: 504-234-2429

at 619 South White Street

In the case of:

State of LA vs. _____

Item # ▓▓▓▓▓▓▓▓▓▓

Case # _____

Charge(s): _____
_____

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.
_____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
_____

*(please write Recipient's name),*

the person to whom the process is directed.
_____

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.
_____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.
_____

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00319





# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Verkeicher Thomas

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday, January 6, 2016**

at 9:00 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504)717-7287

at 619 South White Street

In the case of:

State of LA vs. Darrius Copelin

Item # E-146261-5

Case # 525-035

Charge(s): simple assault

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on 1-4-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00150



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Anjanielle Henry

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __January 6th & 7th, 2016__

at __9:00 AM__

to Assistant District Attorney:

__Zachary Popovich__

phone #: __504.822.2414__

at 619 South White Street

In the case of:

State of LA vs. __George Minor__

Item # __G-14984-14__

Case # __522 791__

Charge(s): __R.S.14:64.3__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
__December 21, 2015__

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
__December 21, 2015__

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

__Anjanielle Henry__

*(please write Recipient's name),*

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00261

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Danielle Smith

New Orleans LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday, January 7, 2016

at 2:30 PM

to Assistant District Attorney:

Sarah Dawkins

phone #: 504-829-6329

at 619 South White Street

In the case of:

State of LA vs. Bernette Darby

Item # B-03354-15

Case # 524-407 'I'

Charge(s): 14:64.3, 14:95.1, 14:79

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on TUESDAY 1-5-16 5:05 PM
I received the process of Court of which this is a duplicate.

x _Danielle Smith_
_____ Recipient of Service

THIS IS TO CERTIFY that on TUESDAY 1-5-16 5:05 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Danielle Smith_
(please write Recipient's name),

the person to whom the process is directed.

_____ Server of Process

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

i received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process

**CERTIFIED DA OFFICE COPY**

77

OPDA00149



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

**To:** Gerald Wineski

████
Metairie, LA ████
LADL: ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday January 7, 2016

at 9:00am

to Assistant District Attorney:
Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
TUESDAY   12-22-15   2:35 PM
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
TUESDAY   12-22-15   2:35 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski Jr.
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00190



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gerald Wineski

▮▮▮▮▮▮
Metairie, LA ▮▮▮▮▮
LADL: ▮▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Friday January 8, 2016

at 9:00am

to Assistant District Attorney:
Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

TUESDAY 12-22-15 2:35pm

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

TUESDAY 12-22-15 2:35pm

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski II

(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process



OPDA00191



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Larry Bagneris Jr.

█████████
New Orleans, LA █████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **January 11, 2016**

at **2:00 PM**

to Assistant District Attorney:

**Zachary Popovich**

phone #: **504.822.2414**

at **619 South White Street**

In the case of:

State of LA vs. **Aletha H. Bryant**

Item # **G-19159-14**

Case # **522-697**

Charge(s): **R.S. 14:67**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
**January 11, 2016**

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
**January 11, 2016**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

**Larry Bagneris Jr.**

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00285



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Jeffrey Palmquist

New Orleans, LA ███

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __January 12, 2016__

at __11:00 AM__

to Assistant District Attorney:

__Taylor Gray__

phone #: __504.822.2414__

at 619 South White Street

In the case of:

State of LA vs. __Aletha H. Bryant__

Item # __G-19159-14__

Case # __522-697__

Charge(s): __R.S. 14:67__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

__January 8, 2016__

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

__January 8, 2016__

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

__JEFFREY PALMQUIST__

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
January 8, 2016

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
January 8, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00282



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Tim Wilson

▮▮▮▮▮▮▮▮▮▮▮
NEW ORLEANS, LA ▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify in such matters as may be required of you.

on **January 12, 2016**

at **9:00 AM**

to Assistant District Attorney:

**Taylor Gray**

phone #: **504.822.2414**

at 619 South White Street

In the case of:

State of LA vs. **Aletha H. Bryant**

Item # **G-19159-14**

Case # **522-697**

Charge(s): **R.S. 14:67**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
**January 8, 2016**

I received the process of Court of which this is a duplicate.

*Timothy Wilson*

*Recipient of Service*

THIS IS TO CERTIFY that on
**January 8, 2016**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

**Tim Wilson**

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B*

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00283



# SUBPOENA

### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Verkeicher Thomas

N.O. La.

You Are Hereby [REDACTED] LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday, January 13, 2016**

at **10:00am**

to Assistant District Attorney:

**Sarah Dawkins**

phone #: **504-717-7287**

at **619 South White Street**

In the case of:

State of LA vs. **Darrius Copelin**

Item # **E-14626-15**

Case # **525035 I**

Charge(s): **Simple Assault**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
Wednesday January 6, 2016   11:52 AM
I received the process of Court of which this is a duplicate.

x _Verkeicher Thomas_

*Recipient of Service*

THIS IS TO CERTIFY that on
Wednesday January 6, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

– _Verkeicher Thomas_

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00151



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Monique Andrews

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on January 13, 2016

at 9:00 AM

to Assistant District Attorney:

Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Daniel Ruffin

Item # B-24436-14

Case # 519929 B

Charge(s): Simple Battery - Domestic Abuse

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

Monday 01-11-16

I received the process of Court of which this is a duplicate.

*M. Andrews*

*Recipient of Service*

THIS IS TO CERTIFY that on

MONDAY 1-11-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

MONEQUE ANDREWS

(please write Recipient's name),

the person to whom the process is directed.

*Fred B*

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00275

527146
11/14/17



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

## Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: BRITTANEE PHILLIPS

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 01/22/2016

at 9 am

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: 504-827-6316

at 619 South White Street

In the case of:

State of LA vs. TELVIN MITCHELL

Item # _____

Case # 527146 "C"

Charge(s): Domestic Battery
(Strangulation)

Instructions:
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _12-7-15_

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

---

CERTIFIED DA OFFICE COPY

OPDA00148



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Brionne Harris

███████████
New Orleans, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on January 26, 2016

at 3:00 PM

to Assistant District Attorney:

Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Gregory Newman

Item # K-14195-13

Case # 518-891

Charge(s): R.S. 14:68

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
January 26, 2016

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
January 26, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Brionne Harris

*(please write Recipient's name),*

the person to whom the process is directed.

*Frah B_____*
_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00276



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _2-11-16_

at _619 S. White_

to Assistant District Attorney:

_KEVIN Guillory_

phone #: _228-5792_

at 619 South White Street

In the case of:

State of LA vs. _Jonathan Alexander_

Item # _____

Case # _511633_

Charge(s): _14:30_
_14:27-30_

Instructions:

> Contact the above named Assistant District Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _2-5-16_

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on _2-5-16_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Darriv Barra_

*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

_Pew_

OPDA00147



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Chris LaBorde

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 2/15/14

at 5:00 pm — 6:00 pm

to Assistant District Attorney:

Taylor Gray

phone #: 756-1476

at 619 South White Street

In the case of:

State of LA vs. Poole et al.

Item # B-09035-14

Case # 519-812

Charge(s): 64.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena. Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

Taylor Gray

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Chris LaBorde

_(please write Recipient's name),_

the person to whom the process is directed.

2/15/14

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00160



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Charles Shifflett IV

New Orleans, La ▆

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on February 15, 2016

at 9:00 AM

to Assistant District Attorney:

Zachary Popovich

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Timothy Conerly

Item # B-9035-14

Case # 519 812

Charge(s): R.S. 14:64.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
February 12, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
February 12, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Charles Shifflett IV

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B*

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

LEFT AT DOOR

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00289



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Joseph Gianetta

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on   February 16 &17, 2016

at   9:00 AM

to Assistant District Attorney:

Zachary Popovich

phone #:  504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Timothy Conerly

Item #  B-9035-14

Case #  519 812

Charge(s):  R.S. 14:64.3

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
February 15, 2016

I received the process of Court of which this is a duplicate.

*Joseph Gianetta*

*Recipient of Service*

THIS IS TO CERTIFY that on
February 15, 2016

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Joseph Gianetta

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B*

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00287



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Charles Shifflett IV

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on February 16 & 17, 2016

at 10:00 AM

to Assistant District Attorney:

Zachary Popovich

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Timothy Conerly

Item # B-9035-14

Case # 519 812

Charge(s): R.S. 14:64.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

February 15, 2016

I received the process of Court of which this is a duplicate.

*Charles L. Shifflett IV*

*Recipient of Service*

THIS IS TO CERTIFY that on

February 15, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Charles Shifflett IV

*(please write Recipient's name),*

the person to whom the process is directed.

*Frank B.*

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00288



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:  Jeremy Johnson

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  February 17, 2016

at  9:00 AM

to Assistant District Attorney:

Zachary Popovich

phone #:  504.822.2414

at 619 South White Street

In the case of:

State of LA vs.  Timothy Conerly

Item #  B-9035-14

Case #  519 812

Charge(s):  R.S. 14:64.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

February 15, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

February 15, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Jeremy Johnson

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00286



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Darrius Henry

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 2/17/16

at 9:00 AM

to Assistant District Attorney:

Sarah Dawkins

phone #: (504) 717-7287

at 619 South White Street

In the case of:

State of LA vs. Dwight Henry

Item # K-08810-14

Case # 523-888

Charge(s): 67(B)(3)

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

2/12/16

I received the process of Court of which this is a duplicate.

X D—O.L

*Recipient of Service*

THIS IS TO CERTIFY that on

2/12/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Darrius Henry

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00152



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: _Vanessa Honore_

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _Wed., Feb. 17, 2016_

at _8:45 AM_

to Assistant District Attorney:

Sarah Dawkins

phone #: _504-827-6329_

at 619 South White Street

In the case of:

State of LA vs. _Dwight Henry_

Item # _K-08810-14_

Case # _523-888_

Charge(s): _14:67(B)(3)_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00313



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: NATASHA AMBO

████████

NEW ORLEANS, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 2/18/16

at 9 AM

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 827-6316

at 619 South White Street

In the case of:

State of LA vs. WESLEY BROADEN

Item # _____

Case # 522-989

Charge(s): DOMESTIC ABUSE BATTERY (STRANGULATION)

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

2-17-16

I received the process of Court of which this is a duplicate.

VICTIM'S MOTHER SERVED
AT VICTIM'S RESIDENCE

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

FAYVARD J. MITCHELL

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00216



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Alton Barber

New Orleans, LA ▇▇▇

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  Tuesday March 1, 2016

at  3:00PM

to Assistant District Attorney:
Joseph Zanetti

phone #:  504-432-8372

at 619 South White Street

In the case of:

State of LA vs.  Jesse Tate

Item #  K-31191-13

Case #  523-036D

Charge(s):  RS 14:34 AND RS 14:37

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),
the person to whom the process is directed.

_____
_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on 2/25/15

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on 2/25/15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient  Door

ALTON BARBER

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Mer Ryan

_____
_Server of Process_

Rest'd Office Advised Alton Barber is Resident
At ▇▇ ▇▇

CERTIFIED DA OFFICE COPY



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: *Farrell Belgelon*

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on *March 9, 2016*

at *3:00 pm*

to Assistant District Attorney:
*(504) 822-2414*

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. _____

Item # _____

Case # _____

Charge(s): _____

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on *March 1, 2016*

I received the process of Court of which this is a duplicate.

*Terrel Bergeron*

*Recipient of Service*

THIS IS TO CERTIFY that on *March 1, 2016*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*Farrell Belgelon*

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00146



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Andre Dunn

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __3/9/16__

at __8:30 AM__

to Assistant District Attorney:

__Sarah Dawkins__

phone #: __(504) 827-6328__

at 619 South White Street

In the case of:

State of LA vs. __Dwight Henry__

Item # __K-08810-14__

Case # __523-888__

Charge(s): __14:67__

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
__3-8-16__
I received the process of Court of which this is a duplicate.

__ANDRE DUNN__
*Recipient of Service*

THIS IS TO CERTIFY that on
__3-8-16__
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

__ANDRE DUNN__

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00153



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Loma Small

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___Friday, March 18, 2016___

at ___2pm___

to Assistant District Attorney:

Diana Netterville

phone #: ___504-822-2414___

at 619 South White Street

In the case of:

State of LA vs. ___Tomeca Newman___

Item # ___A-40852-13___

Case # ___518639 H___

Charge(s): ___(27) 30.1 Attempted 2nd Degree Murder___

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on ___3-15-16___

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on ___3-15-16___

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

___LOMA SMALL___

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00246



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: PATRICIA DUPART

NEW ORLEANS, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 65 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on  3/22/16

at  9:00 AM

to Assistant District Attorney:

MIKE TRUMMEL

phone #:  307-689-2962

at 619 South White Street

in the case of:

State of LA vs. JOSHUA MORRISSEY

Item #  F-30876-15

Case #  525-493 "A"

Charge(s):  14:79

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

3/22/16  LEFT @ DOOR

CERTIFIED DA OFFICE COPY

OPDA00154



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: *Eddie Moss*

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on *March 30, 2016*

at *9:00 AM*

to Assistant District Attorney:
*Michael Trummel*

phone #: *367-689-2862*

at 619 South White Street

In the case of:

State of LA vs. *Hiram Tucker*

Item # *J-11104-14*

Case # *522-727*

Charge(s): *95.1 ; 94 (f)*

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

X _____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

X *~~Eddie Moss~~*

I received the process of Court of which this is a duplicate.

*3-29-16  3:35 p.m.*
*Recipient of Service*

THIS IS TO CERTIFY that on *3-29-16 @ 3:35p*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*THERESA MOSS*
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*INV. GAROLD FRANKS*
*Server of Process*

OPDA00239



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Cabrial Washington

GRETNA, LA

You Are Hereby Notified pursuant to
LSA-CCRP ar:. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on **Tuesday  April 5, 2016**

at **8:30a.m.**

to Assistant District Attorney:
**Allie Serpas**

phone #:  **504-822-2414**

at **619 South White Street**

In the case of:

State of LA vs.  **Brinell Carter**

Item #  **I-25257-15**

Case #  **526853 F**

Charge(s):  **R.S. 14:34 - Aggravated
Battery**

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

MONDAY  4-4-16  11AM

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

MONDAY  4-4-16  11AM

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Gabrial Washington
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00127



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:  Lashandra Anderson

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 4/19/16

at 9:00 a.m.

to Assistant District Attorney:
Alexis Taylor

phone #: 504-827-6310

at 619 South White Street

In the case of:

State of LA vs Kelon Reed

Item # K-18215-15

Case # 527-561

Charge(s): 14:35.3 (L); 14:35.3; 14:34.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00174



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Asia Ancrews

You Are Hereby Notified pursuant to LSA-CCRP an. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 4/19/16

at 9:00 a.m.

to Assistant District Attorney:

Alexis Taylor

phone #: 504-827-6310

_501-231-6_

at 619 South White Street

In the case of

State of LA vs Kelon Reed

Item # K-18215-15

Case # 527-591

Charge(s): 14:35.3 (L); 14:35.3; 14:34.1

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00175



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Dr. Hugo St. Hilaire MD, DDS, FACS, ███████
N.O.La.

███████████████   ███████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Wednesday 4-20-16__

at __9:00 a.m.__

to Assistant District Attorney:

__Chris Cortez__

phone #: __822-2414 exr 6319__

at 619 South White Street

In the case of:

State of LA vs. __Simeon Hachi__

Item # __A-38227-15__

Case # __524-316__

Charge(s): __2nd degree battery__

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

X _____

X _____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

the person to whom the process is directed.

_____

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

X _____

*Recipient of Service*

THIS IS TO CERTIFY that on _____

X _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Harold Fajard_

*Server of Process*

OPDA00237



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Dr. Paul Perez DDS ▓▓▓▓
▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  Wednesday 4-20-16

at  9:00 a.m.

to Assistant District Attorney:

Chris Cortez

phone #:  822-2414 exr 6319

at 619 South White Street

In the case of:

State of LA vs.  Simeon Hachi

Item #  A-38227-15

Case #  524-316

Charge(s):  2nd degree battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
4-14-16

I received the process of Court of which this is a duplicate.

*Amanda Arnoult*
*Recipient of Service*

THIS IS TO CERTIFY that on
4-14-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*AmanDA A Arnoult*
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00238



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Brandon Batiste, b/m dob:
/96
NOLA 70117

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on April 22, 2016

at 10 am

to Assistant District Attorney:
Louis Russo

phone #: 504-606-6598

at 619 South White Street

In the case of:

State of LA vs. Rommel Johnson

Item # A-09977-16

Case # M554614

Charge(s): 14:37.4; 14:94

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00321



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: ▬▬▬▬▬

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/2/16

at 1:00pm

to Assistant District Attorney:

Ashley M. Spears

phone #: 827-6206

at 619 South White Street

In the case of:

State of LA vs ▬▬▬▬▬

Item # ▬▬▬▬▬

Case # ▬▬▬▬▬

Charges(s): 14:42.1
14:34.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on 4-29-16

I received the process of Court of which this is a duplicate.

▬▬▬▬▬
_____
                              _Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
the person to whom the process is directed.

_____
                              _Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
                              _Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
                              _Server of Process_

CERTIFIED DA OFFICE COPY



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: ▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on ___5/3/16___

at ___12:00 pm___

to Assistant District Attorney:

___Ashley M. Spears___

phone #: ___927-6860___

at 619 South White Street

In the case of:

State of LA vs. ▓▓▓▓▓

Item ▓▓▓▓▓▓▓

Case # ▓▓▓▓▓▓▓

Charge(s): __4:42.1__
__4:34.1__

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on ___4-29-16___

▓▓▓▓▓ received the process of Court of which this is a duplicate.

_____
**Recipient of Service**

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
**Server of Process**

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
**Recipient of Service**

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
**Server of Process**

CERTIFIED DA OFFICE COPY

OPDA00185



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: JASMINE DANSEY

NEW ORLEANS, LA ▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/5/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITCHELL IV

phone #: (504) 827-6316

at 619 South White Street

In the case of:

State of LA vs. VERNELL NELSON

Item # C-30594-15

Case # 526-586 "C"

Charge(s): SIMPLE BATTERY; VIOLATION OF PROTECTIVE ORDER

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on 5-4-16  2:50 pm.

I received the process of Court of which this is a duplicate.

x _Jasmine Dansey_
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

5-4-16  2:50 Pm

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00230



## SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Williams

You Are Hereby Notified pursuant to LSA-LCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___May 5, 2016___

at ___9 am___

to Assistant District Attorney:

Bonycle S. Thornton

phone #: ___827-6037___

at 619 South White Street

In the case of:

State of LA vs. ___Karron Johnson___

Item # ___G-26482-15___

Case # ___525-997___

Charge(s): ___14:95.1___

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
___WEDNESDAY   APRIL 20, 2016   3:55pm___
I received the process of Court of which this is a duplicate.

x _Gregory Williams_ _____ Recipient of Service

THIS IS TO CERTIFY that on
___WEDNESDAY   APRIL 20, 2016___
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x _Gregory Williams_
(please write Recipient's name),

the person to whom the process is directed.

_____ Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____
I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing a: the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Proces

CERTIFIED DA OFFICE COPY

OPDA00203



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

---

To: Terrance Jenkins

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 10-11, 2016

at 9 am

to Assistant District Attorney:
Bonycie Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs Ernest Williams

Item # K-30100-15

Case # 528-037

Charge(s): 14 95.1

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
April 28, 2016

I received the process of Court of which this is a duplicate.

T. S. Jenkins

*Recipient of Service*

THIS IS TO CERTIFY that on
April 28, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Terrance Jenkins

*(please write Recipient's name),*

the person to whom the process is directed.

Frank R.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

---

CERTIFIED DA OFFICE COPY

OPDA00183



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Elizabeth Williams

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on May 10-11, 2016

at 9 am

to Assistant District Attorney:

Bonycle Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs Ernest Williams

Item # k-30100-15

Case # 528-037

Charge(s): 14:95.1

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

*THURSDAY   4·28·16   2:25pm*

I received the process of Court of which this is a duplicate.

*Elizabeth Williams*
*Recipient of Service*

THIS IS TO CERTIFY that on

*THURSDAY   4·28·16   2:25pm*

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*Elizabeth Williams*

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

113

OPDA00184



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

357-5128

To: Tasjan Sullivan, b/m,
1997
NOLA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 11, 2013

at 10 am

to Assistant District Attorney:
Louis Russo

phone #: 504-806-6598

at 619 South White Street

In the case of:

State of LA vs. Fommel johnson

Item # A-0997-16

Case # M554614

Charge(s): 14:37.4, 14:94

Instructions: ▮▮▮▮▮▮
Contact the above named Assistant District Attorney upon receipt of this subpoena.
Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
May 9, 2016
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
May 9 2016
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
Nastashia Wesker
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00217





# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

## Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Dominique Dupree, b/n
dob▓▓/1990

Metairie, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on _May 11, 2016_

at _10 am_

_L. N9. STATE_
to Assistant District Attorney:
Louis Russo

phone #: _504-606-6598_

at 619 South White Street

In the case of:

State of LA vs. _Rommel johnson_

Item # _A-09977-16_

Case # _M554614_

Charge(s): _14:37.4, 14:94_

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
                                    Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
                                    Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
                                    Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
                                    Server of Process

CERTIFIED DA OFFICE COPY

115

OPDA00315



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: SHENETRA BARDELL

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/13/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITCHELL IV

phone #: 504-827-6316

at 619 South White Street

In the case of:

State of LA vs. CARLA ROBERTSON

Item # F-22423-14

Case # 524-233

Charge(s): SIMPLE ROBBERY; SECOND DEGREE KIDNAPPING

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
SHENETRA BARDELLE
I received the process of Court of which this is a duplicate.

X _Shenetta Bardell_
*Recipient of Service*

THIS IS TO CERTIFY that on
5-3-16
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
SHENETRA BARDELLE
*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
5-3-16
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00233



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Newman
~~5212 Laurelwood~~
New Orleans, LA ▇▇▇

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 19th, 2016

at 1:00 Pm.

to Assistant District Attorney:

Brian Ebarb

phone #: 504 827.6322

at 619 South White Street

In the case of:

State of LA vs. Parnell Bullock

Item # H-37878-15

Case # 526-915 "J"

Charge(s): 43.1, 65

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on 5-18-16

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on 5-18-16 @ 2:55 P.M.

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Rui Lin
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY



OPDA00195



# SUBPOEN..

## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Newman

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 56 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on May 19th, 2016

at 1:00 PM

to Assistant District Attorney:

Brian Ebarb

phone #: 504.827.6322

at 619 South White Street

In the case of:

State of LA vs. Darnell Bullock

Item # H-37378-15

Case # 526-915 "J"

Charge(s): 93.1, 65

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

5-18-16

I received the process of Court of which this is a duplicate.

x Rhoda Lewis

*Recipient of Service*

THIS IS TO CERTIFY that on

5-18-16   @ 3:15 P.M.

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

x Rhoda harris

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

---

CERTIFIED DA OFFICE COPY



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Pershing Odds

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 31, 2016

at 9:00 AM

to Assistant District Attorney:

Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Wilfred Lewis

Item # E-00997-14

Case # 520 517

Charge(s): R.S. 14:34

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

April 14, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

April 14, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Pershing Odds

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00277

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Lavern Mcfadden

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

WEDNESDAY 6-1-16

I received the process of Court of which this is a duplicate.

X Lavern McFadden

*Recipient of Service*

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify the truth according to your knowledge in such matters as may be required of you.

on Thursday, June 2, 2016

at 1 P.M.

to Assistant District Attorney:
Rachel Hunt

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Lawrinisha McFadden

Item # K-01541-15

Case # 527-453 F

Charge(s): R.S. 22:1924

THIS IS TO CERTIFY that on

WEDNESDAY 6-1-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

X LAVERNE McFADDEN

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

CERTIFIED DA OFFICE COPY

OPDA00199



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Brian Picquet

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on June 3, 2016

at 11:00 am

to Assistant District Attorney:
Autumn Cheramie

phone #: 827-6004

at 619 South White Street

In the case of:

State of LA vs. Joseph Robin

Item # C-07295-16

Case #

Charge(s): 14: (27)30.1

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on June 1, 2016

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Lionel Pierce

(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
Server of Process

---

CERTIFIED DA OFFICE COPY

OPDA00212



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Dondrielle Boudreaux

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/6/16

at 9:30 AM

to Assistant District Attorney:

Mike Trummel

phone #: 307-689-2862

at 619 South White Street

In the case of:

State of LA vs. Shedric Nelson

Item # L-28730-14

Case # 523-104

Charge(s): 14:95.1, DV Battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
JUNE 3, 2016
I received the process of Court of which this is a duplicate.

Dondrielle Boudreaux
*Recipient of Service*

THIS IS TO CERTIFY that on
JUNE 3, 2016
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

DONDRIELLE BOUDREAUX
*(please write Recipient's name),*

the person to whom the process is directed.

Frank B.
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00274



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Michael Forester

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 7, 2016

at 9:00 am

to Assistant District Attorney:
Rachel Hurd

phone #: 504-827-6304

at 619 South White Street

In the case of:

State of LA vs. Shon Mcleoud-Poteat

Item # J-1141-15, et. al

Case # 527-001

Charge(s): LA R.S. 14:84, relative to Pan

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00176



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Laverne McFadden

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on   June 8, 2016

at   9:00 a.m.

to Assistant District Attorney:

Criminal District Court Section F

phone #: _____

at 619 South White Street

In the case of

State of LA vs.   Lawrinisha McFadden

Item # _____

Case #   527-453

Charge(s):   Insurance Fraud

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

6/2/16          1:06 pm

I received the process of Court of which this is a duplicate.

Lavern McFadden

*Recipient of Service*

THIS IS TO CERTIFY that on

6/2/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Laverne McFadden   Lavern McFadden

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00198



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:  Glen Paradee

You Are Hereby Notified pursuant to LSA-CCRP ar:. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 8, 2016

at 9:00 am.

to Assistant District Attorney:
Criminal District Court Section F

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. Lawrinisha McFadden

Item # _____

Case # 527-453

Charge(s): Insurance Fraud
_____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_
the person to whom the process is directed.

_____
_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00311



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:  Quiana Washington

██████ New Orleans, LA ██████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 14, 2016

at 9:00 AM

to Assistant District Attorney:
Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Ronald Perkins

Item # E-31736-15

Case # 527-780

Charge(s): R.S. 14:35.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
June 13, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
June 13, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Quiana Washington

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00278



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: MALCOLM GREEN

▮▮▮▮▮▮▮
NEW ORLEANS, LA ▮▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/16/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITHCELL IV

phone #: 504-827-6319

at 619 South White Street

In the case of:

State of LA vs. REGINALD WILSON

Item # A-20472-15

Case # 523908

Charge(s): ARMED ROBBERY

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00314

  

# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Courtney Taylor
█████████████
New Orleans, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 20, 2016

at 9:00 AM

to Assistant District Attorney:

Brian Ebarb

phone #: (504) 827-6322

at 619 South White Street

In the case of:

State of LA vs. Aaron McMillian

Item # C-27245-15

Case # 524-871 "J"

Charge(s): 14:95.1, 14:94(F)

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on 06-16-16

I made due Personal Service thereof by leaving same ~~in the hands of the aforesigned Recipient~~ ON THE FRONT DOOR OF ████████

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00304



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Tyrone Jones

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 24, 2016

at 3:00 PM

to Assistant District Attorney:

Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Byron Long

Item # H-05042-12

Case # 513912

Charge(s): R.S. 14:64; 95.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
June 22, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
June 22, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Tyrone Jones

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00279



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Troy Yvonne Cooks
New Orleans, LA ███████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 24, 2016

at 3:00 PM

to Assistant District Attorney:
Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Byron Long

Item # H-05042-12

Case # 513912

Charge(s): R.S. 14:64; 951

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
June 23, 2016

I received the process of Court of which this is a duplicate.

*Troy Yvonne Cooks*
*Recipient of Service*

THIS IS TO CERTIFY that on
June 23, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Troy Yvonne Cooks

*(please write Recipient's name),*

the person to whom the process is directed.

*Investigator C____*
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
*Troy Yvonne Cooks*

I received the process of Court of which this is a duplicate.

*_____*
*Recipient of Service*

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00280

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: JEVON BROWN

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on MONDAY 7/11/2016

at 9:00am

to Assistant District Attorney:

William Dieters

phone #: (504) 827-6310

at 619 South White Street

In the case of:

State of LA vs. Patrick Robinson

Item # K-18109-15

Case # 528-556

Charge(s): Simple Kidnapping, Simple Robbery, and Dom. Ab. Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on 7/6/16

I received the process of Court of which this is a duplicate.

X _____

_____ *Recipient of Service*

THIS IS TO CERTIFY that on 7/6/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Jevon Brown

(please write Recipient's name),

the person to whom the process is directed.

_____ *Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00158



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ▬▬▬▬▬

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on  Monday, July 11, 2016

at  9:00a.m.

to Assistant District Attorney:
Rachel Hurd

phone #:  504-822-2414

at 619 South White Street

In the case of:

State of LA vs. ▬▬▬▬▬

Item # ▬▬▬▬

Case ▬▬▬▬

Charge(s):  R.S. 14:84

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _THURSDAY_ _7-7-16_

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_THURSDAY_ _7-7-16_

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

X_____
*(please write Recipient's name)*,

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name)*,

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00177



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Cornell Manuel

██████ ████

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on July 13, 2016

at 10:00 AM

to Assistant District Attorney:

Brian C. Ebarb

phone #: 504.827.6322

at 619 South White Street

In the case of:

State of LA vs. Aaron McMillan

Item # C-27245-15

Case # 524-871 "J"

Charge(s): 14:94(F), 14:95.1

Instructions: Please appear in Section "J" at Criminal District Court.

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

_July 7, 2016_

I received the process of Court of which this is a duplicate.

_Cordell Manuel_          _Cornell A Manuel_
                          *Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*
the person to whom the process is directed.

_7-7-16   Beecher Elwesed Jr_
                          *Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

                          *Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

                          *Server of Process*



OPDA00264



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gina Davis

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on July 21, 2016

at 9:00 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Terrance Williams

Item # D-16207-15

Case # 524-807 T

Charge(s): 14:79

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),
the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00222



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Alfred D. White III

New Orleans, LA ▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on July 25, 2016

at 3:00 PM

to Assistant District Attorney:

Taylor Gray

phone #: 504.822.2414

at 619 South White Street

In the case of:

State of LA vs. Samuel Sims

Item # K-26079-14

Case # 522740

Charge(s): R.S. 14:64

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

July 25, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

July 25, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Alfred D. White III

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00281



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: **Mr. Giovanni Collins**

▇▇▇▇  ▇▇▇

**New Orleans, LA** ▇▇▇

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **7/26/16**

at **9:00 AM**

to Assistant District Attorney:

**Brian Ebarb**

phone #: **504.822.2414**

at **619 South White Street**

In the case of:

State of LA vs. **S.C.**

Item # **D-26327-15**

Case # **526-053 "J"**

Charge(s): **14:34, 14:56**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

**07-25-16    9:30 AM.**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient *(NO ANSWER)*

*LEFT ON FRONT DOOR OF RESIDENCE*

(please write Recipient's name),

the person to whom the process is directed.

*Received Edward Jr.*

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00263



# SUBPOENA

5²7-147

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Jeanekia Robinson

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on Tuesday, July 26, 2016

at 9:00 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: (504)827-6329

at 619 South White Street

In the case of:

State of LA vs. Donald Oliver

Item # D-25970-15

Case # 527-147I

Charge(s): 14:34, 14:95.1, 14:55

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

**CERTIFIED DA OFFICE COPY**

OPDA00182



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Annette Davis

new Orleans, La

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Wednesday July 27th 2016

at _____ 0930 _____

to Assistant District Attorney:

Zachary Popovich

phone #: _____

at 619 South White Street

In the case of:

State of LA vs. Robert Williams

Item # _____

Case # 538-408 A

Charge(s): _____

_____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

July 20, 2016 @ 1345

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

July 20, 2016 @ 1345

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Annette Davis

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00284



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: � ▅▅▅▅▅▅▅▅▅▅

New Orleans, LA

▅▅▅▅▅▅▅▅▅▅



You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **August 9th, 2016**

at **10:00 AM**

to Assistant District Attorney:

**Brian Ebarb**

phone #: **504.827.6322**

at **619 South White Street**

In the case of:

State of LA vs. **Charles Douglas**

Item # **F-08344-15**

Case # **529-871 "J"**

Charge(s): **14:42.1**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

**7-21-16**

I received the process of Court of which this is a duplicate.

▅▅▅▅▅▅▅▅▅▅▅▅▅

*Recipient of Service*

THIS IS TO CERTIFY that on

**7-21-16**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient ▅▅▅▅▅▅▅▅▅▅▅▅

*(please write Recipient's name),*

the person to whom the process is directed: 

*Bernard Edouard Jr*

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00269



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___AUGUST 19, 2016___

at ___08:15 / 08:30___

to Assistant District Attorney:

___MATT HAMILTON___

phone #: ___409-392-5141___

at 619 South White Street

In the case of:

State of LA vs. ___Carolyn Dalton___

Item # ___D-31519-13___

Case # ___518912 G___

Charge(s): ___14:134___

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on ___AUGUST 17, 2016___

I received the process of Court of which this is a duplicate.

___Jacqueline Alford___
*Recipient of Service*

THIS IS TO CERTIFY that on ___AUGUST 17, 2016___

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

___JACQUELINE ALFORD___

*(please write Recipient's name),*

the person to whom the process is directed.

___I.J. MORGAN___
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00273



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tyralyn Freeman 
NOLA ▮▮

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on 8/23/16
at 3:00 pm

to Assistant District Attorney:
PAYAL PATEL
phone #: (504) 571-2820

at 619 South White Street

In the case of:

State of LA vs. Reginald Davis

Item # D-16642-16

Case # 556077

Charge(s): 82

Instructions:

> Contact the above named Assistant District
> Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District
> Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient _____

*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on
8-22-16
I received the process of Court of which this is a duplicate.

x _____
*Recipient of Service*

THIS IS TO CERTIFY that on
8-22-16
I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Porcel McDaw
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

Inv. Ronald Swift
_____
*Server of Process*

Tyralyn Freeman
Telephone # ▮▮

OPDA00258



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Nyress Manning

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 8/25/16

at 9:00 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-827-6329

at 619 South White Street

In the case of:

State of LA vs. Troy Morgan

Item # A-15301-16

Case # 529-111

Charge(s): 14:35, 14:35.3

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

Nyress Manning  8/24/16

I received the process of Court of which this is a duplicate.

X Nyress Manning
_____ *Recipient of Service*

THIS IS TO CERTIFY that on

8/24/16

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient

Nyress Manning
*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ *Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ *Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00171



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED**
**FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tennille Washington
YASEIN WASHINGTON

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, 8/29/16

at 3:00pm

to Assistant District Attorney:

William Dieter

phone #: (504) 827-6310

at 619 South White Street

In the case of:

State of LA vs. James Perkins

Item # A-10451-16

Case # 529-840

Charge(s): Unauthorized Entry of Inhabited Dwelling

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

08-26-16

I received the process of Court of which this is a duplicate.

Tennille Washington  (x) Tennille Wash
& Yasein Washington (Twins)
_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed.

8-26-16
_____ Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process

CERTIFIED DA OFFICE COPY

OPDA00200



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tenille Washington

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday, August 31, 2016**

at **9:00am**

to Assistant District Attorney:
**William Dieters**

phone #: **(504) 827-6310**

at 619 South White Street

In the case of:

State of LA vs. **James Perkins**

Item # **A-10451-16**

Case # **529-840 "I"**

Charge(s): **Unauthorized Entry of an Inhabited Dwelling**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
_08-29-16_

I received the process of Court of which this is a duplicate.

_Tenille Washington_                    Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name)_,

the person to whom the process is directed

_Leonard Edward Jr_                    Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name)_,

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Server of Process

CERTIFIED DA OFFICE COPY

OPDA00201



J06664 7512  29
542
5295

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Wandell West

~~New Orleans, LA~~
HOUSTON, TX

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday, September 7, 2016**

at **8:30p.m.**

to Assistant District Attorney:
**Rachel Hurd**

phone #: **504-827-6304**

at **619 South White Street**

In the case of:

State of LA vs. **Adranika Reed**

Item # **E-11205-15**

Case # **525346 F**

Charge(s): **Second Degree Battery**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

OPDA00249



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: **STESHONDIA STACKHOUSE**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **SUNDAY, 09/11/16**

at **10:00 AM**

to Assistant District Attorney:

**ZACHARY POPOVICH**

phone #: **504 - 822 - 2414**

at 619 South White Street

In the case of:

State of LA vs. **DANIEL KELLY**

Item # _____

Case # **527 - 745**

Charge(s): _____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on **09/01/16**

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on **09/01/16**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient, **S. STACKHOUSE**

*(please write Recipient's name),*

the person to whom the process is directed.

**Paula Butler**

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*





OPDA00161



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Det. Tyra Pruitt

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on   9/12/16

at   5:00 PM

to Assistant District Attorney:
Sarah Dawkins

phone #:   (504)827-6329

at 619 South White Street

In the case of:

State of LA vs.   Terrance Williams

Item #   F-10484-14

Case #   521-528

Charge(s):   14:43.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00312



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Paige Davis

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Tuesday, September 13, 2016**

at **8:30 am**

to Assistant District Attorney:
Sarah Dawkins

phone #: (504)827-6329

at 619 South White Street

In the case of:

State of LA vs. Terrance Williams

Item # F-10484-14

Case # 521-528

Charge(s): 14:43.1

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

148



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

## Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Paige Davis

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday, September 13, 2016

at 8:30 am

to Assistant District Attorney:
Sarah Dawkins

phone #: (504)827-6329

at 619 South White Street

In the case of:

State of LA vs. Terrance Williams

Item # F-10484-14

Case # 521-528

Charge(s): 14:43.1

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00225



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Gina Davis

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday, September 13, 2016

at 8:30 am

to Assistant District Attorney
Sarah Dawkins

phone #: (504)827-6329

at 619 South White Street

In the case of:

State of LA vs. Terrance Williams

Item # F-10484-14

Case # 521-528

Charge(s): 14:43.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00226

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.



### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ▓▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday, September 13, 2016

at 8:30 am

to Assistant District Attorney:

Sarah Dawkins

phone #: (504)827-6329

at 619 South White Street

In the case of:

State of LA vs. ▓▓▓▓▓▓▓

Item # ▓▓▓▓▓

Case # ▓▓▓▓▓

Charge(s) ▓▓▓▓

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

151



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: **STESHONDJA STACKHOUSE**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **WEDNESDAY, 09/14/16**

at **9:00 AM**

to Assistant District Attorney:

**ZACHARY POPOVICH**

phone #: **504-822-2414**

at 619 South White Street

In the case of:

State of LA vs. **DANJEL KELLY**

Item # _____

Case # **527-745**

Charge(s): _____

_____

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on **09/01/16**

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on **09/01/16**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*S. Stackhouse*
*(please write Recipient's name),*

the person to whom the process is directed.

*Pamela Bultz*
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*



OPDA00162



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED**
**FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Christian Bordere

New Orleans, LA

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on  September 22, 2016 @9am

at  Criminal District Court Section D

to Assistant District Attorney:

Reed Poole

phone #:  504-822-2414

at 619 South White Street

In the case of:

State of LA vs.  Kevin Green

Item # _____

Case #  525-995D

Charge(s):  14:79, 14:37.7

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

Sept 21, 2016

I received the process of Court of which this is a duplicate.

Mer Ryan

*Recipient of Service*

THIS IS TO CERTIFY that on

Sept 21 2016

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed

Mer Ryan

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00173



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: GARY COOPER

[redacted]    employment address

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Monday September 26, 2016**

at **2 pm**

to Assistant District Attorney:

**Mike Dannan**

phone #: **822-2414**

at **619 South White Street**

In the case of:

State of LA vs. **Russell Alexander**

Item # **H-08871-14**

Case # **525-312**

Charge(s): **14:64**

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**



---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

**9-22-16**

I received the process of Court of which this is a duplicate.

GARY COOPER

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

BERNARD ENCINED JR

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00262



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Crystal Chestophe
C/O Resource Bank

New Orleans, La

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _Wednesday, October 5, 2016_

at _9AM @ CDC Section D_

to Assistant District Attorney:

_Alexis Taylor_

phone #: _504-231-6561_

at 619 South White Street

In the case of:

State of LA vs. _Chessie A. Ayers_

Item # _C-34341-16_

Case # _529-033D_

Charge(s): _RS 14:71.1 Bank Fraud_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _Oct 4, 2016_

I received the process of Court of which this is a duplicate.

_Mel Ryan_
Recipient of Service

THIS IS TO CERTIFY that on _October 4, 2016_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Crystal Christophe_ _resct_

(please write Recipient's name),

the person to whom the process is directed.

_Mel Ryan_
Server of Process

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Server of Process

CERTIFIED DA OFFICE COPY

OPDA00229



JOO6670410

**SUBPOENA**

543   9-24-16 - 11:00AM - NZ

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

9-22-16 - 9:19AM - NZ
9-26-16 - 8:05AM - NZ

SEP 20 2016

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Wandell West

Houston, TX

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Friday, October 14, 2016

at 8:30p.m.

to Assistant District Attorney:

Bonycle Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Adranika Reed

Item # E-11205-15

Case # 525346 F

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

   OPDA00253



# SUBPOENA

Constable Phil Camus, Precinc[t]
Harris County, Texas

**A FINE AND IMPRISONMENT MAY BE IMPOSED**
**FOR FAILURE TO OBEY THIS NOTICE.** _____ 2½ _____ day
as per order of the court _____, 2 0[ ]

## Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Wandell West

████████ ████
Houston, TX ████████

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on **Friday, October 14, 2016**

at **8:30p.m.**

to Assistant District Attorney:

**Bonycle Thornton**

phone #: **504-822-2414**

at **619 South White Street**

In the case of:

State of LA vs. **Adranika Reed**

Item # **E-11205-15**

Case # **525346 F**

Charge(s): **Second Degree Battery**

Instructions:

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00254



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

---

To: Panisse Green

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 10/25/2016

at 9:00 am

to Assistant District Attorney:

Rachel Hurd

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Reginald Wilson

Item # _____

Case # 523-908

Charge(s): _____

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

10/17/16

I received the process of Court of which this is a duplicate.

Panisse ____

*Recipient of Service*

THIS IS TO CERTIFY that on

10/17/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the ___ the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing ___ person to whom the said process of Court was ___ at the time, which fact I learned by interroga___ hands the said process was left.

OPDA00156



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: *KIALL WILSON*

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on 10/25/2016

at 9:00 am

to Assistant District Attorney:

Rachel Hurd

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Reginald Wilson

Item # _____

Case # 523-908

Charge(s): _____

_____

Instructions:

> **Contact the above named Assistant District Attorney upon receipt of this subpoena.**
>
> **Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

10 / 14 / 16

I received the process of Court of which this is a duplicate.

*Kiall A Wilson*

*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

10 / 14 / 16

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient -

*Kiall Wilson*

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00157



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Paige Davis

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Oct 25, 2016__

at __8:30 Am__

to Assistant District Attorney:

Sarah Dawkins

phone #: __504-717-7287__

at 619 South White Street

in the case of:

State of LA vs. __Terrance Williams__

Item # __F-10484-14__

Case # __521-528__

Charge(s): __14:43.1__

instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

X _Paige Davis_

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00223

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ▮▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Oct 28, 2016

at ___ 8:30 Am

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Terrance Williams

Item # ▮▮▮▮▮

Case # 521-528

Charge(s): 14:43.1

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*
the person to whom the process is directed.

_____
Server of Process

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

161



*STEPHEN ALBERT*
*530-577*

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Eric Lilly

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **November 1, 2016**

at **2:00 PM**

to Assistant District Attorney:

**Brian Ebarb**

phone #: 504.827.6322

at **619 South White Street**

In the case of:

State of LA vs. **Stephen Albert**

Item # **H-09754-16**

Case # **530-577 "J"**

Charge(s): **14:35.3**

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*October 26, 2016*

I received the process of Court of which this is a duplicate.

*Eric Lilly*

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Bernard Edward Jr*

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00270



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: _Allison Calloway_

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _11/2/2016_

at _9:00 A.M._

to Assistant District Attorney:

_Chris Cotter_

phone #: _504-822-2414_

at 619 South White Street

In the case of:

State of LA vs. _David Sosa_

Item # _____

Case # _529-441_

Charge(s): _14:35.3L_
_14:25.3_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

_Oct. 31, 2016_

I received the process of Court of which this is a duplicate.

_Allison Calloway_

_Recipient of Service_

THIS IS TO CERTIFY that on

_Oct. 31, 2016_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Allison Calloway_

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_Server of Process_

OPDA00271



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: ▓▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, November 14, 2016

at 9:00 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-827-6329

at 619 South White Street

In the case of:

State of LA vs. Ashton Rouzan

Item # ▓▓▓▓

Case # ▓▓▓▓

Charge(s): 14:81.3

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
11/7/16
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
11/7/16
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00221



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Charles Slan

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on Tuesday, November 22, 2016

at 9:00 am

to Assistant District Attorney:

William Dieters

phone #: (504) 571-2862

at 619 South White Street

In the case of:

State of LA vs. Will Moffett

Item # B-15907-16

Case # 528-770

Charge(s): (27) 30.1

Instructions:

**Contact the above named Assistant District
Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District
Attorney's Office when you appear to testify.**

---

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

Pamela Butler
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

OPDA00166



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on ___12-5-2016___

at ___0930 am___

to Assistant District Attorney:

___MICHAEL TRUMMEL___

phone #:___504-591-2820___

at 619 South White Street

In the case of:

State of LA vs. ___ISABEL Butler___

Item # _____

Case # ___521-153___

Charge(s): _____

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

___12-5-2016___

I received the process of Court of which this is a duplicate.

___Leejuna Brock___

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

___Leejuna Brock___

*(please write Recipient's name),*

the person to whom the process is directed.

_____ *Server of Process*

INV. Morgan Preston

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00272



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Jeanette Greenleaf

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on December 13, 2016

at 9:30 a.m.

to Assistant District Attorney:

Alexis Taylor

phone #: 504-231-6561

at 619 South White Street

In the case of:

State of LA vs. Ronald James

Item # D-29511-16

Case # 529-621

Charge(s): 14:34.7

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

October 13, 2016

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

October 13, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Jeanette Greenleaf

*(please write Recipient's name),*

the person to whom the process is directed

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00188



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Albert Greenleaf

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **December 13, 2016**

at **9:30 a.m.**

to Assistant District Attorney:
**Alexis Taylor**

phone #: **504-231-6561**

at **619 South White Street**

In the case of:

State of LA vs. **Ronald James**

Item # **D-29511-16**

Case # **529-621**

Charge(s): **14:34.7**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

_October 13, 2016_

I received the process of Court of which this is a duplicate.

_Mel Ryan_

*Recipient of Service*

THIS IS TO CERTIFY that on

_October 13, 2016_

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Albert Greenleaf_

*(please write Recipient's name),*

the person to whom the process is directed.

_Mel Ryan_

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00189



1/12

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Taj Varnado ▓▓▓▓▓ /1997)

LADL: ▓▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify, to the truth according to your knowledge in such matters as may be required of you.

on  Tuesday December 13, 2016

at  2p.m.

to Assistant District Attorney:

Bonycle Thornton

phone #:  504-822-2414 / 225-222-6632

at 619 South White Street

In the case of:

State of LA vs.  Christian Lewis

Item #  D-16888-16

Case #  530575 F

Charge(s):  Armed Robbery w/Firearm

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

THURSDAY   12-8-16   5:18 pm

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

THURSDAY   12-8-16   5:18 pm

I received the process of Court of which this is a duplicate.

Carolyn Varnado

*Recipient of Service*

THIS IS TO CERTIFY that on

THURSDAY   12-8-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient,

Carolyn Varnado (grandmother)

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

169

OPDA00247



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

·1|13·

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Taj Varnado ▮▮▮▮ 1997)
▮▮▮▮▮▮▮

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday December 14, 2016**

at **4pm**

to Assistant District Attorney:
**Bonycle Thornton**

phone #: **504-822-2414**

at **619 South White Street**

In the case of:

State of LA vs. **Christian Lewis**

Item # **D-16888-16**

Case # **530-575 F**

Charge(s): **Armed Robbery**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
**Tuesday December 13, 2016        4:12pm**

I received the process of Court of which this is a duplicate.

x *Taj Varnado*

*Recipient of Service*

THIS IS TO CERTIFY that on
**Tuesday December 13, 2016        4:12pm**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x *Taj Varnado*

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00248



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Christy Perkins

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Thursday, December 15, 2016**

at **9:30 am in Section D of CDC**

to Assistant District Attorney:

**Alexis Taylor**

phone #: **504-231-6561**

at **619 South White Street**

In the case of:

State of LA vs. **George Marfo**

Item # **E-01374-16**

Case # **529-318D**

Charge(s): **Unauth Entry/SimpAssault**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on **12/14/16**

I received the process of Court of which this is a duplicate.

_MER Ryan_

_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on **12/14/16**

I received the process of Court of which this is a duplicate.

_MER Ryan_

_Recipient of Service_

THIS IS TO CERTIFY that on **12/14/16**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_LEFT IN DOOR – NO ANSWER_

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_MER Ryan_

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00204



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Niecey Toole

_____
Cuba, AL

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Wednesday, Jan. 04, 2017 @9am**

at **CDC Section C**

to Assistant District Attor_____
**Missy Bucher**

phone #: **822-2414**

at **619 South White Street**

In the case of:

State of LA vs. **Travis Le**

Item # **I-17167-14**

Case # **524-319C**

Charge(s): **RS 14:34 Agg. Battery**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpuena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____ ...ame),

_Placed in us mail_        process is directed.

_mel_        _____
Server of Process

...TILIARY SERVICE
...at on

...Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00168



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Crystal White

Edgard, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Wednesday, Jan. 04, 2017 @9am__

at __CDC Section C__

to Assistant District Attorney:

__Missy Bucher__

phone #: __822-2414__

at 619 South White Street

In the case of:

State of LA vs. __Travis Lewis__

Item # __I-17167-14__

Case # __524-319C__

Charge(s): __RS 14:34 Agg. Battery__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00169



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED
FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Wesley Lawrence

New Orleans, LA ████

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on January 4, 2017

at ___ 8:15 a.m.

to Assistant District Attorney:
Matthew Hamilton

phone #: 409-392-5141

at 619 South White Street

In the case of:

State of LA vs. Dashone Reynolds

Item # E-14191-16

Case # 529-903 'H'

Charge(s): La.R.S.14:95.1; 14:37.4

**Instructions:**

Contact the above named Assistant District
Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District
Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
December 22, 2016

I received the process of Court of which this is a duplicate.

_(signature)_

_Recipient of Service_

THIS IS TO CERTIFY that on
December 22, 2016

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_Wesley Lawrence_

_(please write Recipient's name),_

the person to whom the process is directed.

_(signature)_

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_Server of Process_

**CERTIFIED DA OFFICE COPY**



OPDA00167



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

### Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Alicia Lawrence

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on January 4, 2017

at 8:15 a.m.

to Assistant District Attorney:
Matthew Hamilton

phone #: 409-392-5141

at 619 South White Street

In the case of:

State of LA vs. Dashone Reynolds

Item # E-14191-16

Case # 529-903 'H'

Charge(s): La.R.S.14:95.1; 14:37.4

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
December 22, 2016

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
December 22, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY



OPDA00309

# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Lynell Lawrence

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on January 4, 2017

at 8:15 a.m.

to Assistant District Attorney: Matthew Hamilton

phone #: 409-392-5141

at 619 South White Street

In the case of:

State of LA vs. Dashone Reynolds

Item # E-14191-16

Case # 529-903 'H'

Charge(s): La.R.S.14:95.1; 14:37.4

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
December 22, 2016
I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on
December 22, 2016
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

CERTIFIED DA OFFICE COPY



OPDA00310



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tina Williams

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, January 9, 2017

at 2 PM

to Assistant District Attorney:

Sarah Dawkins

phone #: 504-827-6329

at 619 South White Street

In the case of:

State of LA vs. Clifford Wiliams

Item # C-34284-13

Case # 516-674

Charge(s): 14:30.1

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*1 / 71 /2017*

I received the process of Court of which this is a duplicate.

*Tina Williams*

*Recipient of Service*

THIS IS TO CERTIFY that on

*11 / 7 / 2017*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*TINA WILLIAMS*

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00164



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: **Tina Williams**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Tuesday, January 17, 2017**

at **9 AM**

to Assistant District Attorney:

**Sarah Dawkins**

phone #: **504-827-6329**

at **619 South White Street**

In the case of:

State of LA vs. **Clifford Williams**

Item # **C-34284-13**

Case # **516-674**

Charge(s): **14:30.1**

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*1/7/2017*

I received the process of Court of which this is a duplicate.

*Tina Williams*

*Recipient of Service*

THIS IS TO CERTIFY that on

*1/7/2017*

I made due Personal Service thereof by leaving same in the hands of the aforesaid Recipient

*Tina Williams*

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00163



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:  Mary Brown ▮▮▮▮▮
N.O.La.

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on __1-19-17__

at __9:00 a.m.__

to Assistant District Attorney:

__Missy Bucher__

phone #: __822-2414__

at 619 South White Street

In the case of:

State of LA vs. __Troylyn Kennedy__

Item # __A-31277-15__

Case # __528-463__

Charge(s): __Agg. Assault__

Instructions:

> **Contact the above named Assistant District Attorney upon receipt of this subpoena.**
>
> **Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

X _____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____
*Server of Process*

OPDA00234



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:  Maia Brown ███████
     N.O.La.

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on  1-19-17

at  9:00 a.m.

to Assistant District Attorney:

Missy Bucher

phone #:  822-2414

at 619 South White Street

In the case of:

State of LA vs.  Troylyn Kennedy

Item #  A-31277-15

Case #  528-463

Charge(s):  Agg. Assault

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*X. Maulsta*

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00235

To: Tina Willia...

BE IMPOSED
NOTICE.

...ish  ...rict Attor...
...  ...ISH OF ORLE...

...RSONAL ...RVICE

...  ...h that...

You Are Hereb...
LSA-CCRP an...
District Attorn...   ...arish of Orleans...
testify to the tru...
in such matter...

...which this is a dual case.

X _Tina Williams_

*Recipient of Service*

on __Wed Jan 25, 2017__

at __9:00 AM__

...vice ... of by leaving s... in the hands of
...ipient

to Assistant Distri...

Sarah Dawkin...

...p...re... directed.

phone #: 50...

*Server of Process*

at 619 South...

...CIA...  ...SERVICE...

In the case of...

...of Court of which this is a du...licate.

State of LA vs....

*Recipient of Service*

Item # C-34282...

Case # 516-67...

...of by leaving s... in ...e hands of
...nt

Charge(s): 14...

...ion, resid...g a...he domicile of the
...p...  ...al Court was is...  ...ho was absent
...interrogating ... pe...on in whose

Instructions:

Contact the a...
Attorney up...

Bring this sub...
Attorney's Offi...

...ver of Process



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To:  Dr. Hugo St.Hilaire,

LSU Health care clinic, ▮

▮ N.O.La. ▮

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on   Tuesday 1-31-17

at   9:00 a.m.

to Assistant District Attorney:

Missy Bucher

phone #:   822-2414 ext.6322

at 619 South White Street

In the case of:

State of LA vs.   Lewis

Item # _____

Case #   524-897

Charge(s):   Aggravated Battery

_____

Instructions:

> Contact the above named Assistant District Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

1-30-17

I received the process of Court of which this is a duplicate.

X _____

*Recipient of Service*

THIS IS TO CERTIFY that on

1-30-17

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

Dr. Hugo St. Hilaire

*(please write Recipient's name),*

the person to whom the process is directed.

_____

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

_____

*Server of Process*



OPDA00236



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Kathleen Jones

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 1-31-2017

at 9:00 a.m.

to Assistant District Attorney:

Missy Bucher

phone #: 822-2414

at 619 South White Street

In the case of:

State of LA vs. Pilot/Lewis

Item # _____

Case # 524-897

Charge(s): 2nd degree battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on
X) Sean Knochum
I received the process of Court of which this is a duplicate.
1-30-17
*Recipient of Service*

THIS IS TO CERTIFY that on
1-30-17
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
Sean Knockum
*(please write Recipient's name),*
the person to whom the process is directed.
*Server of Process*

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on
_____
I received the process of Court of which this is a duplicate.
_____
*Recipient of Service*

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
_____
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.
_____
*Server of Process*



OPDA00240



# SUBPOENA

## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Egypt Knockum ▉▉▉▉
N.O.La.

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 01-31-2017

at 9:00 a.m.

to Assistant District Attorney:

Missy Bucher

phone #: 822-2414

at 619 South White Street

In the case of:

State of LA vs. Pilot/ Lewis

Item #

Case # 524-897

Charge(s): 2nd degree battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

X _Sean Knockum_

I received the process of Court of which this is a duplicate.

1-30-17

*Recipient of Service*

THIS IS TO CERTIFY that on

1-30-17

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

SEAN KNOCKUM

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00241



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Sean Knockum

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 1-31-2017

at 9:00 a.m.

to Assistant District Attorney:
Missy Bucher

phone #: 822-2414

at 619 South White Street

In the case of:

State of LA vs. Pilot/Lewis

Item # _____

Case # 524-897

Charge(s): 2nd degree battery

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
X Sean Knockum

I received the process of Court of which this is a duplicate.

1-30-17

*Recipient of Service*

THIS IS TO CERTIFY that on
Sean Knockum 217 1-30-17

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

SEAN KNOCKUM

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*



OPDA00242



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Nick Geraci

▮▮▮▮▮▮▮▮▮▮

Metairie, La ▮▮▮▮

You Are Hereby Notified pursuant to
LSA-CCRP art. 66 to appear before the
District Attorney for the Parish of Orleans, to
testify to the truth according to your knowledge
in such matters as may be required of you.

on  Thursday February 16, 2017

at  8:30am

to Assistant District Attorney:

Joe Zanetti

phone #:  504-432-8372

at 619 South White Street

In the case of:

State of LA vs.  Cuong Nguyen

Item #  J-24665-13

Case #  519-604

Charge(s):  14:71

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

2-10-17 AT 12:55pm

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of
the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the
person to whom the said process of Court was issued, who was absent
at the time, which fact I learned by interrogating the person in whose
hands the said process was left.

*Server of Process*

OPDA00292



# SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED
### FOR FAILURE TO OBEY THIS NOTICE.

## Office of the Orleans Parish District Attorney

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Holly Kaufman

████████████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Thursday February 16, 2017__

at __8:30am__

to Assistant District Attorney:

__Taylor Anthony__

phone #: __985-516-2156__

at 619 South White Street

In the case of:

State of LA vs. __Gary McCullum__

Item # __L-33442-16__

Case # __532-369__

Charge(s): __14:35__

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_02-15-17 AT 3:50 pm_

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_



OPDA00294



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:  James Wilson

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on   March 8th 2017

at   8:30 a.m.

to Assistant District Attorney:

Chris Cortez

phone #:   822-2414

at 619 South White Street

In the case of:

State of LA vs.   Cornelius Barthelemy

Item #   I-17175-14

Case #   523-097

Charge(s):   14:34

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
3-7-17

I received the process of Court of which this is a duplicate.

X _James C. Wilson_
*Recipient of Service*

THIS IS TO CERTIFY that on
3-7-17

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

JAMES WILSON
*(please write Recipient's name),*

the person to whom the process is directed.

_____   3-7-17
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00290



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
#### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To:  Fayona Bailey

█████████

New Orleans, LA ████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on  March 16, 2017

at  9:00 AM

to Assistant District Attorney:

Inga Petrovich

phone #:  827-6302

at 619 South White Street

In the case of:

State of LA vs.  Janero McBride

Item #  E-16377-15

Case #  526-096, D

Charge(s):  14:30.1

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

*March 8, 2017*

I received the process of Court of which this is a duplicate.

X

*Recipient of Service*

THIS IS TO CERTIFY that on

*March 8, 2017*

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

X *Refused to sign*

*(please write Recipient's name),*

the person to whom the process is directed.

*Investigator Dea Harris*

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____

*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____

*Server of Process*

OPDA00291



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **4/04/17**

at **9:30 AM**

to Assistant District Attorney: **Payal Patel**

phone #: **(504) 571-2860**

at 619 South White Street

In the case of:

State of LA vs. **Keith Pierre, et al**

Item # ▓▓▓▓▓▓▓▓▓▓

Case # ▓▓▓▓▓▓▓▓▓▓

Charge(s): **42**  **Rape**

**Instructions:**

> Contact the above named Assistant District Attorney upon receipt of this subpoena.
>
> Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on **4-3-17**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

**Inv. Ronald Pugh**
_____
Server of Process



OPDA00293



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED
## FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Kendra LaFrance

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Tuesday, April 18, 2017**

at **9:30 am**

to Assistant District Attorney

**William Dieters**

phone #: **(504) 827-6301**

at **619 South White Street**

In the case of:

State of LA vs. **Tarron Heim**

Item # **D-12707-16**

Case # **528-924 "H"**

Charge(s): **14:35.3(L), (2x) 14:79**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

**11 April 2017**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Kendra Lia France_

*(please write Recipient's name),*

the person to whom the process is directed.

Investigator

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

**11 April 2017**

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Kendra Lia France_

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Investigator

_Server of Process_



191

OPDA00295