# EXHIBIT 12



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: DR. ANGELA N. TRAYLOR

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/15/2015

at 9 a.m.

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. George Wells

Item # F-07836-13

Case # 517-340 "F"

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
JUNE 12, 2015   3:20 PM
I received the process of Court of which this is a duplicate.

Amy Thomas
*Recipient of Service*

THIS IS TO CERTIFY that on
JUNE 12, 2015   3:20 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Miller_ - Legal/Workers Comp Special
*(please write Recipient's name),*

the person to whom the process is directed.

C.J. Port, C.J. PORTER
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

### Office of the Orleans Parish District Attorney
### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: **DR. ANGELA N. TRAYLOR**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **8/4/2015**

at **9 a.m.**

to Assistant District Attorney:
**Arthur Bernard Mitchell IV**

phone #: **(504) 508-8530**

at **619 South White Street**

In the case of:

State of LA vs. **GEORGE WELLS**

Item # **F-07836-13**

Case # **517-340 "F"**

Charge(s): **Second Degree Battery**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on
JULY 28, 2015 4:25 pM

I received the process of Court of which this is a duplicate.

Amy Thomas MA legal specialist
*Recipient of Service*

THIS IS TO CERTIFY that on
JULY 28, 2015

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: JUNNA BROWN

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 11/6/2015

at 9 am

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. SEVERIN, ET AL

Item # L-16980-14

Case # 523514

Charge(s): Illegal Possession of Stolen Things

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
11-5-15

I received the process of Court of which this is a duplicate.

X _Junna Brown_
*Recipient of Service*

THIS IS TO CERTIFY that on
11-5-15   AT   10:50 A.m.

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

JUNNA BROWN

*(please write Recipient's name),*

the person to whom the process is directed.

G. Fraymre
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**



To: MS. REGENA PAYTON

███████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 11/18/2015

at 9 am

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. KEVIN PAYTON

Item # H-02040-15
~~525889~~

Case # 525-899 "C"

Charge(s): Unauthorized Use of a Motor Vehicle

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

11-17-15

I received the process of Court of which this is a duplicate.

X _Regena P. Payton_
                                                                                                  _Recipient of Service_

THIS IS TO CERTIFY that on

11-17-15

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

REGENA PAYTON

(please write Recipient's name),

the person to whom the process is directed.

G. Edward
                                                                                                     _Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
                                                                          _Recipient of Service_

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
                                                                           _Server of Process_

OPDA00205

527146
11/14/17



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney
**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: BRITTANEE PHILLIPS

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 01/22/2016

at 9 am

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: 504-827-6316

at 619 South White Street

In the case of:

State of LA vs. TELVIN MITCHELL

Item # _____

Case # 527146 "C"

Charge(s): Domestic Battery
(Strangulation)

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on 12-7-15

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
the person to whom the process is directed.

_____
Server of Process

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

OPDA00148



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: NATASHA AMBO

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 2/18/16

at 9 AM

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 827-6316

at 619 South White Street

In the case of:

State of LA vs. WESLEY BROADEN

Item # _____

Case # 522-989

Charge(s): DOMESTIC ABUSE
BATTERY (STRANGULATION)

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
2-17-16

I received the process of Court of which this is a duplicate.

VICTIM'S MOTHER SERVED
AT VICTIM'S RESIDENCE

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

FAYNARD J. MITCHELL
*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: JASMINE DANSEY

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/5/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITCHELL IV

phone #: (504) 827-6316

at 619 South White Street

In the case of:

State of LA vs. VERNELL NELSON

Item # C-30594-15

Case # 526-586 "C"

Charge(s): SIMPLE BATTERY; VIOLATION OF PROTECTIVE ORDER

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

5-4-16 2:50 pm.

I received the process of Court of which this is a duplicate.

X _____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

5-4-16 2:50 pm

(please write Recipient's name),

the person to whom the process is directed.

_____ Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: SHENETRA BARDELL

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/13/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITCHELL IV

phone #: 504-827-6316

at 619 South White Street

In the case of:

State of LA vs. CARLA ROBERTSON

Item # F-22423-14

Case # 524-233

Charge(s): SIMPLE ROBBERY; SECOND DEGREE KIDNAPPING

Instructions:

**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

SHENETRA BARDELLE

I received the process of Court of which this is a duplicate.

X _Shenetra Bardell_

*Recipient of Service*

THIS IS TO CERTIFY that on

5-3-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

SHENETRA BARDELLE

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

5-3-16

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00233



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: **MALCOLM GREEN**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/16/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITHCELL IV

phone #: 504-827-6319

at 619 South White Street

In the case of:

State of LA vs. REGINALD WILSON

Item # A-20472-15

Case # 523908

Charge(s): ARMED ROBBERY

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00314