

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: JASMINE DANSEY

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 5/5/16

at 9 AM

to Assistant District Attorney:
ARTHUR BERNARD MITCHELL IV

phone #: (504) 827-6316

at 619 South White Street

In the case of:
State of LA vs. VERNELL NELSON

Item # C-30594-15

Case # 526-586 "C"

Charge(s): SIMPLE BATTERY; VIOLATION OF PROTECTIVE ORDER

Instructions:
**Contact the above named Assistant District Attorney upon receipt of this subpoena.**

**Bring this subpoena with you to the District Attorney's Office when you appear to testify.**

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
5-4-16  2:50 pm
I received the process of Court of which this is a duplicate.

X _____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

5-4-16  2:50 pm

(please write Recipient's name),
the person to whom the process is directed.

_____ Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process

OPDA00230