# EXHIBIT 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE,<br><br>  *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE, in their individual capacities,<br><br>  *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

### DECLARATION OF JASMINE DANSEY

Pursuant to 28 U.S.C. § 1746, I, Jasmine Dansey, make the following declaration based on my personal knowledge:

1. I live in New Orleans, Louisiana.

2. In March 2015, I was involved in an incident with my boyfriend at the time, Vernell Nelson. I called the police and Vernell was arrested.

3. After Vernell's first court dates, I was repeatedly contacted by the two men from the District Attorney's office. One was a black man; I later found out his name was Arthur Mitchell. Another man from his office, a white man whose name I don't know, was also involved. I told them that I didn't want to talk to them.

1

4. At one of the court dates for Vernell, where I was present, I heard Mr. Mitchell tell the judge that he would have me arrested on a warrant. The judge did not seem to want to issue the warrant. When I left court, the white man from the DA's office followed me. He followed me for several blocks and seemed to be recording me on his phone.

5. The men from the DA's office called me over and over again, sometimes multiple times a day. I told them I did not want to talk to them.

6. They would also keep showing up at my house to harass me. I did not want to talk to them, and would try to ignore them.

7. One day when I was walking up to my house, the white man jumped out of his car which was parked in front of my home. He handed me a subpoena. I signed for it. The date on the subpoena was the day after. On that day, I went to court.

8. When I came to court, I waited for the case to be called. They eventually called the case and called my name. At that point, Mr. Mitchell called me to the back to talk to me alone.

9. Mr. Mitchell talked to me very aggressively. He said if I lied I would go to jail. He was intimidating and I felt like he implied I would face consequences if I didn't say what he wanted me to say.

10. I testified truthfully on the stand. Mr. Mitchell asked me a bunch of hostile questions.

11. Vernell was eventually convicted.

12. I never requested any kind of document from Mr. Mitchell or from anyone else at the DA's office.

13. I was very upset by how the men from the DA's office treated me. I felt like they harassed, stalked and intimidated me. It was very stressful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of December, 2020.

DocuSigned by:

*[signature]*
92D104D2CDC84C3...

Jasmine Dansey