# EXHIBIT 16



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: DR. ANGELA N. TRAYLOR
1430 TULANE AVE.
NEW ORLEANS, LA 70112

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/15/2015

at 9 a.m.

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. George Wells

Item # F-07836-13

Case # 517-340 "F"

Charge(s): Second Degree Battery

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
JUNE 12, 2015   3:20 PM

I received the process of Court of which this is a duplicate.

Amy Thomas
*Recipient of Service*

THIS IS TO CERTIFY that on
JUNE 12, 2015   3:20 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_Anniell_ - Legal/Workers Comp Special
*(please write Recipient's name),*

the person to whom the process is directed.

C.J. Porter
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

OPDA00126

# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS



To: Ola James
9640 HAYNES BLVD #E618
504.218.4045

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on September 30, 2015

at 8:30 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Alvin James

Item # J-27688-13

Case # 518-444J

Charge(s): 14:78.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
THURSDAY, 9-17-15
I received the process of Court of which this is a duplicate.

Ola Mae James
*Recipient of Service*

THIS IS TO CERTIFY that on
THURSDAY, 9-17-15
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

OLA JAMES
*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Fe Medina

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on November 2, 2015

at 8:30am

to Assistant District Attorney:
William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Antonio Gamez-Arguido

Item # I-39745-13

Case # 521-430 J

Charge(s): Second-Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
TUESDAY  10-27-15  6:30pm
I received the process of Court of which this is a duplicate.

Je Medina

*Recipient of Service*

THIS IS TO CERTIFY that on
TUESDAY  10-27-15  6:30PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Je Medina    Fe Medina

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVI**
THIS IS TO CERTIFY that on

Jury Trial: 11/2
Antonio Gamez
arguido

I received the process of Court of which thi

521-430

*Recipient of Service*

Touro Infirmary Hospital
1401 Foucher Street
New Orleans, LA 70115
Her work schedule
evenings starting at 7pm.
Risk Management
(504) 897-8250
She is out for today
Leigh Howard

ne in the hands of

at the domicile of the sued, who was absent the person in whose

*Server of Process*

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Deandrea Lagarde

504-460-4566

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on November 2, 2015

at 8:30am

to Assistant District Attorney:
William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Dillon Percy

Item # A-34501-15

Case # 524-175

Charge(s): Agg. Batt.; Dom. Abuse Batt.; Dom. Batt. involving Strangulation

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
TUESDAY  10-27-15  7:05 PM
I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on
TUESDAY  10-27-15  7:05 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

De'Andrea Lagarde

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: EMAD "MIKE" AHMAD
3009 18TH ST #B
METAIRIE, LA 70002

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, November 9, 2015

at 9:00a.m.

to Assistant District Attorney:
Joseph D. Zanetti

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Joe Allen

Item # G-37406-15

Case # 526-051 I

Charge(s): Poss. of Cocaine

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
WEDNESDAY 10-21-15 2:20pm
I received the process of Court of which this is a duplicate.

Emad Ahmad
_Recipient of Service_

THIS IS TO CERTIFY that on
WEDNESDAY 10-21-15 2:20pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Emad Ahmad  Emad AHMAD
(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00132


# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gerald Wineski
1608 Demosthense
Metairie, LA 70005
LADL: 8934583

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday January 7, 2016

at 9:00am

to Assistant District Attorney:
Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
TUESDAY  12-22-15  2:35 PM
I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
TUESDAY  12-22-15  2:35 pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski Ш
(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Danielle Smith
15516 Dwyer Blvd
New Orleans LA 70129

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday, January 7, 2016

at 2:30 PM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-829-6329

at 619 South White Street

In the case of:

State of LA vs. Bernette Darby

Item # B-03354-15

Case # 524-407 'I'

Charge(s): 14:64.3, 14:95.1, 14:79

**Instructions:**
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
TUESDAY 1-5-16 5:05 PM
I received the process of Court of which this is a duplicate.

X Danielle Smith
_____ Recipient of Service

THIS IS TO CERTIFY that on
TUESDAY 1-5-16 5:05 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Danielle Smith
(please write Recipient's name),
the person to whom the process is directed.

_____ Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____ Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____ Server of Process

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney
## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gerald Wineski
1608 Demosthense
Metairie, LA 70005
LADL: 8934583

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Friday January 8, 2016

at 9:00am

to Assistant District Attorney:
Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE
THIS IS TO CERTIFY that on
TUESDAY  12-22-15  2:35pm
I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
TUESDAY  12-22-15  2:35pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski III
(please write Recipient's name),
the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE
THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_





# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Verkeicher Thomas
5323 Wingate Dr.
N.O, La. 70122
1(504) 272-2292

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Wednesday, January 13, 2016

at 10:00am

to Assistant District Attorney:

Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Darrius Copelin

Item # E-14626-15

Case # 525035 I

Charge(s): Simple Assault

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
Wednesday January 6, 2016    11:52 AM
I received the process of Court of which this is a duplicate.

x /s/ Verkeicher Thomas

*Recipient of Service*

THIS IS TO CERTIFY that on
Wednesday January 6, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

- Verkeicher Thomas

*(please write Recipient's name),*

the person to whom the process is directed.

/s/ C.J. Pat

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00151



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Cabrial Washington
936 E. MONTERY CT #C
GRETNA, LA

504-435-7672

You Are Hereby Notified pursuant to LSA-CCRP ar:. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday April 5, 2016

at 8:30a.m.

to Assistant District Attorney:
Allie Serpas

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brinell Carter

Item # I-25257-15

Case # 526853 F

Charge(s): R.S. 14:34 - Aggravated Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
MONDAY 4-4-16 11AM
I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on
MONDAY 4-4-16 11AM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Cabral Washington
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Williams

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
WEDNESDAY, APRIL 20, 2016 3:55pm
I received the process of Court of which this is a duplicate.

x Gregory Williams
_Recipient of Service_

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 5, 2016

at 9 am

THIS IS TO CERTIFY that on
WEDNESDAY APRIL 20, 2016
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x Gregory Williams
(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

to Assistant District Attorney:
Bonycle S. Thornton

phone #: 827-6037

at 619 South White Street

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

In the case of:

State of LA vs. Karron Johnson

Item # G-26462-15

Case # 525-997

Charge(s): 14:95.1

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

(please write Recipient's name),

a person of suitable age and discretion, residing at: the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00203



## SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Elizabeth Williams
12151 I-10 Service Road
Apt. 603
New Orleans, LA 70128

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 10-11, 2016

at 9 am

to Assistant District Attorney: Bonycle Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs Ernest Williams

Item # k-30100-15

Case # 528-037

Charge(s): 14:95.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
THURSDAY  4-28-16  2:25 pm
I received the process of Court of which this is a duplicate.

Elizabeth Williams
_Recipient of Service_

THIS IS TO CERTIFY that on
THURSDAY  4-28-16  2:25 pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Elizabeth Williams
_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Lavern Mcfadden
4125 DAVEY APT 2/2
NOLA, 70122
504-251-8907

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday, June 2, 2016

at 1 P.M.

to Assistant District Attorney:
Rachel Hurd

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Lawrinisha McFadden

Item # K-01541-15

Case # 527-453 F

Charge(s): R.S. 22:1924

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
WEDNESDAY  6-1-16
I received the process of Court of which this is a duplicate.

X Lavern McFadden
Recipient of Service

THIS IS TO CERTIFY that on
WEDNESDAY  6-1-16
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

X LAVERNE McFADDEN
(please write Recipient's name),

the person to whom the process is directed.

Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Server of Process

CERTIFIED DA OFFICE COPY

OPDA00199



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Laverne McFadden
4125 Davey Apt. 212
New Orleans, LA 70122

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 8, 2016

at 9:00 a.m.

to Assistant District Attorney:
Criminal District Court Section F

phone #: _____

at 619 South White Street

In the case of

State of LA vs. Lawrinisha McFadden

Item # _____

Case # 527-453

Charge(s): Insurance Fraud

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
6/2/16    1:00 pm

I received the process of Court of which this is a duplicate.

*Laverne M Fadden*

*Recipient of Service*

THIS IS TO CERTIFY that on
6/2/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Laverne McFadden   *Laverne M Fadden*

(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

1|13



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Taj Varnado (01/03/1997)
5457 Dauphine St
LADL: 11566006

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on _Tuesday December 13, 2016_

at _2p.m._

to Assistant District Attorney:
Bonycle Thornton

phone #: 504-822-2414 / 225-222-6632

at 619 South White Street

In the case of:

State of LA vs. _Christian Lewis_

Item # _D-16888-16_

Case # _530575 F_

Charge(s): _Armed Robbery w/Firearm_

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
_THURSDAY  12-8-16  5:18pm_
I received the process of Court of which this is a duplicate.
X _C_

_Recipient of Service_

THIS IS TO CERTIFY that on
_____
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_
the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_THURSDAY  12-8-16  5:18pm_
I received the process of Court of which this is a duplicate.
X _Carolyn Varnado_

_Recipient of Service_

THIS IS TO CERTIFY that on
_THURSDAY  12-8-16_
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient
X _Carolyn Varnado (grandmother)_
_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.
_CJ Pat_

_Server of Process_

1|13



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Taj Varnado (01/03/1997)
5457 Dauphine St
504-478-0886

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Wednesday December 14, 2016__

at __4pm__

to Assistant District Attorney:
Bonycle Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Christian Lewis

Item # D-16888-16

Case # 530-575 F

Charge(s): Armed Robbery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
Tuesday December 13, 2016    4:12pm

I received the process of Court of which this is a duplicate.

x _Taj Varnado_

*Recipient of Service*

THIS IS TO CERTIFY that on
Tuesday December 13, 2016    4:12pm

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x _Taj Varnado_
(please write Recipient's name),

the person to whom the process is directed.

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

| The State of Louisiana | Criminal Court of Orleans Parish Louisiana |
|---|---|
| Case: 523972   Section: F | Document #: 4176394-156670 |

## Subpoena
### The State of Louisiana vs JOHNQUELL BIBBINS

To:  KEITH MCGUIRE
      708 Parkway Avenue

NEW ORLEANS LA 70121

You are hereby commanded to appear in the Orleans Parish District Attorney's Office on Friday, March 03, 2017 at 9:00A in Section F at Orleans Parish Criminal District Court 2700 Tulane Avenue New Orleans.

To testify the truth according to your knowledge in the above entitled case. And you are not to fail under penalty of a fine of two hundred, fifty dollars.

**BRING THIS SUBPOENA WITH YOU TO COURT.**

No beepers, no cell phones, no electronic equipment. Proper attire required By Order of the Court

Orleans Parish Criminal Sheriff's Office
Subpoena & Capias Division
2800 Gravier St.
New Orleans, LA 70119

KEITH MCGUIRE
UNKNWN UNKNOWN
NEW ORLEANS LA UNKNOWN

The State of Louisiana vs JOHNQUELL BIBBINS   C: 523972   S: F   AD: 3/6/2017   ID: 12/5/2016

Signed: *Keith Mc Guire*   *DC4176394-156670*
KEITH MCGUIRE   UNKNWN UNKNOWN   NEW ORLEANS LA UNKNOWN   Document #: 4176394-156670

| ___Personal Service | ___Domiciliary Service | ___Service Other | ___Subject Moved |
|---|---|---|---|
| *NS01* | *NS02* | *NS03* | *NS05* |
| ___Bad Address | ___Incomplete Address | ___Unknown at Address | ___Mail |
| *NS06* | *NS07* | *NS08* | *NS09* |

Comments:_____

Printed Date: 2/22/17   Served Date: 2-24-17   12:25pm   By: Keith Hoffman   Employee No: 36940

Plaintiffs-04121