# EXHIBIT 16



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

**Office of the Orleans Parish District Attorney**

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: DR. ANGELA N. TRAYLOR

NEW ORLEANS, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 6/15/2015

at 9 a.m.

to Assistant District Attorney:
Arthur Bernard Mitchell IV

phone #: (504) 508-8530

at 619 South White Street

In the case of:

State of LA vs. George Wells

Item # F-07836-13

Case # 517-340 "F"

Charge(s): Second Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
JUNE 12, 2015  3:20 PM

I received the process of Court of which this is a duplicate.

Amy Thomas
*Recipient of Service*

THIS IS TO CERTIFY that on
JUNE 12, 2015  3:20 PM

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____ - Legal/Workers Comp Special
*(please write Recipient's name),*

the person to whom the process is directed.

C.J. PORTER
*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
*Server of Process*

OPDA00126



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Ola James

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on September 30, 2015

at 8:30 AM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-717-7287

at 619 South White Street

In the case of:

State of LA vs. Alvin James

Item # J-27688-13

Case # 518-444J

Charge(s): 14:78.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
THURSDAY, 9-17-15
I received the process of Court of which this is a duplicate.

Ola Mae James
*Recipient of Service*

THIS IS TO CERTIFY that on
THURSDAY, 9-17-15
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

OLA JAMES
*(please write Recipient's name),*
the person to whom the process is directed.

C.J. Pat
*Server of Process*

RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Fe Medina

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on November 2, 2015

at 8:30am

to Assistant District Attorney:
William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Antonio Gamez-Arguido

Item # I-39745-13

Case # 521-430 J

Charge(s): Second-Degree Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
TUESDAY 10-27-15 6:30pm
I received the process of Court of which this is a duplicate.

Je Medina
*Recipient of Service*

THIS IS TO CERTIFY that on
TUESDAY 10-27-15 6:30PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Je Medina    Fe Medina

*(please write Recipient's name),*

the person to whom the process is directed.

Q. Pat
*Server of Process*

**RETURN OF DOMICILIARY SERVI**
THIS IS TO CERTIFY that on
Jury Trial: 11/2
Antonio Gamez
Arguedo

I received the process of Court of which thi
521-430
*Recipient of Service*

Touro InP... H...

[redacted]
ne in the hands of

...work...
evenings starting at 7pm.

at the domicile of the sued, who was absent the person in whose

She is out ...
Leigh Howard

*Server of Process*

CERTIFIED DA OFFICE COPY

## SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS



To: Deandrea Lagarde

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on November 2, 2015

at 8:30am

to Assistant District Attorney:
William Dieters

phone #: (504) 827-6334

at 619 South White Street

In the case of:

State of LA vs. Dillon Percy

Item # A-34801-15

Case # 524-175

Charge(s): Agg. Batt.; Dom. Abuse Batt.; Dom. Batt. involving Strangulation

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
TUESDAY  10-27-15  7:05 PM
I received the process of Court of which this is a duplicate.

_De'Cnl M_

_Recipient of Service_

THIS IS TO CERTIFY that on
TUESDAY  10 27-15  7:05 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_De'Andrea Lagarde_

_(please write Recipient's name),_

the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_(please write Recipient's name),_

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: EMAD "MIKE" AHMAD

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Monday, November 9, 2015

at 9:00a.m.

to Assistant District Attorney:
Joseph D. Zanetti

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Joe Allen

Item # G-37406-15

Case # 526-051 I

Charge(s): Poss. of Cocaine

**Instructions:**

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
WEDNESDAY 10-21-15 2:20 pm
I received the process of Court of which this is a duplicate.

Emad Ahmad

_Recipient of Service_

THIS IS TO CERTIFY that on
WEDNESDAY 10-21-15 2:20 pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Emad Ahmad   Emad AHMAD
(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

OPDA00132



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gerald Wineski
Metairie, LA
LADL:

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday January 7, 2016

at 9:00am

to Assistant District Attorney:
Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
TUESDAY 12-22-15 2:35 PM
I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on
TUESDAY 12-22-15 2:35 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski
(please write Recipient's name),
the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_



OPDA00190

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Danielle Smith
New Orleans LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Thursday, January 7, 2016

at 2:30 PM

to Assistant District Attorney:
Sarah Dawkins

phone #: 504-829-6329

at 619 South White Street

In the case of:
State of LA vs. Bernette Darby

Item # B-03354-15

Case # 524-407 'I'

Charge(s): 14:64.3, 14:95.1, 14:79

Instructions:
Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
TUESDAY 1-5-16 5:05 PM
I received the process of Court of which this is a duplicate.

X Danielle Smith
_Recipient of Service_

THIS IS TO CERTIFY that on
TUESDAY 1-5-16 5:05 PM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Danielle Smith
(please write Recipient's name),
the person to whom the process is directed.

_Server of Process_

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Gerald Wineski

Metairie, LA
LADL: ███

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Friday January 8, 2016

at 9:00am

to Assistant District Attorney:

Zackary Popovich

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. George Minor

Item # G-14984-14 / I-29424-14

Case # 522-791

Charge(s): Armed Robbery and Simple Burglary

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

TUESDAY  12-22-15  2:35pm

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

TUESDAY  12-22-15  2:35pm

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Gerald Wineski II
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

_____

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process



OPDA00191



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Verkeicher Thomas

███████
NO La. ███████
███████

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Wednesday, January 13, 2016__

at __10:00am__

to Assistant District Attorney:

**Sarah Dawkins**

phone #: __504-717-7287__

at **619 South White Street**

In the case of:

State of LA vs. __Darrius Copelin__

Item # __E-14626-15__

Case # __525035 I__

Charge(s): __Simple Assault__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
Wednesday January 6, 2016     11:52 AM

I received the process of Court of which this is a duplicate.

x _Verkeicher Thomas_

*Recipient of Service*

THIS IS TO CERTIFY that on
Wednesday January 6, 2016

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

- _Verkeicher Thomas_

*(please write Recipient's name),*

the person to whom the process is directed.

_C.J. Pat_

*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*



OPDA00151



# SUBPOENA
## A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Cabrial Washington

GRETNA, LA

You Are Hereby Notified pursuant to LSA-CCRP ar:. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday April 5, 2016

at 8:30a.m.

to Assistant District Attorney:
Allie Serpas

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs. Brinell Carter

Item # I-25257-15

Case # 526853 F

Charge(s): R.S. 14:34 - Aggravated Battery

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
MONDAY 4-4-16 11AM
I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on
MONDAY 4-4-16 11AM
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Cabrial Washington
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_____
Recipient of Service

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Server of Process

CERTIFIED DA OFFICE COPY

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Gregory Williams

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 5, 2016
at 9 am

to Assistant District Attorney:
Bonycle S. Thornton

phone #: 827-6037

at 619 South White Street

In the case of:
State of LA vs. Karron Johnson
Item # G-26462-15
Case # 525-997
Charge(s): 14:95.1

Instructions:
Contact the above named Assistant District Attorney upon receipt of this subpoena.
Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
WEDNESDAY, APRIL 20, 2016  3:55pm
I received the process of Court of which this is a duplicate.

x Gregory Williams
_Recipient of Service_

THIS IS TO CERTIFY that on
WEDNESDAY  APRIL 20, 2016
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x Gregory Williams
(please write Recipient's name),
the person to whom the process is directed.

_Server of Process_

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_Server of Process_

CERTIFIED DA OFFICE COPY

   OPDA00203



## SUBPOENA
### A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Elizabeth Williams

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on May 10-11, 2016

at 9 am

to Assistant District Attorney: Bonycle Thornton

phone #: 504-822-2414

at 619 South White Street

In the case of:

State of LA vs Ernest Williams

Item # k-30100-15

Case # 528-037

Charge(s): 14:95.1

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
THURSDAY  4-28-16  2:25pm
I received the process of Court of which this is a duplicate.

Elizabeth Williams
*Recipient of Service*

THIS IS TO CERTIFY that on
THURSDAY  4-28-16  2:25pm
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Elizabeth Williams
*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Lavern Mcfadden



You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **Thursday, June 2, 2016**

at **1 P.M.**

to Assistant District Attorney:
**Rachel Hurd**

phone #: **504-822-2414**

at **619 South White Street**

In the case of:

State of LA vs. **Lawrinisha McFadden**

Item # **K-01541-15**

Case # **527-453 F**

Charge(s): **R.S. 22:1924**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
WEDNESDAY 6-1-16
I received the process of Court of which this is a duplicate.

X Lavern McFadden

*Recipient of Service*

THIS IS TO CERTIFY that on
WEDNESDAY 6-1-16
I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

X LAVERNE McFadden
*(please write Recipient's name).*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

OPDA00199



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Laverne McFadden

New Orleans, LA

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on June 8, 2016

at 9:00 a.m.

to Assistant District Attorney:
Criminal District Court Section F

phone #: _____

at 619 South White Street

In the case of

State of LA vs. Lawrinisha McFadden

Item # _____

Case # 527-453

Charge(s): Insurance Fraud

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

**RETURN OF PERSONAL SERVICE**

THIS IS TO CERTIFY that on
6/2/16    1.00 pm

I received the process of Court of which this is a duplicate.

Laverne M Fadden

*Recipient of Service*

THIS IS TO CERTIFY that on
6/2/16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

Laverne McFadden   Lavern McFadden

*(please write Recipient's name),*

the person to whom the process is directed.

*Server of Process*

**RETURN OF DOMICILIARY SERVICE**

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

*Recipient of Service*

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

*(please write Recipient's name),*

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

*Server of Process*

CERTIFIED DA OFFICE COPY

1/13



# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Taj Varnado [redacted] /1997)
LADL: [redacted]

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on Tuesday December 13, 2016

at 2p.m.

to Assistant District Attorney:
Bonycle Thornton

phone #: 504-822-2414 / 225-222-6632

at 619 South White Street

In the case of:

State of LA vs. Christian Lewis

Item # D-16888-16

Case # 530575 F

Charge(s): Armed Robbery w/Firearm

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
THURSDAY 12-8-16 5:18pm
I received the process of Court of which this is a duplicate.

x C
_____
Recipient of Service

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

the person to whom the process is directed.

_____
Server of Process

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
THURSDAY 12-8-16 5:18pm
I received the process of Court of which this is a duplicate.

x Carolyn Varnado
_____
Recipient of Service

THIS IS TO CERTIFY that on
THURSDAY 12-8-16

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient,

x Carolyn Varnado (grandmother)
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

CJ Pat
_____
Server of Process

1/13

# SUBPOENA
**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

To: Taj Varnado ▮▮▮▮/1997)

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on __Wednesday December 14, 2016__

at __4pm__

to Assistant District Attorney:
__Bonycle Thornton__

phone #: __504-822-2414__

at 619 South White Street

In the case of:

State of LA vs. __Christian Lewis__

Item # __D-16888-16__

Case # __530-575 F__

Charge(s): __Armed Robbery__

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

## RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on
__Tuesday December 13, 2016    4:12pm__

I received the process of Court of which this is a duplicate.

x _Taj Varnado_

_Recipient of Service_

THIS IS TO CERTIFY that on
__Tuesday December 13, 2016    4:12pm__

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

x _Taj Varnado_
(please write Recipient's name),

the person to whom the process is directed.

_[signature]_

_Server of Process_

## RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on
_____

I received the process of Court of which this is a duplicate.

_____
_Recipient of Service_

THIS IS TO CERTIFY that on
_____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
_Server of Process_

| The State of Louisiana | Criminal Court of Orleans Parish Louisiana |
|---|---|
| Case: 523972  Section: F | Document #: 4176394-156670 |

Subpoena
The State of Louisiana vs JOHNQUELL BIBBINS

To:  KEITH MCGUIRE

NEW ORLEANS LA

You are hereby commanded to appear in the Orleans Parish District Attorney's Office on Friday, March 03, 2017 at 9:00A in Section F at Orleans Parish Criminal District Court 2700 Tulane Avenue New Orleans.

To testify the truth according to your knowledge in the above entitled case. And you are not to fail under penalty of a fine of two hundred, fifty dollars.

**BRING THIS SUBPOENA WITH YOU TO COURT.**

No beepers, no cell phones, no electronic equipment. Proper attire required By Order of the Court

Orleans Parish Criminal Sheriff's Office
Subpoena & Capias Division
2800 Gravier St.
New Orleans, LA 70119


KEITH MCGUIRE
UNKNWN UNKNOWN
NEW ORLEANS LA UNKNOWN


The State of Louisiana vs JOHNQUELL BIBBINS   C: 523972   S: F   AD: 3/6/2017   ID: 12/5/2016

Signed: [signature] Keith McGuire
KEITH MCGUIRE   UNKNWN UNKNOWN   NEW ORLEANS LA UNKNOWN

*DC4176394-156670*
Document #: 4176394-156670

___Personal Service   ___Domiciliary Service   ___Service Other   ___Subject Moved
*NS01*           *NS02*              *NS03*            *NS05*

___Bad Address   ___Incomplete Address   ___Unknown at Address   ___Mail
*NS06*           *NS07*                  *NS08*                  *NS09*

Comments:_____

Printed Date: 2/22/17   Served Date: 2-24-17  12:25pm   By: Keith Hoffman   Employee No: 36940

17

Plaintiffs-04121