# EXHIBIT 18


The State of Louisiana                                    Criminal Court of Orleans Parish Louisiana

Case: 523972   Section: F                                 Document #: 4176394-156670

## Subpoena
## The State of Louisiana vs JOHNQUELL BIBBINS

To: KEITH MCGUIRE
708 Parkway Avenue

NEW ORLEANS LA 70121

You are hereby commanded to appear in the Orleans Parish District Attorney's Office on Friday, March 03, 2017 at 9:00A in Section F at Orleans Parish Criminal District Court 2700 Tulane Avenue New Orleans.

To testify the truth according to your knowledge in the above entitled case. And you are not to fail under penalty of a fine of two hundred, fifty dollars.

**BRING THIS SUBPOENA WITH YOU TO COURT.**

No beepers, no cell phones, no electronic equipment. Proper attire required By Order of the Court

Orleans Parish Criminal Sheriff's Office
Subpoena & Capias Division
2800 Gravier St.
New Orleans, LA 70119

KEITH MCGUIRE
UNKNWN UNKNOWN
NEW ORLEANS LA UNKNOWN

The State of Louisiana vs JOHNQUELL BIBBINS   C: 523972   S: F   AD: 3/6/2017   ID: 12/5/2016

Signed: *Keith McGuire*                                   *DC4176394-156670*
KEITH MCGUIRE   UNKNWN UNKNOWN   NEW ORLEANS LA UNKNOWN   Document #: 4176394-156670

| ___Personal Service | ___Domiciliary Service | ___Service Other | ___Subject Moved |
|---|---|---|---|
| *NS01* | *NS02* | *NS03* | *NS05* |
| ___Bad Address | ___Incomplete Address | ___Unknown at Address | ___Mail |
| *NS06* | *NS07* | *NS08* | *NS09* |

Comments: _____

Printed Date: 2/22/17   Served Date: 2-24-17   12:25pm   By: Keith Hoffman   Employee No: 36940