# EXHIBIT 21

# Email to all Assistant District Attorneys

From: Graymond Martin <graymar@orleansda.com>
To:     Sherry Walker <swalker@orleansda.com>
Date:  4/26/2017 1:22 PM

---

We want our witnesses to be cooperative and committed. Do all that you can to explain the process to the witness, maintain good contact and relations with the witness and make sure that the witness is not unduly inconvenienced by the criminal justice process and is timely informed when that witness' appearance is not necessary. It has been brought to my attention that some ADA's may be using forms to be delivered to witnesses in cases that may not have been approved by me as appropriate. In order to eliminate confusion and controversy in order to communicate with witnesses it is best to first resort to victim witness counselor assigned to the case, next a letter to the last known address, next have your investigator locate the witness and deliver a notice to appear at our office, next try a personal visit to that witness, next an Article 66 subpoena or a subpoena to appear at a court related proceeding and finally as a matter of last resort if the evidence is strong that the witness is purposefully avoiding response to subpoena and that witness is material to our presentation at trial have your supervisor approve an application to the court for a material witness warrant, after the warrant is obtained one last effort to contact the witness prior to the execution of the warrant should be made where the witness is informed of the legal peril and finally execute the warrant. After execution of the warrant all efforts to secure the testimony required should made expeditiously within the requirements of the code. The witness should be released immediately after the testimony is rendered and the material witness file shall be closed.

Please review and refresh your knowledge of the Louisiana Code of Criminal Procedure Articles: 66, 439, 731-745 & R.S. 15: 257 & 258. We will discuss these articles and statutes at a refresher training in the near future.

Attached to this correspondence is a "Notice to Appear" which may be delivered to witnesses. Any other self created or modified notice that may be floating around the office in your computer or on some network is expressly prohibited unless the form has been approved by me. Please refrain from unnecessarily sending the "Notice to Appear". It is one step in the escalating process of compelling material witnesses to come forth and provide truthful testimony.

Graymond F. Martin 1st Assistant District Attorney for Parish of Orleans, State of Louisiana 619 South White Street New Orleans, LA 70119 504-822-2414 ORLEANS PARISH DISTRICT ATTORNEY NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged and/or confidential and/or part of an attorney work product. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it and notify the sender of the error by replying via e-mail or by calling the Orleans Parish District Attorney's Office at 504-822-2414 so that our address record can be corrected. Communications to and from this e-mail address may be subject to provisions of the State of Louisiana Public Records Act. Thank you.

# NOTICE TO APPEAR

St. v. _____   Case # _____

## DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

## THE STATE OF LOUISIANA

**TO:** _____

YOU ARE HEREBY NOTIFIED to appear at the Office of the District Attorney, for the Parish of Orleans, 619 South White Street, New Orleans, Louisiana, on the _____ day of _____ at __:__ __.m., Instanter, to discuss to the truth according to your knowledge in such matters as may be required of you.

BY LEON A. CANNIZZARO, JR.
District Attorney
619 South White Street                           _____
New Orleans, Louisiana 70119                     Assistant District Attorney

---

### RETURN ON PERSONAL SERVICE

THIS IS TO CERTIFY, that on _____, 20__, I received said notice, which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving same in the hands of _____ the person to whom the process is directed.

_____
Commissioned Investigator

---

### RETURN ON DOMICILIARY SERVICE

THIS IS TO CERTIFY, that on _____, 20__, I received said notice which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Commissioned Investigator

**\*BRING THIS NOTICE WITH YOU**

Revised 04.26.17

OPDA39345