# EXHIBIT 20

Office of the Orleans Parish District Attorney

**Leon A. Cannizzaro, Jr.**
DISTRICT ATTORNEY

Graymond F. Martin
First Assistant District Attorney

### Inter-Office MEMORANDUM

To: Magistrate, Trials, and MOT Attorneys

From: Graymond Martin, First Assistant District Attorney

Date: 4/26/2017

Re: Witnesses

We want our witnesses to be cooperative and committed. Do all that you can to explain the process to the witness, maintain good contact and relations with the witness and make sure that the witness is not unduly inconvenienced by the criminal justice process and is timely informed when that witness' appearance is not necessary. It has been brought to my attention that some ADA's may be using forms to be delivered to witnesses in cases that may not have been approved by me as appropriate. In order to eliminate confusion and controversy in order to communicate with witnesses it is best to first resort to victim witness counselor assigned to the case, next a letter to the last known address, next have your investigator locate the witness and deliver a notice to appear at our office, next try a personal visit to that witness, next an Article 66 subpoena or a subpoena to appear at a court related proceeding and finally as a matter of last resort if the evidence is strong that the witness is purposefully avoiding response to subpoena and that witness is material to our presentation at trial have your supervisor approve an application to the court for a material witness warrant, after the warrant is obtained one last effort to contact the witness prior to the execution of the warrant should be made where the witness is informed of the legal peril and finally execute the warrant. After execution of the warrant all efforts to secure the testimony required should made expeditiously within the requirements of the code. The witness should be released immediately after the testimony is rendered and the material witness file shall be closed.

Please review and refresh your knowledge of the Louisiana Code of Criminal Procedure Articles: 66, 439, 731-745 & R.S. 15: 257 & 258. We will discuss these articles and statutes at a refresher training in the near future.

Attached to this correspondence is a "Notice to Appear" which may be delivered to witnesses. Any other self-created or modified notice that may be floating around the office in your computer or on some network is expressly prohibited unless the form has been approved by me. Please refrain from unnecessarily sending the "Notice to Appear". It is one step in the escalating process of compelling material witnesses to come forth and provide truthful testimony.

/sw

# NOTICE TO APPEAR

St. v. _____                                      Case # _____

## DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

## THE STATE OF LOUISIANA

TO: _____

    YOU ARE HEREBY NOTIFIED to appear at the Office of the District Attorney, for the Parish of Orleans, 619 South White Street, New Orleans, Louisiana, on the _____ day of _____ at ___:___ __.m., Instanter, to discuss to the truth according to your knowledge in such matters as may be required of you.

BY LEON A. CANNIZZARO, JR.
District Attorney
619 South White Street                                  _____
New Orleans, Louisiana 70119                    Assistant District Attorney

---

## RETURN ON PERSONAL SERVICE

    THIS IS TO CERTIFY, that on _____, 20__, I received said subpoena, which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving same in the hands of _____ the person to whom the process is directed.

                                        _____
                                        Commissioned Investigator

---

## RETURN ON DOMICILIARY SERVICE

    THIS IS TO CERTIFY, that on _____, 20__, I received said subpoena which this is a duplicate, and that on _____, 20__, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

                                        _____
                                        Commissioned Investigator

**\*BRING THIS NOTICE WITH YOU**

Revised 04.26.17