# EXHIBIT 22

## <u>INTER-OFFICE MEMORANDUM</u>

**From:  Graymond F. Martin**
       **First Assistant District Attorney**

**Date: April 28, 2017**

**Re:    REVISED WITNESS CONTACT POLICY**

---

We want our witnesses to be cooperative and committed.  Do all that you can to explain the process to the witness, maintain good contact and relations with the witness and make sure that the witness is not unduly inconvenienced by the criminal justice process and is timely informed when that witness' appearance is not necessary.  It has been brought to my attention that some ADA's may be using forms to be delivered to witnesses in cases that may not have been approved by me as appropriate.  In order to eliminate confusion and controversy in order to communicate with witnesses it is best to first resort to victim witness counselor assigned to the case, next a letter to the last known address, next have your investigator locate the witness and deliver a letter to the witness requesting that the witness appear at our office, next try a personal visit to that witness, next an Article 66 subpoena or a subpoena to appear at a court related proceeding and finally as a matter of last resort if the evidence is strong that the witness is purposefully avoiding response to subpoena and that witness is material to our presentation at trial have your supervisor approve an application to the court for a material witness warrant, after the warrant is obtained one last effort to contact the witness prior to the execution of the warrant should be made where the witness is informed of the legal peril and finally execute the warrant.  After execution of the warrant all efforts to secure the testimony required should made expeditiously within the requirements of the code.  The witness should be released immediately after the testimony is rendered and the material witness file shall be closed.

Please review and refresh your knowledge of the Louisiana Code of Criminal Procedure Articles: 66, 439, 731-745 & R.S. 15: 257 & 258.  We will discuss these articles and statutes at a refresher training in the near future.

Earlier I attached a "Notice to Appear" which was to be delivered to witnesses.  At this time I expressly revoke the use of any "Notice to Appear" or any other self created or modified notice that may be floating around the office in your computer or on some network.  Please refrain from sending any "Notice to Appear".

1

OPDA00624