# EXHIBIT 23

_014 5:48 PM                          K-02670-14                                         Page 1 of 5

# NEW ORLEANS POLICE DEPARTMENT
## INCIDENT K-02670-14

| Signal | Incident | Occurrence Date/Time | Reported Date/Time | Status | Bulletin |
|---|---|---|---|---|---|
| 56D | SIMPLE CRIMINAL DAMAGE (DOMESTIC) | 11/2/2014 9:20 PM | 11/2/2014 9:53 PM | CLEARED BY ARREST | NO |

| Location | | | | Dist/Zone/Sub | Lighting |
|---|---|---|---|---|---|
| 7510 FARWOOD DRIVE | | | | 7Q02 | FAIR |

## VICTIM PERSONS

### #1 VICTIM

| Last Name | First Name | Race | Sex | DOB |
|---|---|---|---|---|
| SINGLETON | RENATA | BLACK | FEMALE | 1980 |

| Home Address | Home Phone | SSN | Driver's License |
|---|---|---|---|
| 7510 FARWOOD DRIVE, NEW ORLEANS, LA 70126 | | | |

| Work Address | Work Phone | Occupation | |
|---|---|---|---|

| Sobriety | Injury | Treated | Victim Type | Email Address |
|---|---|---|---|---|
| | | | ORLEANS RESIDENT | |

## OFFENDERS

### OFFENDER 1 — ARRESTED

| Last Name | First Name | Nickname | Race | Sex | DOB | Height | Weight |
|---|---|---|---|---|---|---|---|
| CROSSLEY | VERNON | | BLACK | MALE | 1979 | 6'2 | 180 |

| Home Address | | | SSN | | Driver's License |
|---|---|---|---|---|---|
| NEW ORLEANS, LA | | | | | |

| Arrest Location | Dist/Zone/Sub | Arrest Date/Time | Arrest Credit |
|---|---|---|---|

| Sobriety | Injury | Treated | Rights Form | Transported By | Unit |
|---|---|---|---|---|---|
| ALCOHOL | | | | | |

| Arrest Type | Resident Status | Juvenile Disposition |
|---|---|---|

### CHARGES

| Charge | Victim No. | Relationship |
|---|---|---|
| LA R.S. 14 56 SIMPLE CRIMINAL DAMAGE TO PROPERTY | 1 | BOY/GIRL FRIEND |



| Reporting Officer #1 | Badge | Emp ID | Reporting Officer #2 | Badge | Car Number | Platoon |
|---|---|---|---|---|---|---|
| PO V COREY CLARK | 976 | 4231 | | 0 | 701 | B |

| Detective Assigned | | | Approving Supervisor | Badge | Crime Lab | Other |
|---|---|---|---|---|---|---|
| | | | SERGEANT RAY A JONES | 258 | | |

K-02670-14

_014 5:48 PM          K-02670-14          Page 2 of 5

## OFFENDER DESCRIPTORS

| 01 Build | 02 Oddities | 03 Scars | 04 Tattoos | 05 Apparel |
|---|---|---|---|---|
| 02 Thin | | | 08 Neck | |
| 06 Speech | 07 Accent | 08 Facial Odd. | 09 Eyes | 10 Nose |
| 11 Teeth | 12 Hair Color | 13 Hair Style | 14 Facial Hair | 15 Complexion |
| | | 06 Bald | | 06 Brown |
| | | | | 07 Dark |

**Additional Description**

WHITE AND BROWN T-SHIRT, BROWN JEANS, WHITE AND RED ADDIDAS

## MODUS OPERANDI

| 16 Criminal Activity | 17 Motive | 18 Targets | |
|---|---|---|---|
| 10 Other (Describe) | 02 Argument | 05 Person | |
| | 07 Domestic Dispute | 18 Other (Describe) | |
| 19 Method of Entry | 20 Point of Entry/Exit | 21 Security Used | Security Defeated |
| 01 Admitted Entry | | | |
| 22 Residential | 23 Outdoor Area | 24 Comm. Establishment | 25 Public Access Area |
| 01 Single Family Dwelling | | | |
| 26 Movable | 27 Structure Type | 28 Structure Status | |
| 29 Off. Approach | 30 Impersonated | 31 Weapon | 32 Firearm Features |
| 06 Approached From Front | | | |
| 33 Property Crimes | 34 Person Crimes | Sex Crime Specific | |
| 01 Committed Crim. Damage | | | |

**Additional Descriptions**

16) SIMPLE CRIMINAL DAMAGE DOMESTIC 18) VICTIMS CELL PHONE

## PROPERTY

| Loss Type | Type | Qty | Narc Weight | Narc Type | Description | Brand | Serial No. | Value |
|---|---|---|---|---|---|---|---|---|
| DAMAGED / DESTROYED | CELL PHONE | 1 | | | BLUE GALAXY 3 | SAMSUNG | | $600 |

INDEF01521

⌣14 5:48 PM                K-02670-14                              Page 3 of 5

## NARRATIVE

ON SUNDAY, NOVEMBER 2, 2014 AT 9:30PM OFFICER COREY CLARK MANNING UNIT 701B WAS DISPATCHED TO 7510 FARWOOD DRIVE. TO INVESTIGATE A SIGNAL 35D(DOMESTIC BATTERY).

UPON ARRIVAL OFFICER CLARK INTERVIEWED THE REPORTING PERSON MS RENATA SINGLETON WHO STATED THE FOLLOWING.

MS SINGLETON STATED THAT SHE AND HER LIVE IN BOYFRIEND MR VERNON CROSSLEY HAD A VERBAL ALTERCATION OVER MS SINGLETON CELL PHONE. MS SINGLETON STATED THAT MR CROSSLEY REQUESTED TO SEE HER PHONE. MS SINGLETON ADVISED WHILE SHE WAS LAYING IN THE BED SHE WAS UNLOCKING HER PHONE TO SHOW MR CROSSLEY THE TEXT MESSAGES IN HER PHONE. MR CROSSLEY JERKED THE PHONE FROM MS SINGLETON HAND AND WALKED OUT OF THE MASTER BED ROOM IN TO THE HALL. MR SINGLETON FOLLOWED BEHIND MR CROSSLEY REQUESTING HER PHONE. MS SINGLETON AND MR CROSSLEY TUSSLED OVER MS SINGLETON PHONE. MR CROSSLEY GAINED CONTROL OF THE PHONE AND LEFT THE RESIDENCE WITH THE PHONE IN HIS POSSESION. A FEW MINUTES LATER MR CROSSLEY RETURN AND BEGAN TO BANG ON THE DOOR. MS SINGLETON ADVISED THAT MR CROSSLEY HAD A KEY TO THE RESIDENCE AND DON NOT KNOW WHY HE WAS KNOCKING ON THE DOOR. MS. SINGLETON WENT TO THE DOOR AND OBSERVED MR CROSSLEY SLAMMING HER PHONE ON THE FRONT PORCH DESTROYING HER PHONE. MS SINGLETON USED THE PHONE HOUSE PHONE AND CALLED THE POLICE TO REPORT THE INCIDENT.

OFFICER CLARK INTERVIEWED MR VERNON CROSSLEY WHO ADVISED OF THE FOLLOWING.

MR CROSSLEY STATED THAT HE AND HIS LIVE IN GIRL FRIEND MS. RENATA SINGLETON HAD A VERBAL ALTERCATION ABOUT HER PHONE NOT RINGING WHEN SHE RECEIVE A TEXT MESSAGE. MR CROSSLEY CALLED HIS NEPHEW TO TEXT MS SINGLETON PHONE TO KNOW IF IT MAKES A SOUND WHEN IT RECEIVES A TEXT MESSAGE. MR CROSSLEY STATED THAT HE IS ALWAYS GETTING ACCUSED OF THIS AND THAT AND HE BELIEVES THAT HE MAY HAVE CAUGHT HER IN SOMETHING. MR CROSSLEY WAS ENRAGED AND WALKED OUT OF THE BED ROOM WITH MS SINGLETON CELL PHONE. MR CROSSLEY AND MS SINGLETON TUSSLED OVER MS SINGLETON PHONE WHERE MR CROSSLEY GAINED CONTROL OF THE CELL PHONE. MR CROSSLEY LEFT THE RESIDENCE WITH THE CELL PHONE. OUT SIDE OF THE RESIDENCE ON THE FRONT PORCH MR CROSSLEY SLAMMED MS SINGLETON CELL PHONE ON THE GROUND DESTROYING IT.

AFTER HEARING BOTH SIDES OF THE INCIDENT OFFICER CLARK CHANGED THE SIGNAL TO 56D(CRIMINAL DAMAGE DOMESTIC) AND CHARGED MR CROSSLEY ACCORDINGLY.

OFFICER CLARK OBSERVED THE DAMAGED PHONE ON THE PORCH OF THE VICTIMS RESIDENCE AND CAUGHT THE IMAGE WITH THE BODY WORN CAMERA.

MR CROSSLEY WAS APPREHENDED ON THE SCENE WITH OUT INCIDENT BY SERGEANT A. MITCHEL.

MR CROSSLEY WAS ADVISED OF HIS CHARGES AND TRANSPORTED BY THE NIGHT WATCH UNIT.

THE NOPD DOMESTIC VIOLENCE SHEET WAS DONE AND MADE PART OF THE REPORT.

ANY ADDITIONAL INFORMATION WILL BE FILE VIA A SUPPLEMENTAL REPORT.

## DOMESTIC VIOLENCE

| Witnesses Present | Witness Statement | Children Present | Children Statement |
|---|---|---|---|
| YES | NO | YES | NO |
| Evidence Location | Photos Taken | Taken By | Unit # |
|  | NO |  | 0 |
| Vic. Injury Photos | Off. Injury Photos | Weapon Type |  |
| NO | NO |  |  |
| Weapon Confiscated | Weapon Impounded |  |  |
| NO | NO |  |  |

Incident Description
FIGHT OVER THE VICTIMS CELL PHONE.

Evidence Description & Disposition

### VICTIM 1

| Last Name | First Name | Medical Treatment | Medical Unit # |
|---|---|---|---|
| SINGLETON | RENATA | NONE | |
| Medical Address | | Given Infosheet | Given Item Number |
| | | YES | YES |



Injury Map

Person Descriptors
- CRYING

### RELATIONSHIPS

| Victim | Offender | Relationship |
|---|---|---|
| SINGLETON, RENATA | CROSSLEY, VERNON | DATING/ENGAGED |

_014 5:48 PM                    K-02670-14                    Page 5 of 5

## ATTACHED DOCUMENTS LIST

Document 1 - Affidavit # F 70147

Document 2 - NOPD Domestic Violence Patrol Checklist