# EXHIBIT 24

Clerk's Office _DEC 15_ 20_14_
A True Copy
by _____ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court

## PARISH OF ORLEANS * STATE OF LOUISIANA
### CRIMINAL APPEARANCE BOND
### COMMERCIAL SURETY

*Bail Order by Judge Pittman*

| Date: | 12/10/14 | Affidavit/Item No.: | | Bond Amount: $ | 3,500.00 |
|---|---|---|---|---|---|
| Charge: | 14:35 | Magistrate No.: | 548109 | Case No./Section: | 522558 F |

| Defendant/Principal: | Vernon Crossley |
|---|---|
| Surety: | Seneca |
| Attorney-in-fact for Surety: | Shawn Dycus |

### BOND OBLIGATION

We, the Defendant/Principal and Surety, acknowledge that we and our heirs, executors, and administrators are bound *in solido* to pay to the State of Louisiana the sum of the Bond Amount stated above. The condition of this Obligation is such, that if the Defendant shall appear before the Criminal District Court, New Orleans Municipal Court, or New Orleans Traffic Court at all dates and times ordered, through conviction; by notice on this Bond, notice in open court, or legal notice at the address provided below; to answer to the State for the above-stated Charge, or any related charge of the same or a lesser class brought under the same Affidavit/Item Number; then, and only thereafter, this Obligation shall be null and void, else in full force and virtue. In the event that this Bond is forfeited and the Judgment of Bond Forfeiture is not satisfied within the delays provided by law, it is further agreed that we shall pay the Amount of this Bond, legal interest from the date Judgment is rendered, reasonable attorney's fees, and all other legal costs incurred by the State of Louisiana in the enforcement of the Judgment.

Defendant further acknowledges that he/she shall do the following as conditions of release on this bond:

* shall submit to the orders and process of the Court, and accept notice as provided by law;
* shall immediately notify the Clerk of Court by filing a written declaration of any change of address;
* shall keep the peace, and commit no crime;
* shall not leave the State of Louisiana without written permission of the Court;
* shall be bound by any other condition of bail ordered by the Court; and
* shall appear on the date, time, and location listed below, and at all other times thereafter designated.

**NEXT REQUIRED COURT APPEARANCE:**
Date: 12-15-14
Time: 9:00 AM
Section: F

Location:
[X] Orleans Parish Criminal District Court, 2700 Tulane Avenue, New Orleans, LA
[ ] New Orleans Municipal Court, 727 S. Broad Street, New Orleans, LA
[ ] New Orleans Traffic Court, 727 S. Broad Street, New Orleans, LA

**DEFENDANT/PRINCIPAL**
Signature: _____
Address*: [redacted]
Phone No.: [redacted]

*ADDRESS MUST BE EXACT. Failure to state proper address will result in issuance of ALIAS CAPIAS and FORFEITURE/COLLECTION OF THIS BOND.

**ATTORNEY-IN-FACT FOR SURETY**
Signature: _____
Address*: Dennis Bonding, Inc.
2741 Tulane Ave.
New Orleans, LA 70119
(504) 821-8161
Surety's address is as stated on Power of Attorney.

SWORN TO AND SIGNED on the above-stated Date, before the undersigned Deputy Clerk of Court.

_____
Deputy Clerk of Court

THIS BOND IS PROCESSED FROM
CRIMINAL COURT