# EXHIBIT 25



# LEON A. CANNIZZARO, JR.
District Attorney for the Parish of Orleans ~ State of Louisiana

November 7, 2014

Renata Singleton

RE: <u>State of Louisiana vs. Vernon Crossley</u>

Dear Ms. Singleton,

After reviewing the NOPD police reports, the case where you are listed as a victim is being accepted by the District Attorney's Office.

I would like for you to be able to take advantage of the services that are offered at the Family Justice Center. The Family Justice Center contains various support services for families and survivors of domestic violence. The Family Justice Center has people available to assist you with any problems you may have arising out of this incident. An appointment has been scheduled for you on **Tuesday, November 18 at 9:00 a.m.** at the **New Orleans Family Justice Center at 701 Loyola Avenue, 2nd Floor.** If you are unable to make it or need to reschedule, please call the FJC at 592-4005.

I also wanted to let you know that the Louisiana Constitution and Louisiana Law gives you and your family the right to refuse requests for an interview by the attorney for the defendant or any employee of the attorney for the defendant, such as an investigator. If, after refusing an interview, you are harassed in anyway, please call me.

The District Attorney's Office Victim Advocate assigned to you is Amy Jackson. She will be in contact with you, however, you may call her at 504-415-0209. She is also located at the Family Justice Center.

Sincerely,

*Karen M. Avery*

Karen M. Avery
Assistant District Attorney

619 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA 70119-7348
(504) 822-2414

INDEF01508