# EXHIBIT 26

| | |
|---|---|
| **From:** | Amy Jackson on behalf of Amy Jackson <ajackson@orleansda.com> |
| **To:** | Bonycle Thornton; Tiffany Tucker |
| **Subject:** | State v. Vernon Crossley 522558. Victim Renata Singleton |
| **Date:** | Thursday, December 11, 2014 2:16:31 PM |

Hi Bonycle/Tiffany,

A hearing for this defendant is set for 12/15. Ms. Singleton and I spoke about the case and she is not interested in pursuing it, nor does she believe it should be on the felony level. Her number is ███████. Please let me know if you have any other questions or would like me to schedule a meeting.

Thanks!

Amy Jackson, LMSW, MPH
Domestic Violence Victim Advocate
Orleans Parish District Attorney's Office
701 Loyola Ave, Suite 201
New Orleans, LA 70113
Office: 504.355.0845
Cell: 504.415.0209
ajackson@orleansda.com