# EXHIBIT 28



OPDA087669