# EXHIBIT 29



OPDA087596



OPDA087597



OPDA087598