EXHIBIT 31

1

2  STATE OF LOUISIANA          CASE NUMBER:   524-644 "F"

3

4  VERSUS                      PARISH OF ORLEANS

5

6  RENATA SINGLETON            CRIMINAL DISTRICT COURT

7

8

9

10          Status hearing of the above-referenced

11  matter, held on the 3rd day of June, 2015, before the

12  Honorable Robin D. Pittman, judge presiding.

13

14

15

16  APPEARANCES:

17

18          REPRESENTING THE STATE OF LOUISIANA:

19              TIFFANY TUCKER, ESQUIRE

20

21          REPRESENTING THE DEFENDANT:

22              KEVIN KELLY, ESQUIRE

23

24

25

26  REPORTED BY:

27  Allison Braxton-Baehr, CCR

28

29  TRANSCRIBED BY:

30  Tammy LeBlanc Joseph, CCR

31

32

          Criminal District Court, Section "F"
                                                    1

OPDA-INT 004414

OPDA17928

```
1                    PROCEEDINGS
2             THE COURT:
3             Ms. Singleton, if you could come back
4    up.  All right, so we are going to pick up where we
5    left off yesterday.  You were arrested on filed
6    arrest of capias notification.  The court has been
7    asked by your attorney, Mr. Kelly, to set a bond on
8    this matter.  The court is going to set the bond at
9    $5000 based on the fact that you had no prior
10   record, and all the circumstances explained to the
11   court yesterday, but as a condition of your bond,
12   the court is going to place you on electronic
13   monitoring.  Swear her in, please.
14             (MS. RENATA SINGLETON, after having
15   been first duly sworn, did testify as follows:)
16   BY THE COURT
17        Q.   What's your date of birth, Ms. Singleton?
18        A.   January the 5, 1980.
19        Q.   One, five, 1980.  The address where you
20   will be residing.
21        A.   7510 Farwood Drive.
22        Q.   Wait, 7510 what?
23        A.   Farwood Drive.
24        Q.   Spell it for me.
25        A.   F-A-R-W-O-O-D.
26        Q.   Is it drive, street, place, what is it?
27        A.   Drive.
28        Q.   Drive.  Is there an apartment number?
29        A.   No, ma'am.
30        Q.   What's the zip code?
31        A.   70126.
32        Q.   70126.  All right, deputy, if you can give
```

Criminal District Court, Section "F"

2

1   Ms. Singleton a subpoena to come back tomorrow, June

2   4, at 9 am.  I heard that you have young kids.

3        A.   Yes, ma'am.

4        Q.   What's the age of the oldest?

5        A.   Eighteen.

6        Q.   Eighteen, all right.  Do you work, Ms.

7   Singleton?

8        A.   Yes.

9        Q.   So, were you going to be working today?

10       A.   Uh-mm --

11       Q.   Probably not, right?

12       A.   No.

13       Q.   All right.  So, I need you inside tonight

14  at 8 pm.

15       A.   Yes, ma'am.

16       Q.   Obviously, you are not allowed to leave

17  the state.  So, as a condition of being lowered or

18  agreeing to reduce your bond, I am going to have you

19  placed on EMP, electronic monitoring, it's an ankle

20  bracelet until further notice.  Hopefully, just

21  until tomorrow but at least I'm leaving it open

22  until further notice, and an 8 pm curfew.  And as

23  I've already said, you obviously can't leave the

24  state.

25       A.   Yes, ma'am.

26       Q.   So, Mr. Kelly had indicated that your

27  mother may be standing in to do a personal surety

28  bond.  If we can have the lady come up and be sworn

29  in, and Ms. Singleton, you can have a seat.

30            THE COURT:

31            Actually, Mr. Kelly, just give me one

32  second. (Non-related matters handled.)

          Criminal District Court, Section "F"

                                              3

1       (MS. BRENDA SINGLETON, after having
2   been first duly sworn, did testify as follows:)
3       THE COURT:
4       All right, Mr. Kelly.  I'm ready when
5   you are.
6   BY MR. KELLY
7       Q.   Please state your name and address for the
8   record, please.
9       A.   My name is Brenda Singleton.  I live at
10  5748 Tullis Drive, New Orleans, Louisiana, 70131,
11  Apartment "B".
12      Q.   You're Miss Singleton's mother?
13      A.   Yes.
14      Q.   And we are prepared for you to sign a PSBU
15  bond.  Are you aware of what that is?
16      A.   Yes, you have explained it to me.
17      Q.   It's $5000 and if Miss Singleton doesn't
18  show up in court, you are going to be responsible
19  for paying the court $5000.
20      A.   Yes, sir.
21      Q.   All right, and you are prepared to
22  undertake that obligation?
23      A.   Yes, I will.
24      Q.   Okay.  Would you please tell us about any
25  income in which you receive, via job, or any other
26  means?
27      A.   I work for a company called Total Truck
28  and Trailer.  I'm their payroll clerk, and I also
29  own a tax office, my own personal business.
30      Q.   Okay, and approximately how much money do
31  you make per month?
32      A.   About $3500.

        Criminal District Court, Section "F"
                                                    4

```
 1      Q.   Thirty five hundred a month?

 2      A.   Uh-huh (affirmative response).

 3      Q.   And do you own your own house?

 4      A.   Buying it, yes.

 5      Q.   Yes, and how much is that house?  Last

 6  time it was appraised, how much is that house worth?

 7      A.   One fifty.

 8      Q.   One fifty?  And how much money do you owe

 9  on that house?

10      A.   Sixty thousand.

11      Q.   So, you have approximately $90,000 worth

12  of equity in that house?

13      A.   Yes, sir.

14      Q.   Okay, and if you had to, you would be able

15  to pay the $5000 if Miss Singleton didn't show up to

16  court?

17      A.   Yes, I would, but I know she'll be here.

18      Q.   I do too.

19              MR. KELLY:

20              Does the state have any questions?

21           MS. TUCKER:

22              No, judge.

23              MR. KELLY:

24              Your Honor, do you have any

25  questions?

26              THE COURT:

27              I do.

28  BY THE COURT

29      Q.   Do you have a checking or savings account?

30      A.   Yes, ma'am.

31      Q.   And how many?  How many checking accounts,

32  how many savings, one each?
```

                Criminal District Court, Section "F"
                                                    5

OPDA-INT 004418

OPDA17932

1      A.   I have two checking, one for the business,

2  and one for my personal --

3      Q.   Oh, you own a business?

4      A.   Yes, ma'am.  I own a tax office.

5      Q.   What kind of business, tax?

6      A.   Yes, ma'am.

7      Q.   Okay, and for your personal checking, how

8  much would you say, cash, you have on hand?

9      A.   It's, like, $2200.

10     Q.   You have a savings?

11     A.   No, ma'am.

12     Q.   All right.  And so, are you the sole owner

13 of the business?

14     A.   Yes, ma'am.

15     Q.   Yes?

16     A.   Yes, ma'am.

17     Q.   Okay.  And so, you would be able to go

18 into that monies if need be, if you had to pay the

19 court $5000 if Miss Singleton should fail to appear?

20     A.   Yes, ma'am.

21     Q.   And how much is in that second account?

22     A.   Sixty-one hundred.

23     Q.   All right, and again, I think Mr. Kelly

24 has already said it but I want to reiterate it.  You

25 understand if she doesn't come to court that you

26 will be responsible for $5000?  It's not on a

27 payment plan.  You are going to have to come up with

28 that up front.

29     A.   Yes, ma'am.

30          THE COURT:

31          All right, I have no further

32 questions.  I am --

          Criminal District Court, Section "F"

```
 1              THE WITNESS:

 2              Thank you.

 3              THE COURT:

 4              Is there anything by the state?

 5              MS. TUCKER:

 6              No, judge.

 7              THE COURT:

 8              All right, you can step down.  Oh,

 9  here, here's your ID.

10              THE WITNESS:

11              Thank you.

12              THE COURT:

13              I have reviewed her ID and she is who

14  she says she is.  All right, Ms. Singleton, you can

15  step down and I'll allow her to do a PSBU in the

16  amount of $5000.  So, the minute entry should

17  reflect court set the bond at $5000.  PSBU will be

18  allowed upon the condition that she be released on

19  electronic monitoring.  They both have to happen in

20  order for her to be released; then, she is to

21  receive a subpoena to come back tomorrow at 9 am,

22  and I have already gone through the conditions of

23  the EM program with you.  You have any questions,

24  Miss Renata Singleton?  Any questions?

25              MR. KELLY:

26              Your Honor, I actually have a

27  question.  She's going to be taken back to the jail

28  and electronic monitor will come to the jail and fit

29  her?

30              THE COURT:

31              Yea.

32              MR. KELLY:
```

Criminal District Court, Section "F"

7

```
 1              Okay.
 2              THE COURT:
 3              They are located in the jail.
 4              MR. KELLY:
 5              Yes, ma'am.
 6              THE COURT:
 7              Thank you.  Please call me or come
 8  back to see me if things don't work out the way we
 9  plan them to.
10              MR. KELLY:
11              Yes, ma'am. And you need the mother
12  to sign the PSBU before she leaves, correct?
13              THE COURT:
14              Yea, she's going to have to go to the
15  clerk's office to deal with that once we fill out
16  the bail order --
17              MR. KELLY:
18              Thank you, Your Honor.
19              THE COURT:
20              -- which I'm waiting on now. (EOH)
21
22
23
24
25
26
27
28
29
30
31
32
```

Criminal District Court, Section "F"

8

OPDA-INT 004421

OPDA17935

```
 1
 2
 3
 4                          REPORTER'S PAGE
 5
 6          I, TAMMY LeBLANC JOSEPH,  Certified Court
 7  Reporter in and for the State of Louisiana, the
 8  Officer, as defined in Rule 28 of the Federal Rules of
 9  Civil Procedure and/or Article 1 --34(B) of the
10  Louisiana Code of Civil Procedure, before whom this
11  proceeding was taken was Allison Braxon-Baehr, but I
12  do hereby state on the Record:
13          That due to the interaction in the
14  spontaneous discourse of this proceeding, dashes (--)
15  have been used to indicate pauses, changes in thought,
16  and/or talkovers; that same is the proper method for
17  a Court Reporter's transcription of proceeding, and
18  that the dashes (--) do not indicate that words or
19  phrases have been left out of this transcript;
20          That any words and/or names which could not
21  be verified through reference material have been
22  denoted with the phrase "(spelled phonetically)."
23
24
25
26
27                    _____
28          TAMMY LeBLANC JOSEPH
29                        Certified Court Reporter
30
31
32
            Criminal District Court, Section "F"
                                                9
```

OPDA-INT 004422

OPDA17936

1

2

3

4                    **REPORTER'S CERTIFICATE**

5

6              This certification is valid only for

7    a transcript accompanied by my original signature

8    and original required seal on this page.

9              I, TAMMY LeBLANC JOSEPH, Official

10   Certified Court Reporter, in and for the State of

11   Louisiana, employed as an Official Court Reporter by

12   the Orleans Parish Criminal District Court for the

13   State of Louisiana, do hereby certify that this

14   testimony was reported by Allison Braxton-Baehr in

15   the stenomask reporting method, was prepared and

16   transcribed by me or under my direction and

17   supervision, and is a true and correct transcript to

18   the best of my ability and understanding;

19              That the transcript has been prepared

20   in compliance with transcript format guidelines

21   required by statute, or by rules of the board, or by

22   the Supreme Court of Louisiana;

23              That I am not of counsel, not related

24   to counsel or the parties herein, nor am I otherwise

25   interested in the outcome of this matter.

26              Certified to this 22nd day of August,

27   2017, New Orleans, Louisiana.

28

29

30

31        Tammy LeBlanc Joseph, CCR

32

          Criminal District Court, Section "F"

                                              10
OPDA-INT 004423

OPDA17937