# EXHIBIT 31

```
 1
 2    STATE OF LOUISIANA        CASE NUMBER:   524-644 "F"
 3
 4    VERSUS                    PARISH OF ORLEANS
 5
 6    RENATA SINGLETON          CRIMINAL DISTRICT COURT
 7
 8
 9
10           Status hearing of the above-referenced
11    matter, held on the 3rd day of June, 2015, before the
12    Honorable Robin D. Pittman, judge presiding.
13
14
15
16    APPEARANCES:
17
18           REPRESENTING THE STATE OF LOUISIANA:
19                TIFFANY TUCKER, ESQUIRE
20
21           REPRESENTING THE DEFENDANT:
22                KEVIN KELLY, ESQUIRE
23
24
25
26    REPORTED BY:
27    Allison Braxton-Baehr, CCR
28
29    TRANSCRIBED BY:
30    Tammy LeBlanc Joseph, CCR
31
32
              Criminal District Court, Section "F"
```

1

OPDA-INT 004414

```
 1                      PROCEEDINGS
 2              THE COURT:
 3                 Ms. Singleton, if you could come back
 4   up.  All right, so we are going to pick up where we
 5   left off yesterday.  You were arrested on filed
 6   arrest of capias notification.  The court has been
 7   asked by your attorney, Mr. Kelly, to set a bond on
 8   this matter.  The court is going to set the bond at
 9   $5000 based on the fact that you had no prior
10   record, and all the circumstances explained to the
11   court yesterday, but as a condition of your bond,
12   the court is going to place you on electronic
13   monitoring.  Swear her in, please.
14              (MS. RENATA SINGLETON, after having
15   been first duly sworn, did testify as follows:)
16   BY THE COURT
17       Q.   What's your date of birth, Ms. Singleton?
18       A.   January the 5, 1980.
19       Q.   One, five, 1980.  The address where you
20   will be residing.
21       A.   7510 Farwood Drive.
22       Q.   Wait, 7510 what?
23       A.   Farwood Drive.
24       Q.   Spell it for me.
25       A.   F-A-R-W-O-O-D.
26       Q.   Is it drive, street, place, what is it?
27       A.   Drive.
28       Q.   Drive.  Is there an apartment number?
29       A.   No, ma'am.
30       Q.   What's the zip code?
31       A.   70126.
32       Q.   70126.  All right, deputy, if you can give
            Criminal District Court, Section "F"
                                                        2
```

OPDA-INT 004415

```
 1  Ms. Singleton a subpoena to come back tomorrow, June
 2  4, at 9 am. I heard that you have young kids.
 3       A.   Yes, ma'am.
 4       Q.   What's the age of the oldest?
 5       A.   Eighteen.
 6       Q.   Eighteen, all right. Do you work, Ms.
 7  Singleton?
 8       A.   Yes.
 9       Q.   So, were you going to be working today?
10       A.   Uh-mm --
11       Q.   Probably not, right?
12       A.   No.
13       Q.   All right. So, I need you inside tonight
14  at 8 pm.
15       A.   Yes, ma'am.
16       Q.   Obviously, you are not allowed to leave
17  the state. So, as a condition of being lowered or
18  agreeing to reduce your bond, I am going to have you
19  placed on EMP, electronic monitoring, it's an ankle
20  bracelet until further notice. Hopefully, just
21  until tomorrow but at least I'm leaving it open
22  until further notice, and an 8 pm curfew. And as
23  I've already said, you obviously can't leave the
24  state.
25       A.   Yes, ma'am.
26       Q.   So, Mr. Kelly had indicated that your
27  mother may be standing in to do a personal surety
28  bond. If we can have the lady come up and be sworn
29  in, and Ms. Singleton, you can have a seat.
30            THE COURT:
31            Actually, Mr. Kelly, just give me one
32  second. (Non-related matters handled.)
```

Criminal District Court, Section "F"

3

OPDA-INT 004416

```
 1              (MS. BRENDA SINGLETON, after having
 2   been first duly sworn, did testify as follows:)
 3              THE COURT:
 4              All right, Mr. Kelly. I'm ready when
 5   you are.
 6   BY MR. KELLY
 7      Q.  Please state your name and address for the
 8   record, please.
 9      A.  My name is Brenda Singleton. I live at
10   5748 Tullis Drive, New Orleans, Louisiana, 70131,
11   Apartment "B".
12      Q.  You're Miss Singleton's mother?
13      A.  Yes.
14      Q.  And we are prepared for you to sign a PSBU
15   bond. Are you aware of what that is?
16      A.  Yes, you have explained it to me.
17      Q.  It's $5000 and if Miss Singleton doesn't
18   show up in court, you are going to be responsible
19   for paying the court $5000.
20      A.  Yes, sir.
21      Q.  All right, and you are prepared to
22   undertake that obligation?
23      A.  Yes, I will.
24      Q.  Okay. Would you please tell us about any
25   income in which you receive, via job, or any other
26   means?
27      A.  I work for a company called Total Truck
28   and Trailer. I'm their payroll clerk, and I also
29   own a tax office, my own personal business.
30      Q.  Okay, and approximately how much money do
31   you make per month?
32      A.  About $3500.
```

Criminal District Court, Section "F"

4

OPDA-INT 004417

OPDA17931

```
 1      Q.   Thirty five hundred a month?
 2      A.   Uh-huh (affirmative response).
 3      Q.   And do you own your own house?
 4      A.   Buying it, yes.
 5      Q.   Yes, and how much is that house?  Last
 6 time it was appraised, how much is that house worth?
 7      A.   One fifty.
 8      Q.   One fifty?  And how much money do you owe
 9 on that house?
10      A.   Sixty thousand.
11      Q.   So, you have approximately $90,000 worth
12 of equity in that house?
13      A.   Yes, sir.
14      Q.   Okay, and if you had to, you would be able
15 to pay the $5000 if Miss Singleton didn't show up to
16 court?
17      A.   Yes, I would, but I know she'll be here.
18      Q.   I do too.
19           MR. KELLY:
20                Does the state have any questions?
21           MS. TUCKER:
22                No, judge.
23           MR. KELLY:
24                Your Honor, do you have any
25 questions?
26           THE COURT:
27                I do.
28 BY THE COURT
29      Q.   Do you have a checking or savings account?
30      A.   Yes, ma'am.
31      Q.   And how many?  How many checking accounts,
32 how many savings, one each?
```

                Criminal District Court, Section "F"
                                                    5

OPDA-INT 004418

OPDA17932

```
 1        A.   I have two checking, one for the business,
 2   and one for my personal --
 3        Q.   Oh, you own a business?
 4        A.   Yes, ma'am.  I own a tax office.
 5        Q.   What kind of business, tax?
 6        A.   Yes, ma'am.
 7        Q.   Okay, and for your personal checking, how
 8   much would you say, cash, you have on hand?
 9        A.   It's, like, $2200.
10        Q.   You have a savings?
11        A.   No, ma'am.
12        Q.   All right.  And so, are you the sole owner
13   of the business?
14        A.   Yes, ma'am.
15        Q.   Yes?
16        A.   Yes, ma'am.
17        Q.   Okay.  And so, you would be able to go
18   into that monies if need be, if you had to pay the
19   court $5000 if Miss Singleton should fail to appear?
20        A.   Yes, ma'am.
21        Q.   And how much is in that second account?
22        A.   Sixty-one hundred.
23        Q.   All right, and again, I think Mr. Kelly
24   has already said it but I want to reiterate it.  You
25   understand if she doesn't come to court that you
26   will be responsible for $5000?  It's not on a
27   payment plan.  You are going to have to come up with
28   that up front.
29        A.   Yes, ma'am.
30             THE COURT:
31             All right, I have no further
32   questions.  I am --
```

Criminal District Court, Section "F"

6

```
 1                THE WITNESS:
 2                   Thank you.
 3                THE COURT:
 4                   Is there anything by the state?
 5                MS. TUCKER:
 6                   No, judge.
 7                THE COURT:
 8                   All right, you can step down.  Oh,
 9   here, here's your ID.
10                THE WITNESS:
11                   Thank you.
12                THE COURT:
13                   I have reviewed her ID and she is who
14   she says she is.  All right, Ms. Singleton, you can
15   step down and I'll allow her to do a PSBU in the
16   amount of $5000.  So, the minute entry should
17   reflect court set the bond at $5000.  PSBU will be
18   allowed upon the condition that she be released on
19   electronic monitoring.  They both have to happen in
20   order for her to be released; then, she is to
21   receive a subpoena to come back tomorrow at 9 am,
22   and I have already gone through the conditions of
23   the EM program with you.  You have any questions,
24   Miss Renata Singleton?  Any questions?
25                MR. KELLY:
26                   Your Honor, I actually have a
27   question.  She's going to be taken back to the jail
28   and electronic monitor will come to the jail and fit
29   her?
30                THE COURT:
31                   Yea.
32                MR. KELLY:
```

              Criminal District Court, Section "F"
                                                      7

7                                              OPDA17934

```
 1                    Okay.
 2              THE COURT:
 3                    They are located in the jail.
 4              MR. KELLY:
 5                    Yes, ma'am.
 6              THE COURT:
 7                    Thank you.  Please call me or come
 8       back to see me if things don't work out the way we
 9       plan them to.
10              MR. KELLY:
11                    Yes, ma'am. And you need the mother
12       to sign the PSBU before she leaves, correct?
13              THE COURT:
14                    Yea, she's going to have to go to the
15       clerk's office to deal with that once we fill out
16       the bail order --
17              MR. KELLY:
18                    Thank you, Your Honor.
19              THE COURT:
20                    -- which I'm waiting on now. (EOH)
21
22
23
24
25
26
27
28
29
30
31
32
                  Criminal District Court, Section "F"
                                                    8
```

OPDA-INT 004421

OPDA17935

REPORTER'S PAGE

I, TAMMY LeBLANC JOSEPH, Certified Court Reporter in and for the State of Louisiana, the Officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1 --34(B) of the Louisiana Code of Civil Procedure, before whom this proceeding was taken was Allison Braxon-Baehr, but I do hereby state on the Record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(spelled phonetically)."

_____

TAMMY LeBLANC JOSEPH
        Certified Court Reporter

Criminal District Court, Section "F"

9

OPDA-INT 004422

### REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, TAMMY LeBLANC JOSEPH, Official Certified Court Reporter, in and for the State of Louisiana, employed as an Official Court Reporter by the Orleans Parish Criminal District Court for the State of Louisiana, do hereby certify that this testimony was reported by Allison Braxton-Baehr in the stenomask reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statute, or by rules of the board, or by the Supreme Court of Louisiana;

That I am not of counsel, not related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.

Certified to this 22nd day of August, 2017, New Orleans, Louisiana.




Tammy LeBlanc Joseph, CCR

Criminal District Court, Section "F"

10
OPDA-INT 004423

OPDA17937