# EXHIBIT 32

```
   Case: 522558           D O C K E T   M A S T E R        Date: 07/12/2017
   Section: F                                                Time:  21:47:02
   Class: 3
                           ORLEANS PARISH CRIMINAL DISTRICT COURT

===========================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
===========================================================================

   1 CROSSLEY, VERNON W Jr.
                            1  RS 14  35                  BOND:       0.00
                               SIMPLE BATTERY
                            1  RS 14  56(B)(1)            BOND:       0.00
                               SIMPLE CRIMINAL DAMAGE TO PROPTY < $500
                            1  RS 14  56(B)(2)            BOND:  10,000.00
                               SIMPLE CRIMINAL DAMAGE $500 TO $50,000


===========================================================================
   DATE    PROCEEDINGS
===========================================================================

11/19/2014                                                           HEISERD
           FILED BILL OF INFORMATION
           CAPIAS ISSUED
           BOND SET $10,000.00 (14:56(B)(2))
           NO BOND SET FOR R.S. 14:35
           MAGISTRATE PAPERWORK FILED (M#548109 DOB:█████/79 F#2401644)
           *****************************************************************
           *****************************************************************
           ALLOTTED, ARRAIGNMENT SET FOR 12/10/14.
           FILED SURETY BOND $10,000.00 DATE OF BOND:11/03/14
                                SURETY:BANKERS INS.
12/10/2014                                                           HEISERD
           >THE DEFENDANT, VERNON W CROSSLEY JR APPEARED FOR ARRAIGNMENT.
           >COURT APPOINTED STANISLAV MOROZ , OPD. >DEFENDANT TO PAY
           $40.00 TO OPD. >READING OF BILL OF INFORMATION WAIVED.
           >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
           RIGHT TO TRIAL BY JUDGE OR JURY. THE COURT ORDERED THE
           DEFENDANT TO FILL OUT A FORMAL APPLICATION WITH OPD. THE COURT
           SET BOND ON COUNT 2 AT $3500 (BAIL #20759) WHICH WAS SATISFIED.
           >DISCOVERY HEARING SET FOR 12/15/14 IN SECTION F . >NOTIFY
           DEF.COUNSEL. >DNOC.
           *****************************************************************
           *****************************************************************
           FILED SURETY BOND $3,500.00 DATE OF BOND:12/10/14
                                SURETY:SENECA INS.
12/15/2014                                                           COWARTM
           >THE DEFENDANT, VERNON W CROSSLEY JR APPEARED FOR DISCOVERY
           HEARING WITH COUNSEL, STANISLAV MOROZ. THE STATE TENDERED THE
           POLICE REPORT AND 911 TAPE TO THE DEFENSE. >HEARING ON MOTIONS
           SET FOR 01/16/15 IN SECTION F . >SEND NOTICES. >NOTIFY
           DEF.COUNSEL. >DNOC.
12/18/2014                                                           COWARTM
           >THIS MATTER WAS SET IN ERROR.
01/06/2015                                                          TROSCLAIR
           CLERK'S OFFICE RECEIVED DEFENSE MOTION TO APPOINT SPECIAL
           PROCESS SERVER; APPLICATION FOR SUBPOENA DUCES TECUM.
           (V.CROSSLEY)
           >DEFENSE COUNSEL STANISLAV MOROZ APPEARED WITHOUT DEFENDANT,
           VERNON W CROSSLEY JR FOR UNSCHEDULED JUDICIAL ACTIVITY. THE
           DEFENSE FILED MOTIONS FOR SDT. >RETURN DATE/SUBP DUCES TECUM
           SET FOR 01/12/15 IN SECTION F . >NOTIFY DEF.COUNSEL.
           >DEFENDANT'S PRESENCE NOT REQUIRED.
01/12/2015                                                          TROSCLAIR
```

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|----|
|            | CLERK'S OFFICE RECEIVED STATE'S MOTION FOR DISCOVERY BY STATE. >THE DEFENDANT, VERNON W CROSSLEY JR APPEARED FOR RETURN DATE/SUBP DUCES TECUM WITH COUNSEL, STANISLAV MOROZ RENE DEROSJAS APPEARED ON BEHALF OF SAM'S AND INDICATED THAT HE WILL TENDERED THE REQUESTED INFORMATION TO DEFENSE COUNSEL BY 1/14/15. THE STATE AMENDED THE BILL OF INFORMATION TO 14:56(B)(1) UNDER $500.00. >HEARING ON MOTIONS SET FOR 01/15/15 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >DNOC. |
| 01/15/2015 | HEISERD |
|            | HEARING ON MOTIONS RESET TO 01/16/15. >THIS MATTER WAS SET IN ERROR ON TODAY'S DOCKET. THE DEFENDANT, VERNON W CROSSLEY JR, PREVIOUSLY RECEIVED SERVICE FOR 01/16/15. >HEARING ON MOTIONS SET FOR 01/16/15 IN SECTION F . |
| 01/16/2015 | COWARTM |
|            | >THE DEFENDANT, VERNON W CROSSLEY JR APPEARED FOR HEARING ON MOTIONS WITH COUNSEL, STANISLAV MOROZ. THE STATE AMENDED THE CHARGE OF SIMPLE CRIMINAL DAMAGE TO A MISDEMEANOR. >TRIAL SET FOR 02/27/15 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >DNOC. |
| 02/27/2015 | COWARTM |
|            | >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITH COUNSEL, STANISLAV MOROZ FOR TRIAL. >CONTINUED ON STATE MOTIO. >TRIAL SET FOR 03/20/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >DNOC. |
| 03/20/2015 | COWARTM |
|            | >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITH COUNSEL, STANISLAV MOROZ FOR TRIAL. >CONTINUED ON STATE MOTION. THE WITNESS/VICTIM WAS NOT PROPERLY SERVED. THE SERVICE STATED: LEFT IN DOOR. >TRIAL SET FOR 04/24/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. SEND AN INSTANTER TO RENATA SINGLETON AT 7510 FARWOOD DRIVE, NEW ORLEANS, LA 70126. >DNOC. |
| 04/24/2015 | COWARTM |
|            | >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITH COUNSEL, STANISLAV MOROZ FOR TRIAL. >CONTINUED ON STATE MOTION. THE COURT EXTENDED THE STAY AWAY ORDER THAT IS IN EFFECT UNTIL 6/30/15. >TRIAL SET FOR 06/04/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >DNOC. |
| 06/04/2015 | COWARTM |
|            | >THE DEFENDANT, VERNON W CROSSLEY JR APPEARED FOR TRIAL WITH COUNSEL, STANISLAV MOROZ >COUNT 1 AMENDED TO RS 14 56(B)(1) SIMPLE CRIMINAL DAMAGE TO PROP THE STATE AMENDED COUNT 1 ON 1/12/15. >DEFENDANT PLED GUILTY >FOR COUNT 1 RS 14 56(B)(1) PLED GUILTY AS CHARGED. >FOR COUNT 2 RS 14 35 PLED GUILTY AS CHARGED. >VERNON W CROSSLEY JR DEFENDANT WAIVED DELAYS. >SENTENCE: >AS TO COUNTS 1, 2, >6 MONTHS, AT OPP. >6 MONTHS, SUSPENDED. >1 YEARS, INACTIVE PROBATION. >CREDIT FOR TIME SERVED. COUNTS 1 & 2 ARE TO RUN CONCURRENT WITH EACH OTHER. >THE FOLLOWING COSTS ARE ASSESSED AS TO COUNT 1: >$244.00 FOR MISDEMEANOR COURT COSTS; >$500.00 MISDEMEANOR/FELONY COSTS ASSESSED(JEF)R.S.1381.4(A)(2); >$200.00 TO THE INDIGENT TRANSCRIPT FUND; AS A CONDITION OF PROBATION, THE DEFENDANT MUST ENROLL IN AND COMPLETE AN ANGER MANAGMENT PROGRAM AND PROVIDE THIS COURT WITH PROOF OF ENROLLMENT ON 7/3/15. THE VICTIM IN THIS MATTER DOES NOT WISH TO HAVE A STAY AWAY ORDER IN EFFECT. THE VICTIM IN THIS MATTER DOES NOT WISH TO RECEIVE RESTITUTION FOR THE DAMAGE PHONE. >STATUS ON PAYMENTS SET FOR 07/03/15 >PROBATION STATUS HEARING SET FOR 07/03/15 >DNOC. |
| 06/05/2015 | COWARTM |
|            | >DEFENDANT, VERNON W CROSSLEY JR DID NOT APPEAR FOR UNSCHEDULED JUDICIAL ACTIVITY. >STATUS ON PAYMENTS SET FOR 07/02/15 >PROBATION STATUS HEARING SET FOR 07/02/15 >SEND NOTICE TO DEFENDANT AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AND TO ADDRESS ON BOND IF DIFFERENT. ********** CLERK PLEASE VACATE 7/3/15 DATE ********** |
| 07/02/2015 | COWARTM |
|            | >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR |

OPDA18391

```
              FOR PROBATION STATUS HEARING. THE DEFENDANT STATED THAT HE WILL
              START THE ANGER MANAGEMENT PROGRAM ON 7/7/15 AND WILL BRING
              PROOF ON 8/3/15. >PROBATION STATUS HEARING SET FOR 08/03/15
              >NOTIFY DEF.COUNSEL. >DNOC.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS. >THE DEFENDANT PAID $60.00 AND HIS BALANCE
              IS $884.00. >STATUS ON PAYMENTS SET FOR 08/03/15 >DNOC.
08/03/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              FOR PROBATION STATUS HEARING. THE COURT ADVISED THE DEFENDANT
              THAT A MORE DETAILED LETTER IS REQUIRED BY THE JONES' COUNSELING
              SERVICE, LLC. >PROBATION STATUS HEARING SET FOR 09/03/15 >DNOC.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS. >THE DEFENDANT PAID $50.00 AND HIS BALANCE
              IS $834.00. >STATUS ON PAYMENTS SET FOR 09/03/15 >DNOC.
09/03/2015                                                           WRIGHTD
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              PROBATION STATUS HEARING THE COURT ORDERED THE DEFENDANT TO
              BRING A COPY OF HIS ANGER MANAGEMENT DOCUMENTS UPON HIS RETURN
              TO COURT. >PROBATION STATUS HEARING SET FOR 09/11/15 IN SECTION
              F . >NOTIFY DEF.COUNSEL. >DNOC.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS >CONTINUED ON DEFENSE MOTION. >STATUS ON
              PAYMENTS SET FOR 09/11/15 IN SECTION F . >DNOC.
09/11/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              PROBATION STATUS HEARING. THE DEFENDANT PROVIDED THE COURT WITH
              PROOF OF ATTENDANCE FOR ANGER MANAGEMENT WITH THE JONES
              COUNSELING SERVICES, 3908 JOLIET STREET, NOLA 70118, 504-616-6385
              AND SHOULD PROVIDED PROOF OF ATTENDANCE ON 10/7/15. >PROBATION
              STATUS HEARING SET FOR 10/07/15 >NOTIFY DEF.COUNSEL. >DNOC.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS. >THE DEFENDANT PAID $60.00 AND HIS BALANCE
              IS $774.00. >STATUS ON PAYMENTS SET FOR 10/07/15 >DNOC.
10/02/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              UNSCHEDULED JUDICIAL ACTIVITY. THE COURT GRANTED THE DEFENDANT
              PERMISSION TO TRAVEL OUT OF STATE FOR AN EMPLOYMENT
              ORIENTATION. ***** CLERK PLEASE VACATE 10/07/15 DATE ****
              >PROBATION STATUS HEARING SET FOR 10/09/15 >STATUS ON PAYMENTS
              SET FOR 10/09/15 >DNOC.
10/09/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              PROBATION STATUS HEARING. THE DEFENDANT WILL PROVIDE PROOF OF
              ANGER MANAGEMENT CLASSES ON 10/16/15. >PROBATION STATUS HEARING
              SET FOR 10/16/15 >DNOC.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS. >THE DEFENDANT WAS GRANTED AN EXTENSION
              UNTIL 10/16/15. >STATUS ON PAYMENTS SET FOR 10/16/15 >DNOC.
10/16/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              PROBATION STATUS HEARING. THE DEFENDANT HAS COMPLETED THE ANGER
              MANAGEMENT PROGRAM. >CONTINUED WITHOUT DATE.
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              STATUS ON PAYMENTS. >THE DEFENDANT PAID $50.00 AND HIS BALANCE
              IS $724.00. >STATUS ON PAYMENTS SET FOR 11/13/15 >DNOC.
11/13/2015                                                           COWARTM
              >THE DEFENDANT, VERNON W CROSSLEY JR FAILED TO APPEAR FOR STATUS
              ON PAYMENTS. >ALIAS CAPIAS WITH NO BOND. >CONTINUED WITHOUT
              DATE.
11/17/2015                                                           COWARTM
              >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
              FOR UNSCHEDULED JUDICIAL ACTIVITY. THE DEFENDANT PAID $50.00
              AND HIS BALANCE IS $674.00. >COURT RECALLED THE ALIAS CAPIAS.
              >STATUS ON PAYMENTS SET FOR 11/19/15 >DNOC.
```

OPDA18392

```
11/19/2015                                                         COWARTM
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           STATUS ON PAYMENTS. >THE DEFENDANT PAID $50.00 AND HIS BALANCE
           IS $624.00. >STATUS ON PAYMENTS SET FOR 12/17/15 >DNOC.
12/17/2015                                                         COWARTM
           >THE DEFENDANT, VERNON W CROSSLEY JR.'S FAMILY MEMBER APPEARED
           FOR STATUS ON PAYMENTS. THE COURT ALLOWED A FAMILY MEMBER TO
           MAKE THE DEFENDANT'S PAYMENT DUE TO DEFENDANT'S WORK SCHEDULE.
           >THE DEFENDANT PAID $100.00 AND HIS BALANCE IS $524.00. >STATUS
           ON PAYMENTS SET FOR 01/19/16 >NOTIFY DEFENDANT.
01/19/2016                                                         COWARTM
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           STATUS ON PAYMENTS. >THE DEFENDANT PAID $100.00 AND HIS BALANCE
           IS $424.00. >STATUS ON PAYMENTS SET FOR 02/19/16 >DNOC.
02/19/2016                                                         COWARTM
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           STATUS ON PAYMENTS. >THE DEFENDANT PAID $100.00 AND HIS BALANCE
           IS $324.00. >STATUS ON PAYMENTS SET FOR 03/18/16 >DNOC.
03/18/2016                                                         COWARTM
           >THE DEFENDANT, VERNON W CROSSLEY SR, APPEARED WITHOUT COUNSEL
           FOR STATUS ON PAYMENTS ON BEHALF OF HIS SON, VERNON CROSSLEY, JR
           AND REQUESTED AN EXTENSION. THE DEFENDANT IS OUT OF TOWN FOR HIS
           JOB. THE DEFENDANT MUST APPEAR ON 3/23/16. >THE DEFENDANT WAS
           GRANTED AN EXTENSION UNTIL 03/23/16. >STATUS ON PAYMENTS SET
           FOR 03/23/16 >CROSSELY, SR. ACCEPTED SERVICE FOR CROSSLEY, JR.
03/23/2016                                                         COWARTM
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           STATUS ON PAYMENTS. >THE DEFENDANT PAID $100.00 AND HIS BALANCE
           IS $224.00. >STATUS ON PAYMENTS SET FOR 04/20/16 >DNOC.
04/20/2016                                                         COWARTM
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           STATUS ON PAYMENTS. >THE DEFENDANT PAID $50.00 AND HIS BALANCE
           IS $174.00. >STATUS ON PAYMENTS SET FOR 05/18/16 >DNOC.
05/18/2016                                                         COWARTM
           >THE DEFENDANT, VERNON W CROSSLEY SR. APPEARED WITHOUT COUNSEL
           FOR STATUS ON PAYMENTS ON BEHALF OF HIS SON, VERNON W CROSSLEY,
           JR. >THE DEFENDANT PAID $100.00 AND HIS BALANCE IS $74.00.
           >PROBATION STATUS HEARING SET FOR 06/03/16 >DNOC.
06/03/2016                                                         COWARTM
           >THE DEFENDANT, VERNON W CROSSLEY JR FAILED TO APPEAR FOR
           PROBATION STATUS HEARING AFTER BEING PERSONALLY SERVED. THE
           TIME NOW IS 11:43 A.M. >ALIAS CAPIAS ISSUED FOR $10,000.00.
           >CONTINUED WITHOUT DATE.
06/06/2016                                                         KINGTA
           >DEFENDANT, VERNON W CROSSLEY JR APPEARED WITHOUT COUNSEL FOR
           UNSCHEDULED JUDICIAL ACTIVITY. THE DEFENDANT PAID $74.00. ALL
           FINES & FEES ARE PAID IN FULL. THE DEFENDANT'S PROBATION HAS
           EXPIRED. >COURT RECALLED THE ALIAS CAPIAS. >CASE CLOSED, THIS
           DEFENDANT.
           *****************************************************************
           THE DEFENDANT HAS PAID ALL FINES AND FEES AS ORDERED BY THE
           COURT.
=============================================================================
                             END OF DOCKET MASTER
=============================================================================
```

Disclaimer:

The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this

information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.