# EXHIBIT 33

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENATA SINGLETON; MARC
MITCHELL; LAZONIA BAHAM;
TIFFANY LACROIX; and SILENCE IS
VIOLENCE,

    Plaintiffs,

v.

LEON CANNIZZARO, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
GRAYMOND MARTIN; DAVID PIPES;
JASON NAPOLI; ARTHUR MITCHELL;
LAURA RODRIGUE, in their individual
capacities,

    Defendants.

Civil Action No. 17-10721

Section H
Judge Jane Triche Milazzo

Division 1
Magistrate Judge Janis van Meerveld

## DECLARATION OF KENYATTA PHILLIPS

Pursuant to 28 U.S.C. § 1746, I, Kenyatta Phillips, make the following declaration based on my personal knowledge:

1. I live in New Orleans, Louisiana. I am a police officer with the New Orleans Police Department. I have worked for NOPD for 16 years.

2. Sometime in 2015, I was contacted by my friend Renata Singleton. She told me she had received some kind of court document related to a case against her ex-boyfriend, Vernon Crossley.

3. Renata told me that she found the paper in her house on the floor. She thought maybe it had been put in the door, and when her son came in it blew into the house.

4. She showed me the document. I don't remember what it looked like, but I remember telling her it was probably some kind of court document telling her about the dates for the case.
5. I told her that whatever the document it was, she hadn't been properly served. You don't serve somebody by sticking a piece of paper in their door. I told her that someone should probably come back to serve her correctly with official papers.
6. In May 2015, I got a call saying there were police at Renata's house and that they were going to arrest her.
7. I went over to Renata's house. I recognized one of the policemen who was there. They told me they had a warrant for her arrest.
8. I explained to them that Renata was my friend, that she always followed the law, and that she planned to go to court in response to the subpoena.
9. I promised the officers that I would go with Renata to the DA's Office the next day to try to clear things up and explain that she intended to comply with the subpoena and go to court.
10. The police first said that they had a warrant, and there was nothing they could do, they had to arrest her.
11. One of the police eventually called the DA's office. He walked away and made a phone call.
12. He came back and said that they had agreed to let me bring Renata in to the DA's office the next day. He said he was putting himself on the line by letting me do that.
13. The next day I went with Renata to the DA's office. Renata showed the receptionist the subpoena, and we waited in the seating area.

14. Eventually, a black man came downstairs, and introduced himself. I understood he was the prosecutor on the case. He took us upstairs to a conference room.

15. We started talking about why police came to arrest Renata the night before. I asked him why they had come to arrest her. He asked who I was, and I explained that I was Renata's friend. He asked me if I was a witness in the case and I said no. And then he told me if I didn't have anything to do with the case he was going to have to ask me to leave.

16. I left and waited in the reception area for Renata. After several minutes, she came down with a police officer. She told me she was being arrested. She gave me her purse to hold. The police officer left with her and I understand that he took her directly to jail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of December, 2020.

_____
Kenyatta Phillips