UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE, *Plaintiffs*, v. LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities, *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |
|---|---|

**LIST OF EXHIBITS IN SUPPORT OF PLAINTIFF'S LAZONIA BAHAM'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS, AND PLAINTIFF'S COUNTER-STATEMENT OF UNDISPUTED FACTS**

| Exhibit Number | Description | Bates / Dkt. | Additional Notes |
|---|---|---|---|
| 1 | Transcript of Deposition of Lazonia Baham (Sept. 11, 2020) | n/a | |
| 2 | Declaration of Lazonia Baham (Dec. 15, 2020) | n/a | |
| 3 | Subpoenas received by L. Baham | PL20920, 20921, 20922, 20926, 20927, 20929 | |
| 4 | Docket Master for *State v. Isaac Jones*, No. 517-255 | PL13072-77 | |
| 5 | Docket Master for *State v. Isaac Jones*, No. 536-436 | PL15644-47 | |

1

| | | | |
|---|---|---|---|
| 6 | Baham Grand Jury Subpoena (Aug. 22, 2013) | OPDA10382 | |
| 7 | Baham Grand Jury Subpoena (Aug. 29, 2013) | OPDA10396 | |
| 8 | Declaration of Bruce Hamilton (Dec. 14, 2020) | n/a | |
| 9 | Transcript of Motion Hearing in *State v. Isaac Jones* (Mar. 1, 2018) | PL00199-206 | |
| 10 | Fake Subpoena Template (entered as Ex. 1 in Deposition of Lazonia Baham) | n/a | |
| 11 | Fake Subpoena Template Email (May 13, 2014) | OPDA39340-43 | |
| 12 | Example of letter and fake subpoena (Sept. 11, 2015) | OPDA00001-02 | |
| 13 | Compilation of letters and fake subpoenas (entered as Ex. 15 in Deposition of David Pipes) | OPDA00113-14, OPDA00117-18, OPDA00108, OPDA00110-11, OPDA00031, OPDA00033, OPDA00035, OPDA00120, OPDA00066, OPDA00116, OPDA00122, OPDA00059, OPDA00061, OPDA00053, OPDA00055, OPDA00057, OPDA00068, OPDA00046, OPDA00048-49, OPDA00051, OPDA00037-38, | |

| | | | |
|---|---|---|---|
| | | OPDA00040, OPDA00042, OPDA00044, OPDA00064, OPDA00072, OPDA00098, OPDA00100, OPDA00095, OPDA00071, OPDA00074, OPDA00089, OPDA00091, OPDA00093, OPDA00104, OPDA00106, OPDA00082, OPDA00077, OPDA00025, OPDA00027, OPDA00088, OPDA00086, OPDA00017, OPDA00023, OPDA00079, OPDA00019, OPDA00084, OPDA00080, OPDA00097, OPDA00021, OPDA00002, OPDA00102 | |
| 14 | Compilation of different fake subpoena types | PL12396, OPDA10249, OPDA00322, OPDA00029, OPDA00113, OPDA00003, OPDA00062, OPDA00320, OPDA00075, OPDA086024, PL04121 | |
| 15 | Baham Grand Jury Subpoena (Aug. 15, 2013) | OPDA10458 | |
| 16 | Grand Jury Testimony (Aug. 15, 2013) | OPDA10568-93 | |
| 17 | Email from M. Preston to C. Givens re: D. Baham and L. Baham (Aug. 14, 2013) | OPDA10415 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 18 | Grand Jury Subpoenas to other witnesses (Aug. 15, 2013) | OPDA10370 (Blake Daniel); OPDA10427 (Judith Cassidy Geissler); OPDA10459 (Dinnika | |

3

| | | | |
|---|---|---|---|
| | | Baham); OPDA10485 (Rhonda Rickmon) | |
| 19 | Transcript in *State v. Isaac Jones*, No. 526-742 (Jan. 6, 2016) | PL10963-68 | |
| 20 | CourtNotify records (May 15, 2017) | NOLA00013-15 | |
| 21 | Return of service for L. Baham (May 15, 2017) | PL00224 | |
| 22 | CourtNotify records (Aug. 14, 2017) | NOLA00044-46 | |
| 23 | Instanter subpoena for D. Baham (Aug. 14, 2017) | PL00220 | |
| 24 | Instanter subpoena for L. Baham (Aug. 14, 2017) | PL00221 | |
| 25 | Instanter subpoena for E. O'Sullivan (Aug. 14, 2017) | PL00222 | |
| 26 | Instanter subpoena for S. Huber (Aug. 14, 2017) | PL00223 | |
| 27 | Minute entry from clerk's file documenting service of a subpoena for L. Baham for Mar. 5, 2018 (Mar. 1, 2018) | PL15653 | |
| 28 | Minute entry from clerk's file documenting that Court granted State's motion for an instanter subpoena for L. Baham (Feb. 20, 2018) | PL15654 | |
| 29 | Minute entry from clerk's file documenting that Court granted State's motion for an instanter subpoena (Oct. 19, 2017) | PL15660 | |
| 30 | Minute entry from clerk's file documenting that Court ordered the State to file a motion for an instanter subpoena (Oct. 16, 2017) | PL15661 | |

| | | | |
|---|---|---|---|
| 31 | Baham CourtNotify Service History | NOLA00029-31 | |
| 32 | Docket Master for *State v. Baham*, No. 526-742 | OPDA12724-25 | |
| 33 | Transcript of Deposition of Michael Kitchens (Nov. 12, 2020) | n/a | |
| 34 | Transcript of Deposition of Jason Napoli (Oct. 5, 2020) | n/a | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 35 | CourtNotify record with Napoli name | INDEF00907-08 | |
| 36 | Motion and Order for Material Witness Bond for L. Baham (Oct. 13, 2015) | OPDA12744-45 | |
| 37 | Declaration of Colin Reingold (Dec. 11, 2020) | n/a | |
| 38 | Testimony given by L. Baham in *State v. Isaac Jones*, No. 517-255 (Apr. 4, 2016) | OPDA069047-88 | |
| 39 | Subpoena to L. Baham (Jan. 21, 2016) | | |
| 40 | Transcript of Deposition of David Pipes (Rough) (Dec. 4, 2020) | n/a | |
| 41 | Collection of fake OPDA subpoenas | OPDA086024, OPDA086014, OPDA086016, OPDA086018, OPDA086034, OPDA086094 | |
| 42 | Collection of Rickmon letters and fake subpoenas | OPDA24492-93 | |

5

| | | | |
|---|---|---|---|
| 43 | Collection of Jones fake grand jury subpoenas | OPDA10249, OPDA10252 | |
| 44 | Collection of 191 fake OPDA subpoenas based on May 13, 2014 email template | | |
| 45 | Excerpt from case file with information re: L. Baham | INDEF901 | |
| 46 | Email from J. O'Hern to G. Martin re: DA Subpoena (Apr. 21, 2017) | OPDA086344-45 | |
| 46A | Transcript of Rule 30(b)(6) Deposition of OPDA (Deponent David Pipes) (Oct. 19, 2020) | n/a | |
| 47 | *Lens* Article (Apr. 26, 2017) | INDEF01068-73 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 48 | Email from G. Martin to S. Walker re: Email to all Assistant District Attorneys (Apr. 26, 2017) | OPDA39344-45 | |
| 49 | Memorandum from G. Martin to OPDA Attorneys re: Witnesses with Notice to Appear Template (Apr. 26, 2017) | OPDA00653-54 | |
| 50 | Memorandum from G. Martin re: Revised Witness Contact Policy (Apr. 28, 2017) | OPDA00624 | |
| 51 | New Orleans Police Department Homicide Division Report | OPDA10838-OPDA10870 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 52 | Homicide Charge Conference Review Sheet in State's case against Isaac Jones | OPDA10136-OPDA10137 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 53 | Audiotape of conversation between D. Baham and Det. Givens (Apr. 28, 2013) | OPDA 2085 | Audio - Plaintiff will file hard copy with the Court |

| | | | |
|---|---|---|---|
| 54 | Transcript of Deposition of Det. Givens (Oct. 13, 2020) | | |
| 55 | OPDA Victim-Witness Counselor Notes from Session with L. Baham | OPDA39154-55; OPDA39157-58 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 56 | Email from A. Morgado to J. Lorenzo and A. Mattix (Sept. 2, 2015) | OPDA68941-46 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 57 | Email from A. Morgado to J. Napoli (Sept. 21, 2015) | OPDA068947 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 58 | A. Morgado Letter (Sept. 22, 2015) | OPDA12713 | |
| 59 | OPDA Office Visitor Policy (updated July 20, 2015) | OPDA067246, OPDA067305 | |
| 60 | Transcript in *State v. Isaac Jones*, No. 517-255 (Oct. 13, 2015) | PL00249-254 | |
| 61 | Def. Napoli's Response to Plaintiffs' Requests for Admission | n/a | |
| 62 | Letter to LADB (July 2, 2018) | OPDA21988-89 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 63 | Fraudulent subpoena to S.Frazier (entered as Ex. 14 in Deposition of J. Napoli) | PL12396 | |
| 64 | Transcript in *State v. Woolridge* (Jan. 29, 2013) | PL16186, PL16218 | |
| 65 | Texts to B. Baker (entered as Ex. 22 in Deposition of J. Napoli) | n/a | |
| 66 | Declaration of Kisha Baker (Dec. 13, 2020) | n/a | |

| | | | |
|---|---|---|---|
| 67 | Docket Master for *State v. Bernard Baker* | OPDA64674-75 | |
| 68 | Docket Master for *State v. Shelley Davis* | PL04376-85 | |
| 69 | Fake subpoena for Bernard Baker | OPDA00003 | |
| 70 | Material Witness Warrant issued for B. Baker (Feb. 20, 2014) | PL06852A-53A | |
| 71 | Screening Action Form for *State v. Bernard Baker* | OPDA64677 | |
| 72 | Motion to Quash in *Hayes* | OPDA05868-77 | |
| 73 | Transcript of Deposition of Laura Rodrigue (Sept. 25, 2020) | n/a | |
| 74 | Declaration of Anthony Williams (Dec. 14, 2020) | n/a | |
| 75 | Fake Subpoena for A. Williams (<DATE>) | PL11655 | |
| 76 | Declaration of D.Capasso (Dec. 11, 2020) | n/a | |
| 77 | Fake Subpoena for D. Carpasso (<DATE>) | PL20969 | |
| 78 | Transcript in *State v. Travis Leonard*, No. 525-332 (Apr. 25, 2017) | PL21810-19 | |
| 79 | Reporting on Leonard fake subpoena and hearing | PL12232-47 | |

| | | | |
|---|---|---|---|
| 80 | CourtNotify records (Aug. 14, 2017) | NOLA00032-34 | |
| 81 | Notes showing Morgado informed individual of victim or witness trial date | OPDA39272-OPDA39274, OPDA39182-OPDA39189, OPDA39152-OPDA39158, OPDA38977-OPDA38988, OPDA38933-OPDA38936, OPDA38675-OPDA38698 | CONFIDENTIAL - Plaintiff will seek leave to file under seal |
| 82 | Orleans Parish Central Lockup Inmate Release Form | PL04033-34 | |
| 83 | Notice of Disclosure | PL00248 | |
| 84 | Transcript of Deposition of Michael Trummel (Oct. 2, 2020) | n/a | |
| 85 | Transcript of Deposition of Tiffany Dover, nee Tucker (Sept. 28, 2020) | n/a | |
| 86 | Subpoena to L. Baham (Nov. 13, 2017) | PL20927 | |

Dated:  December 15, 2020                                              Respectfully Submitted,

                                                                                    *s/* Katie Chamblee-Ryan

Katherine Chamblee-Ryan (*pro hac vice*)            Mariana Kovel (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)                          American Civil Liberties Union Foundation
Ryan C. Downer (*pro hac vice*)                         125 Broad Street, 18th Floor
Laura Gaztambide Arandes (*pro hac vice*)         New York, NY 10004
Jeffrey Stein (*pro hac vice*)                                Tel: (646) 905-8870
Civil Rights Corps                                              mkovel@aclu.org
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

Somil Trivedi (*pro hac vice*)  
American Civil Liberties Union Foundation  
915 15th Street NW  
Washington, DC 20005  
Tel: (202) 715-0802  

Bruce Hamilton  
La. Bar No. 33170  
ACLU Foundation of Louisiana  
1340 Poydras St., Suite 2160  
New Orleans, LA 70156  
Tel: (504) 522-0628  

Gerald S. Sachs (*pro hac vice*)  
Venable LLP DC  
600 Massachusetts Ave. NW  
Washington, DC 20001  
Tel: (202) 344-4269  

Sarah S. Brooks (*pro hac vice*)  
Venable LLP  
2049 Century Park East, Suite 2300  
Los Angeles, CA 90067  
Tel: (310) 229-0408  

Allison B. Gotfried (*pro hac vice*)  
Venable LLP  
1270 Avenue of the Americas  
24th Floor  
New York, NY 10020  
Tel: (212) 370-6227  

Michael S. Blume (*pro hac vice*)  
Venable LLP  
1270 Avenue of the Americas  
24th Floor  
New York, NY 10020  
Tel: (212) 370-5500  

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on December 15, 2020, I electronically filed the foregoing List of Exhibits using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

      *s/ Katie Chamblee-Ryan*