# EXHIBIT 21

The State of Louisiana vs ISAAC C JONES     C: 517255     S: A     AD: 5/15/2017     ID: 5/3/2017

Signed
LAZONIA BAHAM          3520 AUDUBON ST          NEWORLEANS LA 70125
— Personal Service
                              — Domiciliary Service
                                                              ✓ Service Other
                                                                                        Document #: 4422013-49964
                                                                                              — Subject Moved

— Bad Address
                        — Incomplete Address
                                              — Unknown at Address
                                                                              — Mail

Comments: _____

Printed Date: 5/9/17     Served Date: 5-12-17
                                              By: Wilbert Charles    Employee No: 14540

OPDA-INT 002119

Plaintiffs-00224