# EXHIBIT 42

Item No. B-35080-13

## OFFICE OF THE DISTRICT ATTORNEY

## Criminal District Court for the Parish of Orleans

To:   Orlando Rickmon, ▮              New Orleans, LA ▮

Greetings:
    YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the 15th day of **April** in the year of our Lord, **2013**, at **10:00 A.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to Autumn Cheramie.

LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY

_____
Assistant District Attorney

---

**RETURN THIS PORTION TO ADA**

Item No. B-35080-13

## OFFICE OF THE DISTRICT ATTORNEY

## Criminal District Court for the Parish of Orleans

To:   Orlando Rickmon, ▮              New Orleans, LA ▮

Greetings:
    YOU ARE HEREBY NOTIFIED to appear before the District Attorney for the Parish of Orleans, on the **15th** day of **April** in the year of our Lord, **2013**, at **11:00 A.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at **619 South White St., New Orleans, LA 70119** you will report to Autumn Cheramie.

LEON A. CANNIZZARO, JR., DISTRICT ATTORNEY

_____
Assistant District Attorney

Plaintiffs-24492



Office of the Orleans Parish District Attorney

**Leon A. Cannizzaro, Jr.**
DISTRICT ATTORNEY

April 10, 2013

Mr. Orlando Rickmon

New Orleans, LA

Re: *State of Louisiana v. Isaac Jones,*
Item no. B-35080-13

Dear Mr. Rickmon,

    I am currently reviewing a matter in which you were the victim of a crime. It is important that I speak with you about the matter. **Attached to this letter is a Subpoena directing you to appear before me April 15, 2013**.

    I can be reached at (504) 571-6004 or (504) 234-1627. If you reach our voice mail, please leave a message including your name, the case number appearing at the top of this letter, and a current telephone number where we may reach you.

    Thank you for your cooperation and assistance in this matter.

Sincerely,

Autumn L. Cheramie
Assistant District Attorney