# EXHIBIT 43

## OFFICE OF THE DISTRICT ATTORNEY

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

**TO:** Detective Gregory Johnson          St. v. Jones

**YOU ARE HEREBY NOTIFIED** to appear before the District Attorney at the Magistrate Court in the Parish of Orleans on **May 22, 2013 AT 3:00 P.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving at Magistrate Court, you will report to **A.D.A. Craig Famularo.**

Craig Famularo<br>Assistant District Attorney

---

DELIVERED BY: E-Mail _____ ON: __5/17_/2013 at _3:00_P.M.

## OFFICE OF THE DISTRICT ATTORNEY

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

**TO:**    Detective

**YOU ARE HEREBY NOTIFIED** to appear before the District Attorney in the for the Parish of Orleans on _, 2013_ AT 3:00 P.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving , you will report to **A.D.A. Craig Famularo.**

Assistant District Attorney

CERTIFIED DA OFFICE COPY

OPDA10249

## OFFICE OF THE DISTRICT ATTORNEY

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

**TO:** Detective Clinton Givens        St. v. Jones

YOU ARE HEREBY NOTIFIED to appear before the District Attorney at the Magistrate Court in the Parish of Orleans on **May 22,2013 AT 3:00 P.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving at Magistrate Court, you will report to **A.D.A. Craig Famularo**.

Craig Famularo
Assistant District Attorney

---

DELIVERED BY: E-Mail _____ ON: _5/17_/2013 at _3:00_P.M.

## OFFICE OF THE DISTRICT ATTORNEY

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

**TO:** Detective

YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the for the Parish of Orleans on _, 2013 AT 3:00 P.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Upon arriving , you will report to **A.D.A. Craig Famularo**.

Assistant District Attorney

CERTIFIED DA OFFICE COPY

OPDA10252