# EXHIBIT 45

```
10/30/17 09:32:54      Online Booking Inquiry System      NAPOLIJ    BK1I0109
                                                          QPADEV006G
:AHAM                  LAZONIA          _                              2426415

                                                    DNA: Yes 10/12/2009
Race Sex Hair Eyes Bld.Ht. Wt.  Scars and/or Tattoos
B    F   BRO  BRO  MED 504 135  KEENAN


Birth Date    Birth State   Address                                        MS
      /1968       LA        3520 AUDUBON ST NEW ORLEANS LA 701251614        M


              Phone #       Employed By
              504-236-3385  HOME HEALTH


                              F3=Exit    F12=Previous
```

INDEF00901