# EXHIBIT 87

```
 1              CRIMINAL DISTRICT COURT
 2             FOR THE PARISH OF ORLEANS
 3                STATE OF LOUISIANA
 4
 5
 6  STATE OF LOUISIANA         CASE NO. 536-436
 7     VERSUS
 8  ISAAC JONES
 9
10
11
12            Transcript of the Court
13        Proceedings held on the 13th day of
14        November, 2017, in the above-entitled
15        matter, before the HONORABLE LAURIE A.
16        WHITE, Judge presiding.
17
18
19
20  APPEARANCES:
21
22            JASON NAPOLI, ESQ.,
23                Assistant District Attorney,
24                Parish of Orleans
25
26
27
28
29
30
31
32  REPORTED BY:  SANDRA T. MINUTILLO, CCR
```

```
 1              THE COURT:
 2                  Deputies, call the names
 3              "Lazania Baham and "Dinika Baham."
 4              Are they here today?
 5              MR. NAPOLI:
 6                  Can the Court please check the
 7              record to see if there's service?
 8              THE COURT:
 9                  You can.
10              THE DEPUTY:
11                  No response, your Honor.
12              MR. NAPOLI:
13                  Judge, can I go back to 536-436?
14              Judge, in Case 536-436, the sheriff's
15              deputy, while I was up at the bench,
16              said that there was no response.
17              THE COURT:
18                  On those two names, Deputy?
19              THE DEPUTY:
20                  No response, your Honor.
21              THE COURT:
22                  Thank you.
23              MR. NAPOLI:
24                  Judge, in the court record, it
25              reflects that both Lazania Baham and
26              her daughter, Dinika Baham, were
27              served in court to appear on this
28              date.  It's now 11:25.  Neither of
29              them has appeared.  We would like the
30              minute entry and the docket matter to
31              reflect that, despite receiving
32              service, both of those individuals,
```

INDEF00968

```
 1              Lazania Baham and Dinika Baham,
 2              failed to appear in court.
 3         THE COURT:
 4              Anything else?  Because you're
 5              going to want to get a material
 6              witness bond on these people
 7              eventually.
 8         MR. NAPOLI:
 9              Right.  We've already had one
10              material witness bond --
11         THE COURT:
12              We're moving towards it.
13         MR. NAPOLI:
14              But, Judge, based on the fact
15              that it is 11:30.  They both received
16              lawful service from the Deputy
17              Sheriff.
18         THE COURT:
19              I'm just not going to issue a
20              warrant today because you're not
21              going to trial.
22         MR. NAPOLI:
23              Okay.  How should be proceed
24              then?  We would be requesting a
25              warrant for each of their arrests
26              based on the disregard of lawful
27              service.
28         THE COURT:
29              Are they witnesses in a murder
30              case?
31         MR. NAPOLI:
32              Yes.  They are witnesses in a
```

1    case in which two individuals were
2    murdered and a nine year-old was
3    shot.  They're also -- At least
4    Dinika Baham is an essential witness
5    in the attempted murder.
6    THE COURT:
7        I don't want to issue it just
8    now.  I want you to attempt through
9    your victim advocates to contact
10   these people.  There's phone numbers
11   and everything.
12   MR. NAPOLI:
13       Okay.  Can we just please have
14   it noted in both the minute entry and
15   the docket master --
16   THE COURT:
17       Yes.  Absolutely.
18   MR. NAPOLI:
19       -- that both of them received
20   lawful service and both of them
21   failed to appear today.
22   THE COURT:
23       Yes, and it's moving to the
24   material witness bond stage.
25   MR. NAPOLI:
26       Thank you, Judge.
27
28
29
30
31
32

C E R T I F I C A T E

I, SANDRA T. MINUTILLO, CCR, employed as an Official Court Reporter for Section "K" of the Criminal District Court for the Parish of Orleans, State of Louisiana, as the officer before whom this testimony was taken in the matter of State of Louisiana vs ISAAC JONES, Case No. 536-436, do hereby certify that this testimony was reported by me in the stenotype method, was prepared and transcribed by me, and is the true and correct transcript to the best of my understanding.

The transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board or by the Supreme Court of Louisiana.

I am not related to counsel or to the parties herein nor am I otherwise interested in the outcome of this matter.

_____
SANDRA T. MINUTILLO, CCR