MINUTE ENTRY
VAN MEERVELD
December 16, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., | * | CIVIL ACTION |
| *Plaintiffs* | * | NO.   17-10721 |
| | * | |
| VERSUS | * | SECTION:   "H" (1) |
| | * | |
| LEON CANNIZZARO, ET AL., | * | JUDGE JANE TRICHE MILAZZO |
| *Defendants* | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

    Since the formal settlement conference held on August 20, 2020, and following the steps set out at that time (Rec. Doc. 238), dozens of settlement discussions have been held with the undersigned.  These discussions have resulted in settlements and dismissals of the claims of John Roe (Rec. Doc. 273), Jane Doe (Rec. Doc. 274), and Fayona Bailey (Rec. Doc. 275).  The claims of plaintiff, Silence Is Violence, have now also been settled.  Additional settlement discussions will be held commencing in late January.  In the meantime, any parties wishing to discuss settlement may contact the undersigned.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 30:00