UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**NOTICE OF CORRECTED BRIEF AND EXHIBITS**

Plaintiff Lazonia Baham, through undersigned counsel, hereby files this notice of corrected brief and exhibits to correct inadvertent, non-substantive errors in the filing of her Opposition to Individual Defendants' Motion for Summary Judgment (Dkt. Nos. 295, 296).

Attached is a version of the brief that corrects several erroneous references to the record. It also contains minor proofreading edits that were inadvertently not included in the version that was filed. Also attached is a version of Plaintiff's Counterstatement of Undisputed Material Facts that similarly corrects references to the record and minor proofreading edits.

Plaintiffs also attach 7 exhibits that were incomplete or erroneous:

- Exhibit 1, a redacted version of Ms. Baham's deposition transcript (which was the document which crashed ECF several times as counsel attempted to file Plaintiff's Opposition) has now been fixed. It should replace Dkt. No. 296-77.

1

- Exhibit 7 has been updated to include a missing page. It should replace Dkt. No. 296-6.

- Exhibit 39 has been updated to include a cover page (and replaces Dkt. No. 296-37).

- Exhibit 41 is updated to include a cover page (and replaces (Dkt. No. 296-39).

- Exhibit 45 was erroneously not included in Plaintiff's filing and is attached.

- Exhibit 54 is updated to include a cover page (and replaces (Dkt. No. 296-48).

- Exhibit 87 was erroneously not included in Plaintiff's filing and is attached.

Finally, two documents marked CONFIDENTIAL were inadvertently filed (Exhibits 56 and 73, Dkt. Nos. 296-49 and 296-64, respectively). Plaintiffs' counsel will work with the Clerk's office to get those documents removed from the public record, and include them in their forthcoming Motion for Leave to File Under Seal.

Dated:  December 16, 2020                                              Respectfully Submitted,

*s/* Laura Gaztambide Arandes

| | |
|---|---|
| Katherine Chamblee-Ryan (*pro hac vice*) | Mariana Kovel (*pro hac vice*) |
| Tara Mikkilineni (*pro hac vice*) | American Civil Liberties Union Foundation |
| Ryan C. Downer (*pro hac vice*) | 125 Broad Street, 18th Floor |
| Laura Gaztambide Arandes (*pro hac vice*) | New York, NY 10004 |
| Jeffrey Stein (*pro hac vice*) | Tel: (646) 905-8870 |
| Civil Rights Corps | mkovel@aclu.org |
| 1601 Connecticut Avenue NW, Suite 800 | |
| Washington, D.C. 20009 | |
| Tel: (202) 844-4975 | |
| | |
| Somil Trivedi (*pro hac vice*) | Bruce Hamilton |
| American Civil Liberties Union Foundation | La. Bar No. 33170 |
| 915 15th Street NW | ACLU Foundation of Louisiana |
| Washington, DC 20005 | 1340 Poydras St., Suite 2160 |
| Tel: (202) 715-0802 | New Orleans, LA 70156 |
| | Tel: (504) 522-0628 |

Gerald S. Sachs (*pro hac vice*)  
Venable LLP DC  
600 Massachusetts Ave. NW  
Washington, DC 20001  
Tel: (202) 344-4269  

Allison B. Gotfried (*pro hac vice*)  
Venable LLP  
1270 Avenue of the Americas  
24th Floor  
New York, NY 10020  
Tel: (212) 370-6227  

Sarah S. Brooks (*pro hac vice*)  
Venable LLP  
2049 Century Park East, Suite 2300  
Los Angeles, CA 90067  
Tel: (310) 229-0408  

Michael S. Blume (*pro hac vice*)  
Venable LLP  
1270 Avenue of the Americas  
24th Floor  
New York, NY 10020  
Tel: (212) 370-5500  

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I certify that on December 16, 2020, I electronically filed the foregoing Notice of Corrected Brief and Exhibits using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

                   *s/ Laura Gaztambide Arandes*

4