# EXHIBIT 1-1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2


 3

 4   RENATA SINGLETON; MARC
     MITCHELL; LAZONIA BAHAM;
 5   JANE DOE; TIFFANY LACROIX;
     FAYONA BAILEY; JOHN ROE;   CIVIL ACTION NO. 17-10721
 6   AND SILENCE IS VIOLENCE

 7                             SECTION H
     VERSUS                    JUDGE JANE TRICHE MILAZZO
 8
     LEON CANNIZZARO, IN HIS   DIVISION I
 9   OFFICIAL CAPACITY AS      MAGISTRATE JUDGE
     DISTRICT ATTORNEY OF      JANIS VAN MEERVELD
10   ORLEANS PARISH AND IN
     HIS INDIVIDUAL CAPACITY;
11   GRAYMOND MARTIN; DAVID
     PIPES; IAIN DOVER;
12   JASON NAPOLI, ET AL

13

14

15

16

17

18           Video Conference Zoom Deposition of

19   LAZONIA BAHAM, taken on Friday, September 11, 2020.

20

21

22

23

24

25
```

1        MR. SACHS:

2            And to be clear, Mr. Paul, we're using the

3    term "subpoena" generically here.  That includes the

4    DA's notice that -- that are considered fake

5    subpoenas.

6    BY MR. PAUL:

7        Q    Were all of the documents --

8        A    That's the one that --

9        Q    I'm sorry.

10       A    Excuse me.  That's the one they talking

11   about where they told me to go to sit over there to

12   the DA's office.

13       Q    Were all of these documents addressed to

14   you?

15       A    Yes.

16       Q    Did you review any subpoenas that were not

17   addressed to you?

18       A    No.

19       MR. SACHS:

20           And, Mr. Paul, to be clear, the -- and I

21   apologize for interrupting.  To be clear, the DA

22   notice, I believe, was discussed.  I don't -- I

23   don't believe it was -- there was a hard copy of

24   that.

25   BY MR. PAUL:

1      Q     Ms. Baham, I think you also said you

2   reviewed a document, something about your statement.

3   Are you referring to a transcript of your testimony?

4      A     Excuse me?  I didn't understand.

5      Q     Sure.  I think you just mentioned that you

6   reviewed something about a statement that you had --

7   that you had made, that you had given, and I'm just

8   asking you, are you referring to a transcript?  Did

9   you review a transcript of your testimony before?

10     A     Yes, the paper talking about what y'all

11  gave me -- the paper that they gave me yesterday,

12  yes, I reviewed it.

13     Q     So you reviewed a transcript of your past

14  testimony?

15     A     Yes.

16     Q     Was that the testimony that you gave in

17  connection with the Isaac Jones case?

18     A     Yes.

19     Q     So aside from those subpoenas and the

20  transcript, are there any other documents that you

21  recall reviewing in preparation for this deposition?

22     A     Yes, the document that they gave me

23  last -- yesterday.

24     MR. SACHS:

25           And that was, to save some time, Mr. Paul,

 1   was a legal document.  It was the interrogatory

 2   responses.

 3   BY MR. PAUL:

 4       Q    All right.  Do you recall reviewing any

 5   other documents, Ms. Baham?

 6       A    Yes.

 7       Q    What else was there?

 8       A    Where I had -- where they showed me the

 9   picture of the subpoenas and asked what -- if that

10   was the subpoena that was mailed to me, I had seen

11   the subpoena, and I told them that was the subpoena

12   that was mailed to my house.

13            I even went in to the courtroom with the

14   subpoena, and the courtroom was closed so the lady

15   at the front desk, she called over there to

16   Cannizzaro and them office and it wasn't no answer.

17   And the courtroom was closed early, and she told me

18   they probably be gone around there for today but I

19   can go around there and check and see.

20            I get around there to go to see and

21   things, I showed it to a security guard who was

22   working there.  He wouldn't let me in.  He stopped

23   the lady that was going back there and was asking

24   them was they back there, and she was saying that

25   they was gone for today, and he didn't understand.

1  And another man pass and say that must be the new

2  thing what they doing, what they talking about what

3  they doing.

4          They wasn't there, wouldn't let me in

5  there, so I went back over to the courtroom, try to

6  catch the lady before she left.  By the time I made

7  it over there, she was gone, so I left and went back

8  home.

9          I went back -- I got several more

10  subpoenas and things.  Every time I go to the

11  courtroom, they just tell me to take a seat and

12  nothing happen.  I just goes to the courtroom,

13  nothing happen.  Each time I go to the courtroom,

14  nothing happen.

15          Then they wind up calling me and asking me

16  could I talk on the tape and say what I said and

17  thing.  I said, talk on the tape, I got to come in

18  and talk -- they was talking about meeting me

19  somewhere and saying they could bring -- I said what

20  I have to talk on the tape for when I told you where

21  I seen Ike at.  I say y'all should have just wrote

22  that down, what I have to talk on the tape and thing

23  so I can just say that.  I can just go and say that

24  instead of --

25          After we got off that -- he called me up

1 several more times still trying to get me to meet

2 him somewhere or come to the office.  I never meet

3 him and thing, I just go to the courtrooms and thing

4 trying to find out what's happening.  I never met

5 him every time he said.

6        Then he called threatening me about jail.

7 I said what am I going to jail for if I tell y'all

8 where I seen the boy.  I got to go to jail because

9 I'm telling y'all I seen someone, where I seen them

10 at?  I just -- just never talked back to them.

11    MR. SACHS:

12        And Ms. Baham is --

13    THE WITNESS:

14        One day I came to court.

15    MR. SACHS:

16        Ms. Baham is -- is telling you overall --

17    MR. FREEMAN:

18        At this time, Gerald, I appreciate you

19 saying what you're saying, but you continually are

20 making speaking objections.  I don't need your

21 testimony.  This is not your deposition.  You're

22 testifying for your client.  You're clarifying for

23 your client.  Please allow your client to testify.

24 It is her deposition, not yours.  If you have an

25 objection, make it; otherwise, do not testify.

1    MR. SACHS:

2          Thank you, Mr. Freeman.  I appreciate your

3    point of view.

4    MR. FREEMAN:

5          It's a matter of deposition etiquette, not

6    a point of view.

7    BY MR. PAUL:

8    Q    Ms. Baham, you said a lot there.  We're

9    going to go back over a lot of those things over the

10   course of the deposition.

11   THE COURT REPORTER:

12         Matt, can we go off the record for a

13   second, please?

14   MR. PAUL:

15         Sure.

16         (Off-the-record discussion.)

17   MR. SACHS:

18         Mr. Paul, before we continue, I'd like to

19   lodge an objection to Mr. Freeman's appearance as an

20   attorney in this deposition.  My understanding is

21   you-all have disclosed that he is potentially a fact

22   witness in the Isaac Jones matter, and that raises

23   some concerns for us, so I want to lodge that

24   standing objection as we move forward.

25   MR. PAUL:

1           Are we on the record?

2      THE COURT REPORTER:

3           Yes.

4  BY MR. PAUL:

5      Q    So, Ms. Baham --

6      MR. SACHS:

7           I'm sorry, Mr. Paul, just to be clear, and

8  part of that objection is that Mr. Freeman is a

9  prosecutor in the Isaac Jones case, upon which is

10 intertwined with this matter.  Thank you.

11 BY MR. PAUL:

12     Q    So, Ms. Baham, I was just asking you about

13 the documents that you reviewed over the last week

14 in preparation for this deposition.  I think you

15 just mentioned -- you started talking about a

16 subpoena that you received, and you just told me a

17 lot of other things just now, but what -- I don't

18 know, let's -- if we can just get back to the

19 original question.

20          You mentioned reviewing some subpoenas

21 that were addressed to you.  You mentioned reviewing

22 a transcript of your prior testimony.  You mentioned

23 reviewing some interrogatory responses.  Are there

24 any other documents that you recall reviewing over

25 the last week in preparation for this deposition?

1  determine.  So are you refusing to answer questions

2  about who lives with you at your current address?

3      A    If it's really that important to you, my

4  kids live with me and my granddaughter.

5      Q    Where did you live before the place on

6  Tonti Street?

7      A    Austin, Texas.

8      MR. SACHS:

9          I'm going to lodge a standing objection to

10  all these questions about her residences.  You go on

11  and continue it.

12          You can answer, Ms. Baham.

13  BY MR. PAUL:

14      Q    What was your address in Austin?

15      A    7000 Decker Lane.

16      Q    Is that where you lived for the entire

17  time that you were in Austin?

18      A    When I first got down there to Austin,

19  before I found a residence, I stayed by my sister's

20  house on the residence.

21      Q    Where did you live immediately before you

22  moved to Austin?

23      A    In Audubon Street -- no, I lived on

24  Mandeville Street before I moved to Austin.

25      Q    What was the address on Mandeville Street?

1      A     3030 Mandeville.

2      Q     And about what dates did you live on

3  Mandeville Street?

4      A     I moved on Mandeville in December of '17,

5  I think it was.

6      Q     December 17th of what year?

7      A     The year '17, I moved on Mandeville.

8      Q     And you'd lived on Mandeville Street from

9  then until you moved to Austin in 2018?

10     A     Yes.

11     Q     And where did you live before the

12  Mandeville Street address?

13     A     Audubon Street.

14     Q     And what's the street address?

15     A     3520 Audubon Street.  It was a double

16  side, 3520 and 3524 Audubon Street.

17     Q     What dates did you live at the Audubon

18  Street address?

19     A     I stayed on Audubon from when I came back

20  from Katrina from 2005 up to '17.

21     Q     So I think you just told me that you came

22  back around 2008; is that correct?  So from 2008

23  until December 2017, you lived in the Audubon Street

24  address?

25     A     I lived on Audubon, yes, until I moved on

 1  Mandeville, then I moved to Texas.

 2      Q    Were there any periods of time between

 3  2008 and 2017 when you did not live at that Audubon

 4  Street address?

 5      A    Excuse me?  Rephrase the question.

 6      Q    Were there any periods of time between

 7  2008 and 2017 when you did not personally live at

 8  the Audubon Street address?

 9      A    No.  I stayed on Audubon Street until I

10  moved on Mandeville.

11      Q    Did you ever live at 9007 Forshey Street?

12      A    That was years ago.  That way before the

13  storm and everything.

14      Q    So before 2008?

15      A    Oh, that way before 2008.

16      Q    What about 7130 Pritchard Street, did you

17  ever live there?

18      A    Yes.

19      Q    When?

20      A    That was way before the storm, too.  That

21  was like '90 -- probably like '97, '98.

22      Q    Okay.  Thank you.

23           Who lived with you at the house on Audubon

24  Street during the time when you lived there?

25      A    My kids.

1    MR. SACHS:

2        Objection to foundation.  Go ahead and

3   answer, Ms. Baham.

4    THE WITNESS:

5        My brother -- my brother and my kids and

6   my -- the lady that -- she owned the house.  She is

7   deceased now who I was renting from.  I was her

8   caretaker.  I was living next door to who I was

9   renting from.

10  BY MR. PAUL:

11    Q    You said there were two units at the house

12  that was side by side?

13    A    Yeah, they side by side.

14    Q    You're saying she lived in one and you

15  rented the other?

16    A    Yes.

17    Q    What was the lady's name?

18    A    Eva McCray.

19    Q    What was the first name, I'm sorry?

20    A    Eva.

21    Q    Eva McCray.

22        You said you were taking care of her?

23    A    Yes, I was her home health care.

24    Q    When did she die?

25    MR. SACHS:

```
 1            Objection, foundation.  Go ahead and
 2   answer, Ms. Baham, if you recall.
 3       THE WITNESS:
 4            October.
 5   BY MR. PAUL:
 6       Q    I'm sorry, ma'am?
 7       A    It was in I think October '17.
 8       Q    Are you currently married?
 9       A    Yes.
10       Q    Who are you married to?
11       A    Lloyd Heart.
12       Q    How long have you been married to
13   Mr. Heart?
14       A    Since '17.
15       Q    Have you ever been married to anyone else?
16       A    No, sir.
17       Q    Do you know someone named Terry Reeder?
18       A    Terry Reeder, yes.
19       Q    Who is that?
20       A    That's the father of my son.  He is
21   deceased.
22       Q    Which son?
23       A    Terry Baham.
24       Q    How many children do you have?
25       A    Fifteen.
```

1      Q    Fifteen.  Can you tell me their names and

2  their ages?

3      MR. SACHS:

4           Objection to relevancy.  Go ahead and

5  answer if you'd like, Ms. Baham.

6      THE WITNESS:

7           I don't like to answer that, give they

8  names and things.

9  BY MR. PAUL:

10     Q    I'm not going to ask you for any

11  information other than their names and ages.  I'm

12  not going to go into detail about -- about them.

13     A    What do you need they name for?

14     Q    Are you going to refuse to answer the

15  question, Ms. Baham?

16     MR. SACHS:

17           You can go ahead and answer, Ms. Baham,

18  with just their -- their names if you would like.

19     THE WITNESS:

20           Okay.  Michael Baham, Dinnika Baham,

21  Miquelle Baham, Donelle Baham, Terry Baham, Tonisha

22  Heart, Barbara Baham, Zakale Baham, Labriar Baham,

23  Kenya Banks, Cantrell Banks, Keenan Baham, Deborah

24  Baham -- I missed --

25           Michael Baham, Dinnika Baham, Miquelle

1  Baham, Donelle Baham, Labriar Baham, Terry Baham,

2  Jadine Daniels, Miquelle Baham -- no, I said Mike.

3  Well, Terry -- could I -- it be easier if I write

4  the names down --

5  BY MR. PAUL:

6       Q    Yes, ma'am.

7       A    -- where I don't -- it will be easier if I

8  write it down.

9       MR. HAMILTON:

10          Let you get you a pen.

11      THE WITNESS:

12          But I keep saying one name and then the

13  other.

14      MR. HAMILTON:

15          I'll be right back.

16      MR. SACHS:

17          We're just going to take a quick pause so

18  Mr. Hamilton can get a pen for Ms. Baham.

19                   (Off the record.)

20      THE WITNESS:

21          Michael Baham, Dinnika Baham, Miquelle

22  Baham, Donelle Baham, Jakale Baham, Labriar Baham,

23  Jadine Daniels, Terry Baham, Cantrell Banks, Keenan

24  Baham, Kenya Banks, Deborah Baham, Barbara Baham,

25  Tonisha Heart.

```
 1  BY MR. PAUL:

 2      Q    And can you tell me their ages or the year

 3  they were born?

 4      A    Michael, 11/14 --

 5      Q    You don't have to give me their full --

 6      A    '85.

 7      Q    Just the year is okay.

 8      A    '85, '87, '88, '90, '91 -- Brittany

 9  name -- I ain't had Brittany name, '92.  LaBriar,

10  '92 -- '94.  Michael, '85; Dinnika, '87; Miquelle,

11  '88; Donelle, '90; Brittany is '91; Jakale, '92;

12  Jadine -- no, that's supposed to be Miquelle, '88;

13  Terry, '94, Cantrell, '96; Keneen, '01, Kenya, '97;

14  Deborah, '04, Barbara, '08; Tonisha, '09.

15      Q    Thank you, Ms. Baham.

16           Can you tell me your parents' names?

17      MR. SACHS:

18           Objection to -- objection to relevancy.

19  Go ahead and answer, Ms. Baham.

20      THE WITNESS:

21           Milda Daniels, her maiden name is Baham.

22  Her married name is Daniels.  My father name is

23  Cleavonce Leon.

24  BY MR. PAUL:

25      Q    What is your mother-in-law's name?
```

1      MR. SACHS:

2           Objection, foundation.  Go ahead and

3   answer, Ms. Baham.

4      THE WITNESS:

5           My mother-in-law is deceased now.

6   BY MR. PAUL:

7      Q    What was her name?

8      A    Her name was Eva McCray.

9      Q    Where did you go to school, Ms. Baham?

10     A    I went to Donnell Elementary, Daron Middle

11  School and Fortier.

12     Q    Are you currently employed?

13     A    No, not -- not at the moment.  I'm seeking

14  for work now.

15     Q    What was -- when was the last time you

16  were employed?

17     A    Right before I went to Austin -- Austin.

18     Q    What kind of employment did you have

19  between 2013 and 2016?

20     A    Home healthcare.

21     Q    Healthcare.  Who were you taking care of

22  through home healthcare?

23     A    Both of them is deceased now.

24     MR. SACHS:

25           I'm going to lodge an objection.  I'm not

1  sure if this relates to patient confidentiality or

2  things that can't be disclosed.

3          Go ahead and answer, Ms. Baham, but I

4  just -- we may have to move for a protective order

5  over some of these names.  To the extent you intend

6  to put them in the public docket, we'd want to have

7  that conversation.

8      THE WITNESS:

9          Yeah, both of -- both of my clients are

10  deceased now -- now.

11  BY MR. PAUL:

12      Q    One of them was Eva McCray?

13      A    She is deceased, and the other client is

14  deceased, too.

15      Q    Was that your only employment between 2013

16  and 2016?

17      A    Yes.  In 2017.  Ms. McCray didn't die

18  until '17 of October it was.

19      Q    So you were taking care of Ms. McCray

20  until she died in October of 2017?

21      A    Yes.

22      Q    Are you currently taking any kind of

23  medications?

24      A    No, sir.

25      Q    Do you have any medical conditions that

1  could affect your ability to perceive, remember or

2  recall things?

3      A    No, sir.

4      Q    Have you taken any kind of notes to help

5  you remember any of the events that happened in

6  connection with this lawsuit?

7      A    No, sir, nothing but wrote my kids' name

8  down in order, but I remember everything that

9  happened.  I didn't have to write anything down.

10     Q    I'm asking, like, in the past, like

11 between, like, 2013 and 2016, around that time, did

12 you take any notes to help you remember what was

13 happening?

14     A    No.  I remember what happened.  What would

15 I have to take notes for?

16     Q    Fair enough.

17          Have you ever been to the Orleans Parish

18 DA's office?

19     A    Yes.  They wouldn't let me in.

20     Q    When did you go to the Orleans Parish DA's

21 office?

22     A    When I had got the subpoena to go there.

23     Q    Do you recall what day that -- what date

24 that was?

25     A    No, sir.

```
 1        Q    Do you recall what year that was?
 2        A    I know it was close around when -- the
 3   time when they were preparing for to get ready for
 4   trial and things.  They had done been sending me
 5   letters and things through the mail, too, for to
 6   come down there to the DA office, too.
 7        Q    And so how many times have you been to the
 8   Orleans Parish DA's Office?
 9        A    I been there twice, once with the subpoena
10   and one time with the letter.  I couldn't get in, so
11   I wind up just going back to the courthouse.
12        Q    And when you say you couldn't get in,
13   you're saying that no one there would answer the
14   front door?
15        A    Yeah.  They had -- they have security, but
16   they wouldn't let you through.
17        Q    So you're saying that you talked to
18   someone in security, told them why you were there,
19   they would not let you come in?
20        A    They wouldn't -- they wouldn't let me --
21   they had a lady one time was there and said that
22   they was gone for the day.  That's when I went with
23   the subpoena, and standing there, he -- the security
24   guard stop the lady who works in there.  Someone was
25   asking, said they was gone for the day.
```

1           I went back over there to the courtroom.

2   By the time I made it over there, the lady who sent

3   me there, she had done left out the office.  And

4   when I went with the letter -- the very first time

5   when I went with the letter, they wouldn't let me in

6   there.  They just sending me on a wild goose chase

7   to go here, there.  They ain't know what it was

8   about.

9       Q    You said they didn't know what it was

10  about when you showed up there?

11      A    They didn't -- no.  They wouldn't let me

12  in.  They telling me for to go back over there to

13  the courtroom, and the second time when I went with

14  the subpoena, the deputy actually stopped someone, a

15  lady that was in there, and asking her.  And the

16  lady was saying they was -- she think all of them

17  was gone for the day too.  I couldn't get through to

18  them.

19           I went back over there to the courtroom,

20  and the lady who sent me, she had done left too.  It

21  was something happening with the court where they

22  left early that day.

23      Q    Did your daughter Dinnika ever have a

24  relationship with a man named Orlando Rickmon?

25      MR. SACHS:

LAZONIA BAHAM on 09/11/2020

```
 1          Objection.
 2      THE WITNESS:
 3          Yes.
 4  BY MR. PAUL:
 5      Q    What was that relationship?
 6      A    That was her baby father.
 7      Q    About how long did that relationship last?
 8      MR. SACHS:
 9          Objection.  Go ahead and answer,
10  Ms. Baham.
11      THE WITNESS:
12          Since they was in middle school.
13  BY MR. PAUL:
14      Q    When was their child born?
15      MR. SACHS:
16          Objection, foundation.  Go ahead and
17  answer, Ms. Baham.
18      THE WITNESS:
19          September of '09.
20  BY MR. PAUL:
21      Q    Was Mr. Rickmon murdered?
22      MR. SACHS:
23          Objection.
24      THE WITNESS:
25          Yes, he got --
```

```
 1        MR. SACHS:

 2              Go head and answer.

 3   BY MR. PAUL:

 4        Q    I'm sorry, ma'am.  I didn't hear your

 5   answer.

 6        A    Yes.

 7        Q    Yes, he --

 8        A    He got killed.

 9        Q    Do you recall when?

10        A    I don't actually remember the date, no.

11        Q    If the documents from the police show that

12   it was April 23, 2013, would you have any reason to

13   dispute that?

14        A    No.  I know it was around up in April

15   sometime, April.

16        Q    Do you know who murdered Mr. Rickmon?

17        MR. SACHS:

18              Objection.

19        THE WITNESS:

20              No.

21   BY MR. PAUL:

22        Q    Was Mr. Rickmon shot by someone a couple

23   of months before he was killed?

24        A    Yes.

25        Q    Do you know who shot him that time?
```

43

1       Q     So when was the first time you heard

2   anyone say that they thought that Isaac Jones had

3   shot Orlando Rickmon?

4       MR. SACHS:

5           Objection, calls for speculation.  Go

6   ahead and answer, Ms. Baham.

7       THE WITNESS:

8           They asked me all kind of things I didn't

9   hear.  I -- I specifically hear it -- heard it when

10  I heard it out my daughter mouth and his mother

11  mouth.  That was after I got out -- out of jail, and

12  when my daughter got out of jail, she told it to me.

13  I was still wondering what Orlando mom was kept on

14  saying.  They covering up, Bert.  They covering up

15  something, they covering up.

16          They called me on the phone and said you

17  know something.  I said, covering up what?  I say, I

18  did told them I seen the boy around from my house.

19  I did told them that.  Say no, Bert, they is

20  covering up.  And I'm now wondering what she's

21  saying, covering up, and all of it just coming on

22  out.

23      Q   So you're talking about this is several

24  years after he was murdered that you're hearing this

25  for the first time?  Is that what you're saying?

```
 1      A    This the second time I heard it.  I heard
 2  it the first time from his momma after they locked
 3  me up when I got out.  His momma kept on talking
 4  about they covering up.  I'm wondering what she
 5  talking about they covering, they covering up.
 6           She said -- the momma said that the DA
 7  told her that I know what -- I say I told him the
 8  same thing what I told you, that I seen the boy.  It
 9  couldn't have been that boy.  He right there from by
10  my house.
11      Q    Is it true that Isaac Jones was charged
12  with murdering Orlando Rickmon?
13      A    Yes.
14      Q    Do you know Isaac Jones?
15      A    Yes, I know him from -- but I didn't know
16  his name was Isaac.  I just know him from Ike.
17      Q    How did you know him?
18      A    He growed up -- we growed up at Gert Town.
19  I know his aunties, all of them.  I know the whole
20  family.  They growed up right back there by us.
21      Q    So he and his family grew up in Gert Town
22  close to where you lived; is that what you're
23  saying?
24      A    Yes.
25      Q    Would Isaac Jones frequently hang out on
```

```
 1   Telemachus Street near your house?
 2        MR. SACHS:
 3            Objection.  Calls for speculation.
 4        THE WITNESS:
 5            I don't -- I don't know where he hang out
 6   and thing.  That particular day, he was out there by
 7   a friend of his, sit around there, name was Jay.
 8   Like I told it to the DA and I told it to the judge
 9   and everything.
10   BY MR. PAUL:
11        Q    What was his friend's name?
12        MR. SACHS:
13            Objection.
14        THE WITNESS:
15            They call him Jay.
16   BY MR. PAUL:
17        Q    Jay?
18        A    Yes.
19        Q    Is it Jayron, Jayross?  What did you say?
20        A    They call him Jay.
21        Q    Was your daughter -- daughter Dinnika
22   living with you at the time Orlando Rickmon was
23   murdered?
24        A    No.
25        Q    Where was she living at the time?
```

```
 1       MR. SACHS:

 2            Objection, calls for speculation.

 3       THE WITNESS:

 4            Mid City.

 5  BY MR. PAUL:

 6       Q    After Orlando Rickmon was shot for the

 7  first time, did your daughter ever tell you about

 8  threats being made against her?

 9       A    No.

10       Q    How did you learn that Orlando Rickmon had

11  been killed?

12       A    I got a phone call from my daughter and

13  cousin.  They called twice.  First call was a prank

14  call.  They say -- they call me right back there --

15  by the church.  I say, well, who done that?  They

16  say I don't know.  They went to talking about Ike

17  name again.  I said, it couldn't have been no Ike.

18  I said, it ain't him because he is right around the

19  corner.  I just passed him up.

20       Q    I didn't quite understand what you were

21  saying.  You said you got two calls from your

22  daughter?

23       A    Yes, one was -- one was a prank call from

24  my daughter and my cousin.  One what they said was a

25  prank call.  They called and they was a lie.  Then
```

```
 1   they call right back a couple of minutes after that
 2   and said that he got shot.  It wasn't true.  But I
 3   just had passed the boy up who they trying to say
 4   done it.  Still got him with that charge.  Don't
 5   know who all done shot.
 6       Q    What was the prank call?
 7       A    Saying that he got killed.
 8       Q    You're saying your daughter called you and
 9   told you that Orlando Rickmon had been killed, but
10   it was a prank call?
11       A    Yeah, she called back and said it was a
12   prank call.  They said that was a prank call.  Then
13   she called right back and said it was true, he got
14   killed.
15       Q    You're saying the first time she was --
16   she was telling you he was killed --
17       MR. SACHS:
18            Objection.
19   BY MR. PAUL:
20       Q    -- she didn't mean it?
21       MR. SACHS:
22            Objection.
23       THE WITNESS:
24            Someone called her and told her.
25       MR. SACHS:
```

1       FEMALE SPEAKER:

2             She called me earlier that day.

3       MALE SPEAKER:

4             The day?

5       FEMALE SPEAKER:

6             Of this, that he killed my baby daddy.

7   She said, D'ika, she said, whatever you do, she

8   said, don't come back here, she said, because Ike

9   and some boy -- she don't know the boy, but I hear

10  they call him "D Rock" -- is on the corner with the

11  burgundy van like they plotting something.  And I

12  was like, I'm not coming back there because I don't

13  come back there anyway.

14            And she asked me where my baby daddy was,

15  and I told her he was inside.  And she called him,

16  and he was inside.  But "Slim D," the other boy,

17  Desmond, that got killed --

18      MALE SPEAKER:

19            Uh-huh.

20      FEMALE SPEAKER:

21            -- when he was at work that day, he called

22  one of his friends and told his friend to watch a

23  burgundy van because that was Ike and them riding

24  around there, and his friend told him he was going

25  to watch the van.  Two people knewed (sic) about the

1  burgundy van.  Somebody called "Slim D" at work and

2  my momma saw the burgundy van.

3      MALE SPEAKER:

4          And all this happened on that same day?

5      FEMALE SPEAKER:

6          The same day.

7      MALE SPEAKER:

8          Your mom told you about the burgundy van,

9  right, when she called you.  About how long before

10  the actual shooting did that happen, did she call

11  you?

12      FEMALE SPEAKER:

13          Like about three hours later.

14      MALE SPEAKER:

15          Did she see the video that was --

16      FEMALE SPEAKER:

17          Yeah.

18      MALE SPEAKER:

19          -- on the news?

20      FEMALE SPEAKER:

21          She said that's that same van.  She said,

22  I told you that's that same van.  She said, I told

23  you about the van.

24                  (Recording ended.)

25  BY MR. PAUL:

57

```
 1      Q    So, Ms. Baham, in the excerpt I just
 2  played for you, your daughter was saying that you
 3  called her on the day Orlando Rickmon was murdered;
 4  is that correct?
 5      A    No, they called me.  Like I told you, it
 6  was a prank call first, then they called me back.
 7  That's when I told her I was on my way walking for
 8  to go where he got murdered at.  I told them I was
 9  walking over there down Jeff Davis, across Jeff
10  Davis bridge.
11      Q    So your daughter, she also said you told
12  her on that day, whatever you do, don't come back
13  here because Ike and another man are on the corner
14  with the burgundy van like they're plotting
15  something; is that correct?
16      MR. SACHS:
17          Objection.
18      THE WITNESS:
19          That is a lie.  I never said that.
20  BY MR. PAUL:
21      Q    That's a lie, you said?
22      A    Yes, I never said that.  Like I said, I
23  never called her, she called me.
24      Q    Your daughter also said that you asked her
25  where Orlando Rickmon was and she told you he was
```

1   inside; is that correct?

2       MR. SACHS:

3           Objection.  The recording can speak for

4   itself.

5       THE WITNESS:

6           She did not call and I asked her where no

7   Rickmon was and thing.  They called me and said --

8   they got a prank call saying he was dead, then they

9   got a actual prank -- a call saying that he's dead.

10  How I'm going to call and ask where he at if he's

11  dead?

12  BY MR. PAUL:

13      Q    So your testimony is that's not true?

14      MR. SACHS:

15          Objection.

16      THE WITNESS:

17          That's not true.

18  BY MR. PAUL:

19      Q    Your daughter also said you called Orlando

20  Rickmon and he was inside; is that correct?

21      MR. SACHS:

22          Objection, again.

23      THE WITNESS:

24          Not true.  Did not call her.

25  BY MR. PAUL:

1      Q    You did not call her --

2      A    I never spoke with -- I never spoke with

3    Orlando.  The only time I spoke with my daughter and

4    my cousin on the phone when he called saying that

5    somebody killed him, that it was a prank call.  Then

6    they called back and stating that he did kill him.

7      Q    So your daughter says, my Momma saw the

8    burgundy van; is that correct?

9      MR. SACHS:

10        Objection.

11      THE WITNESS:

12           I never seen a burgundy van.  I know --

13    didn't know nothing about a burgundy van until I

14    kept on wondering what -- he kept on talking about a

15    red car.  Oh, well, you seen a red car, you seen a

16    truck.  I said, what is you talking about, what red

17    truck, what red car I seen?  I don't know what is

18    you talking about.

19           That's what he kept on asking me when he

20    had me back there in the room after they arrest me.

21    I didn't know what he was talking about.  He tried

22    to stick it in my head that I seen a red truck or

23    car or something.  I don't know what he's talking

24    about.

25           So I get out of jail and I'm talking to my

LAZONIA BAHAM on 09/11/2020

60

1  cousin, my cousin say, oh, Bert, he ain't talking

2  about no red truck or nothing, he talking about the

3  van that was on the news.  They was in a burgundy --

4  I said, this what this here trying to say -- well,

5  what he asking me about that for?  I don't know

6  nothing about that.

7           And it didn't happen around his house.  It

8  happened up there by my cousin and them house.  He

9  put it all together for -- I said, well, what do

10  they keep on harassing me about something so I don't

11  know nothing about.

12     Q    So six days after Orlando Rickmon was

13  killed, why would your daughter be telling law

14  enforcement all these things if they're not true?

15     MR. SACHS:

16           Objection.  Ms. Baham can't speculate as

17  to what her daughter is or why she's telling law

18  enforcement.

19     THE WITNESS:

20           I don't know that.

21  BY MR. PAUL:

22     Q    You don't know is the answer?

23     A    I know she was a -- I don't know why, but

24  I know she was abusing pills and things, and I

25  stated all that and let them know that, trying to

LAZONIA BAHAM on 09/11/2020

```
 1  get her some help.  She was going through a worse --
 2  bad time, just like I am and still is.  Ain't done
 3  nothing but cause trouble and problems for me, made
 4  my whole life a hell, nightmare like I can't wake up
 5  on.
 6       Q    Do you think --
 7       A    Cause nothing but trouble for me when I'm
 8  trying to do right.
 9       Q    Do you think she would have made up all
10  those things about you?
11       MR. SACHS:
12            Objection.  Ms. Baham can't speculate as
13  to why her daughter did something.
14       MR. PAUL:
15            Perhaps she can.
16       MR. SACHS:
17            You can answer.  If you -- if you can
18  speculate, Ms. Baham, and if you would like to,
19  please go ahead and answer.
20       THE WITNESS:
21            I don't know why would she do something
22  like that.  She was scared, what?  I told you she
23  was abusing pills.
24  BY MR. PAUL:
25       Q    Have you ever known her to lie to law
```

```
 1   enforcement in the past?

 2       MR. SACHS:

 3           Objection.  Ms. Baham can't speculate.

 4       THE WITNESS:

 5           No, I just don't know.

 6   BY MR. PAUL:

 7       Q    You don't know is your answer?

 8       A    I never know her to do this.

 9       Q    Thank you.

10       MR. SACHS:

11           May this be -- oh, go ahead.  I was going

12   to say this might be -- seems like you're pausing,

13   might be a good time to take a little break, but if

14   you have one more question.

15       MR. PAUL:

16           Go ahead and take a break, short break.

17       MR. SACHS:

18           Can we take a five-minute break?

19       MR. PAUL:

20           Yeah.

21       MR. SACHS:

22           Thank you.

23               (Brief recess.)

24   BY MR. PAUL:

25       Q    Ms. Baham, you allege in your Complaint
```

1   that two investigators from the DA's office came to

2   your house to interview you about the Isaac Jones

3   case; is that correct?

4       A    No, they came there to interview my

5   daughter, and when they came there to interview my

6   daughter, they sent -- about the case and thing, I'm

7   telling them that Ike is around the corner when they

8   comes there.  They say, where?  I say, right around

9   the corner.  Say, we going to ride around there in

10  the car.

11          The -- he telling the lady officer, like,

12  they didn't want me to be seen in the car.  Like --

13  I say why -- I say, I ain't worry about them

14  seeing -- I say, wont even have to get in the car.

15  I say, it's right there, right down from -- I say,

16  we can walk right there.  They refused that, talking

17  about they just going to do some paperwork and thing

18  there.

19          My daughter in there with her head over

20  the table full of pills, full of them.  They know

21  she full of them.  He -- Kitchens told me let her

22  just lay there and rest while they finishing up

23  paperwork.  Ask me, well, would I say where I seen

24  him at.  Told me -- yeah, I tell them that.

25          He got me to sign.  I'm thinking he done

1  put this here on there that I -- where I seen the

2  boy -- tell them where I seen the boy and thing.

3  Now it's something totally different.  I ain't never

4  seen what he wrote on there, but I know what was

5  supposed to be on there, where I seen him at.

6          And he ain't took time for to go around

7  there, bring me in the car or walk, two things I

8  asked.  He ain't tried to get around there because

9  he was having -- come here try to check the case up

10  to his standard.  He ain't care what was happening,

11  when the man could be caught.  While he's running

12  around out there somewhere else, and Ike just got

13  the charge because I seen him.  I know that was

14  his -- when I just seen him.

15      Q    Let's take that a little bit at a time.

16      A    They failed to do -- they failed to do

17  their investigation.  They just wanted to close the

18  case, and that was the bottom line, and they need to

19  be held responsible for it.  Kitchens and Napoli,

20  all of them who had something to do with it.

21      Q    Let's take that a little bit at a time.

22  All right?

23          What day is this that you're describing?

24      A    The day he was murdered.

25      Q    And who came to your house?

1      A      Two of the officers, Kitchens and the

2  lady.  He -- and dropped the pen when I told him

3  where the boy was.  Talking about, well, that boy

4  couldn't have done it if he right around there.  He

5  told her to shut up and thing.  And with the -- he

6  doing some paperwork and (inaudible Zoom connection)

7  ask me would I say I seen him around there.  I said

8  (inaudible Zoom connection) then he give me the

9  paper for to sign.

10      THE COURT REPORTER:

11          Matt, I'm having a hard time understanding

12  her.

13  BY MR. PAUL:

14      Q    Can you try to speak a little more slowly

15  and clearly, Ms. Baham, so the court reporter can

16  hear what you're saying.

17      A      He came -- the officer came to my house to

18  interview my daughter.  She full of the drugs, pills

19  in there.  I'm tapping her to get her up.  They

20  asking about Ike.  I'm telling him, the officer and

21  thing, he around the corner.  He -- I seen him, but

22  I didn't catch it when that lady dropped that pen

23  down and say, well, that boy didn't do this, he

24  around the corner.  And I seen him done like this

25  here, look at that lady like that.  Say around the

```
 1  corner, do you want to go around there?  I say,
 2  yeah, we can go around there.  They just right
 3  around there and nothing to go.  Then he like he
 4  ain't want them to see me in the car.  I said, it
 5  ain't nothing.  I said --
 6      THE COURT REPORTER:
 7          Ma'am, Ma'am.  I need to stop you.  Ma'am,
 8  I need to stop you.  I cannot understand what you're
 9  saying.  You need to slow down and speak slowly into
10  the phone, please.
11      THE WITNESS:
12          Okay.
13  BY MR. PAUL:
14      Q   Let's just take this a little bit at a
15  time, Ms. Baham.  If you can just answer the
16  question I'm asking so I can get through this a
17  little more clearly.
18          You're saying two officers came to your
19  house on the day Orlando Rickmon was murdered?
20      A   Yes.
21      Q   Who were those officers?
22      A   Officer Kitchens and I don't know the
23  lady's name, the officer.
24      Q   Can you describe the woman?
25      A   Black, probably a little shorter than me.
```

 1  Black hair.  I know her if I see her -- see her

 2  because she came the day they arrested me.  She

 3  came, they was at my house.  She was all through my

 4  alley.  I know her face when I see her.

 5      Q    She came to your house the day they

 6  arrested you said?

 7      A    Her and Kitchens, both of them was out

 8  there.  She was all in my alley.

 9      Q    About how old was she?

10      MR. SACHS:

11          Objection, calls for speculation.

12      THE WITNESS:

13          Probably around my age.

14      MR. SACHS:

15          And, I'm sorry.  We were both talking at

16  the same time.  For the court reporter, I think she

17  said around her age.

18  BY MR. PAUL:

19      Q    Could you repeat that, Ms. Baham, what did

20  you say?

21      A    I said probably around my age.

22      Q    And can you describe what Kitchens looked

23  like?

24      A    Black, heavyset with glasses.

25      Q    I'm going to show you a couple of

1  then once I go to court.

2       THE COURT REPORTER:

3            Matt, can we go off the record for a

4  second, please?

5       MR. PAUL:

6            Sure.

7            (Off-the-record discussion.)

8  BY MR. PAUL:

9       Q    So, Ms. Baham, what time of day was it

10  when the officer came to your house on the day of

11  the murder?

12       A    It was in the evening time.

13       Q    Was it dark?

14       MR. SACHS:

15            I'm just going to --

16       THE WITNESS:

17            No.

18       MR. SACHS:

19            Excuse me.  I'm just going to lodge an

20  objection to the relevancy of all of these

21  questions.  They don't seem to relate in any way to

22  this -- to the ongoing litigation, the timing of

23  this unfortunate incident or anything of that

24  nature.  So I'll go ahead and lodge an objection.

25            Go ahead and answer, Ms. Baham.

```
 1  BY MR. PAUL:

 2       Q    Was it dark?

 3       A    No, it was in the evening time.

 4       Q    What were those two people wearing?

 5       MR. SACHS:

 6            Objection, form.  Go ahead and answer,

 7  Ms. Baham.

 8       THE WITNESS:

 9            They was wearing their uniform.

10  BY MR. PAUL:

11       Q    I'm sorry, ma'am?

12       A    They wearing their uniform.

13       Q    They were wearing police uniforms?

14       A    Yes.

15       Q    Did they have badges?

16       A    Yes.

17       Q    Were they wearing badges is what I mean to

18  ask?

19       A    Yeah, on they uniform.

20       Q    And you said that Kitchens gave you his

21  business card at that time?

22       A    Yes.

23       Q    Do you still have that business card?

24       A    I have to go look through a lot of

25  paperwork and thing, but I'm pretty sure I can find
```

```
 1   it.

 2       Q    Did you tell those -- those two people

 3   that came to your house, did you tell them anything

 4   about being willing to come and testify?

 5       A    No, I ain't say nothing about no being for

 6   that.  I told them that I will come and testify and

 7   tell them where I seen that boy Ike at.

 8       Q    Did someone call you on the phone shortly

 9   after this first meeting and ask you to come give a

10   recorded statement?

11       A    Yes.

12       Q    Who called you?

13       A    Kitchens called me.

14       Q    You're sure it was the same person who you

15   talked to at your house on the day of the murder?

16       A    Yes, he -- because he -- he called me more

17   than one time.  He called me several times.

18       Q    So I'm not asking you about -- well, I

19   guess I should ask you, was this -- the time when he

20   called you to ask you about coming in to give a

21   recorded statement, was that the first time you

22   talked to him on the phone?

23       A    Yes.

24       Q    And about how long after that -- strike

25   that.
```

```
 1              About how long after the murder was that?
 2       A    It -- not much longer.  He called me
 3   several time much longer until I just let the phone
 4   went -- went out and thing when he went to telling
 5   me about jail.  I said what I'm going to jail for
 6   for just saying that I seen the boy around the
 7   corner, y'all going to lock me up for that?  What
 8   I'm getting locked up for?  I'm being -- cooperated
 9   with them and thing and telling them and what --
10   what you want to lock me up for when I'm helping?
11       Q    So I'm just asking you about the first
12   time now.  This first time Kitchens called you on
13   the phone, he asked you to come give a recorded
14   statement; is that correct?
15       A    Yes, he asked me I go come talk -- do a
16   machine over the mic where nobody see me and thing.
17   I said, come and talk over some -- where nobody
18   don't see me for what, when all I say is where I
19   seen the boy, and what I got to be on the machine
20   and thing?  I can just tell them that, I can just
21   say that.  What I have to be hiding for to say that?
22       Q    Was that about one or two weeks after the
23   murder, this phone call?
24       A    Yes.
25       Q    Can you tell me everything that you
```

1   remember about that phone call?

2        A    Yes.  It was -- the reason is trying to

3   get me to keep come on down from where they say he

4   could talk and meet me at and I could give my

5   statement.  I can talk and stuff.  He willing to

6   meet me somewhere or pick me up or come pick me up.

7   I say why do I have to do all that when I can just

8   tell the people that.  What I'm hiding for --

9        Q    Where did he want you --

10       A    -- and tell them the same thing that I

11  told him?

12       Q    Where did he want you to come?

13       A    On Broadmoor.  Meet him on -- I could meet

14  him on Broad somewhere or he could come pick me up.

15  He was still trying to come get me picked up -- pick

16  me up.

17       Q    Where on Broad Street?

18       A    I don't know where he was going at, where

19  he was going to take me and thing.  I wasn't going

20  when I could just go in the courtroom where

21  everybody see me where I can say something.  What he

22  got to hide me for to say that?

23       Q    When you talked to him on that phone call,

24  did you tell him you were willing to come testify in

25  court?

1      A     Yes.  I told him that at the house.  I
2  told him that on the phone.  I even told it to
3  Napoli.
4      THE COURT REPORTER:
5          I'm sorry, to who?
6      THE WITNESS:
7          I told him all the time --
8      MR. SACHS:
9          Hold up, Ms. Baham.  Hold on one second.
10          Napoli, N-A-P-O-L-I, is what Ms. Baham
11  said.
12  BY MR. PAUL:
13      Q     You said you told him the first time at
14  your house, you told him --
15      A     I told him over the phone.
16      Q     And you told Napoli you said, right?
17      A     Yes.
18      Q     Were there any other times when you told
19  someone you were willing to come testify in court
20  about Isaac Jones?
21      A     Yes.
22      Q     What were the other times?
23      A     At court.  At court.  In the courtroom.
24      Q     When was that?
25      A     After I was arrested.

1    Q    So before you were -- so before you were

2  arrested, were there any other times --

3    A    I let them know.

4    Q    Beside those times that you just

5  mentioned, were there any other times before you

6  were arrested that you told someone you were willing

7  to come testify in court about Isaac Jones?

8    A    Yes, I told it to Kitchens and thing.  He

9  still try to bring me to where to hide and thing.

10  What I have to hide for to say that but when I can

11  be in open court just saying it?

12    Q    You're talking about the telephone call

13  that was a week or two after the murder, right?

14    A    From Kitchens, yes.

15    Q    I'm saying besides that conversation and

16  besides when you talked to him at your house on the

17  day of the murder, were there any other times before

18  you were arrested that you told him or someone else

19  that you were willing to come to court to testify

20  about Isaac Jones?

21    A    No.  I just told who I spoke with, who was

22  speaking with me.  Who else could I tell?  And I was

23  going to the courtroom for to make sure I can get up

24  there and say it.

25    Q    Did you have other phone calls with

1  Kitchens?

2      A    It was -- it was several, and after

3  that -- after I got rid of the phone, he couldn't --

4  he couldn't call me any more, but he seen me after

5  that, him and the lady, he ain't know who I was, and

6  I waved at them, and that's when the lady, when they

7  came arrest me that day, that's when the lady say I

8  done seen her, could have been got her.  Say you

9  ain't seen her when she waved at us when she was

10 passing?  And I sure did wave at them when I was

11 passing because I had just came from down there from

12 court.  Went home, done what I had to do and started

13 walking down to the store, and I seen him passing,

14 coming toward my house, and I just waved on and kept

15 on walking to the store, and that's what the lady

16 was telling him.

17     Q    So besides that first -- strike that.

18          Besides that first phone conversation with

19 Kitchens that we just discussed where he asked you

20 to come -- come and give a recorded statement, when

21 were the other occasions that you talked to him on

22 the phone?

23     A    Maybe, like, three times after, and I kept

24 on telling him I'll go to the courthouse, tell them

25 people I seen him around there.

1  calling me lots of times.  Then he talking about

2  paperwork.  Well, if he done the paperwork in my --

3  in my kitchen, why would you have to meet me?

4  Talking about finish up on some paperwork and tell

5  me, well, I can go talk in a mic and all this.  Why

6  I can't go in the courtroom and say what I have to

7  say?  I got to be hiding to say something.

8      Q    What year was that?

9      A    The year -- what did he -- he got killed.

10 Right after he got killed.

11     Q    So the same year --

12     A    A month or --

13     Q    The same year that Orlando Rickmon was

14 murdered?

15     A    Yes.

16     Q    Did anyone else ever make any kind of

17 threat to you in connection with the Isaac Jones

18 case?

19     A    No, sir.

20     Q    Did -- when you talked to Kitchens, did

21 he -- did he tell you what he wanted you to say?

22     A    Yes.  Well, they talking about with the

23 red car and the red truck coming up.  All right,

24 come on, come on, give it to me.  Come on now,

25 Lazonia, you know about the red car then, huh?  What

1  red car?  What is you talking about?

2          The truck, come on now, you know what I'm

3  talking about.  I'm sitting there thinking what red

4  truck and thing he talking about until I got out of

5  jail and talked to my cousin, and my cousin was

6  talking about the van was a -- I said that's what

7  that man talking about.  What is he harassing and

8  telling me something about anything I don't know

9  nothing about.

10          That's when I went back in the court when

11  the subpoena, I went back to court.  He called me

12  from out the courtroom and to the benches out there,

13  still talking about a red car and thing.  I said,

14  yeah, I seen a red car on the news.

15      Q    Who are you talking about now?

16      A    Kitchens.  He asked me is I'm on any kind

17  of medication or anything.  I said I ain't on

18  nothing.  You don't remember our conversation?  I

19  say, I remember just what you said and what I said,

20  too.  I told y'all where that little boy was.

21          Then they had that other judge and another

22  man back there with the lawyer, and when he heard --

23  heard me said where Ike was and thing, and he told

24  him, he say, oh, if this get out to the press, you

25  is going to be in trouble.  He told that man, shut

1  up and get out, put him from back there.

2      Q    I'm going to ask you some more questions

3  about that later, but let's -- still talking about

4  Kitchens right now.

5          Did you ever talk with anyone from the New

6  Orleans Police Department about the murder?

7      A    No.

8      Q    Never?

9      A    I -- I -- I -- when I got up on the stand

10 and all that, when they put me on the stand.

11     (Exhibit 2 was marked for identification.)

12     MR. PAUL:

13          I'm going to introduce Exhibit 2.  This is

14 a copy of a supplemental police report written by

15 Detective Clinton Givens.  This is B20, Bruce.

16     MR. SACHS:

17          Are you -- you're going to share it on the

18 screen?

19     MR. PAUL:

20          Yes.

21     MR. SACHS:

22          Okay.

23     MR. HAMILTON:

24          Here is a paper copy.

25 BY MR. PAUL:

```
 1      Q    The Bates number starts at OPDA10752.  I'm
 2  going to ask you to look at Page 32 for me, which is
 3  OPDA10865.
 4      MR. HAMILTON:
 5          I handed you the wrong document.  Here you
 6  go.
 7      MR. PAUL:
 8          It's a 37-page supplemental police report,
 9  Bruce.  Is that it?
10      MR. HAMILTON:
11          Yeah, I had it at B21.
12  BY MR. PAUL:
13      Q    Ms. Baham, let me know when you get to
14  Page 32.
15      A    This here is Page 32.  I'm on Page 32.
16      Q    So second paragraph from the bottom here,
17  I'm going to read it off for you here.  It says, "On
18  April 29, 2013 at 5:17 p.m., Detective Givens was
19  contacted via phone by Lazonia Baham, mother of
20  Dinnika Baham.  She advised she had seen the footage
21  released to the media and was positive that the van
22  featured was the same she had seen Ike in about 30
23  minutes prior to the murders on Baudin Street."
24          Is that true?
25      MR. SACHS:
```

1          I'm going to object to the use of this.

2     There's no evidence that -- or foundation that it

3     was, in fact, Ms. Baham who called.

4          MR. PAUL:

5               That's what I'm asking.

6          THE WITNESS:

7               Oh, I don't know nothing about this here,

8     no.

9     BY MR. PAUL:

10         Q    So you did not call -- you did not call --

11         A    No, why would I call the detective?

12         Q    So you did not call Detective Givens on

13    April 29, 2013?

14         A    No, not that I could recall of.

15         Q    So I'll keep reading.  "She was not able

16    to provide any further information on the vehicle,

17    such as the license plate number, but she did advise

18    that when she saw him in the vehicle, it was in the

19    uptown area.  She finished by adding the vehicle was

20    stationary and Ike was not in the driver's seat."

21              Is that --

22         A    Oh, no, not me.

23         MR. SACHS:

24              I have an objection.  Ms. Baham, before

25    you answer, let me just lodge -- Ms. Baham, let me

1   just lodge my objection real quick.

2          Objection.  She has already testified that

3   this was not her, she doesn't recall this, this

4   is -- that was not her statements, and so I'm not

5   sure how -- how there's foundation for it.

6          But go ahead and answer if you can,

7   Ms. Baham.

8      THE WITNESS:

9          No, I don't know nothing about this here,

10  no.  I can't answer it if I don't know nothing about

11  it.

12  BY MR. PAUL:

13     Q    So on April 29, 2013, you did not tell

14  Detective Givens that you saw Isaac Jones in the

15  vehicle on the day of the murder?

16     MR. SACHS:

17          Objection, asked and answered.

18     THE WITNESS:

19          No.  The only person I talked to and thing

20  what I seen Ike, I told them where I seen him at on

21  Telemachus Street.  All this here, I don't know

22  where it's coming from.

23  BY MR. PAUL:

24     Q    And who is that person that you told?

25     A    I told it to Kitchens when they came,

1  Officer Kitchens and that lady.

2      Q    The last sentence in that paragraph,

3  "Detective Givens attempted to arrange an in-person

4  interview with Ms. L. Baham but she declined out of

5  fear as she lives in the area frequented by

6  Mr. Jones and his associates."

7          Did Detective Givens ever try to

8  arrange --

9      A    No.

10     Q    Let me finish the question first, please.

11         Did Detective Givens ever try to arrange

12  an interview with you in person?

13     A    No.  What would I need a interview for

14  someone I'm just -- I'm telling them where the boy

15  was.

16     Q    I'm sorry, ma'am?

17     A    No, I never had an interview, never was

18  setup with a interview.  I don't know where is this

19  coming from.

20     MR. SACHS:

21         Matt, it seems like you're pausing now.

22  Would it be possible to take a short break, use the

23  restroom and such?

24     MR. PAUL:

25         Yeah.  How long do you want to break for?

 1      MR. SACHS:

 2          I was going to say ten minutes.  Is that

 3  okay with you-all?

 4      MR. PAUL:

 5          Yeah, that's okay.

 6      THE WITNESS:

 7          That's fine.

 8              (Brief recess.)

 9  BY MR. PAUL:

10      Q    Ms. Baham, I'm going to introduce an

11  exhibit and show you here.  This is -- it's going to

12  be Exhibit 3.

13      MR. PAUL:

14          It's B15, Bruce.

15      (Exhibit 3 was marked for identification.)

16  BY MR. PAUL:

17      Q    This is Bates stamped OPDA10458.  Let me

18  know when you're ready, Ms. Baham.

19      A    I'm ready.

20      Q    Did you receive this subpoena?

21      A    Yes.

22      MR. SACHS:

23          Objection.  Unclear what you mean by

24  "receive."

25      THE WITNESS:

```
 1            It wasn't no Section G.
 2  BY MR. PAUL:
 3       Q    So was the subpoena delivered to you?
 4       MR. SACHS:
 5            Objection.  Go ahead and answer,
 6  Ms. Baham.
 7       THE WITNESS:
 8            It didn't have this on there.  It was a
 9  subpoena like this here.  It had a seal on the
10  subpoena.
11  BY MR. PAUL:
12       Q    So I'm just asking if you received this
13  subpoena?
14       A    Yes, I received the subpoena.
15       Q    Was it handed to you personally?
16       A    No, in the mailbox.
17       Q    So you found this in your mailbox?
18       A    Just about all of them they sent was in
19  the mailbox, every subpoena that they sent.  My
20  brother got one and my niece got one.  All the rest
21  was in the mailbox, and I found one on my step.
22       Q    Did you appear at the DA's office on
23  August 15, 2013?
24       A    I don't remember what day I went, but when
25  I got the subpoena, I went to the Court for to find
```

LAZONIA BAHAM on 09/11/2020

1  out.  The lady at -- the Court was closed.  The lady
2  at the Court called over there to the DA office.
3  When they call over there at the DA office, she
4  couldn't get in touch with nobody at the DA office.
5  She said something was going on at the Court and
6  thing.  I probably could -- if I get over there now,
7  I probably could catch them.
8          I goes over there to the DA office, the
9  security guard at the front wouldn't let me get no
10 further.  I'm showing him, asking them.  One of them
11 say, well, it might be something new that they doing
12 now, and asked was Cannizzaro back there and thing.
13 They said they had done left the office and thing.
14         So I left from over there, went back to
15 the courtroom to try to catch the lady in the
16 courtroom.  By the time I made it back over there,
17 she was gone.
18     Q    So, Ms. Baham, you said you received
19 multiple subpoenas over time; is that correct?
20     A    Yes.
21     Q    I'm just trying to be as specific as
22 possible and talk about each specific subpoena.  So
23 I'm just -- I'm just asking you this is -- what I'm
24 showing you right here is a Grand Jury subpoena
25 telling you to come to the DA's office on August 15,

1  2013 at 11:00 a.m.; is that correct?

2       A    Yes.  I'm not sure what the time was, but

3  when they told me, I went to the Court to see

4  about -- got the lady for to call.  The lady called

5  over there.

6       MR. SACHS:

7            Ms. Baham, Ms. Baham -- Sorry, Matthew, I

8  hope you don't mind if I interrupt you briefly.

9            Ms. Baham, Mr. Paul is talking only about

10  the subpoena that you're looking at right now, not

11  the other ones.

12       THE WITNESS:

13            Okay.

14  BY MR. PAUL:

15       Q    Right.  So do you remember whether you

16  appeared at the DA's office on August 15, 2013, as

17  directed by this Grand Jury subpoena?

18       A    Yes.  I -- I -- I went to the Court first.

19  She told me where the DA office was --

20       Q    Why did you go to the Court first, ma'am?

21       A    -- that's why I went there.

22            Because that's where all the -- the rest

23  of the subpoenas was saying to go at, to the Court,

24  and that's why I kept on going to the Court.  I'm

25  trying to find out what this -- I say it have to be

1   for the same thing.  That's when I went to ask to

2   the Court, but the Court was closed.  But the lady

3   was in there, and she said this is from the DA

4   office.

5           She called over there.  She couldn't get

6   no answer and thing from them.  She told me I might

7   could catch them, for to go around there to the DA

8   office and thing.  I went to the DA office.  The

9   security guard was there.  He wouldn't let me all

10  the way through.  He just stopped me right there by

11  the door where you go through.  A lady passing, he

12  was asking the lady about, and she was saying that

13  she think they was gone for today.

14      Q    So you said that the other subpoenas --

15  you said that the other subpoenas were saying to go

16  to Court, that's why you went to the Court for this

17  subpoena?

18      MR. SACHS:

19          Objection.

20      THE WITNESS:

21          Yes.

22      MR. SACHS:

23          I'm not sure that's what she said.

24      THE WITNESS:

25          I -- I -- I -- I went to find out where to

1  go, what that was about.  And when I spoke to the

2  lady, she told me where to go at by the DA office.

3      MR. SACHS:

4          Objection.  I just want to be clear.

5  We're still focused on just this subpoena that

6  Ms. Baham is looking at right now, not the other

7  subpoenas?

8      MR. PAUL:

9          That's correct.

10     THE WITNESS:

11         Yes.

12  BY MR. PAUL:

13     Q    So, Ms. Baham --

14     A    That's what she --

15     Q    Did you receive any other subpoenas in

16  connection with the Isaac Jones case earlier than

17  this one, before this one?

18     A    Yes, them other subpoenas.

19     Q    I'm sorry.  What did you say?

20     A    I received a letter and other subpoenas.

21     Q    So you received --

22     A    Not like this here one.

23     Q    So you received other subpoenas, even

24  before August 15, 2013?

25     A    I'm not sure the dates on the subpoena.

```
 1   I'm not sure on the dates on them.
 2        Q    What I'm trying to understand, I mean, you
 3   said --
 4        A    They had one to come before this here one.
 5   They had subpoena come before this here one actually
 6   came.
 7        Q    You're sure that you got at least one
 8   other subpoena before this one?
 9        A    Yes.
10        Q    And that was in connection with the Isaac
11   Jones case?
12        A    Yes, it was in the courtroom with me at.
13        Q    I think you told me before that you tried
14   to go to the DA's office twice, once in response to
15   a subpoena and once in response to a letter?
16        A    To the letter.
17        Q    To the letter?
18        A    Yes.
19        Q    So but only once in response to a
20   subpoena?
21        A    Yes.
22        Q    Do you know --
23   MR. SACHS:
24             Objection.
25             Go ahead.  Ms. Baham, I want to make sure
```

1  you can see the subpoena clearly.

2      MR. PAUL:

3          I think she has a copy in front of her

4  also.

5  BY MR. PAUL:

6      Q    Do you know whether that one time you

7  appeared at the DA's office in response to a

8  subpoena was August 15th or some other date?

9      A    I'm not actually -- I think it was before,

10 before the 15th where I got the letter and thing.  I

11 think it probably was before the subpoena.

12     Q    What was before the subpoena?  When you

13 appeared at the DA's office was before the subpoena?

14     A    Before I had got a letter for to go there,

15 before I got the subpoena.

16     Q    Right.  So there was a letter and there

17 were also subpoenas?

18     A    Yes.

19     Q    You appeared at the DA's office once in

20 response to a letter and once in response to a

21 subpoena; is that correct?  Is that -- is that

22 correct?

23     MR. SACHS:

24          Objection.

25     THE WITNESS:

```
 1          Yes.
 2   BY MR. PAUL:
 3       Q    And I'm just trying to understand, the
 4   time when you appeared in response to a subpoena,
 5   was it on August 15, 2013, as specified in this
 6   Grand Jury subpoena that I'm showing you right now,
 7   or was it some other time, or are you not sure?
 8       A    I'm not sure, but I know I went to the DA
 9   twice.  I went with the subpoena, and I went with
10   the letter.  I'm not exactly sure the dates.
11       (Exhibit 4 was marked for identification.)
12       MR. PAUL:
13          Okay.  I'm going to introduce Exhibit 4.
14   This is B16, Bruce.
15   BY MR. PAUL:
16       Q    This is a Grand Jury subpoena to you
17   commanding you to appear at the Orleans Parish DA's
18   office on August 22, 2013, at 10:00 a.m.; is that
19   correct?
20       A    Yes.
21       Q    Did you receive this subpoena?
22       A    Yes.
23       Q    Is that your signature on the subpoena?
24       A    Yes.
25       Q    So someone came and served this to you
```

1  personally, and you signed -- you signed to

2  acknowledge your receipt?

3      A    This was at the Court, I think, I signed

4  this.

5      Q    This was what?

6      A    I think this was at the Court.  I know I

7  signed a lot at the Court, and I got -- I think I

8  got one when I was staying on Mandeville -- no, that

9  was --

10     Q    So this is back in 2013, correct?  This is

11 about four months after the murder?

12     A    That's when I received them to go to the

13 DA office.

14     Q    That's when you what, ma'am?

15     A    Received the subpoena to go to the DA

16 office.

17     Q    So you received the subpoenas to go to the

18 DA's office in 2013, several months after the

19 murder?

20     A    Yes.

21     Q    Yes.

22     (Exhibit 5 was marked for identification.)

23     MR. PAUL:

24         I'm going to show you another document I'm

25 going to mark as Exhibit 5.  This one is B17.

1              No, not that I'm aware of.  Just the
2    letter and subpoena that I got when I stay over
3    there to the DA office.  All the rest I was going to
4    Court.
5    BY MR. PAUL:
6         Q    So we talked a little while about Kitchens
7    earlier.  Do you believe he worked for the DA's
8    office?
9         A    I didn't know what he was working with,
10   but I know he was doing something wasn't right.
11        Q    Do you know today whether he worked for
12   the DA's office?
13        A    I don't know.
14        Q    So at the time when you were talking to
15   him, did you have any reason to believe he worked
16   for the DA's office?
17        A    No.
18        Q    So who from the DA's office have you
19   spoken to about the Isaac Jones case?
20        MR. SACHS:
21             Objection, vague.  Go ahead and answer.
22        THE WITNESS:
23             Napoli, Napoli.
24   BY MR. PAUL:
25        Q    Jason Napoli?

```
 1      A    Yes, sir.

 2      Q    Can you describe what he looks like?

 3      A    White.  Oh, what I call the color of his

 4  hair?  I think a brownish.

 5      Q    About how old was he?

 6  MR. SACHS:

 7           Objection.  Calls for speculation.

 8  THE WITNESS:

 9           Yes, I don't really know the age.

10  BY MR. PAUL:

11      Q    Aside from Mr. Napoli, have you spoken

12  with anyone from the DA's office about the Isaac

13  Jones case that you can recall?

14      A    No.

15      Q    Did you ever speak to anyone in the victim

16  witness department?

17      A    No.

18      Q    Like a victim witness coordinator or

19  victim advocate or called something like that?

20      A    They -- they sent the paper with victim

21  and I called it, and every time I call, I couldn't

22  get through there.  I couldn't understand what are

23  they talking about victim.  I ain't never been no

24  victim.

25           (Exhibit 6 was marked for identification.)
```

1     MR. PAUL:

2          I'm going to show you a letter here.  I'm

3   going to introduce as Exhibit 6.  This is B10,

4   Bruce.

5     MR. HAMILTON:

6          Bates No. INDEF00902?

7     MR. PAUL:

8          Correct.

9     THE WITNESS:

10         Yeah, when they told me call this here

11  number.

12  BY MR. PAUL:

13    Q    This is -- have you -- have you seen this

14  letter before, Ms. Baham?

15    A    Yes.

16    Q    Did you receive this letter at your house?

17    A    Yes.

18    Q    Is the name Alison Morgado familiar to

19  you?

20    A    No.

21    Q    Did you call and speak to Alison Morgado?

22    A    I called to ask to speak to someone, but

23  they never let me through.  So I just -- I just went

24  down there.

25         (Exhibit 7 was marked for identification.)

```
1       MR. PAUL:

2            So I'm going to introduce Exhibit 7.  This

3   is B18, Bruce.  These are the notes from the victim

4   witness department, Bates stamped starting with

5   OPDA39152.

6       MR. SACHS:

7            Are you putting that up on the screen?

8       MR. PAUL:

9            Yes, sorry.

10      MR. SACHS:

11           I know.  It takes a second.

12  BY MR. PAUL:

13      Q    And I'm going to direct you to the third

14  page, Page 3 of 7.  Let me know when you're there,

15  Ms. Baham.

16      A    Yes, I'm there.

17      Q    The bottom of the third -- the bottom of

18  the third page, note dated September 23, 2015.  I'll

19  read it off.  It says, received and spoke --

20  "Received phone number and spoke to Lazonia Baham,

21  5040496.  She agreed to come in and meet with Jason

22  Napoli at 12:30 tomorrow."

23           Is that -- did I read that correctly?

24      MR. SACHS:

25           Objection.
```

```
 1      THE WITNESS:

 2          I ain't never --

 3      MR. SACHS:

 4          Are you asking the witness if you read

 5  that correctly?  That's your question?

 6      MR. PAUL:

 7          Yes, that's my question.

 8      MR. SACHS:

 9          We'll stipulate that you read exactly what

10  was on the paper.

11  BY MR. PAUL:

12      Q    I want to make sure we're on the same page

13  here, Ms. Baham.  Did you speak with Alison Morgado

14  on the phone on September 23, 2015?

15      A    Who you said -- excuse me.  Who you said

16  that I speak with?

17      Q    I just showed you notes of Alison Morgado

18  saying that she spoke -- spoke to you on the phone

19  on November 23rd -- I'm sorry, September 23, 2015.

20  I'm asking you if that's true or not?

21      A    That she spoke with me.  I -- when I

22  called when I got the letter, I spoke to someone on

23  the -- trying to connect me to someone else and

24  couldn't get through and thing.  So the next day and

25  thing, I went down trying to find out and thing what
```

```
 1  BY MR. PAUL:
 2      Q    Welcome back, Ms. Baham.  So I was asking
 3  you before we left about when you were arrested in
 4  December 2015.  Do you recall that?
 5      MR. SACHS:
 6           We can't hear you, Ms. Baham.  I'm not
 7  sure --
 8  BY MR. PAUL:
 9      Q    I think your sound might be off over
10  there.
11      A    Excuse me.  You were saying the date I was
12  arrested?
13      Q    Yes, ma'am.  I didn't hear your --
14      A    I didn't quite understand.
15      Q    Let me try again.
16           So were you arrested in December 2015?
17      A    Yeah.
18      Q    Yes.  Do you recall making a phone call
19  from jail shortly after you were arrested?
20      A    Yeah.
21      Q    I'm going to play an excerpt of a
22  recording for you and ask you a few questions about
23  it.
24                   (Recording played.)
25  BY MR. PAUL:
```

```
 1      Q    Do you recognize your voice in that
 2  recording, Ms. Baham?
 3      A    Yes, sir.
 4      Q    Who were you talking to there?
 5      A    My daughter.
 6      Q    Dinnika?
 7      A    Miquelle.
 8      Q    Is it fair to say you were upset at the
 9  time?
10      A    Yes, I was.
11      Q    You said, you going to make somebody
12  fucking testify on something they don't fucking
13  know; is that correct?
14      A    Yes.
15      Q    Who did you think was making you testify
16  on something that you didn't know?
17      A    Kitchens.
18      Q    And how was he -- how was he making you
19  testify on something that you didn't know?
20      A    He kept on just trying to bring me to
21  different places, telling me for to meet him places
22  or he could come pick me up and where to go at.  I
23  say, why do I have to go talk into something on tape
24  when I can just do it in court?  I told you where I
25  saw the boy around the corner and thing.  Why you
```

LAZONIA BAHAM on 09/11/2020

```
 1   couldn't just tell them and I just go into court and
 2   say that?  Why I have to meet you somewhere?
 3        Q    So were you upset that he was trying to
 4   make you testify about something that you didn't
 5   know anything about?
 6        A    Yes.
 7        Q    How did you know that's why you were
 8   arrested?
 9        A    Excuse me?  Rephrase the question.
10        Q    How did you know why you were arrested,
11   what the reason was?
12        A    Because he kept on calling me.  He -- he
13   kept on calling me already letting me know I was
14   going to get arrested.
15        Q    At the time when you made this phone call,
16   did you feel like something wrong had been done to
17   you?
18        A    Yes, he locking me up for nothing, and I'm
19   telling them what I seen and thing and they locking
20   me up, that wasn't right whatsoever.  Me stressed
21   out, much more stressed out and thing.  My babies
22   wondering about me when I'm coming home and
23   everything, making me stressed out even much more.
24   I'm sick back there and everything.  I'm back there
25   for nothing.
```

1      Q    Did you consider suing the DA's office at
2  that point?
3      A    My main concern was getting in -- in
4  there.  I was trying to get to the lawyer -- I mean,
5  get me a lawyer for to represent me and try to talk
6  to the judge and let them know.
7      Q    What about after you got out of jail, did
8  you consider suing the DA's office at that point?
9      A    I was trying to find a lawyer at that time
10  for to try to help me and see what was happening,
11  why was they keep on harassing me, and I got locked
12  up for nothing when I'm trying to cooperate what to
13  tell them.
14      Q    In that recording I just played, you said,
15  I'm going to give him a mother fucking show when I
16  get over there, when I get over there in the mother
17  fucking courtroom; is that what -- is that what you
18  said?
19      A    Yes, I said that.  I was trying to get to
20  the judge to let him know what they was trying to
21  do.
22      Q    What did you mean by that, that you were
23  going to give them a show?
24      MR. SACHS:
25           Objection, asked and answered.

1      THE WITNESS:

2           I was going to tell the judge what they

3   was trying to do.

4   BY MR. PAUL:

5      Q    What were you going to tell the judge?

6      A    Tell the judge that I had done told

7   Kitchens I would come to court and tell them where I

8   seen the boy at around there by my house and thing.

9   They should have had all that wrote down.  All that

10  should have been together and thing before they even

11  much coming messing with me about something when I

12  done told them.

13          All they had to do is subpoena me, let me

14  in court and tell them.  They sending me on a wild

15  goose chase, threatening me, barging through my

16  house, invading my privacy, scaring my kids.

17     Q    Who barged through your house?

18     A    Kitchens and them pass there several

19  times.  If they wasn't coming they sending other

20  police there.

21     Q    Are you talking about back in '13 shortly

22  after the murder?

23     A    Yes.

24     Q    He -- when you say he barged into your

25  house, what do you mean?

```
 1      A    H-I-L-D-A.

 2      Q    What's her last name?

 3      A    Sills.

 4      Q    Can you spell that for me?

 5      A    No, I don't know the right spelling of it.

 6      Q    Can you say it again, I didn't hear what

 7  you said.

 8      A    Hilda Sills.

 9      Q    Sills?

10      A    I can get the obituary and thing, yes.

11      MR. SACHS:

12           We can -- we can follow up if you'd like

13  and get the name if it's absolutely necessary.  I'm

14  going to object for relevance, but if you feel it's

15  something that's -- we can follow up and give you

16  the name.

17  BY MR. PAUL:

18      Q    So I understand what date we're talking

19  about here, I mean, you're -- was this the date when

20  you were at a funeral in Mandeville, what was

21  happening that day?  I wasn't clear on what you said

22  before.

23      A    That's when they came barging through my

24  house that day.  I wasn't there.  I was at a

25  funeral.
```

1      Q    Was anyone at your house that day?

2      A    Yes.

3      Q    Who was there when they came to your

4  house?

5      A    My brother and my daughter.

6      Q    You said they barged in your door.  Did

7  they knock down your door?

8      A    No, they didn't knock on it.  They beat on

9  the door get -- come in there.  They walking all

10  through the house trying to see was I in there.

11      Q    And who was it who did that?

12      A    Kitchens and whoever else he had with him.

13      Q    I'm going to play another excerpt for you.

14              (Recording played.)

15  BY MR. PAUL:

16      Q    Ms. Baham, who is the man you were talking

17  to in that part of the call?

18      A    That's my brother.  He is deceased now.

19      Q    You said, I'm going to get in that mother

20  fucking courtroom and cut up on them mother fuckers;

21  is that correct?

22      A    Yes.

23      Q    What did you mean you were going to cut up

24  on them?

25      A    Tell the judge on Kitchens.  I thought he

1  was going to be in there too.  He wasn't in the

2  courtroom.  And I still didn't get a chance to talk

3  to the judge when I got in there when she was

4  releasing.

5      Q    What do you mean you didn't get a chance

6  to talk to her?

7      A    The courtroom was crowded, crowded.  It

8  was packed in there.  They wouldn't -- I couldn't

9  speak to the judge.  Napoli asked the judge to bring

10  me to the back.  The judge told him he could bring

11  me to the back and get somebody to go back there

12  with him.

13          We get back there.  He asked me what -- I

14  said, yeah, I say, what I told the police, where I

15  seen the boy at, and the lawyer that was in there

16  was telling -- was advising me I ain't had to say

17  nothing.  I said, it's all right.  I said, the same

18  thing I told them, I'm just saying -- I told them

19  where I seen the boy at around from my house.

20          And that's -- that's when he told -- that

21  man said, oh, if this gets out to the press, you

22  going to be in trouble.  He told him for to shut up

23  and get out, get out.  And he put him from back

24  there.  That's when he still had me back there in

25  the back.

1       Q     He said --

2       A     Huh?

3       Q     Sorry, go ahead and finish.

4       A     He said, come on now, Lazonia, tell me

5   now.  I say, I'm telling you I seen the boy around

6   the -- okay, then where you seen the red car?  I

7   said, red car?  Come on now, Lazonia, the red truck,

8   you know.  I said, what is you talking about the red

9   truck, the red car?  I don't know what you talking

10  about.

11          All right, well, would you testify and say

12  that's what you seen around there, you seen him?  I

13  said, yeah, I been telling them that all along.  I

14  tell him where he was.

15          So he went out and then he -- I went out

16  and sit back in the seat.  He went out, talked to

17  the judge, the judge looked over there at me, then

18  he -- they gave me a subpoena and thing to come.  I

19  looked at the subpoena.  I say, they saying testify

20  against Isaac Jones?  I said, no, I'm trying to tell

21  them where he was.

22          And I raise up my hand in the courtroom

23  for to get the judge attention to tell me -- but the

24  deputy right there keep telling me put my hand down

25  where I couldn't never get the chance to talk to the

1  judge.  It's so packed in the courtroom and thing, I

2  never get the chance to talk.  They just brought me

3  back to the back and thing after she told me I was

4  going to be out of jail.

5          Getting back to the back, when they bring

6  me over there, stayed in there awhile.  Said bring

7  her to central lockup for to get out.  After they

8  bring me over there to central lockup, they tell me

9  I can't be released, something wrong with the

10  paperwork something.  They have to bring me back

11  over there until they could see what was happening

12  with the paperwork and thing.

13          They ain't never heard of that and thing,

14  talking about a material witness saying anything.

15  So whatever they had to do, they didn't bring me

16  back over there.  They say they going to figure it

17  out and see.  They just held me in there until they

18  got everything straight, and then they let me out.

19      Q    Did you just -- did you say you told

20  Mr. Napoli the same thing you told the police?

21      A    Yes.

22      Q    You just mentioned something about a

23  subpoena that you had.  Did you have a subpoena with

24  you when you -- when you appeared in court after you

25  were arrested?

```
 1      A     No, I didn't have nothing with me.

 2      Q     What subpoena were you just talking about

 3 when you said testify against Isaac Jones?

 4      A     That's what they gave me at the --

 5      Q     Oh, okay.

 6      A     -- courtroom when I talked to him at the

 7 back.  When they called me to the back that's when

 8 they hand me the subpoena.

 9      Q     Okay.  I understand.

10            I'm going to play another excerpt for you

11 here.

12                 (Recording played.)

13 BY MR. PAUL:

14      Q     So your daughter asked you, do they know

15 you're a Mandeville patient; is that correct?

16      A     Yeah, she asked me that.

17      Q     What did she mean by that?

18      A     Because I put them where they is a

19 patient.  She a patient.  I have two more kids are

20 patients.  I ain't never been to Mandeville, but I

21 have sick kids.  They know that's what I do them.

22 They cuts up in there.  I call them people on them

23 in a minute and get them locked up and get they mind

24 right.

25      Q     I didn't quite understand you.  You said
```

1  you've never been a Mandeville patient yourself?

2      A    No, I never been to Mandeville.  I never

3  been a patient in Mandeville.

4      Q    You said, they got my mother fucking

5  records, they know I'm a mother fucking mental

6  patient; is that correct?

7      A    Yes, I said that.  You can get my records,

8  they going to see I never been to no Mandeville or

9  nothing.

10     Q    Who is "they" that you're talking about

11 who had your records?

12     A    Whoever it is you talking about.  If y'all

13 want to pull my records, see if I been to

14 Mandeville, pull them.  I never been to no

15 Mandeville.  I had a child been to Mandeville, and I

16 have a child that's in Jackson now.

17     Q    What did you mean when you said, they know

18 I'm a mother fucking mental patient?

19     A    Tell that to my children and them when

20 they cuts up and get they mind right when I'm going

21 to lock them up from being disturbed.  I never been

22 in no Mandeville.

23     Q    Why did you describe yourself --

24     A    She getting that from me because that's

25 what I do them, I'm going to lock them up.  So she

LAZONIA BAHAM on 09/11/2020

```
 1       THE WITNESS:

 2             I answered to the best of my knowledge.

 3  BY MR. PAUL:

 4       Q    Have you ever been committed to a mental

 5  hospital?

 6       A    No, sir.

 7       Q    Is it true that you sometimes hear voices

 8  that no one else can hear?

 9       MR. SACHS:

10             Objection, foundation.

11       THE WITNESS:

12             No.

13  BY MR. PAUL:

14       Q    Is it true that you sometimes see things

15  that no one else can see?

16       MR. SACHS:

17             Objection, foundation.

18       THE WITNESS:

19             No.

20  BY MR. PAUL:

21       Q    Do you recall someone at the jail doing a

22  medical screening for you when you were first

23  brought there?

24       A    Yes.

25             (Exhibit 8 was marked for identification.)
```

```
 1  BY MR. PAUL:

 2     Q    I'm going to introduce Exhibit 8.  This is

 3  B19.  This is records from the Orleans Parish

 4  Sheriff's Office starting at Bates No. OPSO00001.

 5  I'm going to direct you to Page 4.

 6     MR. SACHS:

 7          Is Page 4 what you have up on the screen

 8  right now?  It looks like it.

 9     MR. PAUL:

10          Yes, is that what's showing?

11     MR. SACHS:

12          Yes.

13     MR. PAUL:

14          OPSO 4?

15     MR. SACHS:

16          Yep, just want to make sure we're on the

17  same page.

18  BY MR. PAUL:

19     Q    Let me know when you're there, Ms. Baham.

20     A    Yes.

21     Q    So toward the top of the page there it

22  shows that you had a temperature of 97.9 when you

23  first got into jail; is that correct?

24     A    I don't know what the temperature was.

25     Q    Do you have any reason to believe that --
```

LAZONIA BAHAM on 09/11/2020

1      A      I know I was sick.

2      Q      Do you have any reason to believe that

3   what's in the medical report is inaccurate?

4      MR. SACHS:

5           Objection.  Ms. Baham can't testify to

6   what was written by someone else in the report.

7      MR. PAUL:

8           I'm not -- I'm not talking about the

9   entire report right at this part.  I'm talking about

10   the temperature.

11   BY MR. PAUL:

12      Q      Do you have any reason to believe that the

13   temperature is inaccurate that they wrote in the

14   report?

15      MR. SACHS:

16           Objection.  I'm not sure how --

17      THE WITNESS:

18           No.

19   BY MR. PAUL:

20      Q      What was your answer, Ms. Baham?

21      A      I'm not sure what my temperature or what

22   was when I went there, but I do know I was -- I was

23   sick when they took me out my house throwing up.  I

24   didn't know what my temperature was and thing, and I

25   let them know that I was sick and thing, throwing up

LAZONIA BAHAM on 09/11/2020

 1  and thing.

 2          When they did get over there to me, I

 3  asked them what was they going to give me.  She

 4  checked my heart and everything, my vital.  She say,

 5  when I get out, check with a heart doctor because my

 6  heart is abnormal.  She told me to check with a

 7  doctor.

 8          She gave me a pill.  I asked her what that

 9  pill was, she said for pressure.  I said, what are

10  y'all trying to give me something for pressure

11  trying to kill me or something and I'm telling y'all

12  I'm throwing up and y'all give me something for

13  pressure.  I throwed the pill away.

14     Q    I'm going to ask you to look at question

15  No. 17 at the bottom of that page and continuing on

16  to the next page.

17          "Have you recently experienced a

18  significant loss?"  It says, "relationship, death of

19  family member/close friend, job, etc."  They wrote,

20  "yes."  Do you see that on the form?

21     A    They got -- they got -- each one of these

22  they got none for.  They got yes here, do you have

23  any medical problem?

24     Q    So I'm talking about No. 17.

25     A    That's the only one --