# EXHIBIT 7

**Section G**

# SUBPOENA - GRAND JURY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

TO: Lazonia Baham

YOU ARE HEREBY COMMANDED to appear before the **GRAND JURY** for Orleans Parish Criminal District Court located in the Orleans Parish District Attorney's Office, 619 South White St. New Orleans, Louisiana, on 29 August 2013 AT 0930 ~~9:00~~ A.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Under penalty of law, failure to appear could result in a fine.

Special Investigation

ARTHUR MORRELL, CLERK
BY ORDER OF THE COURT
~~2700 Tulane Avenue~~ 619 S. White St.
New Orleans, Louisiana 70119

_____
Minute Clerk

---

### RETURN ON PERSONAL SERVICE

THIS IS TO CERTIFY, that on August, 2013, I received the process of Court of which this is a duplicate, and that on August, 2013, I made due service thereof by leaving same in the hands of Lazonia Baham the person to whom the process is directed.

_____
Legal Process Server

---

### RETURN ON DOMICILIARY SERVICE

THIS IS TO CERTIFY, that on _____, 20 __, I received the process of Court of which this is a duplicate, and that on _____, 20 __, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Legal Process Server

CERTIFIED DA OFFICE COPY

OPDA10396

**Section G**  **SUBPOENA - GRAND JURY**

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

TO: Lazonia Baham

**YOU ARE HEREBY COMMANDED**

to appear before the **GRAND JURY** for Orleans Parish Criminal District Court located in the Orleans Parish District Attorney's Office, 619 South White St. New Orleans, Louisiana, on 29 August 2013 AT 0930 A.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Under penalty of law, failure to appear could result in a fine.

Special Investigation

ARTHUR MORRELL, CLERK
BY ORDER OF THE COURT
~~2700 Tulane Avenue~~ 619 S. White St.
New Orleans, Louisiana 70119

Minute Clerk

---

**RETURN ON PERSONAL SERVICE**

THIS IS TO CERTIFY, that on ___August___, 2013, I received the process of Court of which this is a duplicate, and that on ___August___, 2013, I made due service thereof by leaving same in the hands of ___Lazonia Baham___ the person to whom the process is directed.

Legal Process Server

---

**RETURN ON DOMICILIARY SERVICE**

THIS IS TO CERTIFY, that on _____, 20 ___, I received the process of Court of which this is a duplicate, and that on _____, 20___, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Legal Process Server

CERTIFIED DA OFFICE COPY

OPDA10397