# EXHIBIT 39



# Criminal District Court
## Parish of Orleans
2700 Tulane Avenue
New Orleans, Louisiana 70119

Judge Laurie A. White
Section A

# Subpoena

Case Number: 526742

Name: Jayonia Bahan

Section: "A"
2nd Floor, Room 10

You are hereby commanded to appear in Section "A" of the Criminal District Court for the Parish of Orleans on the ___21___ day of ___January___ in the year of our Lord, 20 ____ at 9:30AM to testify the truth according to your knowledge in the case of:

## STATE OF LOUISIANA

## VERSUS

___Same___

### Failure to appear will result in court action.

No pagers, cell phones or other electronic devices allowed. Proper attire required.

Criminal District Court

Parish of Orleans

Judge Laurie A. White
Section A

Plaintiffs-20923