# EXHIBIT 45

```
10/30/17 09:32:54      Online Booking Inquiry System      NAPOLIJ    BKII0109
                                                          QPADEV006G
IAHAM                LAZONIA                                          2426415
                                                 DNA: Yes 10/12/2009
Race Sex Hair Eyes Bld.Ht. Wt.  Scars and/or Tattoos
 B    F   BRO  BRO  MED 504 135  KEENAN


Birth Date     Birth State   Address                                    MS
       /1968        LA       3520 AUDUBON ST NEW ORLEANS LA 701251614   M

               Phone #       Employed By
               504-236-3385  HOME HEALTH



                            F3=Exit   F12=Previous
```

INDEF00901