UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; TIFFANY LACROIX; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**NOTICE OF CORRECTED EXHIBITS**

Plaintiff Renata Singleton, through undersigned counsel, hereby files this notice of corrected exhibits to correct inadvertent errors in the filing of her Opposition to Individual Defendants' Motion for Summary Judgment (Dkt. No. 294).

Plaintiffs attach 7 exhibits that were incomplete or erroneous:

- Exhibit 13 has been updated to include a cover page and remove an erroneous page number. It should replace Dkt. No. 294-16.

- Exhibit 15 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-18 (a different document which was mislabeled as Exhibit 15).

- Exhibit 17 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-20 (a different document which was mislabeled as Exhibit 17).

1

- Exhibit 19 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-22 (a different document which was mislabeled as Exhibit 19).

- Exhibit 27 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-30 (a different document which was mislabeled as Exhibit 27).

- Exhibit 30 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-33 (a different document which was mislabeled as Exhibit 30).

- Exhibit 32 was erroneously not included in Plaintiff's filing. It should replace Dkt. No. 294-35 (a different document which was mislabeled as Exhibit 32).

Dated:  December 17, 2020　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*s/* Laura Gaztambide Arandes

| | |
|---|---|
| Katherine Chamblee-Ryan (*pro hac vice*) | Mariana Kovel (*pro hac vice*) |
| Tara Mikkilineni (*pro hac vice*) | American Civil Liberties Union Foundation |
| Ryan C. Downer (*pro hac vice*) | 125 Broad Street, 18th Floor |
| Laura Gaztambide Arandes (*pro hac vice*) | New York, NY 10004 |
| Jeffrey Stein (*pro hac vice*) | Tel: (646) 905-8870 |
| Civil Rights Corps | mkovel@aclu.org |
| 1601 Connecticut Avenue NW, Suite 800 | |
| Washington, D.C. 20009 | |
| Tel: (202) 844-4975 | |
| | |
| Somil Trivedi (*pro hac vice*) | Bruce Hamilton |
| American Civil Liberties Union Foundation | La. Bar No. 33170 |
| 915 15th Street NW | ACLU Foundation of Louisiana |
| Washington, DC 20005 | 1340 Poydras St., Suite 2160 |
| Tel: (202) 715-0802 | New Orleans, LA 70156 |
| | Tel: (504) 522-0628 |

2

| | |
|---|---|
| Gerald S. Sachs (*pro hac vice*) <br> Venable LLP DC <br> 600 Massachusetts Ave. NW <br> Washington, DC 20001 <br> Tel: (202) 344-4269 | Sarah S. Brooks (*pro hac vice*) <br> Venable LLP <br> 2049 Century Park East, Suite 2300 <br> Los Angeles, CA 90067 <br> Tel: (310) 229-0408 |
| Allison B. Gotfried (*pro hac vice*) <br> Venable LLP <br> 1270 Avenue of the Americas <br> 24th Floor <br> New York, NY 10020 <br> Tel: (212) 370-6227 | Michael S. Blume (*pro hac vice*) <br> Venable LLP <br> 1270 Avenue of the Americas <br> 24th Floor <br> New York, NY 10020 <br> Tel: (212) 370-5500 |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I certify that on December 17, 2020, I electronically filed the foregoing Notice of Corrected Exhibits using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

*s/ Laura Gaztambide Arandes*