UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice All Claims by Renata Singleton Against Individual Defendants;

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff Renata Singleton against Arthur Mitchell, Tiffany Tucker, David Pipes, Graymond Martin, and Leon Cannizzaro in his individual capacity (collectively, the "Individual Defendants") are hereby dismissed with prejudice. Ms. Singleton's only remaining claims in this action are against Leon Cannizzaro in his official capacity as District Attorney of Orleans Parish ("OPDA").

**IT IS FURTHER ORDERED** that there shall be no award of costs or attorney fees with respect to the claims brought by Ms. Singleton against the Individual Defendants; the Plaintiffs and Defendants shall each bear their own costs and attorney fees, respectively.

New Orleans, Louisiana, this 30th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE