UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENATA SINGLETON ET AL.                     CIVIL ACTION

VERSUS                                      NO: 17-10721

LEON CANNIZZARO ET AL.                      SECTION: "H"

# ORDER

Before the Court are Graymond Martin's Motion for Summary Judgment on Silence is Violence's Claims against Graymond Martin (Doc. 267) and Graymond Martin, Arthur Mitchell, and David Pipes's Motion for Summary Judgment on Renata Singleton's Claims Against Individual Defendants (Doc. 279). On December 23, 2020, this Court granted Silence is Violence's Motion to Dismiss with Prejudice all Claims by Silence is Violence against all Defendants in this matter (Doc. 309). On December 30, 2020 this Court granted Renata Singleton's Motion to Dismiss with Prejudice all Claims by Renata Singleton against Arthur Mitchell, Tiffany Tucker, David Pipes, Graymond Martin, and Leon Cannizzaro in his individual capacity. All claims at issue in the aforementioned motions for summary judgment have been dismissed. Accordingly,

**IT IS ORDERED** that Graymond Martin's Motion for Summary Judgment on Silence is Violence's Claims against Graymond Martin (Doc. 267) and Graymond Martin, Arthur Mitchell, and David Pipes's Motion for

1

Summary Judgment on Renata Singleton's Claims Against Individual Defendants (Doc. 279) are **DENIED AS MOOT**.

New Orleans, Louisiana this 4th day of January, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**