UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>MARC MITCHELL,<br>LAZONIA BAHAM,<br>JANE DOE,<br>TIFFANY LACROIX,<br>FAYONA BAILEY,<br>JOHN ROE, and<br>SILENCE IS VIOLENCE;<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br><br>Judge Jane Triche Milazzo<br><br>Division 1<br><br>Magistrate Judge Janis van Meerveld |

**MOTION FOR SUMMARY JUDGMENT ON
PLAINTIFF'S CLAIMS AGAINST LAURA RODRIGUE**

Plaintiff Tiffany LaCroix ("Ms. LaCroix"), through her undersigned counsel, respectfully submits this Motion for Summary Judgment on her state law claims against Defendant Laura Rodrigue ("Rodrigue" or "Defendant"). As explained further in the accompanying memorandum, the record shows that there are no genuine issues of material fact with respect to Ms. LaCroix's claims of Fraud and Abuse of Process against Rodrigue. Rodrigue admits that

she sent fake subpoenas, including the fake subpoena she sent to Ms. LaCroix. Rodrigue further admits that the fake subpoenas were sent for the improper purpose of getting witnesses to come speak to her in the Orleans Parish District Attorney's ("OPDA") office to gather additional information. The record clearly shows that Ms. LaCroix reasonably relied on the fake subpoena. Ms. LaCroix hired an attorney on the day after receiving the fake subpoena, for the purpose of representing her to quash the subpoena. Finally, Ms. LaCroix suffered an injury from relying on the fake subpoena. She took time off work to hire her attorney and paid for her attorney to quash the fake subpoena. Ms. LaCroix suffered the inherent harm of receiving a fake subpoena from an office of law enforcement, the very people she had relied on to protect her. The record is also clear that Ms. LaCroix easily meets the two elements of Abuse of Process. Rodrigue abused the process laid out in the Louisiana Code of Criminal Procedure by creating and issuing subpoenas that directed witnesses to appear before the district attorney (and explicitly invoked Article 66), but were not overseen or signed by a judge. Rodrigue also knew at the time she issued the fake subpoena that it was not a real subpoena obtained pursuant to the prescribed statutory process, and did not carry the force and effect of "fine and imprisonment," yet Rodrigue issued it so that Ms. LaCroix would come and speak to her in the OPDA office. There are no facts in dispute and no conflicting facts with respect to the claims of Fraud and Abuse of Process against Rodrigue, and Plaintiff's Motion for Summary Judgment should be granted.

Respectfully submitted this 11th day of January, 2021,

                                                    /s/ Sarah S. Brooks
                                                    Sarah S. Brooks
                                                    VENABLE LLP
                                                    2049 Century Park East, Suite 2300
                                                    Los Angeles, CA 90067
                                                    ssbrooks@venable.com
                                                    (310) 229-0408
                                                    *Counsel for Plaintiff Tiffany LaCroix*

Katherine Chamblee-Ryan (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)
Ryan C. Downer (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

Somil Trivedi (*pro hac vice*)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Sarah S. Brooks (*pro hac vice*)
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-9900

Mariana Kovel (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
Tel: (504) 522-0628

*Counsel for Plaintiff Tiffany LaCroix*