

☰

Share |  | 

NOWCAST　　　　　　　　　　　　　　　　　　　　　　Watch on Demand ▶



## DAILY CORONAVIRUS UPDATES BY EMAIL　　　　　　　✕

Receive daily coronavirus & public health news straight to your inbox.

| Your Email Address | **SUBMIT** |

Privacy Notice

# Attorney for accused killer in Will Smith death to stay on case



Updated: 4:46 PM CDT Apr 13, 2016



Infinite Scroll Enabled　　◯




Share

Anchor/Reporter

**NEW ORLEANS —** Cardell Hayes' high-profile defense attorney will stay on the case until it's over.

Hayes' attorney, John Fuller, told WDSU News he has chosen not to accept an appointment by the Louisiana Supreme Court to serve as an interim judge in Orleans Parish.

**PDF:** John Fuller letter to court

That decision allows Fuller, who has represented accused killer Cardell Hayes since hours after the shooting, to continue representing his client.

**Related:** Will Smith's father says he can forgive accused killer, but won't forget what happened

The New Orleans Police Department arrested Hayes on Sunday in the fatal shooting of former New Orleans Saints defensive end Will Smith. The NOPD said Hayes opened fire on Smith, shooting and killing the 34-year old in the Lower Garden District after an argument following a minor crash.

Fuller has maintained that his client was not the aggressor in the case and is not guilty of second-degree murder.

**Related:** Attorney: Racquel Smith was shot first; gunman who shot Will Smith had no remorse

Fuller was appointed by the state's high court last month to fill the seat vacated by former Judge Frank Marullo, who was removed last year due to his age.

If he had accepted the appointment, Fuller would have sat as judge, starting in early May and remained on the bench until November or December.