# Notice of Manual Attachment

# Exhibit 9

# Audio recording of November 29, 2016 phone call (cropped)

# (also embedded below)

