| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| CARDELL HAYES | CASE NO.: 528-975   SEC. "H" |

IN RE CCRP ART 66 SUBPOENA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO QUASH

Now into court, comes Tiffany Lacroix, through undersigned counsel, moves that this Honorable Court quash the subpoena issued by the District Attorney in the above entitled case based upon the following:

1. The subpoena does not conform to the statutory requirements of La. C.Cr.P. Art. 66;

2. The subpoena does not meet the "reasonable grounds" threshold required by La. C.Cr.P. Art. 66.

Respectfully submitted,

NOV 29 2016

J.C. LAWRENCE, JR., & ASSOCIATES, L.L.C.

ANTHONY J. IBERT (#26661)
anthonyibert@jclawrence.com
JAMES C. LAWRENCE, JR. (#8142)

NOV 29 2016

303 South Broad Street
New Orleans, LA 70119
Telephone: (504) 822-1359
Facsimile: (504) 822-3861

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by facsimile, by hand delivery this day, or by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 29 day of November, 2016.

NOV 29 2016

JAMES C. LAWRENCE, JR.
ANTHONY J. IBERT

NOV 29 2016

**EXHIBIT 10**

Plaintiffs-03793

STATE OF LOUISIANA      CRIMINAL DISTRICT COURT

VERSUS      PARISH OF ORLEANS

CARDELL HAYES      CASE NO.: 528-975    SEC. "H"

IN RE CCRP ART 66 SUBPOENA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### HEARING O R D E R

IT IS ORDERED, based on the above showing and for other good cause, that the Motion to Quash is to be heard on the 30th day of November, 2016, at 9 am in Section H of the Criminal District Court.

New Orleans, Louisiana, this 29th day of November, 2016.

_____
JUDGE

Plaintiffs-03794

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| CARDELL HAYES | CASE NO.: 528-975   SEC. "H" |

IN RE CCRP ART 66 SUBPOENA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT

In support of her motion to quash Ms. Lacroix offers the following:

Facts:

On Novemberr 27, 2016, Ms. Lacroix was given what appears to be an Art. 66 subpoena by a New Orleans Police Officer at her home. (Ex. 1). The subpoena does not appear to have been issued by the Clerk of Court as required by Art. 66.

Reasons:

a. The subpoena does not meet the statutory requirements of Art. 66. La. C.Cr.P. Art. 66 states in pertinent part:

> Upon written motion of the attorney general or district attorney setting forth reasonable grounds therefor, **the court may order the clerk to issue subpoenas directed to the persons named in the motion, ordering them to appear at a time and place designated in the order for questioning by the attorney general or district attorney respectively,** concerning any offense under investigation by him. The court may also order the issuance of a subpoena duces tecum. Service of a subpoena or subpoena duces tecum issued pursuant to this Article upon motion of the attorney general may be made by any commissioned investigator from the attorney general's office, or in conformity with Article 734 of this Code. (Emphasis Added).

In the instant case the subpoena does not appear on its face to be issued by the clerk of court.

b. The subpoena fails to meet the "reasonable cause" requirements established by Art. 66 subpoenas

The subpoena does not appear to have been issued in connection with the above case number as there is no entry upon the Court's Docketmaster System indicating the request or order. (Ex. 2). Such request would need to be accompanied facts reciting reasonable grounds to issue the subpoena. In *State v. Lee* the Louisiana Supreme Court held that when an Art. 66 subpoena is issued the issuing party must be held to the same probable cause standards as a warrant if the subpoena is to gather physical evidence. *State v. Lee*, 976 So. 2d 109, 125. The court went so far as to say with respect to physical evidence from a person, "Regardless, even assuming a subpoena duces tecum may constitute the functional equivalent of a search warrant in some circumstances, the application at a minimum must rest upon a showing of probable cause, not simply the "reasonable grounds" required by art. 66. Thus the application must contain within its four corners the facts establishing the existence of probable cause." *Id.* Here, the State has commanded the presence of Ms. Lacroix without any reason and without "reasonable grounds" which in this instance could be less than probable cause.

THEREFORE, given that the State does not appear to have issued a request with supporting "reasonable grounds" Ms. Lacroix prays that the Court quash the subpoena.

Respectfully submitted,

J.C. LAWRENCE, JR., & ASSOCIATES, L.L.C.

ANTHONY J. IBERT (#26661)
anthonyibert@jclawrence.com
JAMES C. LAWRENCE, JR. (#8142)

303 South Broad Street
New Orleans, LA 70119
Telephone: (504) 822-1359
Facsimile: (504) 822-3861

Plaintiffs-03796

# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**



Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

---

To: **Tiffany Lacroix**

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on **11-29-16**

at **10am (12 Noon)**

to Assistant District Attorney:

**Laura Rodrigue**

phone #: **822-2414**

at 619 South White Street

In the case of:

State of LA vs **Cardell Hayes**

Item # **D-10616-16**

Case # **528-975**

Charge(s): **14:30.1**

Instructions:

Contact the above named Assistant District Attorney upon receipt of this subpoena.

Bring this subpoena with you to the District Attorney's Office when you appear to testify.

---

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*
the person to whom the process is directed.

_____
*Server of Process*

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on _____

I received the process of Court of which this is a duplicate.

_____
*Recipient of Service*

THIS IS TO CERTIFY that on _____

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

_____
*(please write Recipient's name),*
a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Ex. 1

_____
*Server of Process*

Plaintiffs-03797

```
Case: 528975       D O C K E T   M A S T E R        Date: 11/29/2016
Section: H                                          Time:  12:36:09
 Class: 2
                   ORLEANS PARISH CRIMINAL DISTRICT COURT

=================================================================
 DF# DEFENDANT(S):      CNTS CHARGE(S):
=================================================================

  1 HAYES, CARDELL A
                         1  RS 14  (27)30.1          BOND:    250,000.00
                            ATT 2ND DEGREE MURDER
                         1  RS 14   30.1            BOND:  1,000,000.00
                            2ND DEGREE MURDER
                         1  RS 14   55              BOND:    250,000.00
                            AGG CRIMINAL DAMAGE TO PROPERTY
                         1  RS 14   37.4            BOND:    250,000.00
                            AGG ASSAULT WITH A FIREARM

=================================================================
 DATE      PROCEEDINGS
=================================================================

 04/28/2016                                                  SHANKLINL
           FILED INDICTMENT
           "TRUE BILL"
           CAPIAS ISSUED
           BOND SET $1,750,000.00
           MAGISTRATE PAPERWORK FILED  (M-555992, DOB: 08-26-87, F#2431929)
           ****************************************************
           ****************************************************
           ALLOTTED.  ARRAIGNMENT SET FOR 04-28-16. PDOJL.
 04/29/2016                                                  ANDREWSA
           >THE DEFENDANT, CARDELL A HAYES APPEARED FOR ARRAIGNMENT.
           ARRAIGNMENT ON 4-28-16 @ 2:27 PM. THE STATE IS REPRESENTED BY
           JASON NAPOLI. >THE DEFENDANT WAS REPRESENTED BY JAY DANIELS &
           JOHN FULLER. >INDICTMENT WAS READ. >DEFENDANT ENTERED PLEA OF
           NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE OR
           JURY. >DISCOVERY HEARING SET FOR 05/18/16 >HEARING ON MOTIONS
           SET FOR 06/03/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
           >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
           A HAYES FOR FILING(S) IN OPEN COURT ADA JASON NAPOLI APPEARED.
           >DEFENSE FILED: >-SUPPRESS EVIDENCE. >-SUPPRESS STATEMENT.
           >-SUPPRESS IDENTIFICATION. >-PRELIMINARY HEARING. >-DISCOVERY
           AND INSPECTION. >-MOTION TO REDUCE OR MODIFY THE BOND WITH
           REQUEST FOR AN EXPEDITED HEARING, SET 5-18-16. >STATE FILED:
           >MEMO PERTAINING TO ISSUANCE OF DEFENSE SUBPOENAS FOR PRETRIAL
           >HEARINGS, SET 5-18-16.
 05/04/2016                                                  ANDREWSA
           >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
           A HAYES FOR FILING(S) IN OPEN COURT >DEFENSE FILED: >NOTICE OF
           INTENT TO FILE A WRIT. (5-27-16 DEFENSE GRANTED TO APPLY FOR
           SUPERVISORY REVIEW) >FILING OF WRITS SET FOR 05/27/16
 05/18/2016                                                  ANDREWSA
           >DEFENDANT CARDELL A HAYES DID NOT APPEAR FOR DISCOVERY HEARING
           >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY
           COURT JURY TRIAL IN PROGRESS. >DISCOVERY HEARING SET FOR
           05/20/16 >PDOJL
 05/20/2016                                                  ANDREWSA
           >THE DEFENDANT, CARDELL A HAYES APPEARED FOR DISCOVERY HEARING
           WITH COUNSEL, JAY DANIELS/JOHN FULLER THE STATE WAS REPRESENTED
           BY JASON NAPOLI & LAURA RODRIGUE. >STATE FILED: >MOTION FOR
           DISCOVERY BY STATE. INVENTORY OF DISCOVERY. >DISCOVERY HEARING
           SET FOR 06/01/16 >NOTIFY DEF.COUNSEL. >PDOJL
```

Ex. 2

>NO APPEARANCES MADE ON THIS DATE, JURY TRIAL IN PROGRESS FROM 5-16-16 THRU 5-27-16 (K. HICKERSON 516-272 "H"). PREVIOUS SET DATES OF 6-1-16 & 6-3-16 REMAIN. >DISCOVERY HEARING SET FOR 06/01/16 >HEARING ON MOTIONS SET FOR 06/03/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

06/01/2016                                                      ANDREWSA
>THE DEFENDANT, CARDELL A HAYES APPEARED FOR DISCOVERY HEARING DISCOVERY HEARING WITH COUNSEL, JAY DANIELS AND JOHN FULLER. THE STATE IS REPRESENTED BY LAURA RODRIGUE, JASON NAPOLI AND TIFFANY HUNTER. THE DEFENSE FILED: MOTION FOR ISSUANCE OF SDT (3) OBJECTION TO STATE'S DISCOVERY REDACTION. INSTANTERS (3) >STATE FILED: >SUPPLEMENTAL INVENTORY OF DISCOVERY PROVIDED TO DEFENSE. STATE REQUESTED EX PARTE HEARING PURSUANT TO LA.C.CR.P.ART 729.7 IN RESPONSE TO DEFENSE MOTION TO PRODUCE UNREDACTED REPORT. COURT REQUESTED THAT STATE PROVIDE COPY OF UNREDACTED REPORT TO COURT AND THAT DEFENSE PROVIDE COPY OF REDACTED REPORT TO COURT 6-3-16. COURT ORDERED STATE TO IDENTIFY AND PRESERVE ALL BODY CAMERA FOOTAGE IN CASE. SDT RETURNS ARE TO BE MADE 6-16-16 IN OPEN COURT. >HEARING ON MOTIONS SET FOR 06/03/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

06/03/2016                                                      ANDREWSA
>COURT RULES THAT THE STATE MADE PRIMA FACIE SHOWING AS REQUIRED BY ART. 729.7 AND THEREFORE THE STATE DOES NOT HAVE TO PROVIDE >UNREDACTED REPORT TO DEFENSE. AS 400 LEFT OFF PART OF THIS COMPLETE SENTENCE******************
>THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING ON MOTIONS HEARING ON MOTIONS WITH COUNSEL, JAY DANIELS AND JOHN FULLER. THE STATE REPRESENTED BY LAURA RODRIGUE AND JOHN FULLER. >THESE MOTIONS DID LIE: >SUPPRESS EVIDENCE >SUPPRESS STATEMENT >SUPPRESS IDENTIFICATION >STATE CALLED NOPD CHRISTOPHER MCGAW NOPD AMANDA WILLIAMS NOPD DET. TINDELL MURDOCK >STATE EVIDENCE: >S1 S10 S2 S3 S4 S5 S6 S7 S8 S9 >DEFENSE CALLED: PASTOR SHATEEK NOBLES SR. >DEFENSE EVIDENCE: >D1 (STATE AND DEFENSE STIPULATED AS TO D1). >DENIED MOTION TO SUPPRESS EVIDENCE. >DENIED MOTION TO SUPPRESS STATEMENT. >DENIED MOTION TO SUPPRESS IDENTIFICATION. >DEFENSE OBJECTED. >DEFENSE INFORMED OF INTENT TO SEEK A WRIT ON THE RULING. COURT GRANTED UNTIL 06/29/16 TO FILE WRIT. RETURN DATE ON SDT IN OPEN COURT 6-16-16. WRIT DATE 6-29-16. >TRIAL SET FOR 09/20/16 >DISCOVERY HEARING SET FOR 07/14/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
>THE DEFENDANT, CARDELL A HAYES, APPEARED BEFORE THE COURT WITH COUNSELS JAY DANIELS AND JOHN FULLER. >THE STATE IS REPRESENTED BY LAURA RODRIGUE AND JASON NAPOLI. COURT DENIED MOTION TO SUPPRESS STATEMENTS FOR STATEMENTS TESTIFIED TO BY NOPD CHRISTOPHER MCGAW, NOPD AMANDA WILLIAMS AND DET. TINDELL MURDOCK. COURT DENIED MOTION TO SUPPRESS IDENTIFICATION AS TO LINEUPS SHOWN TO NOPD CHRISTOPHER MCGAW AND TO UNNAMED WITNESS (S-4). COURT DENIED MOTION TO SUPPRESS EVIDENCE AS TO EVIDENCE SEIZED BY NOPD AMANDA WILLIAMS. DEFENSE OBJECTION NOTED AS TO COURT'S RULINGS. COURT HELD EX PARTE PROCEEDING PURSUANT TO LA.C.CR.P.ART.729.7 IN CHAMBERS WITH PROCEEDINGS RECORDED BY CERTIFIED COURT REPORTER COURT RULES THAT THE STATE MADE PRIMA FACIE SHOWING AS REQUIRED UNREDACTED REPORT TO DEFENSE. DEFENSE NOTED OBJECTION AS TO RULING, NOTICED INTENT TO SEEK WRITS. WRITS ARE DUE BY JUBE 29,2016.



06/14/2016                                                      ANDREWSA
>DEFENDANT, CARDELL A HAYES DID NOT APPEAR FOR FILING(S) IN OPEN COURT >STATE FILED: >-MOTION TO RELEASE EVIDENCE TO NOPD.

06/16/2016                                                      ANDREWSA
>THE DEFENDANT, CARDELL A HAYES APPEARED FOR SUB DUCES TECUM RETURNED WITH COUNSEL, JAY DANIELS/JOHN FULLER PURSUANT TO SDT ISSUED TO KIRKENDOLL MGMT. LLC, MR. JOSEPH LAVIGNE APPEARED ON BEHALF OF JONES WALKER LAW FIRM FOR RETURN ON SDT. MR. JOHN

```
            THERE ARE NO RESPONSIVE DOCUMENTS IN THE POSSESSION OF
            KIRKENDOLL LLC RELATIVE TO THE REQUEST SET FORTH IN SDT.
            DEFENSE OBJECTION NOTED. RETURN FROM SAKE CAFE MADE TO MR. JAY
            DANIELS. AFFIDAVIT PROVIDED TO MR. DANIELS FROM SAKE CAFE WHICH
            STATES THERE ARE NO VIDEOS IN THEIR CUSTODY WHICH ARE
            RESPONSIVE TO THIS RETURN,PURSUANT TO COURT ORDER, WAS TO BE
            MADE IN OPEN MR. CUSIMANO CONTACTED COURT AND WILL BE HERE ON
            6-29-16 FOR SDT TO RUTH'S HOSPITALITY GROUP NEEDS TO BE
            DIRECTED TO HARRAH'S NEW SDT ISSUED (RETURN ON 6-29-16).
            >DEFENSE FILED: >-MOTION AND ORDER FOR ISSUANCE OF SUBPOENA
            DUCES TECUM. (1) HARRAH'S ENTERTAINMENT. >RETURN DATE/SUBP
            DUCES TECUM SET FOR 06/29/16 >FILING OF WRITS SET FOR 06/29/16
            >NOTIFY DEF.COUNSEL. >PDOJL
06/24/2016                                                       ANDREWSA
            >DEFENDANT, CARDELL A HAYES DID NOT APPEAR FOR FILING(S) IN OPEN
            COURT >STATE FILED: >-MOTION TO RELEASE VEHICLE (SET 6-29-16).
06/28/2016                                                       ANDREWSA
            >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
            A HAYES FOR FILING(S) IN OPEN COURT >DEFENDANT IN CUSTODY AND
            NOT BROUGHT INTO COURT. >PRESENCE OF DEFENDANT WAIVED. >DEFENSE
            FILED: >-MOTION FOR EXTENSION OF TIME TO FILE WRIR (GRANTED TO
            7-15-16) NOTICE OF INTENT TO FILE WRIT. >FILING OF WRITS SET
            FOR 07/15/16 >NOTIFY DEF.COUNSEL. >PDOJL
06/29/2016                                                       ANDREWSA
            >MR. JAY DANIELS CALLED MR. MATHERNE AS A WITNESS FOR QUESTIONING
            RELATIVE TO THE SDT.
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR RETURN DATE/SUBP
            DUCES TECUM WITH COUNSEL, JAY DANIELS/JOHN FULLER ADA JASON
            NAPOLI PRESENT. RETURN ON SDT TO SAKE CAFE, MAKING RETURN IN
            OPEN COURT WERE MR. NICHOLAS CUSIMANO, COUNSEL FOR SAKE CAFE
            AND MR. DAVID MATHERNE, MGR. FOR SAKE CAFE. MR. CUSIMANO
            PROFFERED TO COURT A 1 PAGE LETTER FROM "OPEN EYE" AUTHORED BY
            ADAM WESTRUM, TECHNICAL SUPPORT MGR. AND CREDIT CARD RECEIPT
            FROM SAKE CAFE. RELATIVE TO THE SDT. >DISCOVERY HEARING SET FOR
            07/14/16 >FILING OF WRITS SET FOR 07/15/16 >TRIAL SET FOR
            09/20/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
07/14/2016                                                       WRIGHTD
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR DISCOVERY HEARING
            WITH COUNSEL, JAY DANIELS TIFFANY TUCKER AND JASON NAPOLI
            APPEARED ON BEHALF OF THE STATE. >DEFENSE FILED: >-MOTION TO
            RECUSE DISTRICT ATTORNEY CANNIZARO. >HEARING SET FOR 07/20/16
            IN SECTION H . ^^RECUSAL HEARING SCHEDULED^^ >NOTIFY
            DEF.COUNSEL. >PDOJL
07/15/2016                                                       WRIGHTD
            >**MATTER SCHEDULED FOR RECUSAL HERAING*** >HEARING SET FOR
            07/20/16 IN SECTION H . >NOTIFY DEF.COUNSEL. >PDOJL
07/20/2016                                                       ANDREWSA
            >DEFENDANT, CARDELL A HAYES APPEARED WITH COUNSEL, JOHN FULLER
            FOR HEARING STATE WAS REPRESENTED BY LAURA RODRIGUE & JASON
            NAPOLI. >CONTINUED ON DEFENSE MOTION. >HEARING SET FOR 07/22/16
            >NOTIFY DEF.COUNSEL. >PDOJL
07/21/2016                                                       ANDREWSA
            >DEFENSE COUNSEL JOHN FULLER APPEARED WITHOUT DEFENDANT, CARDELL
            A HAYES FOR FILING(S) IN OPEN COURT >DEFENSE FILED:
            >SUPPLEMENTAL MOTION TO RECUSE THE ORLEANS PARISH DISTRICT
            >ATTORNEY AND SUPPORTING MEMORANDUM.
07/22/2016                                                       ANDREWSA
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING WITH
            COUNSEL, JOHN FULLER ADA'S LAURA RODRIGUE, TIFFANY TUCKER &
            DAVID PIPES PRESENT FOR THE STATE. STATE FILED MEMO IN
            OPPOSITION TO RECUSAL. DEFENSE MOTION TO RECUSE DISTRICT
            ATTORNEY "DENIED", DEFENSE OBJECTION NOTED.
            ****************REMOVE 9-20-16 TRIAL DATE************************
            >HEARING SET FOR 08/12/16 DNA/PROCESS AUTOS. >TRIAL SET FOR
```



| Date | Entry |
|---|---|
| 07/27/2016 | ANDREWSA<br>>DEFENSE COUNSEL JOHN FULLER APPEARED WITHOUT DEFENDANT, CARDELL A HAYES FOR FILING(S) IN OPEN COURT >DEFENSE FILED: >-MOTION TO PRESERVE EVIDENCE. |
| 08/03/2016 | ANDREWSA<br>>DEFENDANT, CARDELL A HAYES DID NOT APPEAR FOR FILING(S) IN OPEN COURT >ORDER REC'D FROM COURT OF APPEAL 2016-K-0737 (TRANSCRIPT REQUEST |
| 08/12/2016 | ANDREWSA<br>>THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING WITH COUNSEL, JOHN FULLER >THE COURT GRANTED THE MOTION TO RELEASE AUTOS, NO OBJECTION BY DEFENSE. THIS CASE REMAINS SET FOR TRIAL. |
| 08/19/2016 | ANDREWSA<br>>ON 8-17-16 A FILING REC'D AT CLERKS OFFICE FROM COURT OF APPEAL #2016-K-0737 (ORDER) COURT REPORTER GRANTED AN EXTENSION OF TIME. >TRANSCRIPT TO BE FILED UNDER SEAL. |
| 09/13/2016 | ANDREWSA<br>>PRE-TRIAL CONFERENCE SET FOR 09/15/16 >PDOJL |
| 09/15/2016 | ANDREWSA<br>>DEFENDANT, CARDELL A HAYES APPEARED WITH COUNSEL, JAY DANIELS FOR PRE-TRIAL CONFERENCE ADA JASON NAPOLI PRESENT. >ON ORAL MOTION BY THE DEFENSE, THE COURT GRANTED A CONTINUANCE, NOPD ESSENTIAL WITNESS WILL BE OUT OF THE COUNTRY ON 11-2-16 PREVIOUSLY SELECTED TRIAL DATE. 11-2-16 TRIAL DATE IS NOW CONVERTED TO A DISCOVERY HEARING DATE. >TRIAL SET FOR 12/01/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL |
| 09/20/2016 | ANDREWSA<br>>DEFENSE COUNSEL JOHN FULLER APPEARED WITHOUT DEFENDANT, CARDELL A HAYES FOR FILING(S) IN OPEN COURT >DEFENSE FILED: >-MOTION TO TRANSFER EVIDENCE. >HEARING SET FOR 09/21/16 >NOTIFY DEF.COUNSEL. >PDOJL |
| 09/21/2016 | ANDREWSA<br>>THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING WITH COUNSEL, JOHN FULLER ADA JASON NAPOLI PRESENT FOR THE STATE. THE COURT "GRANTED" MOTION TO TRANSFER EVIDENCE, NO OPPOSITION BY THE STATE. >DISCOVERY HEARING SET FOR 11/02/16 >SEND NOTICE TO DEFENSE COUNSEL. >PDOJL |
| 10/12/2016 | ANDREWSA<br>>CARDELL A HAYES DID NOT APPEAR FOR FILING(S) IN OPEN COURT. COURT OF APPEAL, FOURTH CIRCUIT 2016-K-0737, WRIT DENIED. |
| 10/14/2016 | ANDREWSA<br>>THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING WITH COUNSEL, JOHN FULLER ADA LAURA RODRIGUE PRESENT FOR THE STATE. ORDER FILED AND PLACED INTO RECORD. >DISCOVERY HEARING SET FOR 11/02/16 >NOTIFY DEF.COUNSEL. >PDOJL |
| 10/20/2016 | ANDREWSA<br>>DEFENSE COUNSEL JOHN FULLER APPEARED WITHOUT DEFENDANT, CARDELL A HAYES FOR FILING(S) IN OPEN COURT >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >PRESENCE OF DEFENDANT WAIVED. >DEFENSE FILED: >DEFENSE'S CHAIN OF CUSTODY PROCEDURE TO TRANSFER EVIDENCE. |
| 11/02/2016 | ANDREWSA<br>>THE DEFENDANT, CARDELL A HAYES APPEARED FOR DISCOVERY HEARING WITH COUNSEL, JAY DANIELS ADA JASON NAPOLI APPEARED FOR THE STATE. STATE'S MOTION IN LIMINE TO EXCLUDE THE PRIOR ARREST RECORD OF THE VICTIM IS "GRANTED". STATE FILED SUPPLEMENTAL INVENTORY OF DISCOVERY PROVIDED TO DEFENSE. STATE PURSUANT TO DISCOVERY REQUEST: TURNED OVER 7 DIFFERENT FBI REPORTS. DEFENSE PURSUANT TO DISCOVERY REQUEST WILL PROVIDE CELL PHONE VIDEO TO STATE ELECTRONICALLY. STATE PROPOSED JURY QUESTIONAIRE, THE COURT SET 11-7-16 FOR BOTH SIDES TO PRESENT ADDITIONAL QUESTIONS FOR QUESTIONAIRE. STATE AND DEFENSE ANNOUNCED THEY WILL BE READY FOR TRIAL 12-1-16. >TRIAL SET FOR 12/01/16 >SEND |



Plaintiffs-03801

```
11/07/2016                                                       ANDREWSA
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR HEARING WITH
            COUNSEL, JOHN FULLER/JAY DANIELS ADAS JASON NAPOLI & LAURA
            RODRIGUE APPEARED FOR THE STATE. COURT SIGNED ORDER FOR CLERK'S
            OFFICE TO SEND TO BODE CELLMARK SPECIFIC EVIDENCE. COURT SPOKE
            WITH LOUISIANA STATE POLICE, MR. MYLES ROBICHAUX TO ADDRESS THE
            TWO REFERENCE SAMPLES BEING SENT TO BODE CELLMARK. COURT RULED
            ON OBJECTIONS REGARDING THE REGARDING JURY LOGISTICS. >TRIAL
            SET FOR 12/01/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
11/10/2016                                                       SHANKLINL
            AS PER-ORDERED BY MINUTE CLERK   RULING SET FOR 11-14-16. PDOJL.
            >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
            CARDELL A HAYES, FOR A HEARING; DEFENDANT DID NOT APPEAR.
            >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >PRESENCE OF
            DEFENDANT WAIVED. ADA LAURA RODRIGUE AND JASON NAPOLI APPEARED
            FOR THE STATE. >STATE FILED: >MOTION FOR SEQUESTRATION OF
            JURORS PURSUANT TO LA.C.CR.P. ART.79 COURT RULED THAT JURY
            QUESTIONNAIRES WILL NOT BE USED FOR JURY SELECTION. >RULING SET
            FOR 11/14/16 >NOTIFY DEF.COUNSEL. >PDOJL
11/14/2016                                                       ANDREWSA
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR RULING WITH
            COUNSEL, JOHN FULLER ADA LAURA RODRIGUE AND JASON NAPOLI
            PRESENT FOR THE STATE. ORDER FILED INTO RECORD. >RULING SET FOR
            11/16/16 >NOTIFY DEF.COUNSEL. >PDOJL
11/16/2016                                                       NETTERVILD
            >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
            CARDELL A HAYES, ADA JASON NAPOLI PRESENT. DEFENSE INTENT TO
            FILE WRIT NOTED, WRITS DUE 11-22-16. STAY DENIED, EXTENSION
            DENIED.
            >THE DEFENDANT, CARDELL A HAYES APPEARED FOR RULING WITH
            COUNSEL, JOHN FULLER ADAS LAURA RODRIGUE AND JASON NAPOLI
            PRESENT FOR THE STATE. THE COURT "GRANTED" THE STATE'S MOTION.
            >TRIAL SET FOR 12/05/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
            >PDOJL *****************REMOVE
            12-1-16******************************
            >DEFENSE COUNSEL JAY DANIELS APPEARED WITHOUT DEFENDANT, CARDELL
            CARDELL A HAYES. >DEFENSE FILED: >-NOTICE OF INTENT TO FILE A
            WRIT. >STAY DENIED.
=================================================================================
                              END OF DOCKET MASTER
=================================================================================
```

Disclaimer:

The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.