P R O C E E D I N G S

THE COURT:

    All right. I don't know if Mr. Fuller has to be here for the hearing or not. He's coming? All right, so we are going to pass on this until he's here.

MS. RODRIGUE:

    Oh, no, your Honor, we don't need Mr. Fuller. Actually I can probably handle it very quickly.

THE COURT:

    Oh, okay.

MS. RODRIGUE:

    This is an add on. I don't know if it actually appears on today's docket, but it's case number 528-975 under State of Louisiana versus Cardell Hayes. This is in reference to a "DA" subpoena issued to a Ms. Tiffany LaCroix. I received a call that she had retained counsel, Mr. J. C. Lawrence, and his law firm will be representing her pursuant to that "DA" subpoena. But the State can withdraw the "DA" subpoena at this time. We don't need the hearing. We just need her served for trial.

EXHIBIT 11

THE COURT:

    Okay, is she here?

MS. RODRIGUE:

    I don't know.

MR. IBERT:

    No, your Honor, she's not here. She's at her job site.

THE COURT:

    As an officer of the Court will you accept service for her?

MR. IBERT:

    I haven't been authorized to do that, your Honor, but she is a homeowner and her home is listed on the -- in the Orleans Parish Wards of the tax assessor's website, so -- and her home is known to them. They can certainly serve her at her home.

MS. RODRIGUE:

    We are going to ask that the Court issue a subpoena to Ms. LaCroix, if the defense would assist the Court in having the sheriff's office serve her.

THE COURT:

    You can ask for an instanter subpoena and I'll instanter subpoena her for --

MS. RODRIGUE:

> Yes, your Honor.

THE COURT:

> If you want Monday or Tuesday, whatever day you want.

MS. RODRIGUE:

> We will put Monday and then we'll just continue to serve her everyday as the trial continues, Judge.

THE COURT:

> All right, just lets get and address for the clerk's office and the sheriff's office.

MS. RODRIGUE:

> Sure. Mr. Ibert can provide that. I'll fill out the paper --

MR. IBERT:

> And, your Honor, I mean, she's lived in the same home for over five years and it's the one I believe they've already investigated her at and served her at with this subpoena, so she has it.

THE COURT:

> Okay, so you are saying you will not give the address here? I'm not understanding. If you all have a gentleman's agreement that the

        address is the same.

MR. IBERT:

        It's the same, so she just needs to fill it out as part of her witness list. And it can be served.

MS. RODRIGUE:

        And, your Honor, in fairness to the Court we actually had to check a few addresses for her. There was an address -- she is listed under her father's address. We were then rerouted and told she wasn't living there anymore. So, just in order to expedite the process --

THE COURT:

        Mr. Ibert, please put her address on the -- if you don't want to put it on the record, I understand, but it has to be on the subpoena or I'll just go instruct the sheriff's office to pick her up at her job and bring her here to get in court service.

MR. IBERT:

        Yes, ma'am.

THE COURT:

        So we can do it the paperwork way or we can do it the, come to take a ride to Section

"H" way.

Good morning, Mr. Lawrence.

END PROCEEDINGS