https://www.nola.com/news/crime_police/article_9adaae8c-a678-5e46-8f25-486e159af058.html

# Cardell Hayes' appeal in Will Smith killing seeks probe of fake 'DA's subpoena'

Ken Daley
PUBLISHED JUL 24, 2017 AT 10:45 PM | UPDATED JUL 22, 2019 AT 12:48 PM

Cardell Hayes' bid for a new trial over the killing of former Saints star Will Smith will include seeking an appellate court's review of a fake subpoena used in the case by District Attorney Leon Cannizzaro's office, according to a new court filing by his appeals attorney.

Among a list of 13 items that attorney Paul Barker wants sent to the Louisiana 4th Circuit Court of Appeal by Criminal District Judge Camille Buras' court is a copy of the so-called "DA's subpoena" sent to Hayes' girlfriend, Tiffany Lacroix. Barker also wants the transcript of a pretrial hearing that addressed the subpoena. That hearing was held last Nov. 30, five days before Hayes' highly publicized weeklong trial began.

**EXHIBIT 13**

A hearing on Barker's requests is scheduled for Friday (July 28) in Buras' courtroom.

Barker's motion, filed July 17 in Buras' court, seeks a voluminous number of transcripts and documents he wants lodged with the appellate court in order to contest Hayes' conviction and 25-year prison sentence. Hayes, a 29-year-old tow truck operator from New Orleans East, was found guilty last Dec. 11 of manslaughter and attempted manslaughter for his double shooting of Will and Racquel Smith after a Lower Garden District traffic dispute on April 9, 2016.

Barker did not return messages seeking comment on the new filing. A trial transcript already has been obtained, but among the other items Barker wants Buras' staff to provide to the 4th Circuit are:

- A transcript of the entire jury selection;

The use of bogus "subpoenas" issued by the district attorney's office without the weight of a judge's signature first came to light in an April 26 story by The Lens. The report said Lacroix last November received the notice ordering her to meet with a prosecutor regarding the Hayes

case. The document had "SUBPOENA" printed at the top, and a bold-faced warning that "A fine and imprisonment may be imposed for failure to obey this notice." But the document was not signed by a judge nor issued by the clerk of court, and so carried no legal authority.

The DA's office said it has stopped the use of the controversial documents.

The ACLU of Louisiana has sued in Orleans Parish Civil Court to discover the names and bar numbers of any prosecutors who used the fake subpoenas, and Judge Nakisha Ervin-Knott gave Cannizzaro's office until July 31 to reveal usage of the documents in cases accepted for prosecution in 2017. The judge granted an additional 60 days to produce similar records from the previous four years.

Cannizzaro's office has appealed Ervin-Knott's ruling to the 4th Circuit Court.