```
 1                    CRIMINAL DISTRICT COURT
 2                       PARISH OF ORLEANS
 3                       STATE OF LOUISIANA
 4
 5
 6     STATE OF LOUISIANA            CASE NUMBER 528-975
 7     VERSUS                        SECTION: "H"
 8     CARDELL HAYES
 9
10              TRANSCRIPT OF THE SENTENCING HEARING AS
11     HELD IN THE ABOVE MENTIONED MATTER IN OPEN COURT ON THE
12     DATE OF APRIL 20, 2017, BEFORE THE HONORABLE CAMILLE
13     BURAS, JUDGE PRESIDING, SECTION "H", CRIMINAL DISTRICT
14     COURT, PARISH OF ORLEANS.
15
16
17        APPEARANCES:
18             FOR THE STATE:
19                  JASON NAPOLI, ESQUIRE
20                  LAURA RODRIGUE, ESQUIRE
21                  TIFFANY TUCKER, ESQUIRE
22
23             FOR THE DEFENSE:
24                  JOHN FULLER, ESQUIRE
25                  JAY DANIELS, ESQUIRE
26
27
28
29
30        REPORTED BY: PHYLLIS JACOMET, RPR
31
32
```

1

COPY

**EXHIBIT 14**

INDEF01964

1   what the My Redeemer church and myself is asking for is
2   that if we -- if we do a sentence that is extensive, we
3   are going to lose another great guy.  And society will
4   lose him.  The family will lose him, his children.  And
5   we're just asking for mercy.  We're asking for the
6   Court's mercy.  We're asking for the family's
7   forgiveness.  I stand in the gap for you guys literally
8   every week on our prayer line because we know that this
9   is -- this is going to take some time.  This is not
10  easy for anybody.  And we are going to continue to do
11  that.
12  MR. FULLER:
13              Thank you.  The State may have some
14          questions for you.
15  MS. RODRIGUE:
16              No questions, Judge.
17  THE COURT:
18              Thank you, Pastor, you may step down.
19  MR. FULLER:
20              Tiffany LaCroix, Judge.
21  THE COURT:
22              Tiffany LaCroix?
23  MR. FULLER:
24              Yes, ma'am.
25              TIFFANY LACROIX, was called as a witness
26          and after having first been duly sworn, was
27          examined and testified on her oath as follows:
28  THE COURT:
29              Thank you, Ms. LaCroix, if you could spell
30          your first and last names?
31  THE WITNESS:
32              First name is T-I-F-F-A-N-Y, last name,

30

```
 1          LaCroix, L-A-C-R-O-I-X.
 2                DIRECT EXAMINATION:
 3   BY MR. FULLER:
 4   Q.   Good morning.
 5   A.   Good morning.
 6   Q.   Tiffany, how do you know Mr. Hayes?
 7   A.   Well, myself and Mr. Hayes, Cardell, we have a son
 8   together and I been knowing him for going on seventeen
 9   years.
10   Q.   Now, what is your son's name?
11   A.   Cardell Hayes, Junior.  We call him "CJ".
12   Q.   Okay.  And is "CJ" in court now?
13   A.   Yes, he is.
14   Q.   And where is he seated?
15   A.   He's right behind his father with his hand up.
16   Q.   Okay.  Now, at this point, you know, Cardell's been
17   away for nearly a year, right?
18   A.   Yes.
19   Q.   And you've seen your son, y'all's son, nearly
20   everyday during the course of that year?
21   A.   Yes, sir, we did.
22   Q.   And how has being away from his dad affected "CJ"?
23   A.   Well, prior to April of 2016, Cardell and "CJ" had
24   a daily routine.  They would -- I'm a teacher so I
25   would have to wake up early in the morning, be at work
26   on time.  Cardell would wake up. "CJ", he would wake
27   up.  He would fix him breakfast. He would get him
28   dressed. He would bring him to school. He would pick
29   him up from school. He would bring -- go home, do
30   homework. After homework he would go bring him to
31   practice because our son plays baseball, basketball and
32   football. He -- after that he would bring him home,
```

INDEF01994

1  give him a bath. By that time I would be home and it
2  was time to put him to sleep. And while doing all of
3  that simultaneously he was still managing his business
4  and, you know, contributing, volunteering at the park,
5  at Pontchartrain Park where our son plays, and just,
6  you know, being an all around person.
7  But that routine of course was broken. And my son,
8  when it happened at first, he couldn't understand why
9  -- he couldn't understand why his daddy couldn't bring
10 him to school in the morning anymore because it wasn't
11 the same with mommy. He would say he would want his
12 daddy because it wasn't the same. It just wasn't the
13 same. They would talk in the morning. They would, you
14 know, do things that I just couldn't do with him
15 because I am his mom, but it's a bond between a father
16 and son that I knew I don't have with him. And he --
17 and our son, he's very intelligent. He's very smart.
18 He goes to one of the best schools in the state. And
19 he's actually six years old, but he's on a third-grade
20 level. And "CJ" has learned how to read. He's learned
21 how to write sentences and paragraphs and do all kinds
22 of things. And I always find him writing about his
23 dad. Like who do you want to be when you grow up?
24 What do you want to do? And he always writes about
25 what his dad does and all the things that he's done
26 over time and what he's done with him. So, for him to
27 just wake up, you know, one morning then it's all
28 changed. It's just at the drop of a hat, it just was
29 -- it was hard for him. It was really hard.
30 Q. How would you describe Cardell's love for "CJ"?
31 A. It's -- it's not. You can't. You can't describe it.
32 It's an automatic thing. And it was just like when

1  "CJ" was born October 24th, and I'll never forget 2010,
2  we had "CJ" and I had to stay in the hospital an extra
3  day because I had a fever that I couldn't break. So
4  when we finally got home Cardell was currently in
5  school at Southeastern University and he was finishing
6  up his degree and he had to go to class and it was the
7  first day that he was going to leave us. And I heard
8  him, I was holding the baby and I was sitting in front
9  of the TV and all of a sudden I heard him talking to
10 someone on the phone and then I didn't hear anything.
11 So I called for his name and when he answered I could
12 hear him, his voice was kind of sketchy, so when I went
13 to go see he was crying. And I've never seen Cardell
14 cry many times in my life and I've known him for almost
15 twenty years of my life. And for him to cry because
16 the feeling of him -- he said not being there for us is
17 what hurt him the most. But I tried to explain to him,
18 "You're going to class. We are going be here. We are
19 not going anywhere. I'll answer the phone." But the
20 idea of him being away from his son is just -- it
21 killed him then. And I just -- I don't even know how
22 to explain how it is now. So the love, the bond that
23 they have, is just something that is undescribable that
24 a father and their child would have, especially a
25 father and a son.
26 Q.  And how would you describe Mr. Hayes as a person?
27 A.  As a person Cardell -- we, basically, grew up
28 together. And we met each other in middle school.
29 I've been knowing him since about 1999. And we seen
30 each other wrong. We went to separate high schools. I
31 remember a specific time when Cardell has always been
32 the person to always take people for their word. He's

33

never questioned anybody because a man respects another man's word, unless you show them different. That was always what he lived by and his motto. And when we -- it was time for us to go to college, Cardell had received a scholarship to go to Alcorn University. So we went, myself, his stepfather and his mother, went to drop him off at school. And of course after we dropped him off I was crying, his mom was crying, his step dad was consoling his mom and I think it was like a month or two into him being at school because it was -- of course it was on a football scholarship. And something happened to where the scholarship, it had extra attachments, basically, that stated that he had to -- he had to pay a certain amount. Like it wasn't what was presented to him in the beginning. So that was, you know, basically false advertisement. So when we found out just as quickly as his mom went to bring him, we went and picked him back up. And that's how he wound up at Southeastern.

Now, the reason why I said that is because Cardell was so excited to be able to play, to go to school for what he loved, he would do anything to, you know, maintain what he loved to do. But when somebody tried to, I guess you can say in laymen's terms, give the "okie doke" to him he lost all trust. He couldn't trust anybody there. He didn't feel as though anybody would be able to have his back or protect him like he can protect others. Like he would protect them on the field, so he knew that he had to leave. And retrospect, too, friends, and even to myself, Cardell never put people in harms way. He always avoided any type of altercation. He never ever ran to or looked

34

```
 1    for any type of trouble.  He always avoided all kind of
 2    issues and drama that, you know, the life of being in
 3    New Orleans held.  Being a male, a black male, in New
 4    Orleans and living through what he had to live through,
 5    it just was hard because we talked about, and he's also
 6    mentioned that he knows the feeling of not having his
 7    father, but, me, myself, watching him grow up, I can
 8    say personally living with him, we bought a house
 9    together, that it affected him and he wanted so much
10    more for his son.  He wanted so much more for, you
11    know, to give back to his community because they gave
12    so much to him.  The way he was raised in the church by
13    his mother, even though without having a father, he
14    grew up to be a strong, black man.  You know, his mom
15    helped produce one of the best men that I know.  And he
16    just, I mean, he's -- his instinct was to always
17    protect.  You know, his friends gave him the name
18    "Bear" when we were in college.  And it was always
19    funny because I was used to tell him, "Oh, I'm not
20    calling you that.  That's silly to me."  But as time
21    progressed it was perfect.  It was the perfect name for
22    him because he was -- and, of course, people didn't
23    know him like I knew him.  He was soft.  He was kind.
24    He, you know, wanted to provide the best for us.  And
25    he always made sure that everybody, you know, was okay.
26    And his family, if they needed help, whether it was
27    from moving to a new place, buying a new car, trying to
28    make a choice on a school to go to, they called him.
29    He was the person who was reliable who had his head on
30    right.  He was just the person that you could always go
31    to.  And I've never, and I always told him this, I've
32    never known him to ever fall victim to peer pressure.
```

INDEF01998

```
 1   I've never known him to ever be a person to go with the
 2   crowd.  He's always made choices and decisions for
 3   himself and his family that was in a positive aspect,
 4   that would make positive -- have positive results, give
 5   positive attributions to the community.  He was never a
 6   person to just go with the flow.  That was never his,
 7   ever his intentions since he was young.  He was much
 8   more mature than most of us.  Because, of course, in
 9   our relationship I was the one who just made like
10   random choices and he would be the one, "Well, you need
11   to slow down because these are your options and maybe
12   you need to think this out."  He was the one to make me
13   realize, you know, this isn't right, this is wrong, to
14   just slow me down.  So that was him.
15   Q.   And in terms of the -- obviously, you've had an
16   opportunity to talk to Cardell through the jail phone,
17   right?
18   A.   Yes.
19   Q.   And, in terms of the loss that the Smith family has
20   experienced --
21   A.   Yes.
22   Q.   -- is that something he's happy about?
23   A.   No.  He -- Cardell, when -- going back to the loss
24   of his father, people, they said, you know, he lost his
25   father twice.  And I need people to understand, it
26   twice.  Because his father, of course, he was victim to
27   the circumstances that he was in and he went -- he was
28   incarcerated.  And he was gone for, I think, I want to
29   say, more than, I think, ten years.  I'm really not
30   sure of the time.  And then when he was out I think he
31   saw his father a few times and then Katrina hit and
32   then the horrible altercation, the incident happened
```

1   with the New Orleans Police Department, and then he was
2   taken again, this time never to return. I know as time
3   went by small things like learning how to change a
4   tire. I mean, learning how to, you know, put a screw
5   or -- in a wall or hang a painting, or whatever, he
6   didn't have that. Nobody was there to show him to do
7   those things. And I know that Cardell would have never
8   in a million years wanted somebody's child to feel like
9   he did because knowing like I knew him, and like I know
10  him, he would never want a child or a wife to feel the
11  pain that he felt. And I know he's so sorry. He's
12  just so -- he didn't mean to do that. He was -- and
13  that I know him he was in fear for his life. He was
14  afraid because I talked to him. He called me right
15  after it happened and I answered the phone and he was
16  screaming on the phone and I've never heard him like
17  that. And I said, "Cardell, Cardell, calm down.
18  What's wrong?" He said, he said, "I shot somebody." I
19  said, "What?" He said, "I don't know. They were
20  attacking me. I didn't know what to -- they were
21  attacking me. They were attacking me." I said, "Calm
22  down." I said, "Calm down." And then he stopped and
23  then I heard him put the phone down and then I heard
24  some two -- I heard two voices, a male and a female,
25  and they said, asked him, "Sir," you know, he asked
26  him, "I'm going to ask you to step out the car." He
27  said, "Yes, ma'am," and he walked out and the phone was
28  still on. And all I -- I stayed on the phone because I
29  didn't know if he was going to pick up -- I thought it
30  was just a nightmare. I didn't know what was really
31  going on. And I stayed on the phone and I listened.
32  And they said, "What are we supposed to do with this

```
 1   car?" And I said -- and I just sat there and I
 2   listened and then someone said, "The phone is still
 3   on," and they hung it up. So the -- the shriek, the
 4   tone of his voice, the pain, I just knew something had
 5   happened. He sounded just so afraid and just -- he was
 6   so scared. And then recently I tried to stay away from
 7   the media, the newspaper. I don't let my son -- I
 8   blocked every single thing known to man on our
 9   television because I do, I remember yesterday when you
10   mentioned if you "Google", your daughter "Googles" your
11   husband's name, the pictures do pop up and I tried and
12   just like you I monitor everything, every -- I don't
13   let him -- whose house he goes by, "No, you can't watch
14   TV. What are you doing?" I make sure he's outside. I
15   make sure he stays away from it because it's cruel to
16   children. And I do understand it's very harsh and
17   cruel. But it's sad that he is just -- he's so sorry.
18   He would have never ever, ever wanted you or your
19   family or anybody to feel that. And I just wish --
20   just like him he wish he could take it back and he
21   would if he could. He really would if he could.
22   MR. FULLER:
23              And, Tiffany, the State might have some
24        questions for you.
25   THE WITNESS:
26              Okay.
27   THE COURT:
28              Thank you, Ms. LaCroix, you may step down.
29   THE WITNESS:
30              Thank you.
31   MR. FULLER:
32              Ms. Dawn Mumphrey, Judge.
```

INDEF02001