UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, LAZONIA BAHAM and TIFFANY LACROIX<br><br>*Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish; GRAYMOND MARTIN; DAVID PIPES; JASON NAPOLI; ARTHUR MITCHELL; LAURA RODRIGUE; in their individual capacities,<br><br>*Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering Plaintiffs' Unopposed Motion for Extension of Deadlines (Doc. 328),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The submission dates for the referenced summary judgment motions (Doc. 326 & 327) are hereby extended one week, to February 3, 2021.

New Orleans, Louisiana, this 14th day of January, 2021,

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA