UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>LEON CANNIZZARO, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld<br><br>**DECLARATION OF<br>SARAH S. BROOKS** |

SARAH S. BROOKS, an attorney, hereby affirms as follows under the penalties of perjury:

1. I am a partner with the law firm Venable LLP, attorneys for Plaintiff Tiffany LaCroix ("Ms. LaCroix" or "Plaintiff") in the above-captioned action. I am familiar with the facts and circumstances in the above-entitled matter as they relate to this declaration, and if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Ms. LaCroix's Memorandum in

Opposition to Defendant's Motion for Summary Judgment on Ms. LaCroix's claims against Individual Defendants.

3. On September 12, 2020, Ms. LaCroix was deposed at the ACLU of Louisiana's offices via video conference. A true and correct copy of excerpts of Ms. LaCroix's deposition are attached hereto as **Exhibit A**.

4. On September 25, 2020, Ms. Rodrigue was deposed at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Ms. Rodrigue's deposition are attached hereto as **Exhibit B**.

5. A document titled "Subpoena" was issued to Ms. LaCroix on November 29, 2016, and a copy of that document was used as an exhibit during Ms. Rodrigue's and Ms. LaCroix's depositions. Attached hereto as **Exhibit C** is a true and correct copy of the Ms. LaCroix's "Subpoena."

6. A document titled "Subpoena" was issued to Anthony Williams on November 28, 2016, and a copy of that document was used as an exhibit during Ms. Rodrigue's deposition. Attached hereto as **Exhibit D** is a true and correct copy of Mr. Williams' "Subpoena."

7. Pursuant to 28 U.S.C. § 1746, Ms. LaCroix made and signed a declaration on January 24, 2021. Attached hereto as **Exhibit E** is a true and correct copy of Ms. LaCroix's declaration.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 26, 2021, in Los Angeles, California.

/s/  Sarah S. Brooks
Sarah S. Brooks
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
ssbrooks@venable.com
(310) 229-0408
*Counsel for Plaintiff Tiffany LaCroix*

Katherine Chamblee-Ryan (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)
Ryan C. Downer (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

Somil Trivedi (*pro hac vice*)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Sarah S. Brooks (*pro hac vice*)
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-9900

*Counsel for Plaintiff Tiffany LaCroix*

Mariana Kovel (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
Tel: (504) 522-0628