# EXHIBIT C



# SUBPOENA

**A FINE AND IMPRISONMENT MAY BE IMPOSED FOR FAILURE TO OBEY THIS NOTICE.**

Office of the Orleans Parish District Attorney

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

To: Tiffany Lacroix

You Are Hereby Notified pursuant to LSA-CCRP art. 66 to appear before the District Attorney for the Parish of Orleans, to testify to the truth according to your knowledge in such matters as may be required of you.

on 11-29-16

at ~~8 AM~~ 12 Noon

to Assistant District Attorney:

Laura Rodrigue

phone #: 822-2414

at 619 South White Street

In the case of:

State of LA vs Cardell Hayes

Item # D-10616-16

Case # 528-975

Charge(s): 14:30.1

Instructions:
Contact the above-named Assistant District Attorney upon receipt of this subpoena.
Bring this subpoena with you to the District Attorney's Office when you appear to testify.

### RETURN OF PERSONAL SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

the person to whom the process is directed.

_Server of Process_

### RETURN OF DOMICILIARY SERVICE

THIS IS TO CERTIFY that on

I received the process of Court of which this is a duplicate.

_Recipient of Service_

THIS IS TO CERTIFY that on

I made due Personal Service thereof by leaving same in the hands of the aforesigned Recipient

(please write Recipient's name),

a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

Ex. 1

_Server of Process_

Clerk's Office _____ 20__
A True Copy

by _____ Deputy C
Hon. _____

OPDA-INT 003509

OPDA05858