# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMM; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

### DECLARATION OF TIFFANY LACROIX

Pursuant to 28 U.S.C. § 1746, I, Tiffany LaCroix, make the following declaration based on my personal knowledge:

1. My name is Tiffany LaCroix and I am a Plaintiff in this case.

2. I am a teacher at InspireNOLA Charter School, McDonough 35.

3. On November 27, 2016, I came home and found a document in my door titled "subpoena." The document told me to appear on November 29, 2016 at the DA's office to speak to Laura Rodrigue regarding the Cardell Hayes case and threatened a fine or imprisonment if I did not comply.

1

4. Cardell Hayes is the father of my first child and my ex-boyfriend.

5. I later learned that the subpoena was fake.

6. After receiving the fake subpoena, I called my mother because I was very upset. She advised that I hire an attorney to accompany me to the DA's office.

7. On November 28, 2016, I took the day off of work to hire an attorney to accompany me to the meeting at the DA's office. It is difficult for me to do so, because I am a teacher and the school must find a substitute in my absence. I had to take my accrued vacation time (we are allotted ten days of paid leave per year) in order to hire the attorney and attend the meeting at the DA's office.

8. On November 28, 2016, I hired attorney AJ Ibert. My mother loaned me $500 to pay for the attorney. Mr. Ibert told me that the subpoena was fake and filed a motion to quash the subpoena.

9. Since the subpoena was fake, I did not go to the DA's office at the requested date and time to speak to Ms. Rodrigue. I was never called to testify at the trial of Cardell Hayes.

10. I have since paid my mother back the $500 she loaned to me to hire Mr. Ibert.

I declare under penalty of perjury that the foregoing is true and correct.

*Tiffany LaCroix* (DocuSigned by: AEBD132CD991496...)
Tiffany LaCroix

1/24/2021
_____
Date

2