MINUTE ENTRY
VAN MEERVELD
February 1, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO.  17-10721 |
| VERSUS | * * | SECTION:  "H" (1) |
| LEON CANNIZZARO, ET AL., *Defendants* | * * * * | JUDGE JANE TRICHE MILAZZO MAGISTRATE JUDGE JANIS VAN MEERVELD |

### **STATUS CONFERENCE**

A status conference was conducted via video on Friday, January 29, 2021.

PARTICIPATING FOR:

   *Plaintiffs*:    Bruce Hamilton, Tara Mikkilineni, Ryan Downers

   *Defendants*:   Raley Alford, John Alford

The parties discussed the status of settlement.

_____
Janis van Meerveld
United States Magistrate Judge

```
MJSTAR: 00:36
```