UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RENATA SINGLETON ET AL.**  **CIVIL ACTION**

**VERSUS**  **NO: 17-10721**

**LEON CANNIZZARO ET AL.**  **SECTION: "H"**

## ORDER

Before the Court is Graymond Martin, Jason Napoli, and David Pipes's Motion for Summary Judgment on Lazonia Baham's Claims Against Individual Defendants (Doc. 282). On January 28, 2021, this Court was notified that Lazonia Baham and the Individual Defendants have agreed upon a compromise in this matter. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment on Lazonia Baham's Claims Against Individual Defendants (Doc. 282) is hereby **DENIED AS MOOT WITHOUT PREJUDICE.**

New Orleans, Louisiana this 4th day of February, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1