**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RENATA SINGLETON *et al*, | Civil Action No. 17-10721 |
| *Plaintiffs*, | |
| v. | Section H |
| LEON CANNIZZARO, *et al*, | Judge Jane Triche Milazzo |
| *Defendants*. | Division 1 |
| | Magistrate Judge Janis van Meerveld |

**MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS BY**
**TIFFANY LACROIX AGAINST DAVID PIPES**

Plaintiff Tiffany LaCroix, through undersigned counsel, respectfully requests that the Court enter an order dismissing with prejudice her claims against David Pipes in his individual capacity, for the reasons stated in Ms. LaCroix's Opposition to Defendants' Motion for Summary Judgment, Dkt. 333 at 18 n.4. Ms. LaCroix's remaining claims in this case are against Laura Rodrigue in her individual capacity, Graymond Martin in his individual capacity, and Leon Cannizzaro in his official capacity as the District Attorney of Orleans Parish ("OPDA").

Respectfully submitted,

*/s/* Tara Mikkilineni

| | |
|---|---|
| Mariana Kovel (*pro hac vice*) | Katherine Chamblee-Ryan (*pro hac vice*) |
| American Civil Liberties Union Foundation | Tara Mikkilineni (*pro hac vice*) |
| 125 Broad Street, 18th Floor | Ryan C. Downer (*pro hac vice*) |
| New York, NY 10004 | Laura Gaztambide Arandes (*pro hac vice*) |
| Tel: (646) 905-8870 | Civil Rights Corps |
| mkovel@aclu.org | 1601 Connecticut Ave. NW Ste 800 |
| | Washington, DC 20009 |
| Somil Trivedi (*pro hac vice*) | Tel: (202) 894-6120 |
| American Civil Liberties Union Foundation | katie@civilrightscorps.org |
| 915 15th Street NW | tara@civilrightscorps.org |
| Washington, DC 20005 | ryan@civilrightscorps.org |
| Tel: (202) 715-0802 | laura@civilrightscorps.org |

| | |
|---|---|
| Sarah S. Brooks (*pro hac vice*) | Bruce Hamilton |
| Venable LLP | La. Bar No. 33170 |
| 2049 Century Park East, Suite 2300 | ACLU Foundation of Louisiana |
| Los Angeles, CA 90067 | 1340 Poydras St., Suite 2160 |
| Tel: (310) 229-0408 | New Orleans, LA 70156 |
| | Tel: (504) 522-0628 |