**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE, | Civil Action No. 17-10721 |
| *Plaintiffs*, | Section H<br>Judge Jane Triche Milazzo |
| v. | Division 1<br>Magistrate Judge Janis van Meerveld |
| LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities, | |
| *Defendants*. | |

## OPDA'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Defendant Leon Cannizzaro, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully requests an extension of the current deadlines to complete discovery, to file witness and exhibit lists, and to file non-evidentiary pretrial motions. Counsel for the Plaintiffs and Individual Defendants have represented that they do not oppose the relief requested in this motion.

Under the current scheduling order, witness and exhibit lists must be filed by February 17, 2021, non-evidentiary pretrial motions must be filed by March 9, 2021, and discovery must be completed by March 9, 2021. *See* Doc. No. 322. Within the context of the settlement process overseen by Judge van Meerveld, the newly elected District Attorney, Jason R. Williams, intends

to engage in settlement discussions with the Plaintiffs to determine whether a resolution can be reached that will eliminate the need for further litigation. Accordingly, OPDA has requested, and the other parties have agreed to, a one-month stay of discovery and motion practice, along with a corresponding extension of the relevant deadlines.[1] OPDA requests that the deadline to file witness and exhibit lists be continued until March 17, 2021. OPDA also requests that the deadline to complete discovery be continued until April 9, 2021. OPDA also requests that the deadline to file non-evidentiary pretrial motions be continued to April 6, 2021, to permit a submission date of April 21, 2021. Depending on the progress of discussions, the parties may return to the Court to request a status conference, further modification of the scheduling order, or other appropriate relief.

Respectfully submitted,

 /s/ John S. Alford
John S. Alford, 31594
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 605-3810

*Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)*

---

[1] The parties do not intend for this stay to affect the Court's resolution of the Plaintiffs' and Individual Defendants' motions for summary judgment concerning the claims of Tiffany LaCroix, which are currently scheduled for oral argument on February 26, 2021. *See* Doc. Nos. 326, 327, 336.