UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>     *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>     *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**ORDER**

Considering OPDA's Unopposed Motion for Extension of Deadlines (Doc. 352),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order is hereby **AMENDED** as follows:

- Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **MARCH 17, 2021**.

- Depositions for trial use shall be taken and all discovery shall be completed no later than **APRIL 9, 2021**.

- All non-evidentiary pretrial motions, including Motions in *limine* regarding the admissibility of expert testimony, shall be filed no later than **APRIL 6, 2021**, to permit a submission date of **APRIL 21, 2021**.

**IT IS FURTHER ORDERED** that the status conference currently scheduled for tomorrow, February 11, 2021, is hereby **CONTINUED** to March 11, 2021 at 9:30 a.m. The status conference will be conducted by Zoom video. The case manager will circulate the Zoom link prior to the conference date.

New Orleans, Louisiana, this 10th day of February, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE