**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RENATA SINGLETON; MARC
MITCHELL; LAZONIA BAHAM; JANE
DOE; TIFFANY LACROIX; FAYONA
BAILEY; JOHN ROE; and SILENCE IS
VIOLENCE,

      *Plaintiffs*,

v.

LEON CANNIZZARO, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
GRAYMOND MARTIN; DAVID PIPES;
IAIN DOVER; JASON NAPOLI; ARTHUR
MITCHELL; TIFFANY TUCKER;
MICHAEL TRUMMEL; MATTHEW
HAMILTON; INGA PETROVICH; LAURA
RODRIGUE; SARAH DAWKINS; and
JOHN DOE, in their individual capacities,

      *Defendants*.

Civil Action No. 17-10721

Section H
Judge Jane Triche Milazzo

Division 1
Magistrate Judge Janis van Meerveld

**MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS BY**
**LAZONIA BAHAM AGAINST INDIVIDUAL DEFENDANTS**

Plaintiff Lazonia Baham, through undersigned counsel, respectfully requests that the Court

enter an order dismissing with prejudice all of her claims against Jason Napoli, David Pipes,

Graymond Martin, and Leon Cannizzaro in his individual capacity (collectively, the "Individual

Defendants"), because all of Ms. Baham's claims against the Individual Defendants have been

fully compromised through settlement. Ms. Baham's only remaining claims in this action are

against Leon Cannizzaro in his official capacity as District Attorney of Orleans Parish ("OPDA").

The Plaintiffs and Defendants will each bear their own costs and attorney fees with respect to the

claims brought by Ms. Baham against the Individual Defendants.

Respectfully submitted,

/s/ Tara Mikkilineni

Mariana Kovel (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Somil Trivedi (*pro hac vice*)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 715-0802

Gerald S. Sachs (*pro hac vice*)
Venable LLP
600 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 344-4269

Sarah S. Brooks (*pro hac vice*)
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-0408

Tara Mikkilineni (*pro hac vice*)
Katherine Chamblee-Ryan (*pro hac vice*)
Ryan C. Downer (*pro hac vice*)
Alec Karakatsanis (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Ave. NW Ste 800
Washington, DC 20009
Tel: (202) 894-6120
katie@civilrightscorps.org
tara@civilrightscorps.org
ryan@civilrightscorps.org

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
Tel: (504) 522-0628