MINUTE ENTRY
MILAZZO, J.
MARCH 11, 2021

JS-10: 00:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENATA SINGLETON ET AL         CIVIL ACTION

VERSUS         NO. 17-10721 "H"(1)

LEON A CANNIZZARO, JR ET AL

## MOTION HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: ALEXIS VICE
LAW CLERK: MONICA BERGERON

APPEARANCES:    TARA MIKKILINENI & BRUCE HAMILTON, FOR PLAINTIFFS
                       MATTHEW J. PAUL & RALEY ALFORD, III, FOR DEFENDANTS,
                       GRAYMOND MARTIN, DAVID PIPES, LAURA RODRIGUE
                       JOHN ALFORD, FOR LEON CANNIZARO, JR.

Case called at 9:30 a.m.
Counsel appear by video.

The following motions are argued by counsel and taken under submission by the Court:
     MOTION for Summary Judgment *on Plaintiff's Claims Against Laura Rodrigue* by Tiffany LaCroix **(Doc. 326)**
     MOTION for Summary Judgment *on Tiffany LaCroix's Claims Against Individual Defendants* by Graymond Martin, David Pipes, Laura Rodrigue **(Doc. 327)**

Court adjourned at 10:25 a.m.

