MINUTE ENTRY
MILAZZO, J.
March 11, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENATA SINGLETON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-10721** |
| **LEON CANNIZZARO ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On March 11, 2021, the Court held a video status conference. Bruce Hamilton, Laura Arandes, and Tara Mikkilineni participated on behalf of Plaintiffs. Matthew Paul, W. Raley Alford, and John Alford participated on behalf of Defendants. The parties discussed the status of the case. Accordingly,

**IT IS ORDERED** that the parties submit to this Court a revised scheduling order seven days after consulting with the Case Manager.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order to supplement their briefing on Defendants' Motion for Summary Judgment on Tiffany LaCroix's Claims Against Individual Defendants (R. Doc. 327) with argument as to why LaCroix's claims against Graymond Martin should or should not be dismissed.



(JS-10:34)