MINUTE ENTRY
VAN MEERVELD
March 15, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 17-10721 |
| VERSUS | * * | SECTION: "H" (1) |
| LEON CANNIZZARO, ET AL., *Defendants* | * * * * | JUDGE JANE TRICHE MILAZZO MAGISTRATE JUDGE JANIS VAN MEERVELD |

**STATUS CONFERENCE**

At the request of the parties, a status conference was conducted via video conference on Friday, March 12, 2021.

PARTICIPATING FOR:

   *Plaintiffs*:   Bruce Hamilton, Laura Arandes, Tara Mikkilineni

   *Defendants*:   Raley Alford, John Alford, Matthew Paul

The parties discussed the date of the deposition of Leon Cannizzaro. In light of the continuance of the trial and the parties' ability to fashion a new pretrial schedule, and in light of the prioritization of settlement efforts, a new deposition date is to be selected during the week of April 5-9.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:30)