UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>*Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**MOTION FOR SUMMARY JUDGMENT ON CLAIMS
AGAINST LAURA RODRIGUE ON GROUNDS OF IMMUNITY**

Defendant Laura Rodrigue, through undersigned counsel, respectfully requests entry of summary judgment under Federal Rule of Civil Procedure 56 dismissing the claims against her by Plaintiff Tiffany LaCroix on grounds of absolute immunity.

As explained further in the accompanying memorandum, Ms. LaCroix's only remaining claims against Ms. Rodrigue are state-law claims for abuse of process and fraud, based on receipt of a "DA subpoena" in connection with the criminal case of *State v. Cardell Hayes*. The undisputed facts show that the "DA subpoena" sent to Ms. LaCroix was an attempt by Ms. Rodrigue to interview an important witness in preparation for a trial that was scheduled to begin the following

1

week. There is no basis whatsoever to conclude that Ms. LaCroix had any intent or purpose other than trial preparation—such as investigating potential grounds for new criminal charges against Ms. LaCroix, Cardell Hayes, or anyone else. Because the undisputed facts show that Ms. Rodrigue was acting in her role as an advocate for the State in a case that was pending in court, she is entitled to absolute immunity.[1]

                                                            Respectfully submitted,

                                                            /s/ Matthew J. Paul
                                                          Richard C. Stanley, 8487
                                                          W. Raley Alford, III, 27354
                                                          Matthew J. Paul, 37004
                                                          STANLEY, REUTER, ROSS, THORNTON
                                                             & ALFORD, LLC
                                                          909 Poydras Street, Suite 2500
                                                          New Orleans, Louisiana 70112
                                                          Telephone: (504) 523-1580
                                                          Facsimile:  (504) 524-0069

                                                          *Counsel for Laura Rodrigue*

---

[1] Another currently pending motion also seeks summary judgment in Ms. Rodrigue's favor on the claims asserted by Ms. LaCroix, though on grounds other than immunity. *See* Doc. No. 327. The present motion would become moot if that motion were to be granted.