UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Plaintiffs, through undersigned counsel, respectfully request a two-week extension of the current submission date for a pending summary judgment motion due to be submitted on April 21, 2021. Counsel for the Individual Defendants have represented that they do not oppose the relief requested.

On March 31, 2021, Individual Defendant Laura Rodrigue filed a second Motion for Summary Judgment on Claims Against Laura Rodrigue (Dkt. No. 363). The motion is accompanied by a Notice of Submission setting a submission date of April 21, 2021, the next available submission date for Judge Milazzo. Under Local Rule 7.5, Plaintiffs' opposition would be due on April 13, 2021, eight days before the noticed submission date.

Plaintiffs require additional time to prepare their response and hereby request that the submission date be moved to the next available submission date, May 5, 2021. This would extend the time for Plaintiffs to file a response by fourteen (14) days, making Plaintiffs' response due on April 27, 2020.

Plaintiffs have not previously sought an extension of time with respect to the instant Motion for Summary Judgment.

WHEREFORE, Plaintiffs respectfully request that this Court reset the submission date for Defendant Rodrigue's Motion for Summary Judgment on Grounds of Immunity (Dkt. No. 363) for May 5, 2021.

Dated:  March 31, 2021

Respectfully Submitted,

<u>s/ Laura Gaztambide Arandes</u>

Katherine Chamblee-Ryan (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)
Ryan C. Downer (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Jeffrey Stein (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
Tel: (504) 522-0628
bhamilton@aclula.org

Sarah S. Brooks (*pro hac vice*)
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-0408

Mariana Kovel (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Allison B. Gotfried (*pro hac vice*)
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: (212) 370-6227

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2021, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Extension of Deadlines using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

*s/ Laura Gaztambide Arandes*