**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities, <br><br> *Defendants*. | Civil Action No. 17-10721 <br><br> Section H <br> Judge Jane Triche Milazzo <br><br> Division 1 <br> Magistrate Judge Janis van Meerveld |

**STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF OPDA'S**
**MOTION FOR SUMMARY JUDGMENT ON LAZONIA BAHAM'S**
**PRESCRIBED CLAIMS THAT DO NOT INVOLVE "DA SUBPOENAS"**

Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully submits this statement of uncontested facts in support of OPDA's motion seeking summary judgment dismissing several of Lazonia Baham's claims against OPDA based on prescription.

1.      On October 13, 2015, Jason Napoli filed a "Motion and Order for Material Witness Bond" requesting Ms. Baham's arrest as a material witness in connection with Case No. 517-255 in Orleans Parish Criminal District Court. *See* Exhibit 1, Motion and Order for Material Witness Bond; *see also* Doc. No. 52 at ¶¶ 273–274.

1

2.      The motion filed by Mr. Napoli was granted by Judge Laurie White on the same day, October 13, 2015. *See* Exhibit 1, Motion and Order for Material Witness Bond; *see also* Doc. No. 52 at ¶¶ 273–274.

3.      Ms. Baham was arrested on December 29, 2015, pursuant to Judge White's order that a capias be issued. *See* Exhibit 1, Motion and Order for Material Witness Bond; Exhibit 2, Baham Depo., at 124–125; Doc. No. 52 at ¶ 275.

4.      After Ms. Baham's arrest on December 29, 2015, she was brought before Judge White on January 6, 2016, and released that same day. *See* Exhibit 2, Baham Depo., at 123, 149; Doc. No. 52 at ¶ 283.

5.      Ms. Baham testified that, when she was in jail following her arrest, she felt that something wrong had been done to her, and that she had been "lock[ed] up for nothing." *See* Exhibit 2, Baham Depo., at 127.

6.      Ms. Baham testified that, when she was in jail following her arrest, she was "trying to find a lawyer at that time for to try to help me and see what was happening." *See* Exhibit 2, Baham Depo., at 128.

7.      Ms. Baham met with Mr. Napoli on two occasions in January 2016: first on January 6, 2016, and then a few weeks later. *See* Exhibit 2, Baham Depo., at 123–124.

8.      Ms. Baham never met with Mr. Napoli again after January 2016. *See* Exhibit 2, Baham Depo., at 123.

9.      The present lawsuit was filed on October 17, 2017. *See* Doc. No. 1.

Respectfully submitted,

 /s/ John S. Alford
John S. Alford, 31594
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 605-3810

*Counsel for Jason R. Williams (in his
official capacity as Orleans Parish
District Attorney)*