UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF OPDA'S MOTION FOR SUMMARY JUDGMENT ON RENATA SINGLETON'S PRESCRIBED CLAIMS THAT DO NOT INVOLVE "DA SUBPOENAS"**

Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully submits this statement of uncontested facts in support of OPDA's motion seeking summary judgment dismissing several of Renata Singleton's claims against OPDA based on prescription.

    1.    On April 24, 2015, Judge Robin Pittman in the Orleans Parish Criminal District Court ordered the issuance of a warrant for Ms. Singleton's arrest as a material witness. *See* Doc. No. 52 at ¶ 200; Doc. No. 294-2 at ¶ 76 (Singleton counterstatement of uncontested facts).

1

2. Ms. Singleton was not arrested pursuant to the material-witness warrant until May 29, 2015. *See, e.g.*, Doc. No. 52 at ¶¶ 204, 208, 212.

3. Police officers came to Ms. Singleton's home on the night of May 28, 2015, to arrest her pursuant to the material-witness warrant issued by Judge Pittman. *See* Doc. No. 52 at ¶¶ 205–206.

4. Ms. Singleton's friend (who was also a police officer) came to Ms. Singleton's home and helped Ms. Singleton to persuade the officers not to arrest her that night and to allow her to come to the District Attorney's Office the next morning. *See* Doc. No. 279-3 at 37–43 (Singleton Depo. at 86–92); Doc. No. 294-2 at ¶¶ 87–89 (Singleton counterstatement of uncontested facts).

5. Ms. Singleton appeared at the District Attorney's Office on May 29, 2015, and was arrested pursuant to the material-witness warrant issued by Judge Pittman, after speaking with OPDA personnel. *See* Doc. No. 52 at ¶¶ 208–212.

6. When Ms. Singleton came home after being released from jail in June 2015, she "felt so violated, . . . like something wasn't right." *See* Exhibit 1, Singleton Depo., at 152.

7. On the same day that she appeared before Judge Pittman in criminal court in June 2015, Ms. Singleton met with two directors at her workplace and told them that she "just felt like it was unfair" and that she wanted to get a lawyer. *See* Exhibit 1, Singleton Depo., at 153.

8. Ms. Singleton was represented by private counsel hired by her mother in connection with the material-witness proceedings in criminal court. *See* Doc. No. 52 at ¶ 222.

9. The present lawsuit was filed on October 17, 2017. *See* Doc. No. 1.

3

    /s/ John S. Alford
John S. Alford, 31594
622 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 605-3810

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*