```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3

 4   RENATA SINGLETON; MARC
     MITCHELL; LAZONIA BAHAM;
 5   JANE DOE; TIFFANY LACROIX;
     FAYONA BAILEY; JOHN ROE;    CIVIL ACTION NO. 17-10721
 6   AND SILENCE IS VIOLENCE

 7                               SECTION H
     VERSUS                      JUDGE JANE TRICHE MILAZZO
 8
     LEON CANNIZZARO, IN HIS     DIVISION I
 9   OFFICIAL CAPACITY AS        MAGISTRATE JUDGE
     DISTRICT ATTORNEY OF        JANIS VAN MEERVELD
10   ORLEANS PARISH AND IN
     HIS INDIVIDUAL CAPACITY;
11   GRAYMOND MARTIN; DAVID
     PIPES; IAIN DOVER;
12   JASON NAPOLI, ET AL

13

14

15

16

17

18           Video Conference Zoom Deposition of RENATA

19   SINGLETON, taken on Thursday, September 3, 2020.

20

21

22

23

24

25
```

EXHIBIT 1

```
 1      Q    So the person who you were just referring
 2 to who contacted you one day, was she trying to
 3 secure legal representation for you?
 4      A    Yes.
 5      Q    Was she offering to provide legal
 6 representation to you?
 7      A    Yes.
 8      Q    Had you ever talked to her before?
 9      A    No.
10      MS. MIKKILINENI:
11           All of these conversations are privileged.
12 BY MR. PAUL:
13      Q    Had you ever told anyone before that you
14 wanted a lawyer?
15      A    I did, but -- I did.  When -- yes, I did,
16 but I didn't -- yeah, like I -- I did.  Like, when I
17 came home, like, I -- I felt so violated, like, I
18 felt like something wasn't right; but, yeah, I guess
19 I just went with what, you know, the people around
20 me was saying, like, there was nothing I could do
21 about it.
22      Q    Let me clarify.  You're saying -- you're
23 saying after you were arrested, you told some people
24 that you wanted to get a lawyer?
25      A    Yes.
```

```
 1      Q    Who did you tell that --
 2      A    I actually told -- so after the day --
 3  Thursday, when we went to court, afterwards I met
 4  with the director of finance at KIPP and the
 5  director of human resources, and it was just a
 6  meeting about what happened and what was going on,
 7  and I shared with them, like, how I felt and, like,
 8  how, like, I just felt like it was unfair.
 9      Q    Did they tell you that you should get a
10  lawyer?
11      A    No.  Honestly, they said, like, the City
12  of New Orleans is so corrupt, they can do pretty
13  much whatever they want to do to you.
14      Q    So you're saying that you told them that
15  you wanted to get a lawyer --
16      A    Yes.
17      Q    -- in that meeting?
18      A    Yes.
19      Q    Did you tell anyone else that you wanted
20  to get a lawyer?
21      A    No.
22      Q    So who is the person that contacted you
23  one day about securing legal representation?
24      A    I believe the first person I spoke to was
25  Emily.  I believe her last name -- was it --
```