UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEON CANNIZZARO, *et al.*, <br><br> *Defendants*. | Civil Action No. 17-10721 <br><br> Section H <br> Judge Jane Triche Milazzo <br><br> Division 1 <br> Magistrate Judge Janis van Meerveld |

**MOTION TO SEAL UNREDACTED BRIEF AND EXHIBITS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Eastern District of Louisiana Local Rule 5.6, Plaintiff Tiffany LaCroix, through undersigned counsel, respectfully requests that the Court enter an order sealing her unredacted Supplemental Memorandum in Opposition to Individual Defendants' Motion for Summary Judgment, unredacted Counterstatement of Uncontested Material Facts, and unredacted Exhibits 3 and 5.

Pursuant to Court Order (Dkt. No. 358), Plaintiffs filed a Supplemental Memorandum, a Supplemental Counterstatement of Uncontested Material Facts, and several supporting exhibits in opposition to a Motion for Summary Judgment on Plaintiff LaCroix's claims against Individual Defendants. Dkt. No. 369. Exhibit 5 and portions of Exhibit 3 have been designated as confidential by Defendants pursuant to the Protective Order entered in this case. Dkt. No. 196. The Supplemental Memorandum and Counterstatement both contain references to those exhibits, and thus redacted versions of those documents were also filed. Plaintiffs reserve the right to dispute the confidentiality designation of these exhibits, but until such dispute is resolved, Plaintiff seeks to file the exhibits and the unredacted versions of the Supplemental Memorandum and the Counterstatement under seal.

Plaintiff moves to seal these documents pursuant to Federal Rule of Civil Procedure 26(c)(1) governing the application of protective orders. Material labeled as confidential, as required by a protective order, is sufficient to meet the good cause standard established in this Circuit. *Pamlab, L.L.C. v. Brookstone Pharm., L.L.C.*, No. CIV.A. 09-7434, 2010 WL 4363870, at *4 (E.D. La. Oct. 22, 2010). However, the Fifth Circuit has also recognized a "presumption of public access to judicial records," that may later justify the unsealing of judicial records. *SEC v. Van Waeyenberghe*, 990 F.2d 845, 849 (5th Cir. 1993). Moreover, courts have recognized a more stringent standard justifying the need for filing under seal than a showing for the need of a protective order. *Udoewa v. Plus4 Credit Union*, 754 F. Supp. 2d 850, 882 (S.D. Tex. 2010), aff'd, 457 F. App'x 391 (5th Cir. 2012). Accordingly, Plaintiff will seek to have these exhibits unsealed as soon as practicable.

To prevent the exhibits that have been marked confidential from being made part of the public record at this time, Plaintiff respectfully request that this Court seal the following documents:

- Exhibit 3: March 10, 2021 deposition transcript of Graymond Martin, lines 232:1-15.
- Exhibit 5: Letter from Graymond Martin to the Louisiana Attorney Disciplinary Board.
- Unredacted version of Plaintiffs' Supplemental Memorandum in Opposition to Individual Defendants' Motion for Summary Judgment
- Unredacted version of Supplemental Counterstatement of Uncontested Material Facts in Support of Opposition to Motion for Summary Judgment on Plaintiffs' Claims Against Individual Defendants

Dated:  April 13, 2021                                    Respectfully Submitted,

                                                                          *s/ Laura Gaztambide Arandes*

| | |
|---|---|
| Katherine Chamblee-Ryan (*pro hac vice*)<br>Tara Mikkilineni (*pro hac vice*)<br>Ryan C. Downer (*pro hac vice*)<br>Laura Gaztambide Arandes (*pro hac vice*)<br>Jeffrey Stein (*pro hac vice*)<br>Civil Rights Corps<br>1601 Connecticut Avenue NW, Suite 800<br>Washington, D.C. 20009<br>Tel: (202) 844-4975 | Bruce Hamilton<br>La. Bar No. 33170<br>ACLU Foundation of Louisiana<br>1340 Poydras St., Suite 2160<br>New Orleans, LA 70156<br>Tel: (504) 522-0628 |
| Sarah S. Brooks (*pro hac vice*)<br>Venable LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Tel: (310) 229-0408 | Mariana Kovel (*pro hac vice*)<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (646) 905-8870<br>mkovel@aclu.org |
| Allison B. Gotfried (*pro hac vice*)<br>Venable LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Tel: (212) 370-6227 | |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2021, I electronically filed the foregoing Motion to Seal Unredacted Brief and Exhibits in Opposition to Individual Defendants' Motion for Summary Judgment using the CM-ECF System, which caused notice to be sent to via email to all counsel of record.

*s/ Laura Gaztambide Arandes*