UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**NOTICE OF REQUEST TO SEAL UNREDACTED BRIEF AND EXHIBITS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Role 5.6 Plaintiff Tiffany LaCroix, through undersigned counsel, hereby files this notice of request to seal her unredacted Supplemental Memorandum, Supplemental Counterstatement of Uncontested Material Facts, and Exhibits 3 and 5, filed on April 13, 2021.

Dated: April 13, 2021

Respectfully Submitted,

*s/ Laura Gaztambide Arandes*

Katherine Chamblee-Ryan (*pro hac vice*)
Tara Mikkilineni (*pro hac vice*)
Ryan C. Downer (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Jeffrey Stein (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Avenue NW, Suite 800
Washington, D.C. 20009
Tel: (202) 844-4975

Bruce Hamilton
La. Bar No. 33170
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
Tel: (504) 522-0628

Sarah S. Brooks (*pro hac vice*)
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-0408

Mariana Kovel (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8870
mkovel@aclu.org

Allison B. Gotfried (*pro hac vice*)
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: (212) 370-6227

*Attorneys for Plaintiffs*