UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**ORDER**

Considering the foregoing Motion to Seal Unredacted Brief and Exhibits in Opposition to Individual Defendants' Motion for Summary Judgment, it is hereby ordered that Exhibits 3 and 5, as well as her Unredacted Supplemental Memorandum in Opposition to Individual Defendants' Motion for Summary Judgement and Unredacted Supplemental Counterstatement of Uncontested Material Facts be sealed.

New Orleans, Louisiana, this ____ day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE