UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RENATA SINGLETON ET AL.**                     **CIVIL ACTION**

**VERSUS**                                      **NO: 17-10721**

**LEON CANNIZZARO ET AL.**                      **SECTION: "H"**

## ORDER

Before the Court is Plaintiff's Motion to Seal Brief and Exhibits (R. Doc. 371). Local Rule 5.6 requires that the moving party provide the Court with a description of the document to be sealed, a statement explaining why sealing is necessary, references to governing case law, and a proposed period of time during which the documents are to remain sealed.[1] Here, Plaintiff contends that sealing is necessary pursuant to an existing protective order. The Fifth Circuit recently emphasized that the standard for placing filed materials under seal is "far more arduous" than "the standard for keeping unfiled discovery confidential."[2] Plaintiff's mere reference to a pre-existing protective order therefore does not provide sufficient grounds for this Court to seal the requested documents.[3] Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Seal is **DENIED WITHOUT PREJUDICE**. Plaintiff may refile the Motion to Seal provided

---

[1] *See* L.R. 5.6(B).
[2] Binh Hoa Le v. Exeter Fin. Corp., 990 F.3d 410, 420 (5th Cir. 2021).
[3] *See id.* at 420–21.

1

that the refiled Motion provides this Court with the specific reasons as to why sealing is necessary.

New Orleans, Louisiana this 14th day of April, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**