**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RENATA SINGLETON; MARC
MITCHELL; LAZONIA BAHAM; JANE
DOE; TIFFANY LACROIX; FAYONA
BAILEY; JOHN ROE; and SILENCE IS
VIOLENCE,

     *Plaintiffs*,

v.

LEON CANNIZZARO, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
GRAYMOND MARTIN; DAVID PIPES;
IAIN DOVER; JASON NAPOLI; ARTHUR
MITCHELL; TIFFANY TUCKER;
MICHAEL TRUMMEL; MATTHEW
HAMILTON; INGA PETROVICH; LAURA
RODRIGUE; SARAH DAWKINS; and
JOHN DOE, in their individual capacities,

     *Defendants*.

Civil Action No. 17-10721

Section H
Judge Jane Triche Milazzo

Division 1
Magistrate Judge Janis van Meerveld

## MOTION TO STRIKE PLAINTIFF'S FILING, OR, IN THE ALTERNATIVE, TO SEAL CONFIDENTIAL PORTIONS OF THE FILING

Defendant Graymond Martin, through undersigned counsel, respectfully requests that the Court strike all (or at least the confidential portions) of Plaintiff Tiffany LaCroix's April 12, 2021 supplemental briefing (Doc. No. 369), or, in the alternative, seal the confidential portions of that filing.

As explained further in the accompanying memorandum, the filing should be stricken for non-compliance with the Protective Order and for abuse of supplemental briefing allowed by the Court. If the filing is not stricken, the confidential portions of the filing should be maintained under seal because they concern pending attorney disciplinary proceedings before the Office of

Disciplinary Counsel, which are confidential by rule of the Louisiana Supreme Court. The strong public interest in maintaining the confidentiality of attorney disciplinary proceedings, which has been recognized by this Court, outweighs the usual presumption in favor of public access to judicial records.

On April 14, 2021, the Court denied without prejudice the Plaintiff's motion to seal the materials at issue here. *See* Doc. Nos. 371, 372. Pursuant to the Protective Order entered in this case, the party who designated these materials as "Protected Material" (Mr. Martin) is entitled "to submit a letter or memorandum to the Court in support of sealing." Doc. No. 186 at 6. Because the Court's order denying the Plaintiff's motion to seal was entered before Mr. Martin had an opportunity to file any letter or memorandum with the Court, Mr. Martin respectfully requests that the Court reconsider its denial and consider the arguments in the accompanying memorandum.

The confidential portions of Ms. LaCroix's filing consist of, specifically: (1) Exhibit 5, a letter from Mr. Martin to the Louisiana Attorney Disciplinary Board (see Doc. No. 369-6); (2) a portion of Exhibit 3, the transcript of Mr. Martin's deposition, discussing that letter (see Doc. No. 369-4 at 12; page 232, lines 2–15 of the transcript); (3) portions of Ms. LaCroix's supplemental memorandum discussing the letter (see Doc. No. 369 at 3, 16–17, 19); and (4) portions of Ms. LaCroix's "amended supplemental counterstatement of uncontested material facts" discussing the letter (see Doc. No. 369-1 at 2, 5–7). Pursuant to Louisiana Supreme Court Rule XIX, § 16(A), the documents should be maintained under seal indefinitely, unless formal charges are filed in the underlying ODC matter.

Respectfully submitted,

 /s/ Matthew J. Paul
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Graymond Martin*