UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Graymond Martin, through undersigned counsel, has filed a Motion to Strike Plaintiff's Filing, or, in the Alternative, to Seal Confidential Portions of the Filing. Pursuant to Local Civil Rule 7.2, Mr. Martin will submit this Motion for decision on May 5, 2021 at 9:30 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Jane Triche Milazzo, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

1

2

Respectfully submitted,

　/s/ *Matthew J. Paul*　　　
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
Patrick M. Bollman, 38674
STANLEY, REUTER, ROSS, THORNTON
　& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Graymond Martin*