UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## NOTICE OF REQUEST TO SEAL

Pursuant to Local Civil Rule 5.6, Defendant Graymond Martin, through undersigned counsel, hereby provides notice that he has filed a Motion to Strike Plaintiff's Filing, or, in the Alternative, to Seal Confidential Portions of the Filing. That motions requests (in the alternative) that portions of Plaintiff Tiffany LaCroix's April 12, 2021 supplemental briefing (Doc. No. 369) be filed under seal, specifically: (1) Exhibit 5, a letter from Mr. Martin to the Louisiana Attorney Disciplinary Board (see Doc. No. 369-6); (2) a portion of Exhibit 3, the transcript of Mr. Martin's deposition, discussing that letter (see Doc. No. 369-4 at 12; page 232, lines 2–15 of the transcript); (3) portions of Ms. LaCroix's supplemental memorandum discussing the letter (see Doc. No. 369 at 3, 16–17, 19); and (4) portions of Ms. LaCroix's "amended supplemental counterstatement of

uncontested material facts" discussing the letter (see Doc. No. 369-1 at 2, 5–7). Pursuant to Louisiana Supreme Court Rule XIX, § 16(A), the documents should be maintained under seal indefinitely, unless formal charges are filed in the underlying ODC matter.

        Respectfully submitted,

        */s/ Matthew J. Paul*
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
Patrick M. Bollman, 38674
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Graymond Martin*