UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the Motion to Strike Plaintiff's Filing, or, in the Alternative, to Seal Confidential Portions of the Filing, filed by Defendant Graymond Martin;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk of Court shall file under seal the confidential portions of Plaintiff Tiffany LaCroix's April 12, 2021 supplemental briefing (Doc. No. 369), specifically: (1) Exhibit 5, Doc. No. 369-6; (2) the unredacted version Exhibit 3, Doc. No. 369-4; (3) the unredacted version of Ms. LaCroix's supplemental memorandum, Doc. No. 369; and (4) the unredacted version of Ms. LaCroix's "amended supplemental counterstatement of uncontested material facts," Doc. No. 369-1. The materials to be filed under seal concern pending attorney disciplinary proceedings before the Louisiana

1

Attorney Disciplinary Board that are confidential under Louisiana Supreme Court Rule XIX. With respect to these specific materials, the Court finds that the public interest in maintaining the confidentiality of pending attorney disciplinary proceedings outweighs the public's common law right of access to court records. *See Bihn Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). Pursuant to Louisiana Supreme Court Rule XIX, § 16(A), the documents should be maintained under seal indefinitely, unless formal charges are filed in the underlying attorney disciplinary matter.

New Orleans, Louisiana, this _____ day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE