# EXHIBIT B

*Landrum*
*Delgeaux*
ADA'S

```
CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
                                                Page    1
     SECTION "H"  Judge: THE HONORABLE CAMILLE BURAS
            Minute Clerk: ANGELA HEISSER
            Court Reporter: MELINDA HEBERT
            Assist. D.A.: CHRIS CORTEZ
                         TAYLOR ANTHONY
```

Date: MONDAY, December 05, 2016
Case Number: 528-975
**State of Louisiana**
    versus
**CARDELL A HAYES**                Violation: RS 14 (27)30.1
                                              RS 14 30.1
                                              RS 14 55
                                              RS 14 37.4

THE DEFENDANT, CARDELL A HAYES , APPEARED BEFORE THE COURT FOR
TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS

THE COURT ADVISED THE DEFENDANT OF HIS RIGHT TO TRIAL BY JUDGE
OR JURY. THE DEFENDANT ELECTED TO HAVE TRIAL BY JURY.

LAURA RODRIGUE ,JASON NAPOLI AND TIFFANY TUCKER REPRESENTED THE

STATE.

THE STATE FILED THESE MOTIONS:

STATE'S SUPPLEMENTAL INVENTORY OF DISCOVERY PROVIDED TO DEFENSE.

STATE'S NOTICE PURSUANT TO LA.C.CR.P.ART.716,721-722,767 & 768.

THE STATE AND DEFENSE BEING PRESENT AND READY, THE COURT ORDERED
JURY SELECTION TO BEGIN AT 9:25 AM

LAURA RODRIGUE,JASON NAPOLI & TIFFANY TUCKER GAVE VOIR DIRE FOR

THE STATE.

NOTE OBJECTION.

JOHN FULLER and JAY DANIELS GAVE VOIR DIRE FOR THE DEFENSE.

THESE JURORS:

```
513103                        698283
849250                        483722
801156                        348554
007991                        091490
103817                        484775
488201                        845364
474263, ALT. 1, 173759 ALT.2, 220090 ALT.3, 308225 ALT.4
```

WERE DULY IMPANELED, ACCEPTED BY THE STATE AND DEFENSE AND SWORN.

14 JURORS WERE EXCUSED BY THE STATE.

THE DEFENSE AS TO CARDELL A HAYES EXCUSED 14 JURORS.

6 JURORS WERE EXCUSED BY CONSENT.

26 JURORS WERE EXCUSED FOR CAUSE.

TRIAL ENDED ON THIS DATE @ 10:05PM.
JURY SELECTION ONLY ON THIS DATE.

THIS TRIAL IS CONTINUED TO 12/06/16. .

(CONTINUED)

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "H"  Judge: THE HONORABLE CAMILLE BURAS
Minute Clerk: ANGELA HEISSER
Court Reporter: LINDA LEGEAUX
Assist. D.A.: CHRIS CORTEZ
TAYLOR ANTHONY

Date: TUESDAY, December 06, 2016
Case Number: 528-975
State of Louisiana
versus
CARDELL A HAYES                Violation: RS 14 (27)30.1
                                          RS 14 30.1
                                          RS 14 55
                                          RS 14 37.4

THE DEFENDANT, CARDELL A HAYES, APPEARED BEFORE THE COURT FOR TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS

LAURA RODRIGUE, JASON NAPOLI AND TIFFANY TUCKER REPRESENTED THE STATE.

THIS TRIAL IS CONTINUED FROM 12/05/16.

THE BILL OF INFORMATION WAS READ TO THE JURY.

OPENING STATEMENT FOR THE STATE BEGAN AT 10:10 AM.

JASON NAPOLI GAVE THE OPENING STATEMENT FOR THE STATE.

NOTE OBJECTION.

OPENING STATEMENT FOR THE STATE ENDED AT 10:51 AM.

OPENING STATEMENT FOR THE DEFENSE BEGAN AT 10:51 AM.

JAY DANIELS GAVE THE OPENING STATEMENT FOR THE DEFENSE.

OPENING STATEMENT FOR THE DEFENSE ENDED AT 11:30 AM.

THE STATE CALLED THE FOLLOWING WITNESSES, WHO, AFTER BEING SWORN BY THE COURT GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE DEFENSE:

S-001 DEUCE MCALLISTER
S-002 DET. ROBERT BACHELDER
S-003 RACQUEL SMITH

THE STATE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO EVIDENCE:

| Exhibit | Description | Status |
|---|---|---|
| S1 | PHOTO-SAINTS | Presented to Jury & Filed |
| S2 | PHOTO-FUNERAL | Presented to Jury & Filed |
| S3 | CRIME SCENE DIAGRAM | Presented to Jury & Filed |
| S4-68 | PHOTOS | Presented to Jury & Filed |
| S69 | FIREARM | Presented to Jury & Filed |
| S70 | SPENT BULLET | Presented to Jury & Filed |
| S71 | 8 SHELL CASINGS | Presented to Jury & Filed |
| S72 | 45 CAL. CASING | Presented to Jury & Filed |
| S73 | 3D IMAGE | Presented to Jury & Filed |
| S74 | PHOTO STILL FRAME | Presented to Jury & Filed |
| S75 | AERIAL PHOTO | Presented to Jury & Filed |
| S76 | FAMILY PHOTO | Presented to Jury & Filed |

TRAIL RECESSED @ 5:50PM ON THIS DATE.
THIS TRIAL IS CONTINUED TO 12/07/16. .

(CONTINUED)

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "H"  Judge: THE HONORABLE CAMILLE BURAS
Minute Clerk: ANGELA HEISSER
Court Reporter: LINDA LEGEAUX
Assist. D.A.: CHRIS CORTEZ
TAYLOR ANTHONY

Date: WEDNESDAY, December 07, 2016
Case Number: 528-975
State of Louisiana
versus
CARDELL A HAYES                     Violation: RS 14 (27)30.1
                                               RS 14 30.1
                                               RS 14 55
                                               RS 14 37.4

THE DEFENDANT, CARDELL A HAYES , APPEARED BEFORE THE COURT FOR TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS

LAURA RODRIGUE, JASON NAPOLI AND TIFFANY TUCKER REPRESENTED THE STATE.

THIS TRIAL IS CONTINUED FROM 12/06/16.

TRIAL BEGAN @ 9:06AM ON THIS DATE.

THE STATE CALLED THE FOLLOWING WITNESSES, WHO, AFTER BEING SWORN BY THE COURT GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE DEFENSE:

S-004 REBECCA DOOLEY
S-005 RICHARD HERNANDEZ
S-006 CHARLES PIERRE THOMAS
S-007 STEPHEN CACIOPPO
S-008 NOPD CHRISTOPHER MCGAW
S-009 DAVID DREILING

THE STATE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO EVIDENCE:

| | | |
|---|---|---|
| S77 | PHOTO | Presented to Jury & Filed |
| S78 | 911 AUDIO | Presented to Jury & Filed |
| S79 | VIDEO AFTER SHOOTING | Presented to Jury & Filed |

TRIAL RECESSED AT 6:05 PM ON THIS DATE.

THIS TRIAL IS CONTINUED TO 12/08/16. .

PLACE THE DEFENDANT ON THE JAIL LIST.

_____
ANGELA HEISSER, Minute Clerk

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "H" Judge: THE HONORABLE CAMILLE BURAS
Minute Clerk: ANGELA HEISSER
Court Reporter: MELINDA HEBERT
Assist. D.A.: CHRIS CORTEZ
TAYLOR ANTHONY

Date: THURSDAY, December 08, 2016
Case Number: 528-975
State of Louisiana
versus
CARDELL A HAYES                    Violation: RS 14 (27)30.1
                                              RS 14 30.1
                                              RS 14 55
                                              RS 14 37.4

THE DEFENDANT, CARDELL A HAYES , APPEARED BEFORE THE COURT FOR
TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS

LAURA RODRIGUE, TIFFANY TUCKER AND JASON NAPOLI REPRESENTED THE

STATE.

THIS TRIAL IS CONTINUED FROM 12/07/16.

TRIAL BEGAN @ 9:20AM ON THIS DATE (DAY 4)

THE STATE OFFERED A STIPULATION TO THE DEFENSE AS TO THE
TESTIMONY OF MEREDITH ACOSTA, WHO IS AN EXPERT IN THE FIELD OF
BALLISTICS & EXAMINATIONS. ACCEPTED.

THE STATE CALLED THE FOLLOWING WITNESSES, WHO, AFTER BEING
SWORN BY THE COURT GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE
DEFENSE:

S-010 KEVIN O'NEAL
S-011 JUSTIN ANTHONY ROSS
S-012 ABIGAELLE LEVRAY
S-013 MEREDITH ACOSTA
S-014 DET. BRUCE BRUEGGEMAN

THE STATE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO
EVIDENCE:

| S80 | .45 LIVE CARTRIDGE | Presented to Jury & Filed |
| S81 | BALLISTIC REPORT | Presented to Jury & Filed |
| S82 | 45 JACKETED PROJECTILE | Presented to Jury & Filed |
| S83-S84 | AUTOPSY BULLETS | Presented to Jury & Filed |
| S85 | TEST FIRE | Presented to Jury & Filed |
| S86 | BALLISTICS | Presented to Jury & Filed |
| S87 | MAGAZINE STREET MAP | Presented to Jury & Filed |
| S88 | VIDEO | Presented to Jury & Filed |
| S89 | SEARCH WARRANT HUMMER | Presented to Jury & Filed |
| S90 | SEARCH WARRANT HUMMER BLK. BOX | Presented to Jury & Filed |
| S91 | SEARCH WARRANT MERCEDES BENZ | Presented to Jury & Filed |

THE DEFENSE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO
EVIDENCE:

| D1 | PHOTO- DEFENDANT & SON | Presented to Jury & Filed |

TRIAL RECESSED ON THIS DATE @ 7:30PM

THIS TRIAL IS CONTINUED TO 12/09/16. .

PLACE THE DEFENDANT ON THE JAIL LIST.

(CONTINUED)

```
CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
                                              Page   1
        SECTION "H"  Judge: THE HONORABLE CAMILLE BURAS
              Minute Clerk: ANGELA HEISSER
              Court Reporter: MELINDA HEBERT
              Assist. D.A.: CHRIS CORTEZ
                            TAYLOR ANTHONY
```

Date: FRIDAY, December 09, 2016
Case Number: 528-975
State of Louisiana
    versus
CARDELL A HAYES                Violation: RS 14 (27)30.1
                                          RS 14 30.1
                                          RS 14 55
                                          RS 14 37.4

THE DEFENDANT, CARDELL A HAYES , APPEARED BEFORE THE COURT FOR TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS

JASON NAPOLI, TIFFANY TUCKER & LAURA RODRIGUE REPRESENTED THE

STATE.

THIS TRIAL IS CONTINUED FROM 12/08/16.

TRIAL BEGAN @ 9:13 AM.

THE STATE CALLED THE FOLLOWING WITNESSES, WHO, AFTER BEING SWORN BY THE COURT GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE DEFENSE:

S-015 DR. SAMANTHA HUBER

STATE AND DEFENSE STIPULATED AS TO EXPERTISE OF DR. SAMANTHA HUBER AS AN EXPERT IN FORENSIC PATHOLOGY.

S-016 MICHAEL SUNSERI

THE COURT QUALIFIED MICHAEL SUNSERI AS AN EXPERT IN ACCIDENT RECONSTRUCTION AND CRASH DATA ANALYSIS.

S-017 WILLIAM CERAVOLO

THE STATE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO EVIDENCE:

| Exhibit | Description | Status |
|---|---|---|
| S106 | BLOW UP BODY OF VICTIM | Presented to Jury & Filed |
| S107 | AUTOPSY BLOW UP | Presented to Jury & Filed |
| S108 | MERCEDES BENZ CRASH REPORT | Presented to Jury & Filed |
| S109 | HUMMER CRASH REPORT | Presented to Jury & Filed |
| S110 | VIDEO-WILLIAM CERAVOLO | Presented to Jury & Filed |
| S111 | RECEIPT- CELL PHONE | Presented to Jury & Filed |
| S86 | KEVIN O'NEAL GUN | Presented to Jury & Filed |
| S89 | SEARCH WARRANT HUMMER | Filed for Record only |
| S90 | SEARCH WARRANT HUMMER BLK. BOX | Filed for Record only |
| S91 | SEARCH WARRANT MERCEDES BENZ | Filed for Record only |
| S92 | AUTOPSY PROTOCOL | Filed for Record only |
| S93 | LARGE BLOW UP OF 92 | Presented to Jury & Filed |
| S94-105 | PHOTOS | Presented to Jury & Filed |

THE STATE THEN RESTED.

AS TO DEFENDANT CARDELL A HAYES , THE FOLLOWING DEFENSE WITNESSES WERE SWORN BY THE COURT, GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE STATE:

D-001 DAVID OLASKY

(CONTINUED)

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 2
SECTION "H"   Judge: THE HONORABLE CAMILLE BURAS

Date: FRIDAY, December 09, 2016
Case Number: 528-975
State of Louisiana
    versus
CARDELL A HAYES              (CONTINUED)

D-002 MADELYN COLLINS
D-003 NOPD AMANDA WILLIAMS
D-004 ANTHONY WILLIAMS
D-005 LANCE ROUZAN
D-006 DWIGHT HARRIS

THE DEFENSE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO EVIDENCE:

| | | |
|---|---|---|
| D2 | REPORT FROM MADELYN COLLINS | Presented to Jury & Filed |
| D3 | GCR REPORT | Presented to Jury & Filed |
| D4 | ACCIDENT REPORT | Presented to Jury & Filed |
| D5 | SUBPOENA-ANTHONY WILLIAMS | Presented to Jury & Filed |

TRIAL RECESSED ON THIS DATE @ 6:10 PM.

THIS TRIAL IS CONTINUED TO 12/10/16. .

PLACE THE DEFENDANT ON THE JAIL LIST.

ANGELA HEISSER, Minute Clerk

State of Louisiana
versus
CARDELL A HAYES

Violation: RS 14 (27)30.1
RS 14 30.1
RS 14 55
RS 14 37.4

THE DEFENDANT, CARDELL A HAYES, APPEARED BEFORE THE COURT FOR TRIAL REPRESENTED BY JOHN FULLER and JAY DANIELS.

JASON NAPOLI, LAURA RODRIGUE & TIFFANY TUCKER REPRESENTED THE STATE.

THIS TRIAL IS CONTINUED FROM 12/09/16, TRIAL BEGAN ON 12-5-16

(SEQUESTERED JURY 12-5-16 TO 12-11-16) DAY 6 OF TRIAL.
TRIAL BEGAN @ 9:49AM ON THIS DATE.

AS TO DEFENDANT CARDELL A HAYES, THE FOLLOWING DEFENSE WITNESSES WERE SWORN BY THE COURT, GAVE TESTIMONY AND WERE CROSS-EXAMINED BY THE STATE:

D-007 BRIAN CAIN
D-008 FELICIA MEYERS
D-009 NOPD TROY DALIET
D-010 DET. BRUCE BRUGGEMAN
D-011 CARDELL A. HAYES
D-012 NOPD CHRISTOPHER MCG
D-013 ATTY. NANDI CAMPBELL

THE DEFENSE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO EVIDENCE:

| | | |
|---|---|---|
| D10 | SAME AS S93 | Presented to Jury & Filed |
| D11 | SAME AS S108 | Presented to Jury & Filed |
| D12 | SAME AS S109 | Presented to Jury & Filed |
| D6 | NOPD REPORT TROY DALIET | Filed for Record only |
| D7 | 911 CALL | Presented to Jury & Filed |
| D8 | SAME AS S79 | Presented to Jury & Filed |
| D9 | SAME AS S92 | Presented to Jury & Filed |

THE DEFENSE THEN RESTED.

THE STATE IN REBUTTAL CALLED THE FOLLOWING WITNESSES, WHO WERE SWORN BY THE COURT, GAVE TESTIMONY AND WERE CROSS EXAMINED BY THE DEFENSE:

S-013 MEREDITH ACOSTA

THE STATE THEN RESTED.

TRIAL RECESSED ON THIS DATE @ 4:16PM.

THIS TRIAL IS CONTINUED TO 12/11/16. .

PLACE THE DEFENDANT ON THE JAIL LIST.

(CONTINUED)