UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>        *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S FILING, OR, IN THE ALTERNATIVE, TO SEAL CONFIDENTIAL PORTIONS OF THE FILING

Defendant Graymond Martin, through undersigned counsel, respectfully requests leave to file the attached reply memorandum in support of his motion seeking to strike, or, in the alternative, to seal, Plaintiff Tiffany LaCroix's April 12, 2021 supplemental filing, Doc. No. 373, in order to respond to the arguments and issues raised by Plaintiff Tiffany LaCroix in her opposition memorandum, Doc. No. 380.

Respectfully submitted,

_/s/ Matthew J. Paul_
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
Patrick M. Bollman, 38674
STANLEY, REUTER, ROSS, THORNTON
 & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069

*Counsel for Graymond Martin*