UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON,<br>LAZONIA BAHAM,<br>TIFFANY LACROIX,<br>    *Plaintiff,*<br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish; GRAYMOND MARTIN and LAURA RODRIGUE; in their individual capacities,<br>    *Defendants.* | Civil Action No.: 2:17-cv-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rules of the United States District Court for the Eastern District of Louisiana, I, Stephanie Willis, hereby move this Court for an Order authorizing Nora Ahmed to practice *Pro Hac Vice* as counsel for the Plaintiffs in the above-captioned action. Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Nora Ahmed in support of Motion for Admission *Pro Hac Vice*, **Exhibit A**;

2. Certificate of Good Standing for Nora Ahmed from the State Supreme Court of New York, **Exhibit B**;

3. Ms. Ahmed's completed Consent to Electronic Filing Form, **Exhibit C**; and

4. Proposed Order.

Dated: June 2, 2021                 Respectfully submitted,

                                              /s/ Stephanie Willis
                                            Stephanie Willis, LA Bar No. 31834
                                            ACLU Foundation of Louisiana
                                            1340 Poydras St., Suite 2160
                                            New Orleans, Louisiana 70112
                                            Telephone: (504) 522-0628
                                            swillis@laaclu.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of June 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                          /s/ Stephanie Willis
                                          Stephanie Willis