UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON, <br> LAZONIA BAHAM, <br> TIFFANY LACROIX, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish; GRAYMOND MARTIN and LAURA RODRIGUE; in their individual capacities, <br><br> *Defendants*. | Civil Action No. 17-10721 <br><br> Section H <br> Judge Jane Triche Milazzo <br><br> Division 1 <br> Magistrate Judge Janis van Meerveld <br><br><br><br> **DECLARATION OF** <br> **SARAH S. BROOKS** |

SARAH S. BROOKS, an attorney, hereby affirms as follows under the penalties of perjury:

1. I am a partner with the law firm Venable LLP, attorney for Plaintiffs in the above-captioned action. I am familiar with the facts and circumstances in the above-entitled matter as they relate to this declaration, and if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Motion to Compel Further Discovery pursuant to Federal Rule of Civil Procedure 37.

3. On April 21, 2021, counsel for both parties conducted a telephonic meet and confer in which I participated regarding OPDA's objections and responses to Plaintiffs'

requests for production.

4. The next day, on April 22, 2021, counsel for Plaintiffs sent an email to Defendants counsel summarizing the April 21, 2021 meet and confer call and OPDAs position on its discovery objections and responses. Attached hereto as **Exhibit A** is a true and correct copy of the email sent by Plaintiffs' counsel, Laura Arandes, which I was copied on.

5. On April 23, 2021, counsel for Defendants, John Alford, responded to Plaintiffs' April 22, 2021 email agreeing with Plaintiffs' characterization of OPDA's position regarding discovery objections and responses. Attached hereto as **Exhibit C** is a true and correct copy of the email sent by J. Alford, which I was copied on.

6. On April 30, 2021, counsel for both parties conducted another telephonic meet and confer in which I participated regarding OPDA's objections and responses to Plaintiffs' fifth set of requests for production.

7. The same day, on April 30, 2021, counsel for Plaintiffs sent an email to Defendants counsel summarizing the April 30, 2021 meet and confer. Attached hereto as **Exhibit B** is a true and correct copy of the email sent by Plaintiffs' counsel, Laura Arandes, which I was copied on.

8. On October 19, 2020, David Pipes was deposed as a 30(b)(6) witness for Defendant OPDA at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of the 30(b)(6) deposition is attached hereto as **Exhibit D**.

9. Attached hereto as **Exhibit E** is a true and correct copy of a template for a facially insufficient Motion for Material Witness Bond uncovered in a DA case file by Plaintiffs.

10. On March 10, 2021, Graymond Martin was deposed at the law offices of

Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Martin's deposition are attached hereto as **Exhibit F**.

11. On December 4, 2020, David Pipes was deposed in his individual capacity at the at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Pipes' deposition are attached hereto as **Exhibit G**.

12. On April 7, 2021, Leon Cannizzaro was deposed at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Cannizzaro's deposition are attached hereto as **Exhibit H**.

13. Attached hereto as **Exhibit I** is a true and correct copy of OPDA's Amended Responses to Tiffany LaCroix's First Set of Interrogatories served on March 17, 2021.

14. Attached hereto as **Exhibit J** is a true and correct copy of a Motion for Material Witness Bond filed in the case *State v. Richardson and Luckett*.

15. Attached hereto as **Exhibit K** is a true and correct copy of R. Freeman's December 8, 2020 email to Plaintiffs' counsel.

16. Attached hereto as **Exhibit L** is a true and correct copy of the Motions for Material Witness Bonds filed in the case *State v. Lambert*.

17. On September 21, 2020, Arthur Mitchell was deposed at the at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Mitchell's deposition are attached hereto as **Exhibit M**.

18. Attached hereto as **Exhibit N** is a true and correct copy of the fake grand jury subpoena used by ADA Payal Patel.

19. Attached hereto as **Exhibit O** is a true and correct copy of the fake grand jury "Article 66" subpoena sent by an OPDA investigator on behalf of David Pipes.

20. On September 30, 2020, Sarah Dawkins was deposed at the at the law offices of Stanley, Reuter, Ross, Thornton & Alford LLC via video conference. A true and correct copy of excerpts of Dawkins' deposition are attached hereto as **Exhibit P**.

21. Attached hereto as **Exhibit Q** is a fake subpoena used in connection with the case *State v. Shannon*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 11, 2021, in Los Angeles, California.

       */s/ Sarah S. Brooks*
       SARAH S. BROOKS