**Section L**

# SUBPOENA - GRAND JURY

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
### THE STATE OF LOUISIANA

**TO:** _____

**YOU ARE HEREBY COMMANDED**

to appear before the **GRAND JURY** for Orleans Parish Criminal District Court located in the Orleans Parish District Attorney's Office, 619 South White St. New Orleans, Louisiana, on _____ 20__, **AT 9:00 A.M.**, to testify to the truth according to your knowledge in such matters as may be required of you.

Under penalty of law, failure to appear could result in a fine or capias.

ARTHUR MORRELL, CLERK

BY ORDER OF THE COURT
2700 Tulane Avenue
New Orleans, Louisiana 70119

_____
Judge

---

### RETURN ON PERSONAL SERVICE

THIS IS TO CERTIFY, that on DEC. 15 _____, 20 15, I received the process of Court of which this is a duplicate, and that on DEC. 15 _____, 20 15, I made due service thereof by leaving same in the hands of _____, the person to whom the process is directed.

_____
Legal Process Server

---

### RETURN ON DOMICILIARY SERVICE

THIS IS TO CERTIFY, that on _____, 20 ___, I received the process of Court of which this is a duplicate, and that on _____, 20 ___, I made due service thereof by leaving the same in the hands of _____, a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Legal Process Server

**\*BRING THIS NOTICE WITH YOU TO COURT**

|S3|

CERTIFIED DA OFFICE COPY

**EXHIBIT 9**

OPDA26676

Section L

# SUBPOENA - GRAND JURY

## CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
## THE STATE OF LOUISIANA

TO: ~~Joshua Esteen (aka Ashley Searcy)~~

**YOU ARE HEREBY COMMANDED**

to appear before the **GRAND JURY** for Orleans Parish Criminal District Court located in the Orleans Parish District Attorney's Office, 619 South White St. New Orleans, Louisiana, on DEC 17, 20 15 AT 9:00 A.M., to testify to the truth according to your knowledge in such matters as may be required of you.

Under penalty of law, failure to appear could result in a fine or capias.

ARTHUR MORRELL, CLERK
BY ORDER OF THE COURT
2700 Tulane Avenue
New Orleans, Louisiana 70119

_____
Judge

---

### RETURN ON PERSONAL SERVICE

THIS IS TO CERTIFY, that on _____, 20___, I received the process of Court of which this is a duplicate, and that on _____, 20___, I made due service thereof by leaving same in the hands of _____ the person to whom the process is directed.

_____
Legal Process Server

---

### RETURN ON DOMICILIARY SERVICE

THIS IS TO CERTIFY, that on DEC 15, 20 15, I received the process of Court of which this is a duplicate, and that on DEC 15, 20 15, I made due service thereof by leaving the same in the hands of _____ a person of suitable age and discretion, residing at the domicile of the person to whom the said process of Court was issued, who was absent at the time, which fact I learned by interrogating the person in whose hands the said process was left.

_____
Legal Process Server

*BRING THIS NOTICE WITH YOU TO COURT

CERTIFIED DA OFFICE COPY

OPDA26677