UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL. | * | CIVIL ACTION NO. 17-10721 |
| | * | |
| VERSUS | * | SECTION: "H"(1) |
| | * | |
| LEON A. CANNIZARO, JR., ET AL. | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER RESETTING ORAL ARGUMENT

**IT IS ORDERED** that oral argument on plaintiffs' Motion to Compel (Rec. Doc. 388) set for June 23, 2021, is hereby RESET for **Wednesday, July 14, 2021, at 11:00 a.m.** via VIDEO CONFERENCE before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 22nd day of June, 2021.

_____
Janis van Meerveld
United States Magistrate Judge