UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 17-10721 |
| VERSUS | * * | SECTION: "H" (1) |
| LEON CANNIZZARO, ET AL., *Defendants* | * * * * | JUDGE JANE TRICHE MILAZZO MAGISTRATE JUDGE JANIS VAN MEERVELD |

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

At the request of the parties,

**IT IS ORDERED** that the settlement conference currently scheduled for Monday, July 12, 2021 at 11:00 a.m., before the undersigned Magistrate Judge, is **RESCHEDULED** to **Tuesday, July 13, 2021 at 9:00 a.m**. All other requirements for the conference remain as set forth in the Order Scheduling Settlement Conference (Rec. Doc. 436).

New Orleans, Louisiana, this 6th day of July, 2021.

Janis van Meerveld
United States Magistrate Judge