MINUTE ENTRY
VAN MEERVELD
July 13, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENATA SINGLETON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO.   17-10721 |
| VERSUS | * * | SECTION:   "H" (1) |
| LEON CANNIZZARO, ET AL., *Defendants* | * * * * | JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

Numerous discussions were held followed by an in-person settlement conference on Tuesday, July 13, 2021.

PRESENT FOR:

*Plaintiffs*:  Tara Mikkilineni, Molly Kovel, Cole Lautermilch, Renata Singleton, Tiffany LaCroix, Lazonia Baham

*Defendants*:  Raley Alford, Matthew Paul, Robert White, Jason Williams

Negotiations were successful and resulted in the settlement of all claims. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 23:30