**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RENATA SINGLETON, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                       **NO: 17-10721**

**LEON CANNIZZARO, ET AL.**                      **SECTION: "H"**

### <u>ORDER OF DISMISSAL</u>

The Court having been advised by Magistrate Judge Janis van  Meerveld that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty (60) days, to reopen the action if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty (60) days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 29th day of July, 2021.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE