UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA SINGLETON; MARC MITCHELL; LAZONIA BAHAM; JANE DOE; TIFFANY LACROIX; FAYONA BAILEY; JOHN ROE; and SILENCE IS VIOLENCE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LEON CANNIZZARO, in his official capacity as District Attorney of Orleans Parish and in his individual capacity; GRAYMOND MARTIN; DAVID PIPES; IAIN DOVER; JASON NAPOLI; ARTHUR MITCHELL; TIFFANY TUCKER; MICHAEL TRUMMEL; MATTHEW HAMILTON; INGA PETROVICH; LAURA RODRIGUE; SARAH DAWKINS; and JOHN DOE, in their individual capacities,<br><br>    *Defendants*. | Civil Action No. 17-10721<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 1<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the Joint Motion to Dismiss All Remaining Claims with Prejudice filed by Plaintiffs Renata Singleton, Lazonia Baham, and Tiffany LaCroix (the "Plaintiffs"), and Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), which states that the Plaintiffs have agreed to settle all of their remaining claims in this action on the terms set forth in the attached Settlement, Release, and Indemnity Agreement (the "Agreement");

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Court hereby incorporates the terms of the Agreement into this Order and adopts those terms as the order of the Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction to enforce the terms of the settlement for a period of 42 months from the Effective Date of the Agreement, as set forth in the Agreement.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), all of the Plaintiffs' remaining claims in this action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there shall be no award of costs or attorneys' fees; the Plaintiffs and OPDA shall each bear their own costs and attorneys' fees, respectively.

New Orleans, Louisiana, this 15th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE